```
RECEIPT #_____
AMOUNT $   N/A
SUMMONS ISSUED  Y
LOCAL RULE 4.1_____
WAIVER FORM_____
MCF ISSUED_____
BY DPTY. CLK. M
DATE   11-5-04
```

UNITED STATES DISTRICT COURT
FOR DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ELAINE L. CHAO, Secretary of Labor, United States Department of Labor, <br><br> Plaintiff, <br><br> v. <br><br> BRANCH NO. 34, NATIONAL ASSOCIATION OF LETTER CARRIERS, AFL-CIO, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CIVIL ACTION <br> No. |

MAGISTRATE JUDGE Bowler

## COMPLAINT

### NATURE OF THE ACTION

1.  Plaintiff brings this action under Title IV of the Labor-Management Reporting and Disclosure Act of 1959, as amended (Act of September 14, 1959, 73 Stat. 519, et seq., 29 U.S.C. §§ 481-483, hereinafter referred to as the Act), as applied to the defendant by the Postal Reorganization Act at 39 U.S.C. § 1209(b), for a judgment declaring that the March 2004, election conducted by defendant Branch No. 34 of the National Association of Letter Carriers, AFL-CIO for all officer positions, except the office of secretary-treasurer, is void and directing defendant to conduct a new election for all affected offices under plaintiff's supervision, and for other appropriate relief.

## JURISDICTION AND VENUE

2. This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1331, 28 U.S.C. § 1337, 28 U.S.C. § 1345, and 29 U.S.C. § 482(b).

3. Venue lies in this district pursuant to 28 U.S.C. § 1391(b) and 29 U.S.C. § 482(b).

## PARTIES

4. Plaintiff Elaine L. Chao is the duly appointed Secretary of Labor, United States Department of Labor. Plaintiff is authorized to bring this action by section 402(b) of the Act, 29 U.S.C.§ 482(b).

5. Defendant is an unincorporated association residing in the County of Suffolk, within the District of Massachusetts.

## FACTUAL ALLEGATIONS

6. Defendant is, and at all times relevant to this action has been, a local labor organization engaged in an industry affecting commerce within the meaning of sections 3(i), 3(j) and 401(b) of the Act (29 U.S.C. §§ 402(i), 402(j) and 481(b)).

7. In March 2004, defendant, purporting to act pursuant to its Constitution and Bylaws and the National Association of Letter Carrier's ("NALC") Regulations Governing Branch Election Procedures, conducted an election of officers, and this election was subject to the provisions of Title IV of the Act (29 U.S.C. §§ 481-484). Ballots were counted on March 9, 2004 and a recount for three offices was conducted on March 25, 2004.

8. By letter dated March 25, 2004, to the Branch Election Committee, the complainant, Edward R. Masiello, a member in good standing of defendant, protested the March 2004 election.

9. By letter dated April 22, 2004, to the complainant, the Branch Election Committee denied the protest.

10. By letter dated April 23, 2004, the complainant appealed the Branch Election Committee's decision to the Branch Executive Board.

11. By letter dated May 20, 2004, to the complainant, the Branch Executive Board denied the appeal.

12. By letter dated May 27, 2004, the complainant appealed the decision of the Branch Executive Board to the membership.

13. At its June 2004 membership meeting, the Branch's membership denied the appeal.

14. By letter dated June 24, 2004, addressed to the defendant's secretary-treasurer, the complainant filed an appeal with the NALC's National Committee on Appeals.

15. Having invoked the available remedies for three calendar months without receiving a final decision, the complainant filed a timely complaint with the Secretary of Labor on June 28, 2004, in accordance with section 402(a)(2) of the Act, 29 U.S.C. § 482(a)(2).

16. By letters dated August 11, 2004 and September 29, 2004, the defendant agreed that the time within which the plaintiff may bring suit with respect to the defendant's aforesaid election be extended to October 1, 2004 and November 5, 2004, respectively.

17. Pursuant to section 601 of the Act (29 U.S.C. § 521), and in accordance with section 402(b) of the Act (29 U.S.C. § 482(b)), the plaintiff investigated the complaint and, as a result of the facts shown by her investigation, found probable cause to believe that: (1) violations of Title IV of the Act (29 U.S.C. §§ 481-484) had occurred in the conduct of the defendant's March 2004, election; and (2) such violations had not been remedied at the time of the institution of this action.

18. Section 401(e) of the Act (29 U.S.C. § 481(e)) was violated in the conduct of defendant's March 2004, election by defendant's failure to mail ballots, which served as mailed notice of the election, to all of its members.

19. Section 401(g) of the Act (29 U.S.C. § 481(g)) was violated in the conduct of the defendant's March 2004 election by defendant's use of its newspaper to promote the candidacy of the incumbent President and his slate.

20. The violations of sections 401(e) and 401(g) of the Act (29 U.S.C. §§ 481(e) and 481(g)) may have affected the outcome of the defendant election for all officer positions with the exception of the position of secretary-treasurer.

## PRAYER FOR RELIEF

Plaintiff requests that this Court:

(a) declare the defendant's election for the following offices null and void: president, executive vice-president, vice-president, financial secretary, editor, sergeant-at-arms, health benefit officer, clerk NSBA-MBA, trustee (3 positions), and area steward (4 positions);

(b) direct the defendant to conduct a new election under the supervision of the plaintiff for the offices specified.

(c) order the defendant to pay the costs of this action; and

(d) for such other relief as may be appropriate.

RESPECTFULLY SUBMITTED,

| | |
|---|---|
| HOWARD M. RADZELY<br>Solicitor of Labor | PETER D. KEISLER<br>Assistant Attorney General |
| KATHERINE E. BISSELL<br>Associate Solicitor | MICHAEL J. SULLIVAN<br>United States Attorney |
| FRANK V. MCDERMOTT, JR.<br>Regional Solicitor | by: _____<br>ANITA JOHNSON<br>Assistant United States Attorney<br>1 Courthouse Way, Suite 9200<br>John Joseph Moakley Courthouse<br>Boston, Massachusetts 02210<br>(617) 748-3282 |
| SHARON E. HANLEY<br>Acting Counsel for Labor-Management<br>Programs | |
| WILLIAM J. STONE<br>Senior Attorney | |

U.S. Department of Labor
Of Counsel

Dated: November 5, 2004