U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Elaine L. Chao, Sec'y of Labor, US Dept of Labor | 04-CV-12356-PBS |
| DEFENDANT | TYPE OF PROCESS |
| Branch #43, Nat'l Assn. of Letter Carriers, AFL-CIO | Summons & Complaint |

SERVE → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Robert A. Lind, President, Branch #43

AT ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
Nat'l Assn of Letter Carriers
626 Dorchester Avenue, South Boston, MA 02127

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Anita Johnson, AUSA
U.S. Attorney's Office
1 Courthouse Way - Suite 9200
Boston, MA 02210

Number of process to be served with this Form - 285

Number of parties to be served in this case

Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of:  [X] PLAINTIFF  [ ] DEFENDANT
TELEPHONE NUMBER: (617) 748-3282
DATE: 11/5/04

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 38 | District to Serve No. 38 | Signature of Authorized USMS Deputy or Clerk | Date 11/8/04 |
|---|---|---|---|---|---|
| | 1 | | | | |

I hereby certify and return that I [X] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

Address (complete only if different than shown above)

[ ] A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service        Time        am/pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:

PRIOR EDITIONS MAY BE USED          **1. CLERK OF THE COURT**          FORM USM-285 (Rev. 12/15/80)

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF MASSACHUSETTS

ELAINE L. CHAO, SECRETARY OF LABOR,
U.S. DEPARTMENT OF LABOR,
               Plaintiff,

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

BRANCH NO. 34, NATIONAL ASSOCIATION
OF LETTER CARRIERS, AFL-CIO,
               Defendant.

04 12356 PBS

TO: (Name and address of defendant)

ROBERT A. LIND, PRESIDENT
BRANCH #34, NAT'L ASSN. OF LETTER CARRIERS, AFL-CIO
626 DORCHESTER AVENUE
SOUTH BOSTON, MA 02127

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

ANITA JOHNSON
ASSISTANT U.S. ATTORNEY
U.S. ATTORNEY'S OFFICE
1 COURTHOUSE WAY - SUITE 9200
BOSTON, MA 02210

an answer to the complaint which is herewith served upon you, within    60    days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(BY) DEPUTY CLERK

DATE  11-5-04

This form was electronically produced by Elite Federal Forms, Inc.

AO 440 (Rev. 10/93) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other *(specify)*

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____          _____
             Date                                Signature of Server

                                              _____
                                                Address of Server

(1) As to who may serve a summons see Rule 4 the Federal Rules of Civil Procedure.