# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ELAINE L. CHAO, Secretary of Labor, United States Department of Labor | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 04-12356-PBS |
| v. | ) ) ) | |
| BRANCH NO. 34, NATIONAL ASSOCIATION OF LETTER CARRIERS, AFL-CIO, | ) ) ) ) | |
| Defendant. | ) ) | |

## ANSWER OF DEFENDANT
## BRANCH NO. 34, NATIONAL ASSOCIATION OF LETTER CARRIERS, AFL-CIO

Defendant Branch No. 34, National Association of Letter Carriers, AFL-CIO (hereinafter "Defendant"), answers the allegations set forth in the Complaint filed by Elaine L. Chao, Secretary of Labor, United States Department of Labor (hereinafter "Plaintiff") in the above matter as follows:

1.     Insofar as ¶1 alleges that the Plaintiff brings this action pursuant to Title IV of the Labor Management Reporting Disclosure Act as amended, it is admitted. In all other respects, ¶1 is denied.

2.     Defendant admits the allegations set forth in ¶2.

3.     Defendant admits the allegations set forth in ¶3.

4.     Defendant admits the allegations set forth in ¶4.

5.     Defendant admits the allegations set forth in ¶5.

6.    Defendant admits the allegations set forth in ¶6

7.    Defendant admits the allegations set forth in ¶7.

8.    Defendant admits the allegations set forth in ¶8.

9.    Defendant admits the allegations set forth in ¶9.

10.    Defendant admits the allegations set forth in ¶10.

11.    Defendant admits the allegations set forth in ¶11.

12.    Defendant admits the allegations set forth in ¶12.

13.    Defendant admits the allegations set forth in ¶13.

14.    Defendant admits the allegations set forth in ¶14.

15.    Insofar as ¶15 states a legal conclusion, no answer is required. Insofar as ¶15 alleges that complainant filed a complaint, timely or otherwise, with the Secretary of Labor on or about June 28, 2004, Defendant is without information or knowledge sufficient to form a belief as to the truth of the matter asserted. In all other regards, ¶15 is denied.

16.    Defendant admits the allegations set forth in ¶16.

17.    Defendant denies the allegations set forth in ¶17.

18.    Defendant denies the allegations set forth in ¶18.

19.    Defendant denies the allegations set forth in ¶19.

20.    Defendant denies the allegations set forth in ¶20.

21.    Insofar as Plaintiff's Prayer for Relief requires any answer, it is denied. Defendant further asserts that the relief sought is inconsistent with Plaintiff's allegations.

## AFFIRMITAVE DEFENSES

### First Affirmative Defense

## ESTOPPEL

Plaintiff is estopped from bringing this action by its prior acts and decisions, in that Plaintiff has permitted other candidates, including Complainant, to engage in the conduct alleged herein and has permitted the Defendant to engage in the conduct alleged herein. Plaintiff has condoned such conduct.

### Second Affirmative Defense

## DETRIMENTAL RELIANCE

Plaintiff is estopped from bringing this by its prior acts and decisions, in that Plaintiff has permitted the conduct alleged as unlawful, when engaged in by other candidates, including Complainant, and has permitted Defendant to engage in the conduct alleged herein. Defendant has relied upon this to its detriment.

### Third Affirmative Defense

Complainant failed to adhere to the requirements of Defendant, in that his appeal to the Branch Election Committee was untimely. Accordingly, Plaintiff is precluded from bringing this action based upon Complainant's Complaint.

3

Wherefore, Defendant respectfully requests that the Complaint be dismissed in its entirety and that the judgement be entered for the Defendant.

Respectfully submitted,

BRANCH NO. 34, NATIONAL
ASSOCIATION OF LETTER
CARRIERS, AFL-ClO
By Its Attorney

Date:   January 6, 2005

_____

Wendy M. Bittner, BBO# 044110
15 Court Square - Ste. 300
Boston, Massachusetts 02108
(617) 624-0200

## CERTIFICATE OF SERVICE

I hearby certify that a true copy of the above document , Answer of Defendants Branch No. 34, National Association of Letter Carriers, AFL-CIO, was served upon the following via **HAND DELIVERY** and first class mail, postage pre-paid on January 6, 2005:

Anita Johnson
Assistant U.S. Attorney
U.S. Attorney's Office
1 Courthouse Way - Suite 9200
Boston, Massachusetts 02110

_____
Wendy M. Bittner

4