UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Elaine Chao
        Plaintiff(s),        CIVIL ACTION
                                    NO.   04-12356-PBS
    v.

Branch No. 34
        Defendant(s).

**NOTICE OF RESCHEDULED SCHEDULING CONFERENCE**

SARIS, U.S.D.J.                                                                                    March 4, 2005

     The Scheduling Conference  previously scheduled for March 8, 2005, has been **rescheduled** to **March 30, 2005, at 4:00 p.m.**

                                                                                      By the Court,

                                                                 _./s/ Robert C. Alba_
                                                                Deputy Clerk

Copies to:  All Counsel

resched.ntc