UNITED STATES DISTRICT COURT
FOR DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ELAINE L. CHAO, Secretary of Labor, <br> United States Department of Labor, <br><br>                 Plaintiff, <br>      v. <br><br> BRANCH NO. 34, NATIONAL ASSOCIATION <br> OF LETTER CARRIERS, AFL-CIO, <br><br>                 Defendant. | Civil Action <br> No. 04-12356-PBS |

## JOINT PROPOSED SCHEDULING ORDER

This is an action requesting that the Court issue an Order compelling the Defendant labor union local to re-elect its officers under the supervision of the Department of Labor, due to alleged violations of the fair elections statute, 29 U.S.C. §§ 481-484. The gravamen of the Complaint is that the Defendant used union funds to promote reelection of the incumbents through its newspaper and that a number of local union members eligible to vote did not receive election ballots. The government seeks a determination regarding whether the union's actions were violative, and, if so, an order requesting immediate re-election of officers.

The government intends to file a motion for summary judgment by March 31, 2005. The union will respond by April 29, 2005, and the government's reply, if any, will be

1

filed by May 11, 2005.  If, after receiving the government's motion for summary judgment, the union believes that discovery is necessary prior to filing its response, the union will, after attempting to reach an agreement with the government as to an expedited discovery schedule, apply to the Court for a continuance for purposes of taking discovery necessary for its response, together with an affidavit explaining the discovery requested. The Court will, if appropriate, set an expedited discovery schedule or take such other action as is just.

      The parties have conferred with a view to the costs of litigation and to settlement of the case.  However, a settlement has not been achieved.  This is a non-monetary law enforcement action, so that the government is not in a position to compromise either a settlement amount or the requirements of a fair election as the government understands them.  The union contests the government's view that law violations occurred in connection with the last officers election.  The union would agree to government supervision of its next regularly-scheduled election.  The government has indicated that it will not agree to postponing a re-election until that time.  Alternative dispute resolution would not be successful for the same reasons.

Both parties have not agreed to trial before a magistrate judge.

|  |  |
|---|---|
|  | Respectfully submitted, |
| BRANCH NO. 34<br>NAT'L ASSN. OF LETTER<br>CARRIERS, AFL-CIO | MICHAEL J. SULLIVAN<br><br>United States Attorney |
| /s/Wendy Bittner (AJ)<br>WENDY BITTNER<br>15 Court Square – Ste. 300<br>Boston, Mass. 02108<br>(617) 624-0200 | /s/Anita Johnson<br>ANITA JOHNSON<br>Assistant U.S. Attorney<br>Suite 9200, John Joseph Moakley<br>United States Courthouse<br>One Courthouse Way<br>Boston, Mass. 02210<br>(617) 748-3266 |

DATED: March 10, 2005