UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Elaine Chao
Plaintiff,
       V.                                Civil Action Number
                                          04-12356-PBS
Branch No. 34
Defendant.                                    March 30, 2005

## SCHEDULING ORDER

Saris, D.J.,

Summary Judgment Motion filing deadline: 4/15/05

Opposition to Summary Judgment Motions: 5/27/05

Hearing on Summary Judgment or Pretrial Conference: 6/23/05 at 2:00 p.m.

                                                  By the Court,

                                                  /s/ Robert C. Alba
                                                  Deputy Clerk