UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
* * * * * * * * * * * * * * * * * * * * * * *
ELAINE L. CHAO, Secretary of Labor,   *
  United States Department of Labor,  *
                                      *
            Plaintiff                 *
                                      *         Civil Action No. 04-12356-PBS
v.                                    *
                                      *
BRANCH NO. 34, NATIONAL               *
ASSOCIATION OF LETTER                 *
CARRIERS, AFL-CIO,                    *
                                      *
            Defendant                 *
* * * * * * * * * * * * * * * * * * * * * * *
```

## PLAINTIFF'S ASSENTED-TO MOTION FOR EXTENSION TO FILE

Plaintiff requests that this Court permit her to file her Motion for Summary Judgment in this action <u>three business days later</u> than the present deadline of April 15, 2005.  Regrettably, Plaintiff has been unable to complete her work on this motion due to the press of other demands and the need to re-check with her investigators all of the facts gathered in the case.   However, Plaintiff anticipates that her Motion for Summary Judgment will be dispositive of the whole case.

Accordingly, Plaintiff requests that she be permitted to file her Motion on or before April 20, 2005.

Defendant was kind enough to assent to this request.

                                            Respectfully submitted,

                                            MICHAEL J. SULLIVAN
                                            United States Attorney

                                            */s/Anita Johnson*
                                            ANITA JOHNSON

Of Counsel:                                Assistant U.S. Attorney
Maureen L. Canavan                Moakley United States Courthouse, Ste. 9200
Attorney                                    One Courthouse Way
Office of the Regional Solicitor        Boston, Mass. 02210
U.S. Department of Labor             (617)748-3266
JFK Federal Building, Room E-375
Boston, MA  02203


Certificate of Service and Rule 7.1 Conference

     I hereby certify that I have served the foregoing upon counsel for Defendant, Wendy M. Bittner, 15 Court Square, Suite 300, Boston, Mass. 02108, by first class mail, postage prepaid, and that I have conferred with said counsel and she has assented to this motion, both on this fifteenth day of April 2005.

                                            /s/Anita Johnson
                                            Anita Johnson,
                                            Assistant U.S. Attorney