UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ELAINE L. CHAO, Secretary of Labor, | * | |
| United States Department of Labor, | * | |
| | * | |
| Plaintiff, | * | |
| | * | Civil Action No. 04-12356-PBS |
| v. | * | |
| | * | |
| BRANCH NO. 34, NATIONAL ASSOCIATION OF LETTER CARRIERS, AFL-CIO, | * * * | |
| | * | |
| Defendant. | * | |

## PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

For the reasons set forth in the accompanying memorandum, Plaintiff requests that this Court grant it summary judgment because the undisputed material facts show that Plaintiff is entitled to judgment as a matter of law.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

/s/Anita Johnson
ANITA JOHNSON
Of Counsel:  Assistant U.S. Attorney
Maureen L. Canavan  Moakley United States Courthouse
Attorney  One Courthouse Way - Suite 9200
Office of the Regional Solicitor  Boston, Mass. 02210
U.S. Department of Labor  (617)748-3282
JFK Federal Building, Room E-375
Boston, MA  02203

Certificate of Service

      I hereby certify that I have served the foregoing upon counsel for Defendant, Wendy Bittner, 15 Court Square, Boston, Mass. 02109, by first class mail, postage prepaid, on this 20th day of April 2005.

                                            /s/Anita Johnson