UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                          )
ELAINE L. CHAO, Secretary of Labor,       )
United States Department of Labor,        )
                                          )
              Plaintiff,                   )          CIVIL ACTION
                                          )          NO. 04-cv-12356-pbs
v.                                        )
                                          )
BRANCH NO. 34, NATIONAL                   )
ASSOCIATION OF LETTER                     )
CARRIERS, AFL-CIO,                        )
                                          )
              Defendant.                   )
_____)

## STATEMENT OF MATERIAL FACTS
## AS TO WHICH THERE IS NO GENUINE ISSUE

Pursuant to Local Rule 56.1 of the United States District Court, District of Massachusetts, Plaintiff Elaine L. Chao, Secretary of Labor submits the following undisputed facts, including references to the record.

### Parties

1.      Plaintiff Elaine Chao, Secretary, United States Department of Labor (the "Secretary") is authorized to bring suit under section 402(b) of the Labor–Management Reporting and Disclosure Act of 1959, 29 U.S.C. §§481-84 (the "Act"), 29 U.S.C. §482(b). Complaint, p. 2, para. 4.  Exhibit 1.  Answer to Complaint, page 1, para. 4. Exhibit 2.

2.      Defendant Branch 34, National Association of Letter Carriers ("Branch 34" or "defendant") is an unincorporated association located in Suffolk County in the Commonwealth of Massachusetts.  Complaint, p. 2, para 5. Exhibit 1.  Answer to Complaint, p. 1, para. 5.  Exhibit 2.

3.      Defendant is, and at all times relevant to this action, has been a local labor organization engaged in an industry affecting commerce within the meaning of section 3(i), 3(j) and 401(b) of the Act, 29 U.S.C. §§402(i), 402(j) and 481(b).  Complaint, p. 2, para. 6. Exhibit 1.   Answer p. 2, para 6.  Exhibit 2.

4.      The provisions of the Act are applicable to the actions of defendant based upon the operation of the Postal Reorganization Act, 39 U.S.C. §1209(b).  Complaint, p. 1, para. 1.  Exhibit 1.   Answer to Complaint, page 1, para 4.  Exhibit 2.

**Union Structure**

5.      The National Association of Letter Carriers ("NALC") is a national union representing letter carriers employed by the United States Postal Service.   NALC Constitution.  Exhibit 3.

6.      The NALC has promulgated a Constitution and Bylaws which govern the operation of NALC.  NALC Constitution.  Exhibit 3.

7.      NALC is comprised by local affiliate labor organizations termed "Branches." NALC Constitution.  Exhibit 3.

8.      Branch 34, is a local affiliate of the NALC, with offices in South Boston, Massachusetts.  Constitution and By-Laws Joseph P. Considine Branch No. 34, National Association of Letter Carriers, AFL-CIO, Amended May 11, 1999 ("Branch 34 Constitution and Bylaws").  Exhibit 4.

9.      Branch 34, NALC, has promulgated a Constitution and Bylaws.  Constitution and By-Laws Joseph P. Considine Branch No. 34, National Association of Letter Carriers, AFL-CIO, Amended May 11, 1999 ("Branch 34 Constitution and Bylaws").  Exhibit 4.

10.    With respect to the Duties of the President of Branch 34, the Branch 34 Constitution and Bylaws provide, in part:  "At the end of his/her term, he/she shall make a report showing the progress and the condition of the Branch."  Branch 34 Constitution and Bylaws, Article III, Section 2.  Exhibit 4.

## Branch 34, NALC  -  Election Rules

11.    NALC has promulgated the National Association of Letter Carriers Regulations Governing Branch Election Procedures ("NALC Election Regulations").  NALC Regulations Governing Branch Election Procedures.  Exhibit 5.

12.    NALC Election Regulations govern the election of branch officers.  Complaint p. 2, para 7.  Exhibit 1, Answer p. 1, para 7.  Exhibit 2.   NALC Election Regulations, Section 1.1.  Exhibit 5.

13.    The Branch 34 Constitution and Bylaws also contain provisions governing the election of branch officers.  Complaint p. 2, para 7.  Exhibit 1, Answer p. 1, para 7.  Exhibit 2.  Branch 34 Constitution and Bylaws, Article VII.  Exhibit 4.

14.    The Branch 34 Constitution and Bylaws provide: "Elections of Officers shall take place at the regular meeting in March every three (3) years."  Branch 34 Constitution and Bylaws, Article VII, Section 1.  Exhibit 4.

15.    The Branch 34 Constitution and Bylaws provide "Every three (3) years, nominations for Officers of Branch 34 shall be called for by the Chairman at the January meeting."  Branch 34 Constitution and Bylaws, Article VII, Section 3.  Exhibit 4.

16.    The Branch 34 Constitution and Bylaws specify that "Election of Officers of Branch 34 shall be by mail-out, mail-back ballot. ."  Branch 34 Constitution and Bylaws, Article VII, Section 6.  Exhibit 4.

17.    NALC Election Regulations provide:

The Recording Secretary must notify every member by mail of
* nominations, and
* the upcoming elections
at his or her last know home address.  The notice must be mailed to
each member at least 45 days before the election.

NALC Election Regulations, Section 5.1.  Exhibit 5.

18.    NALC Election Regulations require that:  "Mailing list must be up-to-date."

NALC Election Regulations, Section 5.12.  Exhibit 5.

19.    The Branch 34 Constitution and Bylaws require that "At least forty-five (45) days prior to all Branch 34 Elections of Officers, the notice of elections shall be printed in the Postal Record and/or the CLAN."[1]  Branch 34 Constitution and Bylaws, Article VII, Section 6.  Exhibit 4.

20.    NALC Election Regulations provide:

The Financial Secretary must also prepare an alphabetical list of
all regular members eligible to vote.  Retirees may be listed
separately.  This list should be given to the Chairperson of the
Election Committee at least ten (10) days before the election.

NALC Election Regulations, Section 8.2.  Exhibit 5.

21.    With regard to elections conducted by mail balloting, the NALC Election Regulations provide:

At least twenty (20) days before the pre-announced election date
(i.e. the date by which ballots must be received in order to be
counted), the Election Committee must mail first-class to all
eligible members at each member's last known home address:

a)  Instruction for voting and the deadline for returning marked
ballots

b)   A ballot (See Section 10.1 for more information on
preparation of ballots.)

---

[1] See paragraphs 37-38, *infra*, for identification of the term "CLAN."

c)  A plain envelope marked "secret ballot envelope."

d)  A prepaid, business reply or stamped envelope, addressed to the Election Committee at a Post Office Box, with a space for the member's signature.

NALC Election Regulations, Section 14.2.  Exhibit 5.

22.    Branch 34 Constitution and Bylaws provide "A recount of the votes cast at an election may be had on petition in writing and signed by one hundred (100) members in good standing if made within five (5) business days from the date of the election."  Branch 34 Constitution and Bylaws, Article VII, Section 9.  Exhibit 4.

23.    NALC Election Regulations provide:  "All objections to the conduct of an election by an aggrieved member must be submitted to the Chairperson of the Branch Election Committee within five (5) days after the date of the election."  NALC Election Regulations, Section 21.1.  Exhibit 5.

24.    NALC Election Regulations provide:  "Any aggrieved member may appeal the decision of the Election Committee to the Branch Executive Board within five (5) days of the Committee's decision."  NALC Election Regulations, Section 21.2.  Exhibit 5.

25.    NALC Election Regulations provide:

If an aggrieved member is dissatisfied with the ruling of the Branch Executive Board, the member may appeal to the next scheduled meeting of the branch.  Within five (5) days of after receiving the ruling of the Branch Executive Board, the aggrieved member must notify the Branch Recording Secretary of his or her intention to appeal to the branch.

NALC Election Regulations, Section 21.3.  Exhibit 5.

26.    NALC Election Regulations provide:

Any aggrieved member dissatisfied with the decision of the branch meeting may appeal to the NALC National Committee on Appeals. . . .  An appeal to the National Committee on Appeals must be in writing and filed with the Branch Recording Secretary within twenty (20) days from the date of the branch

decision.. . . At the regular meeting of the branch following receipt of the appeal, the Recording Secretary must present the appeal and all attached written materials to the members present at the meeting.  The branch then has twenty (20) days to prepare its written reply.

NALC Election Regulations, Sections 21.4, 21.41, 21.42, 21.43.  Exhibit 5.

27.     NALC Election Regulations provide "Any aggrieved member dissatisfied with the decision of the Committee on Appeals may appeal to the National Convention of the NALC, in accordance with the procedures described in Article XI, Section 4 of the National Constitution."  NALC Election Regulations, Section 21.45.  Exhibit 5.

## 2001 Branch 34 Election Challenge and Ruling on Challenge

28.     Branch 34 conducted a regularly scheduled election of union officers in March, 2001.  Appeal No. 27, Kelley O'Shea, Branch 34, Boston, MA, NALC (Aug. 1, 2001). Exhibit 6.

29.     A challenge to the 2001 election of Branch 34 officers was filed.  Appeal No. 27, Kelley O'Shea, Branch 34, Boston, MA, NALC (Aug. 1, 2001).  Exhibit 6.

30.     The Branch Election Committee denied the protest of the election on the grounds that the protest was not filed in a timely fashion.  Appeal No. 27, Kelley O'Shea, Branch 34, Boston, MA, NALC (Aug. 1, 2001).  Exhibit 6.

31.     The Branch Election Committee rejected the member's protest of the election as untimely because the protest was not filed until after a recount of ballots was completed, more than five (5) days after the date of the initial counting of ballots.  Kelley O'Shea, Branch 34, Boston, MA, NALC Appeal No. 27 (Aug. 1, 2001), p. 1.  Exhibit 6.

32.     The decision of the Branch Election Committee denying the protest of the 2001 election was appealed to the NALC Committee on Appeals.  Appeal No. 27, Kelley O'Shea, Branch 34, Boston, MA, NALC (Aug. 1, 2001).  Exhibit 6.

33.     By letter dated August 1, 2001, the NALC Committee on Appeals issued a determination regarding Branch 34's 2001 election of officers. Appeal No. 27, <u>Kelley O'Shea, Branch 34, Boston, MA</u>, NALC (Aug. 1, 2001).  Exhibit 6.

34.     The NALC Committee on Appeals overruled the Branch Election Committee and ruled in favor of the protesting member.  <u>Kelley O'Shea, Branch 34, Boston, MA</u>, NALC Appeal No. 27 (Aug. 1, 2001), p 1.  Exhibit 6.

35.     The NALC Committee on Appeals ruled that the member "was entitled to wait for the results of the election to be certified following a recount of ballots."  <u>Kelley O'Shea, Branch 34, Boston, MA</u>, NALC Appeal No. 27 (Aug. 1, 2001), p 1.  Exhibit 6.

36.     The NALC Committee on Appeals ruled that the O'Shea protest was timely because it was filed within five (5) days of the recount of ballots.  <u>Kelley O'Shea, Branch 34, Boston, MA</u>, NALC Appeal No. 27 (Aug. 1, 2001), p 1.  Exhibit 6.

<b>Union Newspaper and Mailing List</b>

37.     Branch 34 publishes a bi monthly newspaper, Branch 34's Clan (the "Clan"). Branch 34 Constitution and Bylaws.  Article III, Section 7.  Exhibit 4.

38.     The cost of production and mailing the Clan is paid for by Branch 34. UnionPrintWorks invoice to NALC Branch 34 for publication of Nov/Dec 2003 issue of Clan with related attachments.  Exhibit 7.

39.     Murdock Mailing Company, Inc. ("Murdock") serves as the mailing agent for Branch 34. Affidavit of David Hanson, President, Murdock Mailing Company, Inc.  Exhibit 8.

40.     As mailing agent for Branch 34, Murdock is responsible for mailing issues of the Clan.  Affidavit of David Hanson, Murdock Mailing Company, Inc.  Exhibit 8.

41.    With respect to receipt and mailing of the Clan, the dates that Murdock received the Clan and the dates issues of the Clan were sent to the Post Office for mailing for the period November 2002 through February 2004 are as follows:

| *Issue* | *Date Received by Murdock* | *Date Murdock Sent to Post Office* |
|---|---|---|
| Nov-Dec 2002 | December 19, 2002 | December 19, 2002 |
| Jan-Feb 2003 | March 5, 2003 | March 7, 2003 |
| March-April 2003 | May 8, 2003 | May 13, 2003 |
| May-June 2003 | July 10, 2003 | July 14, 2003 |
| July-Aug 2003 | September 15, 2003 | September 22, 2003 |
| Sept-Oct 2003 | November 12, 2003 | November 13, 2003 |
| Nov-Dec 2003 | January 13, 2004 | January 14, 2004 |
| Jan-Feb 2004 | March 31, 2004 | April 1, 2004 |

Affidavit of David Hanson, Murdock Mailing Company, Inc.  Exhibit 8.

42.    As mailing agent for Branch 34, Murdock maintains a mailing list.  Affidavit of David Hanson, Murdock Mailing Company, Inc.  Exhibit 8.

43.    The mailing list maintained by Murdock for Branch 34 is periodically updated by an administrative assistant at Branch 34.  Affidavit of David Hanson, Murdock Mailing Company, Inc.  Exhibit 8.

44.    Judith Hall is the Branch 34 administrative assistant responsible for providing Murdock with updates to the Branch 34 mailing list.  Affidavit of David Hanson, Murdock Mailing Company, Inc.  Exhibit 8.

45.    The Branch 34 mailing list used by Murdock includes active Branch 34 members, Branch 34 retirees and other subscribers.  Affidavit of David Hanson, Murdock Mailing Company, Inc.  Exhibit 8.

46.    The "subscribers" included on the Murdock mailing list are not members of Branch 34.  Affidavit of Investigator Kerry McEntee, Office of Labor-Management Standards.  Exhibit 9.

47.    The July-August, September-October and November-December 2003 issues of the Clan included a notice of the March 2004 election and nomination of candidates for the March 2004 election.    Branch 34's Clan, November-December 2003, Vol. XXXIII, Number 3.  Exhibit 10.  Branch 34's Clan July-August 2003, Vol. XXXIII, Number 1, excerpted.  Exhibit 11.

48.    The November-December 2003 issue of the Clan included an "end of term report" authored by Branch President Robert Lind ("Lind").  Branch 34's Clan, Volume XXXIII, Number 3. Exhibit 10.

49.    Lind's term as President of Branch 34 was scheduled to expire on March 31, 2004.

## Branch 34 Election - 2004

50.    Branch 34 conducted its regularly scheduled election of offices in March 2004. Complaint p. 2, para 7.  Exhibit 1.  Answer to Complaint, p. 2, para 7.  Exhibit 2.

51.    John Baginsky served as the Election Chairman for the March 2004 election.

52.    The Branch 34 March 2004 election was governed by the Branch 34 Constitution and Bylaws.  Complaint, p. 2, para. 7.  Exhibit 1.  Answer to Complaint, page 2, para 7.  Exhibit 2.  Branch 34 Constitution and Bylaws, Article VII.  Exhibit 4.

53.    The Branch 34 March 2004 election was governed by the NALC Regulations Governing Branch Election Procedures.  Complaint, p. 2, para. 7.  Exhibit 1.  Answer to Complaint, page 2, para 7.  Exhibit 2.  NALC Election Regulations.  Exhibit 5.

54.    The Branch 34 March 2004 election was subject to the provisions of Title IV of the Act.  Complaint, p. 2, para. 7.  Exhibit 1.  Answer to Complaint, page 2, para 7. Exhibit 2.

55.     Pursuant to Branch 34 Constitution and Bylaws, nominations for the March 2004 election were made and accepted at the regular meeting of Branch 34, held on January 13, 2004.  Branch 34 Constitution and Bylaws.  Article VII, Section 3.  Exhibit 4.

56.     Incumbent President Lind was nominated for the office of President of Branch 34.

57.     Edward R. Masiello ("Masiello") was nominated for the office of President of Branch 34.

58.     Masiello had served as President of Branch 34 for the period April 1, 1998 through March 31, 2001.

59.     Candidates for office mailed campaign literature to Branch members, using Murdock as a mailing agent.  Each candidate paid the cost of producing and mailing his own campaign literature.  Affidavit of David Hanson.  Exhibit 8.

60.     Campaign literature for the "Lind-McMahon Team" was issued by Robert Lind, John J. Marco and John Casciano.   Campaign Literature Lind-McMahon Team.  Exhibit 12.

61.     A series of campaign literature for the Lind-McMahon Team was mailed on the following dates:  January 30, 2004, February 7, 2004, February 12, 2004, February 18, 2004 and February 19, 2004  Affidavit of David Hanson.  Exhibit 8.

62.     A series of campaign literature for Edward Masiello was mailed on the following dates:  January 14, 2004, February 10, 2004, February 13, 2004, February 18, 2004, February 19, 2004 and February 20, 2004.  Affidavit of David Hanson.  Exhibit 8.

63.     Pursuant to the Branch 34 Constitution and Bylaws, the Branch 34 2004 election was conducted by mail balloting.  Branch 34 Constitution and Bylaws, Article VII, Section 6.  Exhibit 4.

64.     As mailing agent for Branch 34, Murdock was responsible for mailing election ballots to Branch 34 members.  Affidavit of David Hanson, Murdock Mailing Company, Inc. Exhibit 8.

65.     Prior to the mailing of election ballots for the 2004 election, Branch 34 administrative assistant Judith Hall reviewed the mailing list maintained by Murdock. Affidavit of David Hanson.  Exhibit 8.

66.     Prior to the mailing of the election ballots for the 2004 election, Branch 34 administrative assistant Judith Hall provided Murdock with corrections to the mailing list. Affidavit of David Hanson.  Exhibit 8.

67.     Murdock incorporated Hall's updates to the mailing list on or about February 11, 2004.  Affidavit of David Hanson.  Exhibit 8.

68.     On February 19, 2004, election ballots were mailed by Murdock.  Affidavit of David Hanson.  Exhibit 8.  February 23, 2004 letter from David Hanson, Murdock Mailing Co., Inc. to John Baginsky, Branch 34 Election Chairman.  Exhibit 13.

69.     In order for ballots to be counted in the March 9, 2004 Branch 34 election, ballots had to be returned no later than 9:00 a.m., March 9, 2004.

70.     The NALC prepared a list of union members in good standing who were eligible to vote in the Branch 34 election (the "NALC list").

71.     On or about January 23, 2004, Branch 34 Financial Secretary requested that NALC provide Branch 34 with the NALC list.  May 20, 2004 Letter from Robert A. Lind, President Branch 34, NALC to Edward R. Masiello, p. 5.  Exhibit 14.

72.     Prior to the March 9, 2004 election, Branch 34 did not compare the NALC list to the list used by Murdock.  Affidavit of Investigator Kerry McEntee, OLMS.   Exhibit 9.

73.     The list used by Murdock to mail election ballots did not include the names and

addresses of one hundred forty-five (145) Branch members who were eligible to vote in the March 9, 2004 election.  Affidavit of Investigator Kerry McEntee, OLMS.  Exhibit 9.

74.     Of the one hundred forty-five (145) Branch members who did not receive election ballots in the February 19, 2004 mailing by Murdock, fifty-eight union members contacted the union to obtain ballots.  Affidavit of Investigator Kerry McEntee, OLMS.  Exhibit 9.

75.     Ballots were provided to the fifty-eight (58) union members who requested ballots.  Affidavit of Investigator Kerry McEntee, OLMS.  Exhibit 9.

76.     Ballots were mailed to union members sometime after the initial mailing of ballots on February 19, 2004.  Affidavit of Investigator Kerry McEntee, OLMS.  Exhibit 9.

77.     Election ballots were counted on March 9, 2004.  Complaint, p. 2, para. 7.  Exhibit 1, Answer to Complaint, page 2, para 7.  Exhibit 2.

78.     Election officials used the NALC list to determine a member's eligibility to vote.  Affidavit of Investigator Kerry McEntee, OLMS.  Exhibit 9.

79.     Upon receipt of a ballot package, Branch 34 personnel checked the NALC list to determine whether the union member was eligible to vote and, upon verification, placed a check on the NALC list indicating that the member had voted in the election.  Affidavit of Investigator Kerry McEntee, OLMS.  Exhibit 9.

80.     On March 11, 2004, Branch 34, NALC published "Corrected Election Results." Corrected Election Results signed by Branch 34 President Robert A. Lind.  Exhibit 15.

81.     The corrected election results show that Robert Lind received 1,335 votes for the office of President while Edward Masiello received a total 1,252 votes.  Lind's margin of victory was eighty-three (83) votes.  Corrected Election Results signed by Branch 34 President Robert A. Lind.  Exhibit 15.

### Recount of Election Results

82.     Three candidates for union election sought a recount of the election results for the offices of President, Trustees and Area Steward.  May 20, 2004 Letter from Robert A. Lind, President Branch 34, NALC to Edward R. Masiello, p. 5.  Exhibit 14.

83.     The candidates seeking a recount duly submitted a petition signed by one hundred (100) members within five days of the election.  May 20, 2004 Letter from Robert A. Lind, President Branch 34, NALC to Edward R. Masiello, p. 5.  Exhibit 14.

84.     On March 25, 2004, a recount of votes for offices of President, Trustees and Area Steward was conducted.  Complaint, p. 2, para. 7.  Exhibit 1, Answer to Complaint, page 2, para 7.  Exhibit 2.

85.     Via list dated March 25, 2004, Branch 34, NALC published "Re-Count of Election Results."  Re-Count of Election Results signed by Branch 34 President Robert A. Lind.  Exhibit 16.

86.     The Re-Count of Election Results shows that Robert Lind received 1,335 votes for the Office of President while Edward Masiello received 1,251.  Lind's margin of victory was eighty-four (84) votes.  Re-Count of Election Results signed by Branch 34 President Robert A. Lind.  Exhibit 16.

### 2004 Election Protest

87.     By letter dated March 25, 2004 to the Branch Election Committee, Masiello protested the March 2004 election.  Complaint, p. 3, para. 8.   Exhibit 1, Answer to Complaint, page 2, para 8. Exhibit 2.  March 25, 2004 Letter from Edward R. Masiello to John Baginsky, Chairman, NALC Branch 34 Election Committee.  Exhibit 17.

88.     In his protest Masiello asserted, among other things, that defendant failed to utilize an accurate mailing list for distribution of ballots in the election.  March 25, 2004

Letter from Edward R. Masiello to John Baginsky, Chairman, NALC Branch 34 Election Committee.  Exhibit 17.

89.     In his protest Masiello asserted, among other things, that union funds were used to promote the candidacy of incumbent President Lind in the election.  March 25, 2004 Letter from Edward R. Masiello to John Baginsky, Chairman, NALC Branch 34 Election Committee.  Exhibit 17.

90.     By letter dated April 22, 2004 to Masiello, the Branch Election Committee denied Masiello's protest of the election.  Complaint, p. 3, para. 9.   Exhibit 1, Answer to Complaint, page 2, para 9.   Exhibit 2.   April 22, 2004 letter from Election Chairman Baginsky to Edward Masiello, p 1.  Exhibit 18.

91.     In denying Masiello's protest of the 2004 election with regard to the accuracy of mailing lists, the Branch Election Committee ruled:

> The Financial Secretary did prepare alphabetical list of all members' used by Murdock Mailing with whatever changes that was necessary.  Financial Secretary also requested from NALC in DC a list of all members of Branch 34 in good standing, which was checked against all returned ballots on March 9, 2004.  This list was requested on January 23, 2004.

April 22, 2004 letter from Election Chairman Baginsky to Edward Masiello, p. 2.  Exhibit 18.

92.     In denying Masiello's protest of the 2004 election with regard to use of union funds to promote the candidacy of incumbent President Lind, the Branch Election Committee ruled:

> The Election Committee does not agree that President Lind used the Nov-Dec. CLAN as Political Literature.  As President of the Branch, it his duty to provide as much information concerning Branch business, which his end of term report was.

April 22, 2004 letter from Election Chairman Baginsky to Edward Masiello, p. 5.  Exhibit

18.

93.    By letter dated April 23, 2004, Masiello appealed the decision of the Branch Election Committee to the Branch Executive Board.  Complaint, p. 3, para. 10.   Exhibit 1, Answer to Complaint, page 2, para 10.  Exhibit 2.  April 23, 2004 Letter from Edward R. Masiello to NALC, Branch 34 Executive Board.  Exhibit 19.

94.    By letter dated May 20, 2004 to Masiello, the Branch Executive Board denied Masiello's appeal of the decision of the Branch Election Committee.  Complaint, p. 3, para. 11.  Exhibit 1, Answer to Complaint, page 2, para 11.  Exhibit 2.  May 20, 2004 Letter from Robert A. Lind, President Branch 34, NALC to Edward R. Masiello.  Exhibit 14.

95.    In its denial of Masiello's appeal, the Branch Executive Board ruled that Masiello's protest to the Branch Election Committee was not filed in a timely manner, stating:

> The appeal from Edward Masiello mailed on March 27, 2004 to the Branch 34 Election Chairman was dated March 25, 2004. The date of the election in question was March 9, 2004 and the appeal was not mailed until March 27, 2004.  His appeal was not filed with the required time frame (five days) and was **thirteen days late**.  A recount was called for by three candidates but that did not negate the actual date of the election and the regulations in place relating to the appeal process.  (emphasis in original)

May 20, 2004 Letter from Robert A. Lind, President Branch 34, NALC to Edward R. Masiello, p. 5.  Exhibit 14.

96.    By letter dated May 27, 2004, Masiello appealed the decision of the Branch Executive Board to the membership.  Complaint, p. 3, para. 12.   Exhibit 1, Answer to Complaint, page 2, para 12.  Exhibit 2.  May 27, 2004 Letter from Edward R. Masiello to Branch Recording Secretary, Branch 34, NALC.  Exhibit 20.

97.    At the June 8, 2004 membership meeting, the Branch membership denied Masiello's appeal of the decision of the Branch Executive Board.  Complaint, p. 3, para. 13.

Exhibit 1, Answer to Complaint, page 2, para 13.  Exhibit 2.

98.    By letter dated June 24, 2004, addressed to the Branch 34 Secretary-Treasurer, Masiello filed an appeal with the NALC National Committee on Appeals.  Complaint, p. 3, para. 14.  Exhibit 1, Answer to Complaint, page 2, para 14.  Exhibit 2.  June 24, 2004 Letter from Edward R. Masiello to Ed Ahlstedt, Secretary-Treasurer, Branch 34, NALC.  Exhibit 21.

99.    On June 28, 2004, Masiello filed a complaint with the Secretary of Labor. Complaint, p. 3, para. 15.   June 25, 2004 letter from Edward R. Masiello to United States Department of Labor-OLMS.   Exhibit 22.

### Involvement of the Secretary of Labor

100.    The Secretary, pursuant to her statutory authority, conducted an investigation of the conduct of the Branch 34 election held in 2004.  Complaint p. 4, para 17.  Exhibit 1. Affidavit of Investigator Kerry McEntee, OLMS.  Exhibit 9.

101.    As part of the investigation, personnel of the United States Department of Labor, Office of Labor Management Standards ("OLMS") reviewed the list used by Murdock to mail ballots for the March 2004 election and the NALC list.  Affidavit of Investigator Kerry McEntee, OLMS.  Exhibit 9.

102.    OLMS personnel compared the Murdock list and NALC list and determined that union members who were eligible to vote in the March 2004 election were not included on the Murdock list used to mail election ballots.  Affidavit of Investigator Kerry McEntee, OLMS.  Exhibit 9.

103.    OLMS presented its initial findings to officials of Branch 34.  Affidavit of Investigator Kerry McEntee, OLMS.  Exhibit 9.

104.     Branch 34 personnel provided OLMS with further information regarding Branch 34 members and eligibility.  Affidavit of Investigator Kerry McEntee, OLMS. Exhibit 9.

105.     Branch 34 personnel provided OLMS with the names of union members who requested election ballots after the initial mailing of ballots by Murdock on February 19, 2004.  Affidavit of Investigator Kerry McEntee, OLMS.  Exhibit 9.

106.     Branch 34 personnel provided OLMS with names of members on the NALC list who had name changes or were deceased.  Affidavit of Investigator Kerry McEntee, OLMS.  Exhibit 9.

107.     Having reviewed the NALC list and the Murdock list and taking into account all information provided by Branch 34, OLMS personnel determined that one hundred forty-five (145) members of Branch 34 who were eligible to vote in the March 2004 election were not included on the list used by Murdock to mail ballots on February 19, 2004.  Affidavit of Investigator Kerry McEntee, OLMS.  Exhibit 9.

108.     Murdock did not mail election ballots to one hundred forty-five (145) Branch 34 members who were eligible to vote in the March 2004.  Affidavit of Investigator Kerry McEntee, OLMS.  Exhibit 9.

109.     Having reviewed the NALC list and the Murdock list and taking into account all information provided by Branch 34, OLMS personnel determined that of the one hundred forty-five (145) union members who were not included on the Murdock list, fifty-eight members requested election ballot packages after the February 19, 2004 mailing of ballots. Affidavit of Investigator Kerry McEntee, OLMS.  Exhibit 9.

110.     Having reviewed the NALC list and the Murdock list and taking into account all information provided by Branch 34, OLMS personnel determined that of the one hundred

forty-five (145) union members who were not included on the Murdock list, eighty-seven (87) members never received election ballots for the March 2004 election.  Affidavit of Investigator Kerry McEntee, OLMS.  Exhibit 9.

111.    As a result of the Secretary's investigation, the Secretary found probable cause to believe that violations of the Act occurred.  Complaint, p. 4, para 17.  Exhibit 1

112.    By letters dated August 11, 2004 and September 29, 2004, defendant agreed that the time within which the plaintiff may bring suit with respect to defendant's 2004 election be extended to October 1, 2004 and November 5, 2004, respectively.  Complaint, p. 3, para. 16.   Exhibit 1, Answer to Complaint, page 2, para 16. Exhibit 2.

113.    As a result of her investigation, the Secretary found that the violations of the Act had not been remedied by November 5, 2004.   Complaint, p. 4, para 17.  Exhibit 1

114.    Based upon the findings of her investigation, the Secretary filed the Complaint in the instant action on November 5, 2004.  Complaint.  Exhibit 1.

Respectfully submitted,

MICHAEL G. SULLIVAN
United States Attorney


/s/Anita Johnson
ANITA JOHNSON
Of Counsel:                          Assistant U.S. Attorney
Maureen L. Canavan                   Moakley United States Courthouse, Ste. 9200
Office of the Regional Solicitor     One Courthouse Way
U.S. Department of Labor             Boston, MA  02210
JFK Federal Building, Room E-375     (617) 748-3282
Boston, MA 02203

Certificate of Service

I hereby certify that I have served the foregoing upon counsel for Defendant, Wendy Bittner, 15 Court Square, Boston, Mass. 02109, by first class mail, postage prepaid, on this 20th day of April 2005.

/s/Anita Johnson

-18-