<u>Elaine L. Chao, Sec'y of Labor v. Branch #34, Nat'l Assn. of Ltr Carriers</u>
C.A. 04-12356-PBS

Exhibits to Statement of Material Facts As to Which There is No Genuine Issue

# EXHIBITS 1 thru 22

# ARE NOT SCANNED

# Hard Copy filed in Clerk's Office