UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ELAINE L. CHAO, Secretary of Labor, United States Department of Labor,   )<br><br>Plaintiff,   )<br><br>v.   )<br><br>BRANCH NO. 34, NATIONAL ASSOCIATION OF LETTER CARRIERS, AFL-CIO,   )<br><br>Defendant.   ) | Civil Action No. 04-12356-PBS |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE
TO FILE TWO PAGES OVER TWENTY PAGE LIMIT**

Plaintiff requests the leave of the Court to file a memorandum of over twenty pages in support of her motion for summary judgment.  Twenty pages is the limit set forth by Local Rule 7.1(B)(4), absent leave of the Court.  Plaintiff's Motion for Summary Judgment is, Plaintiff suggests, dispositive of the case in its entirety, and, as a result, the memorandum required slightly more than the usual twenty pages to bring all the relevant evidence and legal material to the attention of the Court.  Plaintiff seeks to file a memorandum 22 pages in length.

Counsel for Defendant does not oppose this motion.

>Respectfully submitted,
>
>MICHAEL J. SULLIVAN
>United States Attorney
>
>/s/Anita Johnson
>ANITA JOHNSON
>Assistant U.S. Attorney
>John Joseph Moakley U. S. Courthouse
>One Courthouse Way - Suite 9200
>Boston, MA  02210
>(617) 748-3282

Of Counsel:

Maureen Canavan
Office of the Regional Solicitor
U.S. Department of Labor
JFK Federal Building, Room E-375
Boston, MA  02203

CERTIFICATE OF SERVICE AND RULE 7.1 CONFERENCE

    I hereby certify that I have served the foregoing upon counsel for Defendant, Plaintiff Wendy Bittner, 15 Court Square, Boston, Mass. 02109, by first class mail, postage prepaid, and that I have conferred with said counsel and they assent to this motion, both on this 21st day of April 2005.

>/s/Anita Johnson