UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ELAINE L. CHAO, Secretary of Labor, United States Department of Labor,<br><br>Plaintiff<br><br>v.<br><br>BRANCH NO. 34, NATIONAL ASSOCIATION OF LETTER CARRIERS, AFL-CIO,<br><br>Defendant | Civil Action No. 04-CV-12356-PBS |

**DEFENDANT'S ASSENTED-TO MOTION
FOR EXTENSION OF TIME TO FILE**

Defendant Branch 34 respectfully requests permission to file its response to Plaintiff's Motion for Summary Judgment three business days later than the current deadline of Friday, May 27, 2005. This three-day extension corresponds to a three-day extension which was granted Plaintiff to file her Motion for Summary Judgment.

Accordingly, Defendant's response would be due Thursday, June 2, 2005.

Plaintiff has kindly assented to this request.

1

                                        Respectfully Submitted,

                                        BRANCH NO. 34, NATIONAL
ASSOCIATION OF LETTER CARRIERS,
AFL-CIO

                                        /s/ Catherine Highet
Catherine A. Highet, BBO #657407
Law Offices of Wendy Bittner
15 Court Square, Suite 300
Boston, MA 02108
(617) 624-0200

Date: May 25, 2005

### Certificate of Service and Rule 7.1 Conference

     I hereby certify that I have served the foregoing upon counsel for Plaintiff, Assistant U.S. Attorney Anita Johnson, Moakley United States Courthouse, Ste. 9200, Office of the Regional Solicitor Boston, Mass. 02210, by first class mail, postage prepaid, on this day, May 25, 2005 and that I have conferred with said counsel and she assented to this motion on May 24, 2005.

                                        /s/ Catherine Highet
CATHERINE HIGHET
Law Offices of Wendy Bittner