# Exhibit 2

**This exhibit is an excerpt.**

(SAMPLE BALLOT)

# KNOWLEDGE AND EXPERIENCE

# The Masiello-Celeste Team

☑ **Ed Masiello,** J.W. McCormack
*President*

☑ **Fred Celeste,** Weston
*Executive Vice President*

☑ **John "J.T." McMahon,** Arlington
*Vice President*

☑ **Dave "Fitz" Fitzgerald,** Back Bay Annex
*Secretary-Treasurer*

☑ **Pat Terrazzano,** Watertown
*Financial Secretary*

☑ **Maureen "O'Brien" Marinelli,** Weston
*"Branch 34's CLAN" Editor*

☑ **Vigo M. Conte,** Woburn
*Sergeant-at-Arms*

☑ **Mary Papa,** Waltham
*Clerk, NSBA-MBA*

☑ **Ed Ahlstedt,** Braintree
*Health Benefit Officer*

☑ **Mitch Hilton,** Roxbury
*Trustee*

☑ **Bob Simpson,** Brookline
*Trustee*

☑ **Bob Tremarche,** Cambridge
*Trustee*

☑ **Keith Meredith,** Roxbury
*Area Steward*

☑ **Mike McCormack,** Fenway
*Area Steward*

☑ **Tom Conville,** Chestnut Hill
*Area Steward*

## ACCESSIBILITY, ACCOUNTABILITY ENTHUSIASM AND KNOWLEDGE

THE COMMITTEE TO ELECT THE MASIELLO-CELESTE TEAM
P.O. BOX 80392, STONEHAM, MA 02180

# Exhibit
# 3

DEAR STEWARD AND MEMBER:

## ELECTION RESULTS

| | | | | | | |
|---|---|---|---|---|---|---|
| President | * Robert Lind | 1682 | | After Recount | Area Stewards | |
| | Ed Masiello | 1420 | | *Mike McCormack | 1943 | |

After Recount

Exec. Vice President: *Fred Celeste 1581

| | | |
|---|---|---|
| *Kevin Flaherty | 1905 |
| *Kevin Mulligan | 1881 |

Kelley O'Shea 1558

*Keith Meredith 1822

| | | | | | |
|---|---|---|---|---|---|
| Vice President | * John T. McMahon | 1900 | Bob Meaney | 1690 |
| | John Fanning | 1171 | Tom Conville | 1414 |

Clerk NSBA-NBA

Mary Papa 2095

| | | |
|---|---|---|
| Secretary-Treasurer | *Dave Fitzgerald | 1580 |
| | Mike Yerkes | 1463 |

Editor- CLAN

| | |
|---|---|
| * Maureen Marinelli | 1360 |
| Bob Damatin | 1000 |

| | | |
|---|---|---|
| Financial Secretary | *Pat Terrazzano | 1657 |
| | Ed Killion | 1333 |

Tony Scrivano 676

| | | |
|---|---|---|
| Trustees | * Bob Simpson | 1742 |
| | * Mitch Hilton | 1486 |
| | * Donna Newman | 1456 |
| | Bob Tremarche | 1344 |
| | Maureen Siple | 1093 |
| | Veronica Bertrand | 1082 |

Health Benefit Officer

Ed Ahlstedt 2328

Sergeant-At-Arms

Vigo Conte 2266

## GOLF TOURNAMENT

There is a change for the Spring Golf Tournament. We will be playing at BASS RIVER on June 10 instead of Bayberry. Shot Gun Start @ 12:30 p.m. PLEASE NOTE THE CHANGE. The price is $185.00 per person. If you haven't sent in your money, do so now so you won't be shut out. Please mail your check paid in full to Branch 34 NALC Golf, P.O. BOX 80330, Stoneham 02180.

## APRIL M.D.A. CALENDARS

Please send your checks & stubs for the April MDA Calendars ASAP. The drawing has been extended to Sat. April 7. Send your check made out the Branch 34 MDA, either to the branch office of Vigo Conte, Shop Steward, Woburn PO Woburn 01801.

SINCERELY AND FRATERNALLY,

*El Masiello*

EDWARD R. MASIELLO
PRESIDENT

| | | |
|---|---|---|
| DAN McNEIL | JOHN McMAHON | FRED CELESTE |
| SEC-TREAS. | VICE PRESIDENT | EXEC VICE PRES |
| | BRANCH 34 NALC | |

# Exhibit
# 4

www.geocities.com/nalc34   National Association of Letter Carriers

BRANCH 34's CLAN

Volume XXX Number 9    Circulation 5,000    January 2001

# END OF THE TERM REPORT



**Edward R. MASIELLO**

## PRESIDENT'S CORNER

**W**ell three years have come to an end, and I must say they were challenging. When I first took over as your President on April 1, 1998, there were many problems that had to be addressed and the job of uniting this Branch was also a priority.

I fought for and promised the membership of Branch 34 NALC:

- ➤ Full disclosure of expenses – no hidden expenses
- ➤ To have six figures in our treasury
- ➤ Cancel all credit cards, but one for business purposes
- ➤ Regular Station Visits
- ➤ Keep the Union office open on Saturdays
- ➤ Beepers for Union officers
- ➤ A new bulletin to keep carriers informed
- ➤ Reduce the grievance backlog
- ➤ Create more jobs for our members
- ➤ Education for Shop Stewards and Carriers
- ➤ Publish "Branch 34's CLAN" monthly
- ➤ Fight for Better Starting Times
- ➤ Save jobs of letter carriers under discipline
- ➤ Improve carrier working conditions
- ➤ Create a Carrier Safety Team

All the above promises were kept.

## FINANCIAL RESPONSIBILITY

One of the first orders of business was to eliminate all the credit cards, but one, which was assigned to the Secretary-Treasurer strictly for business purposes.

To disclose and have a breakdown of all expenditures of this Branch, while setting our goal to have six figures in our treasury.

I am happy to inform the Membership that the credit cards were cancelled, saving this Branch thousands of dollars in unnecessary expenses. A breakdown of *ALL* expenses were established and reported to the Branch Membership at our monthly meetings. The membership at these meetings have to approve all expenses before payment is made. There are no hidden expenses.

This Branch never had a breakdown of all funds in our treasury. For example, prior to April, 1998, the Branch never listed our C.D. accounts or Money Market accounts, which are all part of the General Account. I promised to have six figures in our treasury and I am proud to announce that this Branch is more solvent today than at any time in our history. **The Treasury exceeds $110,000 as of the January 2001 Branch Meeting.**

## STATION VISITS

All stations are visited by myself and other Branch officers on a rotating basis, thereby giving the Branch membership access to its officers.

## ACCESSIBILITY

Beepers were issued to the Branch officers so that they can be easily reached while giving the membership the representation they deserve and expect.

## EARLIER REPORTING TIMES

I have been and am presently working with the Postmaster of Boston to come up with a way for earlier start times for letter carriers. Some stations have been successful keeping earlier start times, while others have not (depending on when you receive your dispatches from the plant).

Right now, we are working with Management to bring the distribution of mail back to the station, so earlier start times could be given to the carriers. We hope to accomplish this within the next few months.

## INFORMATIONAL PICKETING FOR A WAGE INCREASE

The Branch was involved in Informational Picketing to support our National Officers while arbitrating for Level 6 Pay and a pay raise that will give Letter Carriers a maximum pay of $42,000.00 annually. This past November, history was made and all letter carriers were upgraded to Level 6 grades 1 and 2 and given a 1.2% increase in wages per a National Level Arbitration Award.

We had a petition circulated amongst our membership to support our National Business Agent and our National Director of Insurance while objecting to the 3% pay raise suggested by our National. The membership stood behind our officers, united for a better wage increase.

## UNION OFFICE OPEN SATURDAYS GIVING MEMBERS BETTER REPRESENTATION

While letter carriers have to work on a six-day schedule, the Branch office has been open on Saturdays, so that our members would have access to representation, even on Saturdays. I have scheduled two Branch officers every Saturday to be in our Branch office. The full-time officers also work six days a week to represent our membership (with no extra pay).

## GRIEVANCE BACKLOG

The grievances in April 1998 were at an all-time high and one out of every six letter carriers received some sort of discipline in Branch 34. Through negotiations with the Postmaster of Boston we were able to reduce the grievance backlog and receive fair settlements for our Membership.

We have managed to have the Grievance Dispute Resolution Process tested in Boston, where Bob Simpson, Shop Steward in Brookline, was appointed to represent Branch 34 at the B-Team level. Also appointed as backup was Kevin Ford, Shop Steward of Medford.

Both Bob and Kevin have done an outstanding job in reducing and resolving most of our discipline and contract cases along with their Management counterparts.

As a result of the outstanding job done by our representatives, the Dispute Resolution Process has been adopted as permanent.

## CREATION OF RESERVE POSITIONS

The creation of over 250 full-time reserve positions was reached through negotiations with Postal Management. This agreement accomplished three things; convert PTF's to regular carriers, allow the regular carriers to bid closer to home and create more full-time positions for the membership of Branch 34.

In order to speed the process an agreement was reached between the Postmaster of Boston and Branch 34 to have temporary expedited bidding, so we could identify all the vacant full-time carrier positions in the Boston Post Office.

During the past three years, the above led to well over 500 PTF Carriers converted to regular. Conversions can only be made when full-time positions are identified as vacant; a PTF is converted to regular to fill the full-time position.

## TRAINING AND EDUCATION

Seminars on the contract and grievance handling were held at different intervals to better educate our shop stewards so they may be better be prepared to handle your grievances at the station level.

Route inspection classes have been given to every station that is scheduled for route inspection. On many evenings, J.T. McMahon, Fred Celeste, myself and your route inspection team have given route inspection classes to all carriers in stations that were preparing to be inspected and any carrier that requested special route inspection.

During these inspections, I have had Branch officers, led by Dave Fitzgerald, observe the inspections, and if any grievances arose during the inspection, your officers made an attempt to resolve them prior to filing a Step A grievance.

*(continued on page 3)*



**Branch 34 President Ed Masiello congratulates Waltham Letter Carrier Robert McMurtry on his retirement.**

## REMEMBER TO VOTE

Tues. Feb. 13 • 7 pm

## Inside *BRANCH 34's* ...

YOU CAN'T MAKE THIS    BE WARY OF POSTAL INSPECTOR

# Being Interviewed by Postal Inspectors – Know Your Rights



**John T. McMAHON**

## CE PRESIDENT'S REPORT

rticle 17.3 of the Joint Contract l Administration Manual reads, "if mployee requests a steward or car-representative to be present during course of an interrogation by the ection Service," such request will ranted. All polygraph tests will con-c to be on a voluntary basis. Letter ers do not always exercise the right representation when being ap-ched by Postal Inspectors. Postal ectors may request interviews with r carriers in a variety of different . The letter carrier may not be the t of their investigation. It may be the Postal Inspectors want to inter-a carrier as a witness against an-r carrier or customer activity.

ostal Inspectors may also be inves-ing letter carriers for possible crimi-harges. If a letter carrier is read his er "Miranda Rights" or if the letter er believes that he or she is the fo-f criminal charges, the carrier has ight to obtain an attorney. The car-lso has the right to refuse to make tement at any time until a steward l attorney arrives.

ostal Inspectors may read the car-is or her rights and then produce a stating that the carrier is waiving r her rights. This form may be pre-d in a disarming way to entrap the r carrier. Carriers in this situation ld be on guard and refuse to sign waiver. Carriers should remain si-nd wait for their attorney to arrive. ith exception to being read your anda Rights" for a criminal charge; l Inspectors do not have to inform arrier that he or she has the right ve a steward present during the ction Service's interview. It is in-ent upon the carrier to request sentation when confronted by l Inspectors or none will be pro-l. The carrier should wait until his er steward or attorney arrives be-making any written or oral state-

ie carriers' right to representation ontractual right as well as a Federal r Law. It is known as the Wein-n rule which states that in any in-:w in which the carrier believes or d have reason to believe that he or ould be disciplined by what is said during the interview the carrier has the right to request representation.

Letter carriers also have the right to a pre-interview consultation with a stew-ard. Over the years our Branch has pro-vided the following information to our members. Whether a carrier is guilty or not; it is suggested that he or she act in the following manner:

- Remain calm.
- Correctly identify yourself if re-quested to do so.
- Do not physically resist an arrest or a search of your person or prop-erty.
- Read aloud to the Postal Inspec-tors the statement that is printed below.
- Remain silent until you have con-sulted with your union representa-tive or attorney.



Remember you have to request a rep-resentative the Postal inspectors will not automatically provide representation.

In the upcoming year, this Branch will be dealing with the motorization of routes and the continued violations of your inspections. Most, if not all the vio-lation or grievances will be heard by lo-cal arbitrators this year and some will be decided nationally. I have made a com-mitment to representing all the carriers all the time and I will continue to do so in the upcoming year.

— *Courtesy of "The Activist"*

## End of Term Report...

*(continued from page 1)*

### NEW BULLETIN FOR BRANCH

Established a new bulletin to improve the communications between the Branch office and the stations that we represent, keeping you informed on all of the different programs to be instituted in the stations, such as the One Bundle System, the Scanner Programs, Route Inspection Schedules, grievance activity, training and education, etc.

### "CLAN" PUBLISHED MONTHLY

"Education is Power." I believe pub-lishing *"Branch 34's CLAN"* on a monthly basis keeps the Branch office in touch with the Membership. I pro-vides you with updated information to keep you informed of what is going on in our Union. *"Branch 34's CLAN"* is *your* newspaper.

### COMPUTERS UPDATED

We brought our Branch into the 21st Century by updating our computer sys-tem in the Union office, so we could better serve our members. A commit-tee was appointed to look at the differ-ent types of computers that were needed in the Branch office. This committee presented their findings at the Branch meetings, along with bids received be-fore any purchase was made.

This process took over three months before any computers were purchased. There was no objection and the Branch purchased the computers. Our member-ship is about 5,000 strong. Computers were needed to update our membership lists (both active and retired), to enhance our grievances, OWCP, Merit System Protection Board work. This had led to resolutions of numerous grievances. These computers are expected to serve our needs for many years to come. They are networked within the office.

We established for the first time, a web site *www.geocities.com/NALC34,* so our members who have computers can have access to information by this union.

### SAFETY

Established the Carrier Safety Team to insure that our members talk to let-ter carriers about their safety problems and to insure that discipline would not be given.

Also, Branch 34 is in the process of establishing safety committees in the sta-tions so all our active letter carriers are involved in the safety of our jobs. A team made up of letter carriers and supervi-sors will be trained in the safety of our jobs. OSHA is now involved with the US Postal Service in Boston and will oversee the entire safety program.

### LEGAL ACTIONS

There have been a number of law-suits that were pending when I was elected President. I am happy to inform our membership that all of the lawsuits have been resolved in our favor. In our lawsuit filed to support our X-Route Arbitration Award, we were also successful.

### FOR OUR RETIREES

I promised, when I got elected, that our retirees would not be forgotten and to make them a part of our Branch. As promised, a retiree newsletter, *"The Vin-tage 34,"* was established to inform our retirees of all news relating to them.

We established a retiree representa-tive and a retiree "hot line" to give our retirees access to the Branch office to deal with their representative about their related problems.

And we established a luncheon twice a year to honor all of our retirees for paving the way so that our active mem-bers may enjoy the benefits we receive today.

### THANKS

We will continue to represent all of our members in a way that benefits **YOU!**

I want to thank you all for support-ing my administration in all that we do.

Happy New Year to all!



**BRANCH CLAN**

Founded May 1974

**AWARDS**
**LARGE BRANCH PUBLICATION**
First Place, 1996
First Place, 1994
Second Place, 1992
Honorable Mention, 1982
Judges' Commendation, 1988

**BEST STORY**
First Place, 1996
Third Place, 1990
Honorable Mention, 1990
2 Honorable Mentions, 1992

**PROMOTING UNIONISM**
Third Place, 1992
Judges' Commendation, 1988

BRANCH 34's CLAN is the Official Publication of Branch 34 of the National Association of Letter Carriers, AFL-CIO. The Boston Branch was Chartered by the NALC on June 18, 1890. BRANCH 34's CLAN is pub-lished twelve times each year. It presents the various is-sues of the day that are of concern to the membership. The views and opinions expressed in the articles and columns do not necessarily reflect the official position of the NALC Branch 34 or its officers, but rather those of the author.

Any articles submitted for publication in BRANCH 34's CLAN must be typewritten, double-spaced and re-ceived at the Branch office no later than the close of business on the first of the month of publication: Janu-ary, February, March, April, May, June, July, Au-gust, September, October, November, and De-cember. The Editor reserves the right to amend ar-ticles and/or delay their publication due to the lim-ited availability of space.

Permission is hereby granted for the REPRINTING of any article that originates in this paper provided an appropriate credit line also appears and a copy of the reprint in its new publication is sent to: Editor, NALC Branch 34, 626 Dorchester Avenue, South Boston, MA 02127.

BRANCH 34's CLAN enters the Postal Service as third-class, non-profit material. Any change of address should be sent to: Editor, NALC Branch 34, 626 Dorchester Avenue, South Boston, MA 02127.

# Exhibit 5

Kelley O'Shea
152 Athens Street
South Boston, MA  02127

March 31, 2001

Mr. John Baginsky, Chairman
Election Committee
NALC Branch # 34
626 Dorchester Avenue
South Boston, MA  02127

Dear Mr. Chairman:

In accordance with the NALC Regulations Governing Branch Elections Procedures, I,
Kelley O'Shea, a member in good standing in Branch 34, do hereby appeal the election
results in the most recent Branch 34 Branch Officers Election.

My appeal is based on specific violations of the *NALC Regulations Governing Branch
Election Procedures*, (hereinafter, "Brown Book") as follows:

**Equal Access to Union Materials**

- 9.4—A Branch may not use Branch dues, assessments, or similar levies or contribute
  anything of value to promote one candidate over another or discriminate against any
  candidate.
- 9.7—Branch Officers and candidates may not use Branch funds, employees, office
  space, telephones, facilities, equipment, or materials to campaign.
- 9.1—The branch must treat all candidates equally.

**Use of Union Time**

- 9.6—Branch Officers and candidates may not campaign on Union time.

**Violations of Election Procedures**

- 8.2—Relative to mailing list.
- 11.84-e—Candidates may have as many observers as necessary.
- 13.7—Cross-checking of vote count.
- 14.5—A tally should be conducted immediately by the Election Committee.
- 14.7—Relative to the preservation of election materials.
- 15.322—Relative to challenged ballots.
- 17.5—Relative to counting used and unused ballots.
- 19.1, 19.2—Relative to the preservation of election records.

O'Shea Appeal
3/31/01
p. 2

**Equal Access to Union Materials**

- 9.4—A Branch may not use Branch dues, assessments, or similar levies or contribute anything of value to promote one candidate over another or discriminate against any candidate. Branch funds, however, may be used for all notices and for all other expenses necessary for conducting the election.

Comment:

The Brown Book (p. 20) states: "This provision is commonly violated in Branch elections. The bottom-line is that a Branch is absolutely prohibited from criticizing or endorsing any candidate in a union-financed newspaper, publication, or letter."

The January edition of the NALC Branch 34 publication *The Clan* was used to promote the Masiello-Celeste team (**Exhibit A**). The "End of Term Report" that ran on page one of that edition substantially reproduced the Masiello-Celeste team's campaign materials, particularly the palm card the team circulated during its reelection campaign. (See **Exhibit B**.) As the Chair will observe, the text of the palm card and the first section of the page one report from President Masiello is identical.

In addition, biographical information in the form of experience and credentials contained in the page two article in Exhibit A from Executive Vice President Fred Celeste (column two, paragraph four) duplicates information found in campaign literature for the Masiello-Celeste team. (See **Exhibit C**, page two of the flier, "Re-Elect the Masiello-Celeste Team.")

The Brown Book further states (on p. 20): "On the other hand, publication of information sheets with biographical data is permissible, provided all candidates are given an equal opportunity to submit data, and the data for each candidate are given equal space and prominence. Similarly, providing newspaper space for candidates to present their views is permissible, provided all candidates are given an equal opportunity to submit their statements and are given equal space and prominence in the Branch paper."

The candidates in opposition to the Masiello-Celeste team were given no such opportunity for equal space or equal time. Articles submitted by candidate Kelley O'Shea, along with other independent candidates, were not published in that issue. (See **Exhibit D**, unpublished submission from Mike Yerkes, candidate for Secretary-Treasurer, and **Exhibit E**, unpublished submission from Kelley O'Shea.) It should be noted that these articles had been submitted well in advance of established cut off dates.

O'Shea Appeal
3/31/01
p. 3

In addition the January "Clan" contained no less than eleven photos of members of the Masiello-Celeste team. Photos of independent candidates were not included in this issue, which was timed to arrive in members' mailboxes in close proximity (one day after) the arrival of the election ballots.

The violations of regulation 9.4 detailed above also constitute material violations of several other regulations governing the conduct of local branch campaigns. Specifically, their conduct also violated regulation 9.7.

- 9.7—Branch Officers and candidates may not use Branch funds, employees, office space, telephones, facilities, equipment, or materials to campaign.

Clearly, the use of *The Clan*, which is the product of Branch facilities and equipment and constitutes in itself Branch materials, to in effect endorse the Masiello-Celeste team constituted a violation of regulation 9.7.

Most importantly, this conduct violated regulation 9.1.

- 9.1—The branch must treat all candidates equally; any and all privileges extended to one candidate by the Branch must be extended to all candidates.

Clearly, in this case, given the violations cited above, the Branch in its most recent election did not treat all candidates fairly.


**Use of Union Time**

- 9.6—Branch Officers and candidates may not campaign on Union time.

Members of the Masiello-Celeste team, in this case Executive Vice President Fred Celeste, violated this regulation by campaigning routinely on Union time in multiple stations across the Branch. This violation has been documented in **Exhibit F**, a signed statement from the recently retired Secretary-Treasurer Dan McNeil. Fred Celeste, according to McNeil's statement, claimed only eight hours, the equivalent of one-day, annual leave from September 1, 2000-March 30, 2001. This contrasts with my scrupulous avoidance of campaigning on union time and my use of over 103 hours of annual leave to conduct station visits. In the final weeks of the campaign, if not before, Mr. Celeste campaigned as vigorously as I did, toward the end he devoted the better part of weeks to campaigning. He did not claim this time as annual leave. Obviously, therefore, Mr. Celeste campaigned on Union time, in clear violation of this regulation.

O'Shea Appeal
3/31/01
p. 4

**Violations of Election Procedures**

- 8.2—The Financial Secretary must also prepare an alphabetical list of all regular members eligible to vote.

Article VII, Section 6 of the Branch 34 By-Laws states: "The Financial Secretary of Branch 34 shall provide the Chairman of Nominations and Elections with the following; "a list of all members eligible to vote and their last known mailing address."

Section 14.6 of the "Brown Book" states: "The names on the envelope should be checked against the list of eligible voters to verify the identity and hence, eligibility of the voters.

The Financial Secretary of Branch 34 did not prepare a list of eligible voters for use in this election. The mailing list was the Branch's enlarged mailing list used to reach out to the Branch's extended family. This list is locally known as the "Murdoch" mailing house list. We allege this "Murdoch" list did not contain the names of all eligible electors.

The ballots for this election were mailed out using the "Murdoch" list. The Election Committee used a list obtained from NALC National Headquarters to verify eligibility of voters on election day.

Evidence: Ms. O'Shea's name was not listed on the check list as voting because her maiden name of Perry was listed on the national list which was used by the Chairman to check returned envelopes. We allege that the national list used for checkoff did not identically match the local "Murdoch" list and thus many returned ballots were declared invalid improperly.

- 11.84-e—Candidates may have as many observers as necessary to observe the actual counting of ballots.

The Election Chairman stated that my opponent was challenging the number of my observers. Chairman picked up the "Brown Book," cited Section 11.8 "an observer" and declared Ms. O'Shea's observers must leave. We challenged his reading of the rules, and cited Section 11.84-e) "candidates may have as many observers as necessary to observe the actual counting of the ballots. Thus, if there is more than one counting table at a single location, observers may be present at each table." Chairman then said we could keep three individuals to observe, despite the fact that five counting stations were set up.

In the comment section of 11.84 in the "Brown Book" it states: "Observers serve as an additional safeguard for candidates and members to assure a fair election." Because of

O'Shea Appeal
3/31/01
p. 5

the ruling of the Chairman I was not afforded this "additional safeguard to assure a fair election."

- 14.5—A tally should be conducted immediately by the Election Committee.

During the course of the recount on March 27, 2001, after the Election Committee had returned from lunch and resumed counting, the Election Chairman stated that he had found an additional fifty (50) ballots which had not been tallied as part of the final count in the original election on March 13, 2001. My observers asked to see the batch of fifty (50) votes and the signatures of the Election Committee members who had signed the batch on March 13, 2001. The Election Chairman stated the specific batch was unable to be identified because it was mixed in with the rest of ballots and thus could not be verified. My observers then asked the Election Chairman if he had saved all of the envelopes that had contained the ballots to see if we could confirm the count of ballots received. The Election Chairman did not save the envelopes as required in Sections 14.7 and 19.2 of the "Brown Book." Also, the number of ballots used and the number of members who voted should be identical. No such cross check was conducted in this election.

- 14.7—The reply envelopes should then be opened, separated from the secret ballot envelopes, and preserved along with all other election materials. The secret ballot envelopes should be placed in a ballot box.

As stated above the Election Committee did not preserve all election materials. The reply envelopes for all ballots were thrown away.

- 15.32—If the number of challenged ballots is great enough to possibly affect the outcome of the election, the **Committee must** rule on each challenge.

The **Committee did not** do this adjudication at close of recount day. My observers asked to address each challenged ballot but were denied by the Election Chairman.

- 15.322—In mail ballot elections the outer envelope of a challenged ballot must be removed and preserved with all other materials. The secret ballot envelope should be placed in a ballot box. After the Election Committee has ruled on all challenges, the secret ballot envelopes should be mixed together, opened, counted, and added to the previous tally.

The Election Chairman did not allow a single challenged ballot to opened.

O'Shea Appeal
3/31/01
p. 6

- 17.5—The Election Committee must count the number of used and unused ballots and the number of persons who voted, and write these numbers on the voting register.

Past practice in Branch 34 elections would be the Election Chairman would write the total number of ballots received, total number of ballots rejected, and the total number eligible ballots on the tally register/roster. The number of ballots used and the number of members who voted should be identical, which they are not in this case.

- 19.1, 19.2—Preservation of election records.

Comment: (Pg. 44 "Brown Book") The best way to comply with the law is to absolutely save everything. Unfortunately we are unable to determine if the number of ballots received, rejected and challenged and the number of members who voted were identical.

For all the above reasons, the members of the Masiello-Celeste team are in violation of all the above sections. Because of these violations, they created an uneven playing field, tainted the election process as outlined in our bylaws, National Constitution and established provisions of the Labor-Management Reporting and Disclosure Act.

I respectfully request that the Election Committee uphold this appeal and order a new election for the Office of Executive Vice-President, Branch 34, NALC.

Your timely response would be gratefully appreciated.

Sincerely,

Kelley O'Shea

Kelley O'Shea

EXHIBIT A

Non-Profit Org.
U.S. Postage
**PAID**
Boston, MA
Permit No. 54631

ational ssociation of etter arriers

# END OF THE TERM REPORT

## PRESIDENT'S CORNER

**Edward R. MASIELLO**

Well three years have come to an

listed our C.D. accounts or Money Market accounts, which are all part of the General Account. I promised to have six figures in our treasury and I am proud to announce that this Branch is more solvent today than at any time in our history. The Treasury exceeds $110,000 as of the January 2001 Branch Meeting.

been open on Saturdays, so that our members would have access to representation, even on Saturdays. I have scheduled two Branch officers every Saturday to be in our Branch office. The full-time officers also work six days a week to represent our membership (with no extra pay).

ers, allow the regular carriers to bid closer to home and create more full-time positions for the membership of Branch 34.

In order to speed the process an agreement was reached between the Postmaster of Boston and Branch 34 to have temporary expedited bidding, so we could identify all the vacant full-time

## GRIEVANCE BACKLOG

# PROMISES KEPT!!!

- Financial Responsibility: Over $110,000 in the Treasury with Full Disclosure of Expenses
  (as per the January 2001 Treasurer's Report)
- Eliminated Hidden Expenses with Cancelling of Credit Cards
- Regular Station Visits
- Opened Branch Office on Saturdays
- Gave Beepers to all Union Officers
- Established new Carrier Bulletin improving communications
- Published "Branch 34's CLAN" monthly
- Established Retiree Newsletter "Vintage 34" monthly
- Brought the Branch Office into the 21st Century
- Established Branch Web Site: www.geocities.com/nalc34
- Created over 250 new Full-Time Positions
- Converted over 500 PTF's to Regular
- Grievance Backlog Reduced – Hundreds of Jobs Saved!
- Full OSHA Compliance:
  Established Carrier Safety Team and Committees
- Steward Raises
- Grievance Handling Classes
- Steward Training Seminars
- Route Inspection Training

We will continue to represent our members in
➤ The Grievance Procedure      ➤ OWCP Hearings
➤ Arbitration      ➤ Unemployment Hearings

**WE LOOK FORWARD TO REPRESENTING YOU AGAIN FOR THE NEXT THREE YEARS!!!**

FOR UNINTERRUPTED STABILITY AND ACHIEVEMENT

## Vote the Masiello-Celeste Team

|  |  |
|---|---|
| Ed Masiello | John "J.T." McMahon |
| Fred Celeste | Pat Terrazzano |
| Dave "Fitz" Fitzgerald | Vigo M. Conte |
| Maureen Marinelli | Ed Ahlstedt |
| Mary Papa |  |
| Mitch Hilton |  |

# Re-Elect the Masiello-Celeste Team

Dear Brother and Sister Carriers,

We ask for your valued vote in the upcoming Branch elections, **THE MASIELLO-CELESTE TEAM,** most of whom work on your current Board of Officers, will be joined by a select group of proven Branch 34 activists. Together, we will afford the membership a more diverse and fresher outlook on the problems that we face and the solutions for them.

All Letter Carriers are well aware of the constant



EXH. C

...sitions, we also negotiated over 250 more full-time Letter Carrier positions. **I MADE PROMISES IN THE LAST ELECTION AND I KEPT THEM!**

In the next three years, we will continue to maintain our status as having the **BEST REPRESENTATION IN THE COUNTRY.**

We will also initiate an aggressive campaign to identify and rein in poor performing supervisors.

**THE MASIELLO-CELESTE TEAM** will demand that all Branch 34 Letter Carriers be treated with dignity and respect in all of our stations and branches.

Our membership deserves a United Team who has the solutions and will work as one for you, the Carriers of Branch 34!

**SERVING ALL THE MEMBERS ALL THE TIME!**

Fraternally,

Ed Masiello

---

## FOR UNINTERRUPTED STABILITY AND ACHIEVEMENT

### Re-Elect the Masiello-Celeste Team

- ✓ **Ed Masiello,** J.W. McCormack
  *President*
- ✓ **Fred Celeste,** Weston
  *Executive Vice President*
- ✓ **John "J.T." McMahon,** Arlington
  *Vice President*
- ✓ **Dave "Fitzy" Fitzgerald,** Back Bay Annex
  *Secretary-Treasurer*
- ✓ **Pat Terrazzano,** Watertown
  *Financial Secretary*
- ✓ **Maureen O'Brien Marinelli,** Weston
  *"Branch 34's CLAN" Editor*
- ✓ **Vigo M. Conte,** Woburn
  *Sergeant-At-Arms*
- ✓ **Mary Papa,** Waltham
  *Clerk, MBA-NSBA*
- ✓ **Ed Ahlstedt,** Braintree
  *Health Benefit Officer*
- ✓ **Mitch Hilton,** Roxbury
  *Trustee*
- ✓ **Bob Simpson,** Brookline
  *Trustee*
- ✓ **Bob Tremarche,** Cambridge Center
  *Trustee*
- ✓ **Keith Meredith,** Roxbury
  *Area Steward*
- ✓ **Mike McCormack,** Fenway
  *Area Steward*
- ✓ **Tom Conville,** Chestnut Hill
  *Area Steward*

---

# *Let's Keep Moving Forward!!!* 

# MIKE YERKES

## Lies, Censorship, and Waste For Political Gain.

**Secretary-Treasurer**
Post Office Box 610063
Newton, Massachusetts 02461
Tel: (617) 678-3937

**Brothers and Sisters, You should be outraged at the *Trash* you recently received in the guise of our most recent issue of the Clan. This political mailing cost you in excess of $3000. It is also a clear violation of election laws by using Branch funds for political rubbish.**

### Lies:

This "End of the Term Report" is just a continuance of the lies and distortions they have been selling you for the past three months. The January, 2001 General Fund stands at $31,300. down from $115,986.56 in April, 1999. Their $110,000 Treasury figure is actually $110,873.24 and it is down from $198,937.05 in April, 1999. These are actual treasurer report numbers, not cartoons attempting to deceive you.

### Censorship:

You were also given fluff pieces and pictures from *Team Candidates* who have never written anything but an expense report in the past yet my article was deliberately discarded.

**Talk with your Brothers and Sisters. Find the ones who have not yet taken the time to vote and ask them to send this administration a message...**

## WE WON'T TOLERATE ANY MORE WASTE OF OUR MONEY!!!!



75

# NEW YEAR, NEW CHALLENGES, OLD MANAGEMENT

Much like the chill in the air, Branch 34 carriers find themselves still dealing with a frosty, sometimes grinch-like management. As the business slowly slips away, again we find local management asleep at the switch. As competitors like UPS, Emery and Airborne knock on the door, our crack management team is busy waiting for your scanner to beep.

In my many station visits I have witnessed the mis- treatment first hand of Branch 34 letter carriers. Of particular note is the manner in which our senior letter carriers are treated by supervisors, many of whom never wore out one pair of shoes as a carrier.

There is no doubt this new year will bring us some of our most difficult challenges. As NALC members, we stand prepared and ready to meet the demands of new technology, a new president, and whatever else is put on our plate.

Regretfully the same cannot be said of management. Ill-prepared to meet these challenges, they all to often retreat back to what they know best. Treating carriers as if they had a social disease. Apparently these Sherlock Holmes think that the case can be cracked with BPI teams, street supervision and late report times.

Most difficult for our members, is that our future and well-being is linked directly with the business decisions made by others who do not occupy a spot very high on the food chain.

Thankfully Branch 34 is steeped in a rich history of activism and solidarity that has successfully sustained managements many flops and fool hearted actions. I am pleased to report that there is a new breed of carrier ready to challenge managements follies. And as always, our retirees stand by ready for action.

And so the future brings us good news and bad news. The good news is we're ready for any new challenges. The bad news is that we're saddled with the same old management.

~~EXHIBIT 6~~

*EXH. E*

Kelley Submitted by Jan.
Deadline



This is to verify That Today 3/30/01
as I was determing the amont of leave
left for all the Branch 34 Officers. I
inquired of Fred Celeste Eso V.P of the
Branch as to the amont of leave for the
period of 9/1/00 Thru 3/30/01   He
researched his records and determined that
he used no day leave for this period

Harold J. M'Neil
Sr Team Ldr 34 HALC.

DEAR STEWARD AND MEMBER:

## ELECTION RESULTS

| President | | | After Recount | Area Stewards | |
|---|---|---|---|---|---|
| | * Robert Lind | 1682 | | *Mike McCormack | 1943 |
| | Ed Masiello | 1420 | | *Kevin Flaherty | 1905 |
| After Recount | | | | *Kevin Mulligan | 1881 |
| Exec. Vice President: | *Fred Celeste | 1581 | | *Keith Meredith | 1822 |
| | Kelley O'Shea | 1558 | | Bob Meaney | 1690 |
| | | | | Tom Conville | 1414 |
| Vice President | * John T. McMahon | 1900 | | | |
| | John Fanning | 1171 | | Clerk NSBA-NBA | |
| | | | | Mary Papa | 2095 |
| Secretary-Treasurer | *Dave Fitzgerald | 1580 | | | |
| | Mike Yerkes | 1463 | | Editor- CLAN | |
| | | | | * Maureen Marinelli | 1360 |
| Financial Secretary | *Pat Terrazzano | 1657 | | Bob Damatin | 1000 |
| | Ed Killion | 1333 | | Tony Scrivano | 676 |
| Trustees | * Bob Simpson | 1742 | | Health Benefit Officer | |
| | * Mitch Hilton | 1486 | | Ed Ahlstedt | 2328 |
| | * Donna Newman | 1456 | | | |
| | Bob Tremarche | 1344 | | Sergeant-At-Arms | |
| | Maureen Siple | 1093 | | Vigo Conte | 2266 |
| | Veronica Bertrand | 1082 | | | |

## GOLF TOURNAMENT

There is a change for the Spring Golf Tournament. We will be playing at BASS RIVER on June 10 instead of Bayberry. Shot Gun Start @ 12:30 p.m. PLEASE NOTE THE CHANGE. The price is $185.00 per person. If you haven't sent in your money, do so now so you won't be shut out. Please mail your check paid in full to Branch 34 NALC Golf, P.O. BOX 80330, Stoneham 02180.

## APRIL M.D.A. CALENDARS

Please send your checks & stubs for the April MDA Calendars ASAP. The drawing has been extended to Sat. April 7. Send your check made out the Branch 34 MDA, either to the branch office of Vigo Conte, Shop Steward, Woburn PO Woburn 01801.

SINCERELY AND FRATERNALLY,

*Ed Masiello* .ed

EDWARD R. MASIELLO
PRESIDENT

| | | |
|---|---|---|
| DAN McNEIL | JOHN McMAHON | FRED CELESTE |
| SEC-TREAS. | VICE PRESIDENT | EXEC VICE PRES |
| | BRANCH 34 NALC | |

| | | | Area Stewards | |
|---|---|---|---|---|
| President | Robert Lind | 1682 | Mike McCormack | 1921 |
| | Ed Masiello | 1420 | Kevin Mulligan | 1855 |
| | | | Kevin Flaherty | 1862 |
| Exec. Vice President: | Fred Celeste | 1550 | Keith Meredith | 1794 |
| | Kelley O'Shea | 1541 | Bob Meaney | 1659 |
| | | | Tom Conville | 1398 |
| Vice President | John T. McMahon | 1900 | | |
| | John Fanning | 1171 | Clerk NSBA-NBA | |
| | | | Mary Papa | |
| Secretary-Treasurer | Dave Fitzgerald | 1580 | Editor- CLAN | |
| | Mike Yerkes | 1463 | Maureen Marinelli | 1360 |
| | | | Bob Damatin | 1000 |
| Financial Secretary | Pat Terrazzano | 1657 | Tony Scrivano | 676 |
| | Ed Killion | 1333 | | |
| | | | Health Benefit Officer | |
| Trustees | Bob Simpson | 1742 | Ed Ahlstedt | |
| | Mitch Hilton | 1486 | | |
| | Donna Newman | 1456 | Sergeant-At-Arms | |
| | Bob Tremarche | 1344 | Vigo Conte | |
| | Maureen Siple | 1093 | | |
| | Veronica Bertrand | 1082 | | |

THERE IS GOING TO BE A RE-COUNT FOR THE OFFICE OF EXEC. VICE PRESIDENT.  WE WILL NOTIF
THE STEWARDS OF THE RESULTS OF THE RE-COUNT.

## GOLF TOURNAMENT

There are still openings for the Spring Golf Tournament to be held on June 10 @
Bayberry, Shot Gun Start @ 12:30 p.m and June 11th @ Olde Barnstable
Fairgrounds, Shot Gun Start @ 8:00 a.m.  The price is $185.00 per person.
Lodging is at Town N Country; Sunday dinner @ Christine's and lunch Monday @
Olde Barnstable.
If you have any questions, please call Joe Caezza at Stoneham PO @ 781-438-7440.

Please mail your check paid in full to Branch 34 NALC Golf, P.O. BOX 80330,
Stoneham 02180.

SINCERELY AND FRATERNALLY,

EDWARD R. MASIELLO
PRESIDENT

DAN McNEIL              JOHN McMAHON              FRED CELESTE
SEC-TREAS.              VICE PRESIDENT            EXEC VICE PRES

# Exhibit
# 6

**U.S. Department of Labor**   Employment Standards Administration
Office of Labor-Management Standards
Washington, D.C. 20210



JUL 12 2002



Mr. Vincent R. Sombrotto, President
National Association of Letter Carriers
100 Indiana Avenue, N.W.
Washington, DC 20001-2144

Dear Mr. Sombrotto:

This is to advise you of the disposition of a complaint filed with the Secretary of Labor
alleging that violations of Section 401 of the Labor-Management Reporting and
Disclosure Act of 1959, as amended (LMRDA), occurred in the election of officers
conducted by Branch 34 of the National Association of Letter Carriers, in South Boston,
Massachusetts, on March 13, 2001.

Pursuant to Sections 402 and 601 of the LMRDA, the Office of Labor-Management
Standards conducted an investigation. After carefully reviewing the investigative
findings, and after consulting with the Solicitor of Labor, we have determined that legal
action is not warranted in this case. We are, therefore, closing our file as of this date.

The basis for this decision is set forth in the enclosed Statement of Reasons.

Sincerely,

Mary Alice Cahir
Acting Chief, Division of Enforcement

Enclosure

cc:    Robert Lind, President
       Branch 34, NALC
       626 Dorchester Avenue
       South Boston, MA 02127-3595

Statement of Reasons
Dismissing the Complaint of Kelley O'Shea
Concerning the Election of Officers of ·
Branch 34, National Association of Letter Carriers
Concluded on March 13, 2001
South Boston, Massachusetts

The complainant, Kelley O'Shea, is a member in good standing of Branch 34, National Association of Letter Carriers. In her protest to the union and subsequent timely complaint to the Secretary of Labor, the complainant alleged that violations of the Labor-Management Reporting and Disclosure Act of 1959 (Act or LMRDA), 29 U.S.C. § 481 et seq., occurred in connection with the union's regularly scheduled election of officers concluded on March 13, 2001.

1. The complainant, a candidate for executive vice president in the March 13th election, alleged that there was disparate candidate treatment. The complainant stated that the incumbent candidate for executive vice president was allowed to have an article printed in the union newsletter prior to the election. However, an article submitted by the complainant was not published. Before the completion of the Department of Labor investigation of this matter, the union upheld the complainant's allegation of disparate treatment and determined that a rerun election should be conducted for the office of executive vice president.

The Department of Labor investigation substantiated the union's findings. The investigation revealed that the union has a longstanding policy of allowing members to submit articles for publication in the newsletter. In fact, the complainant's opponent had a lengthy article in the newsletter printed just prior to the election. Although there was no evidence of bad faith on the part of the union, its failure to follow its policy with respect to the complainant's article, resulted in disparate candidate treatment in violation of section 401 (c) of the Act, 29 U.S.C. § 481 (c). The complainant lost the election by 23 votes. In light of the small margin of victory, it is possible that failure of the union to publish the complainant's article while publishing the article of her opponent may have affected the outcome of the election for executive vice president. The Department of Labor investigation thus supports the union's decision to conduct a rerun election for that position.

Branch 34 held its rerun election on January 8, 2002. No protests were filed with the union following that election. The violation that occurred in the March 13, election was effectively remedied by the rerun election. There is no reason for the Secretary of Labor to bring a civil action with regard to that violation.

2. The complainant alleged that another candidate Michael Yerkes, a candidate for secretary-treasurer, had also submitted an article for publication in the January newsletter, and that his article also was not printed. The Department of Labor

investigation did not substantiate this allegation. Yerkes could not remember submitting an article. Further, the editor of the newsletter stated that he did not receive an article from Yerkes. There was no violation of the Act.

For the foregoing reasons, the complaint is dismissed. Accordingly, we are closing our file on this matter.

# Exhibit
# 7

**This exhibit is an excerpt.**

```
)(|.......... 3,107.75      By-Law Committee ............ .........
......... 7,746.92          TOTAL EXPENSES
on .......... 3,325.04      10/1/02-3/31/03 .............. $501,575.34
Tax ......... 4,507.81
................ 2,640.21
................ 3,928.04    Bob Simpson, Chairman, Trustees
.............. 18,432.75            Mitch Hilton, Trustee
................ 1,650.00          Michael Yerkes, Trustee
```

# BRANCH 34 BOSTON
# FFICER ELECTION NOTICE

Officers for Branch 34, Boston will be held at the March,
34 meeting. The successful candidates for the offices of
tive Vice President, Vice President, Secretary-Treasurer,
y Editor, Sergeant-at-Arms, Clerk, NSBA-MBA, Health Benefit
Trustees and four (4) Area Stewards will serve from April 1,
rch 31, 2007.

the Presidential Ruling received during the last Branch 34
ions will be taken from the floor at the January, 2004 Branch
will be no nomination papers necessary to run in this election.
ninees, who can not be in attendance, must submit a letter of
e nomination at the time of the nomination. The names of all
read off by the close of meeting.

will be by a mail-out, mail-back ballot. The ballots will be
ulated at the March, 2004 Branch 34 Meeting. All Officers
y a plurality vote.

*–John Baginsky*
*Chairman, Election Committee, NALC Branch 34, Boston*

## SIGN UP NOW!

## RETIREES:
## To Renew Your Dues for 2004!

RETIREES who have **NOT** elected to have their dues
n their **Annuity** during 2004.

## RETIREES 2004 DUES ❖ $18.00

_____

ip _____

ty Number _____

losed _____

*Please return this form with your dues to:*
*Patrick Terrazzano, Financial Secretary, Branch 34 NALC*
*26 Dorchester Avenue, South Boston, MA 02127-3595*

---

First Place, 2002
First Place, 1996
First Place, 1994
Second Place, 1992
Honorable Mention, 1982
Judges' Commendation, 1988

**BEST STORY**
First Place, 1996
Third Place, 1990
Honorable Mention, 1990
2 Honorable Mentions, 1992

**PROMOTING UNIONISM**
Third Place, 1992
Judges' Commendation, 1988

**BRANCH 34's CLAN** is the Official Publication of
Branch 34 of the National Association of Letter Car-
riers, AFL-CIO. The Boston Branch was Chartered
by the NALC on June 18, 1890. **BRANCH 34's
CLAN** is published six times each year. It presents
the various issues of the day that are of concern to
the membership. The views and opinions expressed
in the articles and columns do not necessarily re-
flect the official position of the NALC Branch 34 or its
officers, but rather those of the author.

Any articles submitted for publication in **BRANCH
34's CLAN** must be typewritten, double-spaced and
received at the Branch office no later than the close
of business on the first of the month of publica-
tion: January, March, May, July, September, and
November. The Editor reserves the right to amend
articles and/or delay their publication due to the
limited availability of space.

Permission is hereby granted for the REPRINTING
of any article that originates in this paper provided
an appropriate credit line also appears and a copy
of the reprint in its new publication is sent to: Edi-
tor, NALC Branch 34, 626 Dorchester Avenue,
South Boston, MA 02127.

**BRANCH 34's CLAN** enters the Postal Service as
third-class, non-profit material. Any change of ad-
dress should be sent to: Editor, NALC Branch 34,
626 Dorchester Avenue, South Boston, MA 02127.

**Maureen Marinelli,** *Editor*
**Frederick J. Celeste,** *Assistant Editor*
**Robert A. Lind,** *President*

## 2001-2004 BRANCH 34 NALC
## BOARD OF OFFICERS

| | |
|---|---|
| Robert A. Lind | President |
| Frederick J. Celeste | Executive Vice President |
| John T. McMahon | Vice President |
| David "Fitz" Fitzgerald | Secretary-Treasurer |
| Patrick V. Terrazzano | Financial Secretary |
| Maureen Marinelli | Editor |
| Edwin Ahlstedt | Health Benefit Officer |
| Vigo Conte | Sergeant-at-Arms |
| Mary Papa | Clerk, MBA/NSBA |
| Bob Simpson | Chairman, Trustee |
| Mitch Hilton | Trustee |
| Michael Yerkes | Trustee |
| Kevin Flaherty | Area Steward |
| Michael McCormack | Area Steward |
| Keith E. Meredith | Area Steward |
| Kevin Mulligan | Area Steward |

# Exhibit
# 8

**This exhibit is an excerpt.**

# VOTE
# THE LIND - MCMAHON TEAM
# One Team - <u>One Union</u>

☑ **ROBERT (BOB) LIND** Medford
President

☑ **JOHN (J.T.) MCMAHON** Arlington
Executive Vice-President

☑ **ROBERT (BOB) SIMPSON** Brookline
Vice-President

☑ **PATRICK (PAT) TERRAZZANO** Watertown
Secretary-Treasurer

☑ **KEVIN FLAHERTY** Roslindale
Financial-Secretary

☑ **MAUREEN O'BRIEN  MARINELLI** Weston
"CLAN" Editor

☑ **MIKE MURRAY** Dorchester Ctr.
Sergeant-at-Arms

☑ **STEVE MAHONEY** I.M.C.
M.B.A

☑ **MIKE GORHAM** Roxbury
Health Benefits Officer

☑ **MIKE YERKES** Newton Highlands
Trustee

☑ **MARY (MAZIE) COLLIER** I.M.C.
Trustee

☑ **DENNIS HARRISON** Scituate
Trustee

☑ **KEVIN MULLIGAN** West Roxbury
Area Steward

☑ **DAVE TRIFONE** Stoneham
Area Steward

☑ **GERRY MCCARTHY** Arlington
Area Steward

☑ **MICHAEL KIDD** Fenway
Area Steward

### *A Team That <u>Works</u>*
### *For You.*

*The Committee to Elect The Lind-McMahon Team*
*P.O. Box E25  So. Boston MA 02127*



# Exhibit 9

**This exhibit is an excerpt.**

COMMITTEE TO ELECT THE MASIELLO-CELESTE TEAM

P.O. Box 2052
Woburn, MA 01888

*****************5-DIGIT 02127
Michael G. Kidd                T2  P1
18 Telegraph St
South Boston MA 02127-3917

First Class
U.S. Postage
**PAID**
Boston, MA
Permit No. 59949



# The MEMBER'S VOICE

| Volume II, Number 1 | BRANCH 34'S INDEPENDENT AND UNCENSORED VOICE | January-February, 2004 |

## Elect the Masiello-Celeste Team

- ☑ **Ed Masiello,** *J.W. McCormack*
  President
- ☑ **Fred Celeste,** *Weston*
  Executive Vice President
- ☑ **John Fanning,** *I.M.C.*
  Vice President
- ☑ **Ed Ahlstedt,** *Braintree*
  Secretary-Treasurer
- ☑ **Mike McCormack,** *Back Bay Annex*
  Financial Secretary
- ☑ **Chris Cadorette,** *Brookline*
  "Branch 34's CLAN" Editor
- ☑ **Vigo Conte,** *Woburn*
  Sergeant-at-Arms
- ☑ **Wayne Poste,** *I.M.C.*
  Clerk, MBA-NSBA
- ☑ **Mary Papa,** *Waltham*
  Health Benefits Officer
- ☑ **Tina Doherty,** *Brookline*
  Trustee
- ☑ **Paul Roche,** *Quincy*
  Trustee
- ☑ **Laura Wood,** *Back Bay Annex*
  Trustee
- ☑ **Keith Meredith,** *Roxbury*
  Area Steward
- ☑ **Bob Tremarche,** *Cambridge*
  Area Steward
- ☑ **Ron Holt,** *North Weymouth*
  Area Steward
- ☑ **Bob Stingel,** *Malden*
  Area Steward

## The Masiello-Celeste Team Will Get The Job Done!

Dear Brothers and Sisters,

Conditions in NALC Branch 34 are deplorable. Hundreds of back-logged grievances, suspensions, removals, poor route inspections, terrible route adjustments. Scores of scan points. Later start times, 400 jobs lost, excessing, and every positive program lost. For three years we have lived with empty promises, and the Lind-McMahon Administration has accomplished nothing! It does not have to be this way!

### ENOUGH IS ENOUGH!!!!!!!

When I was President of Branch 34, my administration worked hard to convert 500 PTF's to regular negotiated 250 new reserve regular jobs, opened the union office on Saturdays, gave the officers beepers (and they got back to you), tore up the credit cards, reduced discipline, reduced the grievance backlogs, and kept the start times early. We negotiated an all regular work force and secured a T-6 program. We even started a retiree newsletter and appointed a retiree representative. Now what has happened to all of this? The Lind-McMahon Administration Lost It All!

The Masiello-Celeste Team will work hard to return positive working conditions to letter carriers. We will work hard to reduce the grievance backlog and keep the grievances current. We will negotiate with management to restore the 250 reserve positions that were lost. Then we will address the scores of carriers that have been excessed, returning them to their proper positions. Did you also know that scan points and starting times are negotiable? We will negotiate for earlier start times and less scan points. Unlike the current administration. The Masiello-Celeste Team will fight route inspections and the poor route adjustments management has made. We will improve working conditions by negotiations, hard work and programs. We will work very hard, every day to make a stronger union and three years from now no one will be able to accuse us of doing nothing!

And one last thing. People have asked me where I've been for the last three years. I have been carrying mail, experiencing first hand the frustrations you confront on a daily basis. It is the best thing I could have done. It has been a very positive experience. And I am campaigning in uniform not as a prop, but as a dedicated Union Letter Carrier! All of my Team understands your frustrations and concerns. We are ready to go to work for you. We just need your vote to get started.

Fraternally,

*Ed*

Ed Masiello

## A View from the Inside...
## Why Am I Supporting Ed Masiello?



Frederick J. CELESTE, Sr.
Candidate for Executive Vice President

**W**hy Ed Masiello? It has been my privilege to have served you as your Executive Vice President under two different Presidents. Although Bob Lind is a nice guy, Ed Masiello was by far a better President. It would have been very

easy for me to run with Bob. In fact, I was asked and politely declined.

As many of you know, I don't usually take the path of least resistance. When I support someone, it is because I personally believe they will do a better job for this Branch than their opponent. I believe that Ed Masiello would have exercised some major influence over a lot of the new programs that have been shoved down our throats over the last few years. He would have either stopped their implementation or at the very least modified them to make them more Carrier friendly.

With Ed Masiello as President, I don't believe the Boston District would have reverted or abolished all of the hundreds of Reserve Positions or excessed the many Carriers out of their jobs or offices. I don't believe the route inspection program would have been so aggressive. I don't believe we would have as many scanner points, let alone the number of scanner related removals. I don't believe the debacle of the Dorchester 10 would have occurred, or at least gone on as long as it has. And I don't believe the *(continued on page 2)*

(continued on page 2)

## Knowledge and Experience!