# Exhibit 10

**This exhibit is an excerpt.**

## erm Report

this President's Report is devoted to disclos... report...

**ial Status**

34 is once again financially secure. Upon y immediate attention that Branch 34 had the he urt- the lue had ied had

Robert A. LIND

**PRESIDENT'S CORNER**

ns and pay all creditors. Numerous meet- t and address our outstanding debts. We e to the complexity and severity in deter- l to whom, to rectify the situation.

l office procedures, placed safeguards to cord-keeping more structured. We hired and tax payments. Branch 34 is a million- led as a mom and pop store. Every effort le to tighten up and focus on Branch 34 n our members and still have managed to hest in years. office was below $135 thousand dollars. It llars to eliminate our inherited tax prob- report that our financial balance at the ly Meeting was over $300,000.

**Meetings**

ous, we have made modifications to our ns. Instead of exclusively utilizing the lon, we have alternated with the Quincy ed our South Shore members the oppor- out being forced to travel across Boston. some future time we're able to purchase d be made to keep it centrally located).

**Deals**

ced the same beliefs I adopted through- er compromise the contractual rights of a decision concerning our membership.

y, local management offered proposals routes. I've never entertained any pro- etter carrier. That type of proposal was this administration. When it came to ball, not Branch 34. If they wanted to es to follow. If they thought each office must remember, despite any donation, y one person who can prove if an addi- you, the member. ations where the easy way out would've embers would've either suffered or lost the hands of this Union leadership.

**t/Reversion Fiasco**

upport (OPS) has seized control of the ger had been placed in Boston by the rs (duty assignments) and implement

# "Branch 34's CLAN" Wins First Place ILCA Award for General Excellence

We are all very proud that ***Branch 34's CLAN*** has won first place for general excellence in its circulation category of 2,500-9,999.

The judges wrote, "It does dig into the issues more than any other entry in the category, offering creative looks at the news. The information in this journal is strong. Well-reproduced, imaginative cartoons offer a humorous approach to the issues that no other journal in the general excellence category provided so well."

**Branch 34 Editor Maureen Marinelli accepts First Place Award for General Excellence from ILCA President Martin Fishgold (l) and Secretary-Treasurer Anthony Carobine (r) at Awards Banquet in Orlando, Florida.**

Other editors of publications from the NALC have received awards over the years – most notably, Loraine Swerdloff, editor of the *Postal Record*, and Thom Green, editor of the *Summit City Mailbag*.

The ILCA (International Labor Communication Association) is a 48 year old organization for the labor press. Most Union publications, whether big or small, are members of this organization. Fewer and fewer of the newspapers in the general media cover labor issues – Stan Greenhouse of the *New York Times* is one of the only remaining journalists for labor. The archives of the ILCA are located at the George Meany Center near Washington, D.C. All of the arbitration advocates from Branch 34 have been trained at the Meany Center.

In a labor literacy poll, 50 percent of those polled didn't know what Unions were all about. Since so few workers in this country are represented by Unions (I believe the figure is only 13 percent), it is crucial for the labor media to educate both the public *and* its own members.

William Burrus, national president of the APWU, was the keynote speaker at the convention. He represents the largest single bargaining unit in the country with 330,000 members. He told the audience that the USPS processes over 40 percent of the world's mail. Burrus appealed to the other unions for help due to the upcoming legislation after the first of the year, which may negatively impact our organization.

Brett Caldwell, public relations director of the Teamsters (who have endorsed Dick Gephardt for the Democratic nomination for President), told us that "we should use media to build up labor as a whole, not to destroy each other."

The convention included intensive training sessions in writing, layout and design, media relations, and creating and running websites. Workshops were also held in democritizing Union media, building alternative sources of communication, reporting on immigrant workers, and newspaper critiques.

Thank you to all who contributed to the success of this newspaper – there are *so many* of you! This is truly *your newspaper*. It is only as good as what we put into it – *Together as One Union*.



failed to address.

We worked to correct these problems and pay all creditors. Numerous meetings followed with the IRS to sort out and address our outstanding debts. We hired the services of a tax specialist, due to the complexity and severity in determining exactly what monies were owed to whom, to rectify the situation.

In the interim, we reviewed internal office procedures, placed safeguards to avoid similar occurrences, and made record-keeping more structured. We hired an outside agency to assist with payroll and tax payments. Branch 34 is a million-dollar operation and shouldn't be handled as a mom and pop store. Every effort over the past three years has been made to tighten up and focus on Branch 34 finances. We have spent more monies on our members and still have managed to increase our financial balance to the highest in years.

Our financial balance prior to taking office was below $135 thousand dollars. It cost the Branch tens of thousands of dollars to eliminate our inherited tax problem and unpaid debts. I'm pleased to report that our financial balance at the November and December 2003 Monthly Meeting was over $300,000.

### Monthly Meetings

In hopes of attracting more participation, we have made modifications to our Branch 34 Monthly Meeting locations. Instead of exclusively utilizing the Charlestown Knights of Columbus location, we have alternated with the Quincy Sons of Italy location. This change allowed our South Shore members the opportunity to attend monthly meetings without being forced to travel across Boston every month. This will continue unless at some future time we're able to purchase our own meeting hall (every attempt will be made to keep it centrally located).

### No Deals

As President of Branch 34, I've practiced the same beliefs I adopted throughout my Union career. I would never compromise the contractual rights of any member of Branch 34 when making a decision concerning our membership. I've lived by that creed.

From the beginning of my Presidency, local management offered proposals concerning the elimination of letter carrier routes. I've never entertained any proposal that would be detrimental to any letter carrier. That type of proposal was never on the table for discussion during this administration. When it came to route elimination some branches played ball, not Branch 34. If they wanted to inspect routes there were certain procedures to follow. If they thought each office should donate two routes – prove it! One must remember, despite any donation, they would be back for more; there's only one person who can prove if an addition or reduction is warranted and that's you, the member.

Over the past three years, there were situations where the easy way out would've been to make a deal, but in reality other members would've either suffered or lost contractual rights. That did not happen at the hands of this Union leadership.

### Reserve Abolishment/Reversion Fiasco

Over past years, Operation Program Support (OPS) has seized control of the USPS Boston District. Their Manager had been placed in Boston by the USPS Northeast Area to reduce numbers (duty assignments) and implement changes throughout the Boston District. Whether MSP, DPS, DOIS, Minor Route Adjustments, Route Inspections etc.... It's all orchestrated by OPS.

One such attack was the abolishment of our (approx.) 80 occupied reserve positions. Management has tried this before; despite that fact we had relatively no

(continued on page 2)

does dig into the issues more than any other entry in the category, offering creative looks at the news. The information in this journal is strong. Well-reproduced, imaginative cartoons offer a humorous approach to the issues that no other journal in the general excellence category provided so well."

**Branch 34 Editor M... Place Award for G... President Martin... Treasurer, Anthon... Banquet in Orland...**

Other editors of publications from the NALC have received award... Loraine Swerdloff, editor of the *Postal Record*, ... *Summit City Mailbag*.

The ILCA (International Labor Communi... old organization for the labor press. Most Uni... small, are members of this organization. Fewer... the general media cover labor issues – Stan Gre... is one of the only remaining journalists for labo... located at the George Meany Center near Wash... tion advocates from Branch 34 have been train...

In a labor literacy poll, 50 percent of those p... were all about. Since so few workers in this cou... (I believe the figure is only 13 percent), it is... educate both the public *and* its own members.

William Burrus, national president of the AP... the convention. He represents the largest single... with 330,000 members. He told the audience t... percent of the world's mail. Burrus appealed to... the upcoming legislation after the first of the ye... our organization.

Brett Caldwell, public relations director of... dorsed Dick Gephardt for the Democratic nom... that "we should use media to build up labor a... other."

The convention included intensive training... design, media relations, and creating and runn... also held in democritizing Union media, build... munication, reporting on immigrant workers, a...

Thank you to all who contributed to the suc... are *so many* of you! This is truly *your newspape*... put into it – *Together as One Union.*

*Season's Greetings for the ...*

*"May the Good Lord warm... and fill your heart with l...*

**CALL OF MEETINGS**

- ✦ Tues., Jan. 13 7:00 pm
- ★ Tues., Feb. 10 7:00 pm

**Please Note the Meeting Location!**

- ★ **Knights of Columbus Hall** 75 West School Street, Charlestown
- ✦ **Sons of Italy Hall** 120 Quarry Street, Quincy

## Inside BRANCH 34's

| | |
|---|---|
| CONNECTIONS?!? Page 2 | COUNTS SHO... TAKEN SERIO... |
| UNSUNG HEROES: Charlie Barros/Paula Mahoney Page 4 | BRANCH 34 ... YEAR 2004 |

Nov-Dec 2003 p.1



Courtesy of the Branch 1111 News

## Connections?!?...

*(continued from page 2)*

to get louder. He tried to change the formula that determined the amount of everyone's COLA. We fought Operation Desert Storm expending an awful lot of the weapons we built during the previous eight years. They had to be replaced. The economy tanked.

Bill Clinton became President, signing our Hatch Act reforms and Family and Medical Leave Act. He tried to create a national health care system for all Americans and then the roof caved in. He spent the latter part of his administration defending himself from personal attacks. He tried to solve the problems in the Middle East with no appreciable success. Attempts to modernize the Postal Service were slowly molded into something we could possibly tolerate but were not passed.

Then we got President George W. Bush for President, who is there because of the members appointed to the U.S. Supreme Court by former President Reagan. We have fought another Gulf War. We are saddled with another difficult peace. We continue to have attempts to "reform" the Postal Service including the President's own Blue Ribbon Committee's recommendations. Some would say we are back to square one with the reforms while others are more optimistic. But we face a serious battle to keep our most cherished concepts like our Cost of Living Adjustments, collective bargaining and binding arbitration. Our CSRS employees get significantly less than other Americans from Social Security even though they paid the same premiums simply because they receive a government pension. Their wives are also affected if they get an annuity survivor benefit. We face speedup tactics every time we turn around as our com-

was acting in our best interests. And as history has shown, the Wall has come down and his choices during the Missile Crisis were correct. He averted the worldwide disaster of a thermonuclear exchange while maintaining a strong international posture.

His speeches inspired people. His Inaugural Address on January 20, 1961 is perhaps the best ever given by any President before or since. His challenges to the American people began in that Address when he said: "Ask not what your Country can do for you. Ask what you can do for your Country." He also decided that government should take a leading role in the Civil Rights movement. He even made government service something decent. He later challenged us to put a man on the moon by the end of the decade. And we did.

Internationally, we were loved in an awful lot of places. His Berlin address has been remembered the World over when he proclaimed: "Ich bin ein Berliner." That day we all became citizens of that divided city. He turned the Latin American hatred of the *Nord Americanos* into a cooperative venture where they could pull themselves up with our support. Hatred was turned into respect. And his triumphant tour of Ireland was truly something to behold.

But on that beautiful Friday in Dallas, he was murdered as he exited the city in the open Presidential Limousine at Dealey Plaza. His full potential never realized. The world as we knew it profoundly changed.

# EAP CORNER

## CONFIDENTIALITY

***There are many reasons that might delay someone from seeking assistance through counseling services. Understanding CONFIDENTIALITY may help you or someone you know eliminate one of the reasons.***

EAP counselors work for Magellan Behavioral Health, not the postal service. EAP counselors are required to have a minimum of a Masters degree and a license to practice in their field of expertise. Licensed counselors must adhere to STATE and FEDERAL LAWS that govern your confidentiality and protected personal health information.

1) EAP services are **FREE** for all USPS employees and their immediate family. EAP counseling services have already been paid for through a contract that Magellan has with Federal Occupational Health. The postal service is not billed for counseling services that individuals receive.
2) EAP records containing personal health information are filed by an assigned case number. Filing cabinets are required to be double locked, and in a locked office at all times. No one has access to your record without your written consent. Licensed counselors are even prevented, by law, from acknowledging that you have contacted the EAP.
3) EAP Counselors have **confidential and secure** voice mail systems.
4) The EAP is **supported** and **endorsed** by your Union.
5) The EAP Advisory Committee has been established to address operational concerns and identify the unique needs of the employees in the Boston District. The Committee is comprised of members of participating unions and management. There are ten active Committee members at the present time:

| | | |
|---|---|---|
| Dave Trifone | Letter Carrier (NALC) | Stoneham |
| Shirley Husak | Letter Carrier (NALC) | Needham |
| Steve Mahoney | Letter Carrier (NALC) | IMG |
| Lynne Cipullo | Letter Carrier (NALC) | Cambridge |
| Joe Cook | Maintenance Craft (APWU) | Malden |
| Paul Carroll | Maintenance Craft (APWU) | Boston |
| Margie Sampson | Clerk (APWU) | Quincy |
| Bill Nickles | Manager, Finance (NAPS) | Boston |
| Bill Frederick | Manager, Statistical Programs (NAPS) | Boston |
| Ron Fredey | Manager, Human Resources (NAPS) | Boston |
| Dennis Shea | Manager, Labor Relations (NAPS) | Boston |

* Participation in Advisory Committee matters is encouraged at all levels in the organization. If you are interested in attending a meeting, please call 617-654-5530 or write to the Committee at: P.O. Box 51506, Boston, MA 02205.

If concerns about the CONFIDENTIALITY or INTEGRITY of the EAP persist, please call 1-800-327-4968. Your concerns will be taken seriously and addressed immediately.

**Trying to make some positive changes in your life?**

**Want to improve your self-image? In an unhappy relationship?**

**Feeling Stuck?**

**Worried about your child, spouse, or friend?**

**Uncertain how you will continue care for your elderly parent and manage your own responsibilities?**

**Want to get a jump start on those New Year's Resolutions, and actually keep them?**

***Call the EAP***
***Free, Private, and Confidential Consultation Services***
**1-800-EAP-4YOU**
**24 Hours a Day**
***Real Solutions for Real People***

# Tools for Protection

the mail the carrier spotted the dogs sure you always carry your dog spray and

# 'orking Together as Carriers 'orking Together as a Union

Kevin FLAHERTY

A STEWARD'S REPORT

are now in a New Year, but our ruggles continue and they are . It seems we continue to battle ie same lines as we have in the an Area Steward, I see the same is continue to surface. At this year, one problem apparent to pt management, is start times. offices have start times of 8:00 r. This means our end time is a regular 8-hour day. It is al-ark when carriers are finishing ites. How can management con- preach "safety first" when we rking in the dark. This goes to iat often times the preaching is

y lip service. It is common sense ie chance for an on-the-job-injury ses when it is dark. Often, carriers ld to either take their lunch at the f the day or decide to do so on own. This is especially true when rs are doing overtime.

is, although sometimes meant as dwill gesture by the few good man- out there, may come back to haunt Ve as carriers are often our own enemies. There are not deviations summer, in the so-called "light ie months." The postal service has n to take the "service" out of its . Late and sometimes no deliver- not service. The postal service s that the dedicated men and en delivering the mail will do the ... deliver the best service

possible. The operations-support people, however, are making it increasingly more difficult for us to do this. In the meantime, we as letter carriers will do our best to represent the carriers that we all know are doing their job.

Stewards will continue to file grievances when the contract is violated. I hope all carriers are supporting their stewards, as their job becomes increasingly more difficult. We are at the crossroads as an institution. As everyone must now be aware, we have obstacles facing us from Congress. We also have obstacles in our stations. That is why it is so important to support your steward and act as a Union. It is time to put our own self-interest on the backburner and act as a Union. That is, one organization with one goal. We want to protect our jobs by following the contract. We all know that the contract is violated daily by management. It is time we follow the contract ourselves. This means no working-off-the-clock (why anyone would do this when our routes are being abolished and extended, is beyond me).

Accusing other carriers of wrongdoing can not be condoned. We should all be so quick to stand up to management. Running our routes and ultimately killing them is not an option. We, as Union officials, will continue to represent every letter carrier. We need your help every carrier paying union dues is the union – not just stewards and officers. **Let's start standing up for each other against the abusive supervisors that know nothing about the job. Lets start working eight hours for eight hours, nothing more, nothing less. Let's start putting ourselves together as One, as a Union.**

The job of a steward is not an easy one. When is the last time you told your steward he or she was doing a good job? How about thanking them once in a while for the job they do. A pat on the back goes a long way. In the meantime, we as a Union will be successful in our battle against the ruining of the postal service. We will continue to provide a service, despite what management does. We are a Union and we will prevail. What is right and just, will always prevail over what is wrong and unjust. The letter carriers of this great Union will keep the Postal Service operating in spite of those that are destroying it.

*I hope everyone had a safe and Happy Holiday Season*

Nov Dec 2003 p. 4

# ★ Thank You, Charlie! ★

**by Michael McCormack, Back Bay Annex**

The Back Bay Annex honored one of their own on November 14, 2003; Letter Carrier Charlie Barros, a.k.a. Staff Sergeant Barros. Charlie recently returned from a tour of duty in Kuwait. He was with the 379 Engineer Company of the 1030th Engineer Battalion in support of the 3rd Infantry Division.

Unsung Heroes

Charlie served from April through October building roads and airstrips. In honor of his service, the Back Bay declared November 14, 2003, Charlie Barros Day. To kick off the festivities Carrier Karen Flaherty read a Letter of Appreciation that was signed by everyone in the Bay. Karen and Charlie carried mail for many years together in Roslindale and the Back Bay. "We just wanted to thank him and all our veterans for what they do to protect our freedoms and to have him back," Karen said.

Manager Ed Davis presented him with a Boston City Council Proclamation signed by Jim Kelly thanking him and declaring November 14, 2003 Charlie Barros Day, which will be observed annually. Also on hand was Executive Vice-President Fred Celeste who also carried mail with Charlie in Roslindale. Dan Ryan from Congressman Capuano's office was there to present him with the "Stars and Stripes," which came with a Letter of Authenticity that this flag was flown over the Capitol Building in Washington D.C. The biggest surprise of the morning was when his wife Aggie and daughter Ali, who got the day off from school, presented him with a Plaque commemorating Charlie Barros Day. Chocolate cake with vanilla frosting was had by all.

Thank you Charlie, Happy Holidays.

★★★★★

*Editor's Note:* Charlie Barros also served in the Gulf War conflict, stationed in Saudi Arabia. For *several* years, Charlie was the NALC Shop Steward in Roslindale and was an excellent Union Activist. I worked with Charlie as an Area Steward stationed out of Roslindale for many years. I survived many New Year's Day football parties with him. *"Go, Georgia!"*

# Let's Hear It For Paula Mahoney

The postal service motto talks of rain, sleet and snow, yet doesn't mention anything about fire – but they'll take care of that too.

On Thursday, October 9, Letter carrier Paula Mahoney was walking her Beachmont route with her supervisor, Skip Imbergamo. She was being graded.

As they were walking on the 900th block around 12:30 p.m., Mahoney saw flames. She told Imbergamo that there was a fire somewhere, and then they both saw it at 976 Winthrop Avenue.

Mahoney, who knows the neighborhood like the back of her hand, ran to the firebox at the corner and pulled it. Then she and Imbergamo began pounding on the door to see if anyone was inside. They heard a dog and a man stirring. Finally, the man came outside and realized his house was on fire. They all helped activate the man's garden hose for a few minutes until the fire department arrived.

"It could have been a whole lot worse if it hadn't been for Paula, who spotted the fire," said Imbergamo.

Needless to say, Mahoney passed her inspection with flying colors and she is also up for a postal service award.

**Let's Hear It For Revere's Paula Mahoney for her alertness in spotting a fire along her route.**

*(Courtesy of the Revere Journal Wednesday, October 15, 2003.)*

In Memoriam

# BREAKING DOWN WALLS

Robert A. LIND

PRESIDENT'S CORNER

We recently settled a local dispute concerning the move of the Charlestown section in the JFK to the Incoming Mail Center (IMC) in Chelsea. The Charlestown carrier section, upon entrance to the IMC, was declared a separate entity/section by the USPS. The NALC objected to this position by the postal service and demanded that the Charlestown Unit be included as another unit within the IMC. Their inclusion would be for bidding, overtime and vacation purposes. The postal service built a wall that separated the Charlestown Unit and isolated it from the other IMC Units.

The IMC carriers and the Branch 34 office did not embrace this maneuver. Grievances, discussions and frustration persisted based on the USPS refusal to comply with the National and Local Agreements.

We recently reached agreement that all units within the IMC will now be considered one section.

The wall in the instant case is not about studs and drywall but more importantly, the symbol of isolation and lack of inclusion. Throughout the USPS, over the past decade, employees have been systematically experiencing similar practices taking place in our day-to-day business. It's reflected within the cubicles we work in, their floor plans and the lack of employee management communication. It's all by USPS design.

The Associate Supervisory Program (ASP) and its selection process is a great measuring stick. I don't begrudge any employee from working higher level in their postal career. I do object to employees with checkered pasts or those who lack communication skills in general being promoted solely because they applied for the position. The USPS is breeding discontent and hostility by their actions. They're taught how to build walls but have no knowledge of the finer skills required such as framing a door of communication between themselves and the craft employee. Any person can bark out orders but a successful supervisor must develop good listening skills to interact with employees. This organization must not leave its workers by the wayside in their quest to make their numbers. Numbers change by the day, employees hopefully are here for the long haul and should be treated as such.

The USPS, until such time that they seek union cooperation and incorporate it into the selection and training process of future supervisory leaders, is destined to fail. The wall makers must be identified, addressed and replaced with capable, competent candidates. Developing communication is imperative for the success of this company in years to come. Postal management needs to step up to the plate.

In keeping with the above mentioned topic matter, I've noticed in my rounds of local stations that where I find low morale, I find communication breakdown. It's quite apparent that there is a direct correlation to low morale and the absence of recognition. Stations that are subjected to daily directives of do this and don't do that, but never receive positive recognition for the outstanding job they routinely perform, experience extremely low morale. I've presented this problem to upper management and I look for rectification. Carriers want to service their customers and be recognized for the job they do. Some supervisors may have the mentality that a paycheck is enough. I'm here to say it isn't!

It takes minimal effort to say good job and thank you. Appreciation for a job well done should be reflected in our day-to-day business. It should be reflected in both words and actions. I certainly hope this transcends to your workplace.

**Postal Reform Update**

I can't stress enough the importance of carriers taking the time to view the NALC video that was recently received in your homes. If you didn't receive one or perhaps misplaced it please borrow a copy from a co-worker and make the time to view it. It's that important! We're in for a fight and you're needed in order to win.

Collective Bargaining must be left intact for our survival. It's not someone else's job, it's your job! NALC President Bill Young needs every carrier and their respective family's involvement to help maintain our current protections.

*(continued on page 5)*

Sept Oct 2003 P.1

# Branch 34 Named Host o 2008 NALC National Conv

An overwhelming majority of the NALC Executive Council at our national level voted **BOSTON** as the site of the 2008 National Convention.

Boston 2008 NALC NATIONAL CON

It will be only the third scheduled convention at our new Convention Center on the South Boston Waterfront, erate millions of dollars in revenue for our city.

Hundreds of volunteers will be needed that summer to assist carriers expected to attend.

**SAVE THE DATE IN 2008!**

**BRANCH 34 NALC BOSTO ELECTION NOTICES**

*See Page 8*

★★★★★★★★★★★

## *Congratulations to the Woburn Letter Carriers*

Our letter carriers in Woburn have received the highest level of donor recognition by the Woburn Council of Social Concern – "neighbors helping neighbors." The Council supports programs such as child care, family skill building support and education, emergency and supplemental food assistance, and informational and referral services.

In their public thank you letter, the Council states that, "your contribution of time, talents and energy, money, food, goods and services h provide hope, help and support during these difficult econon gratulations!

*Never doubt that a group of thoughtful comm. people can change the world. Indeed it is the thing that ever has!*

S W W C S J re S 5 F n s

✓ Tues., Nov. 18 7:00 pm

Inside BRANCH 34's

LETTER CARRIERS
h 34 AFL-CIO

************************SCH 5-DIGIT 02126
Maureen O. Marinelli
36 Davison St #2
Hyde Park MA 02136-2927

Non-Profit Org.
U.S. Postage
PAID
Boston, MA
Permit No. 54631

National Association of Letter Carriers
34's CLAN
National Association of Letter Carriers
U.S.A.

ll Number 2 Circulation 5,000 September-October, 2003

# WN WALLS

Robert A. LIND

PRESIDENT'S CORNER

ıcluded as another unit within the g, overtime and vacation purposes- l the Charlestown Unit and isolated

fice did not embrace this maneuver. sisted based on the USPS refusal to ıments.

units within the IMC will now be

studs and drywall but more impor- inclusion. Throughout the USPS, ı systematically experiencing similar ısiness. It's reflected within the cu- ack of employee management com-

P) and its selection process is a great ployee from working higher level in with checkered pasts or those who promoted solely because they ap- ıg discontent and hostility by their but have no knowledge of the finer ommunication between themselves k out orders but a successful super- ınteract with employees. This orga- vayside in their quest to make their ıployees hopefully are here for the

union cooperation and incorporate f future supervisory leaders, is des- tified, addressed and replaced with communication is imperative for . Postal management needs to step

# Branch 34 Named Host of the 2008 NALC National Convention

An overwhelming majority of the NALC Executive Council at our national level voted **BOSTON** as the site of the 2008 National Convention.

Boston 2008
NALC NATIONAL CONVENTION

It will be only the third scheduled convention at our new Convention Center on the South Boston Waterfront, expecting to generate millions of dollars in revenue for our city.

Hundreds of volunteers will be needed that summer to assist the 10,000 letter carriers expected to attend.

**SAVE THE DATE IN 2008!**

**BRANCH 34 NALC BOSTON ELECTION NOTICES**

*See Page 8*

## *Congratulations to the Woburn Letter Carriers*

Unsung Heroes

Our letter carriers in Woburn have received the highest level of donor recognition by the Woburn Council of Social Concern – "neighbors helping neighbors." The Council supports programs such as child care, family skill building support and education, emergency and supplemental food assistance, and informational and referral services.

In their public thank you letter, the Council states that, "your contribution of time, talents and energy, money, food, goods and services have enabled us to provide hope, help and support during these difficult economic times." Con-

## Breaking Down Walls...

*(continued from page 1)*

Sept - Oct 2003 p. 5

If you've already viewed it, thank you, but now it's ime to get active.

Once viewed you'll understand our plight. We need very carrier to become active legislative representaives. Just fill out the form in the Postal Record and nail it in to our national office. Once received our egislative department will contact you at a later date and inform you what action to take. We also (preferably through payroll deductions PostalEASE) need COLCPE contributions. We must ensure that our elected representatives protect our interests. There's no room for apathy and complacency! We're asking very carrier to donate $1 per week to protect our uture. This will give us the necessary funds to proceed in the political forum and the battles ahead. As President Young articulated, "It's our fight! We **can't** do it **for you** but we **can** do it **with you.**" View the ideo, become an active legislative representative and tart donating to COLCPE today!

**2008 National Convention**

I'm proud to report that Boston has secured the 2008 NALC National Convention Site. Our national officers selected Boston, over several other cities being considered. It's a vote of confidence for Boston and Branch 34 as well as who'll host the 2008 event. Branch 34 carriers will have the first-hand opportunity to see the NALC's democratic process at work. Mayor Menino has committed to securing a night at Fenway for letter carriers during the convention week and he is elated with the NALC's selection.

This event will generate between 19 to 26 million dollars for the Boston economy. It will take a branch effort to make it a success but I know the membership of Branch 34 will respond accordingly.

Recently the *Boston Globe* newspaper wrote an article related to the new Boston Convention Center. They hailed the fact that the NALC's written commitment was encouragement to all large group gatherings that the Boston Convention Facilities could ccommodate their needs.

We look forward to the opportunity in providing our national delegates and their families with Branch 34 hospitality. When our brother and sister carriers eturn to their respected regions, hopefully they will lso take back favorable memories. 2008 will be here before you know it.

**ILCA First Place Award for Excellence**

I'm proud to report that once again that *"Branch 34's CLAN"* has clinched first place for "General Excellence." Beside already being awarded this honor by the NALC, the *"CLAN"* recently received from the International Labor Communication Association (ILCA) Media Contest the very same honor. Our publication was selected from a field of 1,180 entries from other unions across this country. This is the first time a newspaper by the NALC has ever received this award.

I'd like to recognize editor Maureen Marinelli and all those who contribute articles thus making our newspaper the success that it is.

Maureen will be attending the Media Awards Ceremony Dinner in Orlando, Florida on Saturday evening, November 15, 2003 to receive the judges' award on behalf of Branch 34. Congratulations!

**Boston's EAP Recognized by USPS & NALC**

Boston's Employee Assistance Program (EAP) was recently recognized by both the USPS and the NALC for the superb performance and work devoted to transforming what used to be viewed as a stigma now viewed as a carrier benefit. This committee, which is run by employees David Trifone (Stoneham), Shirley Husak (Needham), Lynne Cipullo (Cambridge) and Steve Mahoney (IMC) all NALC Branch 34 Boston members, along with other employees, has worked tirelessly to provide services to our membership.

They devote not only their energies but also their own time in an effort to improve our quality of life at both home and work. They have been the model for EAP committees throughout the United States. Thank you, congratulations, and keep up the good work.

**2003 Combined Federal Campaign Kicks-Off**

September 24th, 2003 was the kickoff date for the 2003 Combined Federal Campaign (CFC) for the Northeast Region. As in years past, Branch 34 endorses CFC and its collection of charitable contributions. Although the adopted charity of the NALC is the Muscular Dystrophy Association (MDA), CFC gives every employee the opportunity to donate to the charity of his or her choice.

Through life experiences, many of us become affected and partial to the numerous organizations that interact with our loved ones in their time of need. One way of showing our appreciation is by making a donation to that particular foundation or charity. CFC offers a wide selection of charities and organizations to choose from.

If you do not have a preferred charity, the NALC asks that you consider the Postal Employees Relief Fund (PERF). This deserving organization has assisted many postal employees who suffered substantial damage from natural disasters. This fund is one way of helping our colleagues in their time of need. Please entertain giving to this fund.

I'm pleased to announce that this year's CFC coordinators are joined by NALC Representative Lisa Sims-Okundaye, a letter carrier from the Jamaica Plain Post Office. I strongly urge all letter carriers to support CFC and help make 2003 a banner year. Good luck and thank you to the station collectors in this years endeavor.

**In Remembrance of Chuck Edgerly**

Chuck was an active Branch 34 member, shop steward and branch officer We are saddened to report Chuck recently passed away. Our prayers are with him and his family. Thank you, Chuck.

**Injured, But Not Forgotten**

Arthur Dinsmoor recently fell and injured himself while helping a neighbor who lived nearby. He sustained an arm and shoulder injury that will take some time to heal. Arthur also has been a union activist throughout his career. Even in retirement, Arthur works in our South Boston MBA office. He resides in Medford for those interested in calling or sending a card.

**Serving Overseas**

We currently have a Branch 34 member, John Bachman from the Hingham/Hull post office, who is now serving our country in Iraq. Anyone who would like to drop our brother carrier a letter should write to the following address:

**Sgt. John Bachman**
**94th MP Company, 1st Platoon**
**APO AE 90302-1343**

# Information Regarding the Mail Out Ballot

Patrick V. TERRAZZANO

FINANCIAL SECRETARY'S NOTES

*From Article 7, Section 6 of the NALC By-Laws:*

At least forty-five (45) days prior to all Branch 34 Elections of Officers, the notice of elections shall be printed in the Postal Record and/or the *CLAN*. Election of Officers of Branch 34 shall be by mail-out, mail-back ballot in the following prescribed manner: each member eligible to vote shall receive by mail (A) one notice of election with instructions. (B) one unmarked ballot, (C) one small envelope marked ballot envelope, (D) one large return-address envelope with space in the upper left-hand corner for the member's name and address. The return address of the ballot-bearing envelope shall be determined by the Election Committee. The above-mentioned four items shall be placed in a cover envelope and mailed to each eligible member at his/her last known address. All outgoing and return envelopes shall bear first class postage. The Financial Secretary of Branch 34 shall provide the Chairman of Nominations and Elections with the following: A list of all members eligible to vote and their last known mailing address, a set of cover envelopes, each one bearing the name and last known mailing address of each member eligible to vote. A complete set of envelopes with a return address designated by the Election Committee.

## NEW HIRES

Alexander Alanguian
Joseph E. Andreason
Joann Beswick
Sylvester Blue
Heip Bui
Michiko Catron
Michael Centrella
David Connolly
Robert Dantone
Joseph Domina
Patrick Flagg
Amy Flynn
Patrick Hennessey
Raymond Hubbard
Regina Jimenez
Richard Kielczweski
Jeffrey Marvel
Phyllis Monahan
Albert Morton
Douglas R. Murphy
Bruce Mutchler
Michael O'Callahan
Jean Olivier
Michael Ortiz
Anthony Palladino
Jorge Pomales
Janet Puddister
Kenneth Rawlinson
Alex Skaparas
Charles Skeris
Michael J. Towers
Kerry Walker
Michael Watson
Youngchun Yi
Robert Zawaski

## RECENT RETIREE DEATHS

Ross Brimer
Joseph Broderick
John Capucci
Francis Chaplik
Joseph L. Doherty
Alfred George
Charles Harrington
Albert Herman
Harvey Knights
George Miner
Hugh Morrison
Michael Portakova
John Reynolds
Luther Townsend
George Webber
Thomas C. White

## BRANCH 34 BOSTON DELEGATE ELECTION NOTICE

The election of Delegates to the State and/or National Conventions will be held at the December 2003 Branch 34 meeting. As a result of the Presidential Ruling received during the last Branch 34 Election, nominations will be taken from the floor at the November, 2003 Branch 34 Meeting. There will be no nomination papers necessary to run in this election. Any potential nominees, who cannot be in attendance, must submit a letter of acceptance for the nomination at the time of the nomination. The names of all nominees will be read off by the close of meeting. If necessary, the election will take place at the December, 2003 Branch 34 Meeting. All Delegates must be elected by a plurality vote. The votes shall be counted and tabulated at that time.

Delegates to the State and/or National Conventions will not receive financial assistance unless they attend 16 to 24 meetings in the prior two years. Alternates will not be entitled to financial assistance unless they become delegates. The Sergeant-At-Arms will validate proof of attendance with the Regular Monthly Meeting signature book.

*–John Baginsky*
*Chairman, Election Committee, NALC Branch 34, Boston*

## BRANCH 34 BOSTON OFFICER ELECTION NOTICE

The election of Officers for Branch 34, Boston will be held at the March, 2004 Branch 34 meeting. The successful candidates for the offices of President; Executive Vice President; Vice President; Secretary-Treasurer; Financial Secretary; Editor; Sergeant-at-Arms; Clerk, NSBA-MBA; Health Benefit Officer; three (3) Trustees and four (4) Area Stewards will serve from April 1, 2004 through March 31, 2007.

As a result of the Presidential Ruling received during the last Branch 34 Election, nominations will be taken from the floor at the January, 2004 Branch 34 Meeting. There will be no nomination papers necessary to run in this election. Any potential nominees, who can not be in attendance, must submit a letter of acceptance for the nomination at the time of the nomination. The names of all nominees will be read off by the close of meeting.

The election will take place at the March, 2004 Branch 34 Meeting. All Officers must be elected by a plurality vote. The votes shall be counted and tabulated at that time.

*–John Baginsky*
*Chairman, Election Committee, NALC Branch 34, Boston*

## *Have You Watched Your NALC Video Yet?*

## A Good Year For MDA

For all you baseball fans out there, Lou Gehrig would have been 100 years old on June 19, 2003. In his farewell speech at Yankee Stadium on July 19, 1939. Mr. Gehrig tells his fans, "I'm the luckiest man on the face of the earth." Two years later he died of ALS, now known as Lou Gehrig's Disease.

ALS is a form of Muscular Dystrophy. Life expectancy after an ALS diagnosis is usually two to five years. Patients lose fine motor controls, then the ability to walk, talk, and then even swallow – often ending in complete paralysis. There are 30,000 cases of ALS worldwide!

MDA was founded in 1950 and NALC started raising money for MDA in 1952.

Branch 34 had an excellent year raising money for MDA. The complete results will be in the next issue of "*Branch 34's CLAN.*"

Fred Casey, chairman of the Golf Tournament raised $6,400. Veronica Bertrand, chairperson of the Bowling Tournament raised $5,700. Both put together a great team of volunteers and did a great deal of work.

The retirees were asked to mail in a donation and this came to $755.

2003 was a great team effort by most stations, but twenty could not or would not make an effort to raise one dime for the MDA.

Is it too much to ask for one person in each office to go around or pass around a tray full of "shamrocks" in March? Is it too much to take around or pass around an envelope on Labor Day weekend?

Let's show what a *team* effort can do for MDA and have *every* station turn in dollars for MDA in 2004!

## *The 2003 John Waike Memorial Golf Tournament*

**September 11, 2003**
**Brookmeadow Country Club**

*with Special Guest Golfer Our National President William "Bill" Young*

**Hole in One Special**
*Donated by* **Woburn Buick/Pontiac/GMC**

**Hole Sponsors**

JRJ Construction Co.
Boyle Insurance Agency
A.A. Spry & Co., Inc.
George Adams
Arthur Beauchamp, Jr.
Cummings Foundation Inc.
Woburn Medical Associates
Town & Country Motor Lodge
CapeCodGolfPackages.com
Middlesex Essex Postal Emp.
Shapiro & Associates
John Joyce
In Memory of Billy Mackie
John J. Casciano
Simons Uniforms
Pasta Pot
Henry Shaughnessy
Woburn Foreign Motors
Maureen Marinelli
Sandler, O'Neill & Partners, L.P.
John Marco
Murdock Mailing Co., Inc.
Ed Ahlstedt
Joyce/Ciccone Family
Dr. Moromarco Chiropactic Off.
Fred Celeste
Partners Mortgage
Kevin P. Mooney D.D.S. P.C.
Boston Postal Community Credit Union
Boston Letter Carriers MBA
Cooper Jewelers
Boston Carpenters Union #33
Micros Northeast
Hogan Tire Centers, Inc.
Savings Bank Life Inssurance SBLI

***NALC Branch 34 Boston would like to thank everyone who helped the 2003 John Waike Memorial MDA Golf Tournament!***

ık M-39. In y agree to ım:

of Hand- f they mu- that meets

ninor route following ıte adjust-

ed by the unit's av- ous.13 full ng period erage vol- d records 39 and/or informa- determine

awarded/ ccounting ınting pe- ment will

must be e in deliv- riod.

ata is rea- erving the ade using k M-39.

s reason- erving the itorial ad- ndard of- from the ffice time .19.a and ier to de- factor in

tion data nade us- ved from ances to ery factor 3999 far time per ).

ent must

utlined in

ljustment , the car- ted, pro- s a basis cumenta- tion and/ otherwise city car- ons, and plement-

operation program support is continuing to implement minor route adjustments based on their DOIS figures. This appears to be taking place in the Boston District and we will address this situation with the appropriate actions.

Although we will have local disputes surfacing from this agreement, its intent is to establish guidelines to work from. The burden falls upon us to demonstrate our eight-hour workday. Whether the postal service determines a route warrants a 45-minute addition or they institute a policy to have carriers finger each and every piece of DPS mail, the bottom line is it takes additional time to perform these added duties.

Each and every respective carrier should reflect the additional time whatever it may be. Their game plan is to reduce routes and ours is to work our job safely and professionally despite whatever time is reflected at the end of the day. We work to be paid.

**GRIEVANCE ARBITRATION UPDATE**

As experienced over past administrations this branch has been plagued with a backlog of arbitration cases waiting to be heard. Some cases with merit, some not. Although everyone believes their grievance is winnable or with great merit, many are not. Sometimes grievances are filed to paper trail or slow down activity by a certain supervisor/manager. Not all cases rise to the level of warranting or prevailing at arbitration. Unfortunately many are lost at arbitration and a backlog prevents this union from getting necessary cases heard before an arbitrator.

During this summer, in conjunction with the national business agent's office, we made an attempt to sit down with the USPS and address the many cases language unobtainable had the case proceeded to arbitration. Ultimately the desired outcome was to alleviate the system of those cases of which we could not prevail.

All grievances pertaining to route inspections were omitted and segregated for future study and disposition. The Branch 34 Route Inspection team and the NALC NBA's Office will conduct this study. A consensus will be determined of which grievances will proceed to arbitration and handled by the branch route inspection team.

I would like to thank the Business Agent's Office as well as the Dispute Resolution Personnel for their time, effort and involvement in accomplishing this recent shakeout.

**MDA**

A special thank you for all attendees of the Branch 34 Sunset Cruise. This event was a success due to your support and participation. These types of events promote unionism and solidarity while raising monies for a worthy cause.

I'm proud to announce that 2003's totals exceeded the previous year. In the upcoming and following years we will strive to increase our contributions until we find the cure for this dreaded disease. Thank you Branch 34.

**NEW MEMBERS**

In closing, I welcome aboard our newest Branch 34 members. This recent "good start" class was made up exclusively of former clerks and mailhandlers who decided to join the ranks of the NALC. It was not only a first, but also refreshing to know they weren't being subjected to a "90 day probationary" period. We're happy to have them in Branch 34.

July-Aug 2003 p 5



# THE MDA CORNER

by George Adams,
Branch 34 MDA Coordinator

It is beyond my better judgment, why on earth the powers that be would take the MDA off the air on Labor Day from 3:00-6:00 pm. For anyone who has worked or watched, the Telethon 3:00 to 6:00 pm on Monday is when it gets busy.

All major Golf Tournaments end on Sunday at 6:00 pm to capture the TV crowd, but this year with no respect shown to MDA they decided to end at 6:00 pm on Labor Day. My guess and I hope I am wrong $200,000-$400,000 will be lost in the Boston area for MDA.

The Golf Tournament is to benefit the Tiger Woods Foundation which helps inner city kids.

We help kids too, but our kids don't have a handicap of 5, 10 or 20. Our kids' handicap is a pair of crutches, wheelchairs, or a respirator to help them stay alive until we find a cure.

We have hospitals in Boston working for a cure!

Some of these services and research may be terminated due to the lack of funds. We can make a huge difference if every office does an office collection, supermarket collection and support the golf tournament for MDA on September 11th. Results will be published in the next issue of *"Branch 34's CLAN."*

## MDA TELETHON VOLUNTEERS - 2003

Mike Segal ............... Weston (retired)
Fred Celeste ............... Weston
Ellie Joyce ............... Fort Point
Carol Joyce-Ciccone
"Mom" Joyce
Tim Regan ............... GMF
Katie Regan
Dominic Corsetti ............... Belmont
David Epps ........... Medford (retired)
Phil Chotkowski ............... Woburn
George Adams ............... Woburn
Teri Walsh.. No. Reading GMF (clerk-73)
Bob Lind ............... Medford
Michael Kidd ............... Fenway
Don Peterson ............... Hingham
Larry Johnson ............... Hingham
Maureen Marinelli ............... Weston
Christopher Cavanaugh ......... Weston
Courtney Cavanaugh
Brian Cavanaugh

Branch 34's Dominic Corsetti presented our Branch check for $25,000 for MDA. Our final totals will be published in the next issue of *"Branch 34's CLAN."*

# BRANCH 34 RAISES OVER $25,000 FOR "JERRY'S KIDS!"

Tim and Katie Regan never miss an MDA Telethon.

Branch 34 President Bob Lind helps out.

Brian Cavanaugh, son of Weston's Chris, learns to throw the mail.

Mike Segal (Weston-Retired) has done this job for 28 years!

George Adams of Woburn, our MDA Coordinator.

Domenic Corsetti of Belmont poses with MDA's Phyllis Scheur.

Dave Epps (Retired-Medford) looks on while the Cavanaugh family studies his case.

Larry Johnson and Don Peterson of Hingham chat with Branch 34 President Bob Lind.

Branch 34 Executive Vice President Fred Celeste.

*Photos by Maureen Marinelli*

Case 1:04-cv-12356-PBS Document 16-6 Filed 06/02/2005 Page 12 of 22

# Branch 34's Harbor Cruise MDA Benefit Wednesday, August 20th, 2003

Nearly 300 members and their guests turned out on a balmy workweek evening to enjoy the sunset and entertainment onboard the Provincetown II.

John DiBlasi, Joe Caezza and Denise Synan pose for a picture.

Steward Damartin and the Jamaica Plain/Quincy gang.

Steward Jack Feraco and Branch 34 Financial Secretary Pat Terrazzano are surprised by the camera.

Branch 34 Vice President J.T. McMahon listens to the member's issues.

## *Couples Enjoy the Cruise – A Little Romance Perhaps?!?!*





r NALC , collec- t issues). : should he rank

e USPS ier than ed this be the hem off expedi- ust pro- e daily

l them- sharing er mail. t's pro- ght, the

nd let's hours ave nu- ning to u play 's how gement ents in ute in- olumes p a (6) e-hour the ex- e-hour

inspec- nt pre- is task This is . Their omfort , never

ld ad- 't have

age 6)

**COLLECTING OLD FLAGS IN ADVANCE OF FLAG DAY – Mail Carriers in Woburn, in conjunction with the City's Veterans' Committee and the American Legion collected old flags in advance of Flag Day, June 14th. Veterans' Agent Joseph Simas joins Woburn Carriers Franny Kenney, Jim Aylward and United Veterans Council Commander Dave Epps. Epps is a retired Medford Carrier. The flags were disposed of properly at the American Legion.** *(Courtesy of the Woburn Daily Times Chronicle.)*

# Branch 34 Food Drive Nets 518,450 lbs. of Food!

Many thanks to all of you who participated and a very special thank you to Dominic Corsetti of Belmont who coordinated the effort!

*See photos on page 4.*

**Branch 34 President Bob Lind congratulates Bob Hart and Lenny Polacco on their retirements. See the Retirees' Corner on page 5 for story and more photos.**

ings! pm pm ation! l stown

## Inside *BRANCH 34's* CLAN...

| | |
|---|---|
| THE FUTURE OF THE USPS? *Page 2* | KNOW YOUR RIGHTS: PIVOTING *Page 2* |
| MDA ACTIVITIES *Pages 8 & 9* | SCENES FROM THE SPRING GOLF TOURNEY *Pages 9 - 11* |

May - June 2003 p. 1

# Scenes from the 2003 NALC Food Drive



This pantry will be restocked shortly.

Fred London of Arlington enjoys a bite.

The Arlington crew hard at work.

J.T. McMahon carries his box of food.









Branch 34 Vice President J.T. McMahon and Bob Shamma relax after a hard day's work during the Food Drive.

Madeline Regan, formerly of Arlington delivers a bundle of food.

# Around and About Branch 34

## Stand Up and Deliver!

Bob SIMPSON

TRUSTEE CHAIRMAN'S REPORT

In the coming months your Union Officers, both local and National will be asking for a commitment from you.

As this column is being written, the final public hearings of the Presidential Commission on the United States Postal Service have been held and, as expected, the final result has been that we, the craft employees, have been identified as the main reason the Postal Service is in dire straits.

Testimony before the Commission has attempted to prove that we are overpaid by as much as 50% (wage premium and benefits).

The union forcefully and credibly countered this testimony but the point is our interests are under attack and **WE MUST BE VIGILANT** in defending these attacks.

The Postmaster General, in his final testimony before the Commission, has indicated that he wants to be able to shift our health and retirement benefits from being set through legislation, as it is currently, to the collective bargaining arena. His actions are clearly being dictated by the open discussion on the commission of changing our collective bargaining model from what we have now to who knows what.

How we negotiate our contracts is a vitally important issue and we must be prepared to fight to protect our interests.

On the legislative front we are also facing very real problems There are currently serious legislative attempts to allow management the authority to offer compensatory time instead of paying overtime for time worked – with management retaining the right to determine when, if, and how you get the compensatory time off.

Our current collective bargaining agreement would protect us in the short term but after expiration of that agreement – all bets would be off.

The Family Medical Leave Act (FMLA) is also under attack in Congress. We, as Union members, should be speaking out to strengthen this protection and not stand idly by while these hard won protections are attacked.

I know these issues, and others are vitally important to the rank and file members of our craft union and every member I speak with asks how can they help.

We, as union members and postal employees, are truly at a crossroad. To help determine which direction is taken, we must speak out.

When your union officers, stewards or activists ask for your commitment to

*(continued on page 13)*

## Management Is NOT Your Friend!

Management is NOT your friend. Even if you do everything you are told, management will never be your friend. We have a job to do, to deliver our great nation's mail. Management has a job too, to make our job as difficult as possible. If you do all the stupid things that they make so frustrating for us, even without complaining, they still won't be your friend. Management is here only to make our lives miserable. Here is my true story:

I was involved in a minor traffic accident a few weeks before I was officially hired as a Postal employee. It was not my fault and I did not see the need to report it to my new employer, the USPS. However my postmaster insisted on an investigation after I have been a letter carrier for over seven years.

I was issued a Notice of Proposed Removal and charged with Improper Conduct with the following specifications:

1. Not being truthful.
2. Not discharging my duties conscientiously or effectively.
3. Not conducting myself in a manner that reflects favorably upon the USPS.
4. Dishonest.
5. Unreliable.
6. Not trustworthy.
7. Not of good character or reputation.
8. Not loyal to the government.
9. Not upholding the policies of the USPS.
10. Not loyal to the Constitution, Laws or Ethical Principals of the United States Government.
11. Not having integrity.
12. Committing fraud and false statements in a U.S. Government matter.

I was guilty until proven innocent by the Dispute Resolution B Team. They found no improper conduct and rendered a decision to have me return to work.

I was out on administrative leave for 205 days. The union kept me in a pay status for over seven months. I have a new respect for our union officers and shop stewards.

If not for my shop steward Rick Pinto and our branch president Tom Sherman, I would be standing in the unemployment line today. I am fortunate to have such a strong union behind me.

A genuine, heartfelt THANK YOU from me and my family for your hard work and expertise in handling my case. I know who my friends are, and none of them are in management.

*–Jesse Dobson,*
*City Carrier, Mount Dora, FL*
*(Reprinted from the Orlando Car-*

## Bean Counters We Don't Need...

*(continued from page 1)*

downtime and you're instructed to pivot (in the office) inform your supervisor. If you're still directed to pivot then follow the instructions and ask for guidance on your own assignment. If instructed to maintain (if possible), then harder. We work to be paid! Undertime is one thing, but the mere avoidance of overtime payment is unacceptable! If it can't be done in eight hours than overtime must be paid (OTDL).

Don't expect your shop steward to

ILCA 208 Volume XXXII Number 5 Mar-Apr 03 Circulation 5,000 March

P.1

# Branch 34/MSLCA Legislative Breakfast A Major Success

Robert A. LIND

PRESIDENT'S CORNER

Thanks to the response of shop stewards and Branch 34 members the April 13th event was an absolute success. We were well represented with National Officers NALC Executive Vice President Jimmy Williams and Region 14 New England NBA John Casciano. Also in attendance was Congressman John Tierney, Barney Frank, Mike Capuano and representing US Senator John Kerry was Roger Lau. I thank each and every attendee for caring enough about their future to participate in this event We will stay politically active and will look to all members' involvement in the future.

**Costs per Delivery**

The USPS continually cites the Northeast Area as the "highest costs per delivery." What does this mean? Nothing face value, but indirectly it means everything to Northeast Management. What it means is the USPS Northeast Area is under tremendous pressure to conform to the acceptable national percentage. What that means is local management will attempt to increase the number of deliveries per route while attempting to reduce work-hours.

How will this be accomplished? Anyway they can! They don't care how they get there as long as they get there. Whether route inspections, minor route adjustments or pivots to them it doesn't matter as long as you're doing more work. Get the picture! It's time to protect your job.

**Boston's DOIS Attack**

Boston Management along with every other area throughout this country has been chastised for the discrepancy between the Postal Services DOIS hours and the actual hours used. Boston has been cited for being 12,000 hours over plan and they're out to reduce the number of actual work hours. The attack will be played out in the form of a DOIS Pivot. A DOIS Pivot means first management will tell you that your route's DOIS figures justify them pivoting you for x-amount of time (example: 15 minutes) on another route. They may also inform you that this program is an exact science and their figures are absolute. This is not an absolute science but merely a guide to assist management in the measurement of mail volume.

The pressure to reduce and capture could lead to frustration and confrontations. Do not get dragged down that path. There are procedures in place that should be utilized when instructed to pivot (if unwarranted). If you are ordered to pivot for a specific amount of time, carry out the request. Once finished, evaluate the situation and keep management informed if you're unable to accomplish this task. Make your immediate supervisor aware, by presenting him or her with a PS 3996 form (auxiliary help slip), if you are incapable of finishing your daily assignment. If you're directed to maintain and keep it to eight hours either curtail enough mail to accomplish your assignment, along with filling out a PS 1571 form (curtailment slip) or if you still require overtime or assistance, present your supervisor again with a PS 3996 form prior to hitting the street.

Don't be sold that you're obligated to absorb the pivot because your supervisor recites DOIS figures. If it's unwarranted, fill out the paperwork and protect your assignment.

**New Web Site**

Branch 34 has recently purchased a new web site that will be more accessible to our members. The new web site is *www.nalcbranch34.com.* This site should be up and running in the very near future.

**Reserve Update**

We were unable to reach any agreement, due to management's inability to commit, to allow any occupied reserve positions to continue their existence.

*(continued on page 5)*

**Branch 34's Executive Vice President Fred Celeste and Presi welcome Congressmen Barney Frank, John Tierney and M the Legislative Breakfast.**

# Winning the Legislative Bat

**by Michael Kidd**

The month of April has been very good for the NALC. As most of you know by now, Civil Service Retirement System (CSRS) funding reform legislation was passed by Congress and we as a Union played a key role.

**The presentation of the colors honored America at the start of Branch 34's Legislative Breakfast.**

National's lobbying e our own petition-drive signatures from 33 static to the legislation being mously in both the Ho Members of Congress w that by correcting the f which the Postal Servi CSRS postal rates for th would not only be stabi years but the Postal Ser realize savings of billior

The passage of this leg the only success we ha level, Branch 34 and th a Congressional Breakfa at Florian Hall in Dorc

The Hall was PACK to 500 brother and sist This was an opportunity tendance to hear from m gress while in turn sho gressman how much the future of the Post Offic

*(conti*

**A full house greeted the legislators at Branch 34's Legislativ Florian Hall.**

✓ Tues., May 13 7:00 pm

Volume XXXII Number 5 Circulation 5,000 March-April, 2003

p. 1

# ...nch 34/MSLCA ...ative Breakfast ...Major Success

Robert A. LIND

PRESIDENT'S CORNER

...nse of shop ...34 members ...an absolute ...esented with ...C Executive ...Villiams and ...l NBA John ...ice was Con- ...arney Frank, ...esenting US Senator John Kerry was Roger Lau. I ...ndee for caring enough about their future to partici- ...l stay politically active and will look to all members' ...

**Costs per Delivery**

...cites the Northeast Area as the "highest costs per ...s mean? Nothing face value, but indirectly it means Management. What it means is the USPS Northeast ...s pressure to conform to the acceptable national per- ...ns is local management will attempt to increase the route while attempting to reduce work-hours. ...nplished? Anyway they can! They don't care how they ...get there. Whether route inspections, minor route ...them it doesn't matter as long as you're doing more ...s time to protect your job.

**Boston's DOIS Attack**

...along with every other area throughout this country ...discrepancy between the Postal Services DOIS hours ...l. Boston has been cited for being 12,000 hours over ...duce the number of actual work hours. The attack will ...of a DOIS Pivot. A DOIS Pivot means first manage- ...ur route's DOIS figures justify them pivoting you for ...ple: 15 minutes) on another route. They may also ...ram is an exact science and their figures are absolute. ...ence but merely a guide to assist management in the ...ime.

...and capture could lead to frustration and confronta- ...l down that path. There are procedures in place that ...structed to pivot (if unwarranted). If you are ordered ...ount of time, carry out the request. Once finished, ...keep management informed if you're unable to ac- ...your immediate supervisor aware, by presenting him ...n (auxiliary help slip), if you are incapable of finishing ...ou're directed to maintain and keep it to eight hours ...l to accomplish your assignment, along with filling ...ailment slip) or if you still require overtime or assis- ...visor again with a PS 3996 form prior to hitting the ...

...re obligated to absorb the pivot because your super- ... If it's unwarranted, fill out the paperwork and pro- ...

**New Web Site**

...purchased a new web site that will be more accessible ...web site is *www.nalcbranch34.com*. This site should ...very near future.

**Reserve Update**

...h any agreement, due to management's inability to ...upied reserve positions to continue their existence.

*(continued on page 5)*

**Branch 34's Executive Vice President Fred Celeste and President Bob Lind welcome Congressmen Barney Frank, John Tierney and Mike Capuano to the Legislative Breakfast.**

# Winning the Legislative Battle

**by Michael Kidd**

The month of April has been very good for the NALC. As most of you know by now, Civil Service Retirement System (CSRS) funding reform legislation was passed by Congress and we as a Union played a key role.

**The presentation of the colors honored America at the start of Branch 34's Legislative Breakfast.**

National's lobbying effort, along with our own petition-drive generating 950 signatures from 33 stations, contributed to the legislation being passed unanimously in both the House and Senate. Members of Congress were made aware that by correcting the formula through which the Postal Service pays into the CSRS postal rates for their constituents would not only be stabilized for several years but the Postal Service would also realize savings of billions of dollars.

The passage of this legislation was not the only success we had. On the local level, Branch 34 and the MSLCA held a Congressional Breakfast on April 13th at Florian Hall in Dorchester.

The Hall was PACKED with close to 500 brother and sister letter carriers. This was an opportunity for those in attendance to hear from members of Congress while in turn showing the Congressman how much they care about the future of the Post Office.

*(continued on page 4)*

**A full house greeted the legislators at Branch 34's Legislative Breakfast at Florian Hall.**

the technological advancements we 30+ years. Fax machines, E-mail, infringed upon our livelihood. Com- ıerous laws and restrictions governing be allowed to compete in order to depend on it.

of being addressed by our National ' (Committee of Presidents) meeting in ; informed by Jimmy Hoffa (Teamsters) ɟ him to the White house and asked Postal Service to which Jimmy's Mr. Hoffa has his own agenda. But so ok place **before** the Presidential ; was assigned. One must remember ɪn President Bush's committee.

'oung spent the first three months of th America's mailers, not because he because **we needed to.** We had to find ıts were and America's mailers needs are ;al service, and "six-day delivery"). These of Americans and billions of dollars in represent income crucial to **our contin-** npany in the "communication industry."

ȷislators to **support our interests:** to our survival. We need to be able to set for a year and a half for the okay of a ı the postal rate commission. We need to ,e or increase rates, allow monthly billing eed to be released from the many ;, regulations and restrictions that ›-day business operations.

ıt's Commission returns with its findings ɪrt of Postal Reform. We need to be able ıe **government protection** concerning:

the United States House and Senate for ɔncerning the over-funding of CSRS. We ıort of retiree issues and ask for your

;itting in the audience to **be aware and** ; taking place as we speak. Certain republi- ed a bill to allow big business to replace 'y time. It's an extremely dangerous bill ıck for the workingmen & women of this

/e the letter carriers of Branch 34, Massa- .C, thank you for your attendance and urge all letter carrier issues.

**Branch 34 President Bob Lind.**

**Branch 34 Legislative Chair Mike Kidd.**

**NALC Executive Vice President Jim Williams speaks to the Legislative Breakfast audience.**

# Winning the Legislative Battle...

*(continued from page 1)*

The day's activities began with the presentation of the colors by the McKeon Post Amvets 146, followed by a stirring rendition of the National Anthem by Peggy Walsh from Chestnut Hill. After opening remarks by Branch 34 President Bob Lind, NALC Executive Vice President Jim Williams and National Business Agent John Casciano, the audience was addressed by Congressmen Barney Frank, John Tierney and Michael Capuano, all of whom are long-time supporters of letter carriers.

Branch 34 President Lind made two special presentations. The first, to NALC Executive Vice President Jim Williams, was a Red Sox jersey with 2008 emblazoned on the back. President Lind explained the 2008 wasn't for when he expected the Sox to win the World Series but instead a plug for Branch 34 getting the NALC National Convention in Boston in 2008.

The second was a Lifetime Achievement Award to Congressman Barney Frank for all he has done on behalf of both active and retired letter carriers. This brought the crowd to its feet with an enthusiastic round of applause.

In closing, there is no doubt in my mind that since the creation of the Legislative/COLCPE Committee last summer we as a Branch have come a long way in our political activism. Whether its by coming to Congressional Breakfasts, signing petitions for the passage of CSRS legislation or contributing to COLCPE we have shown the willingness to get involved and for that we should all be proud.

Realize however, our work is far from over. Make no mistake there are those in Congress who, along with or competitors, would dismantle the Post Office given the chance. While our activism has proven our unions commitment to protect our jobs and retirement we need to remain vigilant.

On July 31st, the President's Commission on the Postal Service is due to file its report and recommendations. That is when the battle will truly begin-We will have to fight in the Halls of Congress to save our jobs, preserve collective bargaining, continue universal service and ensure the security of the retirement benefits of those who came before us.

Be ready to fight. Your future depends on it.

Mar - Apr 2003 p. 4







Congressman Barney Frank.

Letter Carrier Kevin Conroy on the "pipes" greet the crowd.

Richard English and his son Michael, our youngest politician.

Senator John Kerry sent his representative Roger Lau, Senior Issues Manager.

Branch 34 President Bob Lind presents Congressman Barney Frank with a Lifetime Achievement Award.

## President's Report...

*(continued from page 1)*

After exhausting discussions with the postal service it is quite apparent that the underlying motive was merely abolishing all Boston's reserve positions (excluding the McCormack PO and Fort Point) and nothing more. Despite the appearance of the postal service's willingness to negotiate, a reasonable settlement couldn't be reached because of their unwillingness to demonstrate any flexibility.

We will continue to file the appropriate grievances and management's inappropriate actions will be presented to a local arbitrator for the proper disposition and remedy.

### Millinocket Remedy

We are currently seeking compensation for management controlling the 1838-C form on (6) six consecutive days during past route inspections. Under the recent national sign-off, the parties are directed to meet and attempt to reach a settlement during a thirty-day period. In all likelihood we will not reach an agreement on this issue and it will be forwarded to the national parties for disposition. It is our belief that a penalty should be imposed.

### Recent Award

We recently were handed a blow in an arbitration award involving the changing of a reserve positions N/S day to a Sunday/Wednesday fixed day off. The arbitrator decided that management acted properly, within the confines of the national agreement, when they made their decision to change the reserve's N/S day. He based his decision on language in the local agreement that states **"Normally** a reserve **may** have a rotating day off. He cited the language and made reference to management's argument of attempting to reduce overtime to combat the postal services bleak financial state.

In the only **two** stations (GPO & Fort Point) where reserve carriers still remain, management has recently changed all positions to Sunday with a Tuesday, Wednesday or Thursday fixed day off. Again, management cites the need to reduce overtime and the necessity to make fixed days off in order to accomplish this task.

### Protecting Our Job

Despite all of the above, many carriers still choose to either ignore what's going on around them or else convince themselves that nothing applies to them personally. The fact is this company is downsizing and reducing its numbers. Last year we had 238,000 letter carriers and now we have 231,000. The postal service has no intention of stopping this year in their quest to reduce positions. Give them eight hours work for eight hours pay and not a minute more. Every time you give a minute more **they** demand it later (operations support).

For you who have been fortunate enough to have been insulated from this nonsense over the years be grateful but your time in all probability is coming to an end. The postal services attack will exclude no carrier, so protect your job. When you're confronted with **management's** nonsensical implemented programs aim your frustration where it belongs. The USPS designed these programs not the union, so spare your shop steward the grief. For thirty years I've watched frustrated carriers vent on stewards and kiss the ass of the very person responsible for implementing havoc in an office.

We need the unity of an **entire** membership in order to prevail. We are 5,000 members strong and we can **prevail** in time, but not as individuals making our own deals. As president of this great Branch, I'll never compromise another member in order to attain anything. I expect nothing less from each and every member of Branch 34. United we stand!

Mar - Apr 2003 p.5

# Back in Time, Part 1: Phil Thompson

## RETIREES' CORNER

The year was 1909. Commander Perry raised the U.S. Flag at the North Pole. Psychiatrist Sigmund Freud toured the U.S., and Pearl Harbor was selected for a new U.S. Naval Base. The Boston Marathon was won by Henri Renaud in 2 hours, 53 minutes and 36 seconds. A loaf of bread was four cents and a gallon of milk was eight cents.

It was also the year Letter Carrier Phil Thompson was born. I first met Phil at the Union Hall a few months ago – a tall, handsome man with a hat and cane walking unsteadily down the dimly-lit hallway. He was looking for Health Benefits Rep. Ed Ahlstedt. I assisted him with his pile of mail and I was then rewarded with many stories about his past. I wanted to capture his stories on tape, so I asked if I could record him at home, so it would be easier for him. The tape recorder failed, but my pen did not. Philip "Roscoe" Thompson asked me to write in installments, so I shall.

Philip started his career as a young teenager in the Special Delivery craft. His mother helped him get the job – she asked the parcel post driver for help. The pay was eight cents a letter for delivery. He rode a bicycle with one satchel on each side, often delivering late into the night. He met his wife on the job. She was a customer who wooed him with her cooking (at 92, she still makes his nightly sandwiches). One of his fondest memories was being stopped for "speeding" on his bicycle by an MDC cop on the Fellsway. Medford was Phil's hometown – he was a Medford High graduate.

When Phil took the test for Special Delivery Messenger, there were 30,000 on the list.

He worked at the "salt mines" of South Postal also. His dad, a World War I Chaplain, helped him buy a Ford "Tin Lizzie."

The craft of Letter Carrier was soon beckoning, however. The pay was $1,800 a year. The gray uniforms with the pony on them are still hanging in Phil's closet. He worked in Medford, Jamaica Plain and Roslindale (Route 22) at a career that spanned almost five decades. It was also a three-trip job in those days – 8 a.m., 12 noon and 3 p.m. The uniform was not free – he distinctly remembers having to purchase "hip boots" (all the way to the hip).

At the Medford Post Office (on High Street in those days), bricks were used to "face" the mail. The carriers also occasionally tossed the bricks at the rats that were in the building. String or "hemp" was used to tie out the mail – there were no elastics. A knife used for cutting was attached to the case.

Phil served in World War II as a mail distributor. He is also an ordained deacon in the Baptist Church. He has received many honors from the Metropolitan Baptist Church in Dorchester.

*Editor's Note: We welcome stories from other retirees about their postal past, please contact us!*

**JFK Shop Steward Maisey Collier (left photo) and Branch 34 President Bob Lind (right photo) congratulate newly-retired Jack Kavinski.**

**Arthur Newton of Braintree (center) receives a Lifetime Humanitarian Award from NBA John Casciano, Health Benefits Rep. Ed Ahlstedt, Carl Soderstrom and Branch 34 President Bob Lind.**

**Branch 34 President Bob Lind (right) and Steward Kevin Ford (left) congratulate long-time Steward, Friend and Activist John Baginsky on his retirement.**

**Retiree Howie Bean. Howie was coached by the editor's dad!**

## A Good Time Was Had By All at the Retirees' Luncheon

## Sunday, April 6, 2003

# Scenes from the Retirees' Luncheon

"Golf pro" Bill Sherwin.

The Devereaux's double-team Bob Lind.

Skip McGrail of Grove Hall – Shop Steward 13 yrs.

Newly-retired Fort Point's Charlie Patrick.

Joe McIssac and Paul Keane of Roslindale.

Former Steward Hank Yerkes with his son Br. 34 Trustee Mike Yerkes.

Entertainment by "The Cosmos" (Medford Letter Carriers).

Larry Burnett of Cambridge "A".

Malcolm Pohl (South Postal '83) and James Almeida (Dorchester Center '78).

Former Stewards and Branch Officers Dick Carney and Ralph Brown.

Mike Mangiacotti of Roslindale (former "IOD" expert!).



# Just Wondering?

Mar-Apr 2003 p. 8

Kevin FLAHERTY

AREA STEWARD'S REPORT

Can someone tell me how it benefits the Postal Service to motorize routes when the price of gas is going through the roof?

How about the route in Hyde Park that got motorized when its first delivery is directly across the street from the delivery unit and it had no drive out to begin with?

The USPS can definitely save money by reverting and abolishing reserve positions and then paying 8 hrs. O.T. instead of 8 hrs. straight time to the reserve carrier?!

The Postal Service is talking about putting our flats in delivery sequence. Here is some advice to USPS – get the DPS letter size right before you screw up some more.

Route inspections are another great way to save money. Pay all the route examiners 10 - 12 hrs. a day, then pay someone higher level to take their place in the station, then pay someone else O.T. to replace the person on higher level. All this to find out there are more hours after inspection than before, but eliminate a route anyway.

It seems that the USPS plans to replace our abolished reserve positions with PTF's. Not only is this against the contract, the PTF's are worked beyond capacity and either quit or get fired. Will someone please explain to the poor PTF who gets fired in his/her 87th day because they couldn't do 9 hrs. work in 8 hours in a blinding snowstorm, that the USPS doesn't care.

USPS wants to contract out more work at craft workers expense. Wouldn't it make sense to make sure a triple murderer isn't hired to clean one of our post offices. I guess this isn't as important as saving money.

I recently saw many grievances from a particular station for forcing carriers not on the OTDL to work overtime. The explanation was that carriers could not work past a certain time. Seems to me instead of later reporting times, earlier report times would have worked. The USPS chose to pay rocking chair overtime, instead of adhering to the contract. By the way, when they DPS the flats, we may have early report times, but we will probably be delivering yesterday's mail because it will take that long to process it. By the way, the station that was forcing carriers not on the OT list was the same station that motorized a walkout route.

The USPS has finally come out with the long awaited "early out." There is no penalty and no minimum age or years. It is called "you're fired." It seems they have recently accelerated the process.

USPS was recently over the 88/12-percentage level in Boston. After the proper grievance was filed, the USPS converted PTF's to regular positions to get under the 88/12. Since that time, they have hired more PTF's and converted another 30 to regular status. I may not be a math whiz, but I think they may be over the 88/12% again. But of course, this doesn't stop the madness.

We are constantly reminded to work safely and avoid accidents. Meanwhile, management is adjusting routes to much longer street times. It seems to me, especially after this record cold and snowy winter, the longer we are out in the street the better chance of injury.

If mail volume is on the decline, why is so much mail being curtailed?

The reversion / abolishment / excessing continues to explode. I thought once a carrier was excessed, it meant they left that unit. Not according to USPS. They don't move the excessed carrier, but leave the individual in their current position and call them excessed. Then they put that individual's route up for bid, even though they haven't left their station, but are excessed. Confused yet? If you can figure this out please let me know.

These are just a few of the unanswered questions in the USPS today. I'm sure we will face many more in the days and months ahead. Please remember when someone questions what the union is doing about the madness that each and everyone of us is the union. We are only as strong as our members. The more active we all are, the stronger our union is.

# Notes from the Fi

## The End of Serv

by Wayne L. Poste, Steward, IMC C

On Tuesday, February 18, the postal service made
ever be etched in my mind. A decision that truly show
lying agenda. Customer service and safety took a backseat t

On President's Day, we had just received over twenty
actually quite beautiful. I enjoy the snow. The journey to
an eventful one. The snow was all the buzz at the loca
friend, John, and I have coffee with a great group of
morning. They share stories of the days of yore and are
this morning, we were taking our share of ribbing fron
they weren't going to work and we were. They made
I'm glad I'm not you today and such. It was all in good
they told us to have a nice day and be careful. We left
going to be tough but it was a challenge we were up to ta
in doing my job and servicing my customers.

As we arrived at work we wondered if they would be
The snow was plentiful. A decision such as that, thougl
be justified considering the conditions. It would be a de
I could almost float the idea that they care. After a few n
our manager called us to a job huddle. He was going to g
as a group. He instructed us that we were to be safe an
Do not attempt delivery where a danger presented itse
stressed enough to be safe. With these instructions was a
be out on the street after five p.m. He felt that was a
honest and conscientious effort to make delivery. After
down and the black ice forms. Also many folks may be
and parking could become an issue.

Now at first I thought putting a deadline on deliver
thinking I felt that it was a good call and had everyone's
The customers got delivery, the carriers were allowed to
rounds, and the postal service kept up their image of qua
about rain, slush, etc., was based on this very image. I
From my point of view, I was actually thinking that thi
smartest decisions they ever made.

We returned to our routes and again began casing. Th
brisk and spirited. Although the task was difficult we we
I take great pride in the group of brother and sister carr
are a great bunch of people. We were feeling good abo
going to provide. This is when stupidity reared its ugly

We were called back to a job huddle and discovered th
thing silly and let his mind wander. This decision was s
Red Cross could be called in to help. Mr. McNamara
that all carriers should return to the IMC by three o'clo
deliver your entire route. We were instructed to willfull
first class mail. To go against the very fabric of the pos
every day. Screw the customer. I couldn't believe what
o'clock you are to return to the office and rack what you
row. A decision was made based solely on the almighty d
based purely on finance and not on safety or service.
disappointed to be wearing that uniform. The only purp
sure that no overtime was given out on this day. If yo
could hear the death of the eagle. The decision was ma
from the United States Postal SERVICE to the Unite
NBSS. Oh how the mighty have fallen.

In closing, I would like to say when I sit around the coff
and tell tales of yore, I will always remember the day the SE
always remember the great people I have had the privilege

# Let's Put the Blame Where It Belongs

Kevin

2003, the USPS showed a $1.6 billion dollar profit That must mean what? That the carriers are once again showing that there is **mail.** And the USPS **is** making a profit. So Management **should** start

hicle. Under a drive-out agreement you are not protected if you leave **any** mail in your vehicle. Under a vehicle for hire agreement you are protected. That's the difference. Vehicle for hire, you basically

have a drive-o
vehicle is stolen
you are at the
What do you t
have vehicle for