# The Union Member (Looking Within)

*Jan-Feb 2003 P.1*



Robert A. LIND
**PRESIDENT'S CORNER**

Boston management has been under tremendous pressure, from the area, to reduce numbers and costs per delivery at any expense. Any expense translates into employee's expense. Their current brainchild is to abolish reserve positions and once again create unassigned regular positions, thus disrupting a segment of our workforce.

Members get frustrated anytime they're affected by management's newest hair-brained scheme and that's understandable. Despite whatever their latest attack may be, we as a union must stay focused, united and mindful of the fact, it is management's actions not the unions that are creating problems. Unions are a reactionary force, whether you like it or not, *nothing more*. We are here to protect our interest, the workingmen and women of this union.

As a union we have limited resources at our disposal. Filing grievances is our right and our **only** contractual response to any interpreted wrongdoing or contract violation. Our greatest weapon or resource has always been our union membership, collectively. "Strength in numbers" is not a cliché, or a coined phrase but an actual reality.

A union is made up of a group of members not a mere handful of elected officials. If you're not doing your part to strengthen this union then you're weakening it. If you are not performing your job as you do under route inspection you're weakening it. If you're working off the clock instead of asking for some, you're weakening it and favoring gunning your route to make up time, you're weakening it. If you're sitting in a bar complaining, (worst while on the clock) you're weakening it. If you're not standing behind your steward you're weakening it. If you *are* a steward and allow management to violate the contract you're weakening it. We all have a role to play in protecting our rights and merely sitting back complaining while pointing a finger at your elected union officials doesn't get it. Perhaps we have some elected officials doing the same thing and they're weakening it too. I've listened to complaints from our worst offenders and runners (route killers) one too many times. I'll always listen to a member's input but there's more to being a member than merely paying dues. There's a greater responsibility that goes along with being a union member more so today than ever. Each and every one of us has a role and remember "united we stand."

### Serving Home and Abroad

I recently read an article from the *Massachusetts News* titled "From Dorchester Mailman to Desert Soldier." This article was written about one of our own, Phil Byrne, who carries out of the Fields Corner Post Office and is now stationed in Uzbekistan on the northern border of Afghanistan.

Throughout the interview one can sense Phil's love of his community and his national pride. Phil is one of a few Branch 34 members facing Americans challenge against the war on terrorism. The activation of these employees hit home and demonstrates that the reserves are much more than a monthly meeting and a paycheck. Sometimes we take for granted the role these individuals play and the sacrifices made to serve and protect this country.

It's unfortunate, but besides being separated from friends and family, reduced pay and health benefits are issues affecting each member activated for extensive periods. Surveys show that the majority of employers give limited support to those found in similar circumstances.

Hopefully this government reassesses the availability of health care providers throughout the United States for its military personnel and their families. Failure to do so could have devastating effects on the future recruiting efforts of all military reserves.

### NALC Branch 34 Website

Recently we received information that many of our members cannot access our website. Not only is our website not easily accessible, but also not updated

*(continued on page 5)*



Woburn Postmaster John P. Meuse, (left) presented a special award to Letter Carrier John Morrison in recognition of actions" following an October 23 accident at Lexington a Streets. the commendation states: "The paramedics at he the Woburn Police Department have stated that your quic actions may very well have saved a victim's life." Woburn Pol Mahoney lauded the letter carrier, saying, "It is comfortin members of the U.S. Postal Service, such as Postman John be counted on during emergency situations. Postman John asset to the U.S. Post Office as well as a fine citizen who v beyond his call of duty."

## Woburn Letter Carrie Recognized for "Life-Saving Actions"

Postal and public safety officials, for his life-saving role in a serious accident October 23 at Lexington and Burlington Streets, commended Letter Carrier John Morrison during a ceremony Monday, December 23, 2002.

Morrison, a Wakefield resident, was completing his route on that day when he heard a loud crash. "I jumped out of my vehicle and rushed to see if I could help any of the victims," he recalled.

Blood was spurting from the head of the young man in one of the two vehicles involved, he said. "I put pressure to the spot to stop the blood and applied a tourniquet until first aid personnel could take over," he said.

Morrison noted the woman in the other vehicle passed away from her injuries.

Upon the recommendation of William Booker, supervisor of customer services and a city councilor, Postmaster John Meuse presented Morrison with a special achievement award on behalf of



the U.S. Postal Servic

"On that day you arrive at the scene of vehicle accident and w attended to the victims the official commend

(cont

✓ Tues., Mar. 11    7:00 pm

## President's Report...
*(continued from page 1)*

for our members. For these reasons we at Branch 34 will be establishing a new web-site and will strive to update it on a regular basis.

We need today's information today and not next quarter. We are in the process of employing a company to meet our needs and service our equipment as well. Look for our new web-site.

### Abolishment of Reserve Positions and Excessing

To date a number of reserve carriers have been notified that their current positions are hereby abolished and they are now declared as unassigned regulars. In some stations **carriers** have received notification informing them they are in excess of the needs of the unit.

### What Does this Mean to the Affected Party?

For the carriers who's title changed from reserve to unassigned regular it may mean nothing more than a name change on paper, They, in all likelihood, would remain in the same station performing the same essential work they performed as a reserve letter carrier.

For the carriers declared excess to the needs of their respective units it could mean much more. Management and the Union differ on many aspects surrounding these abolishments and the declaration of carriers being in excess to the needs of the unit. The union believes that the involved carriers do not have retreat rights until such time as they are physically moved out of their station. We also believe these carriers should be allowed to bid in-house until they are actually moved out.

Once you are declared excess management may/will decide to move you to a vacancy within another station. At that point you will have retreat rights back to your original station when a vacancy arises according to seniority.

Once displaced your bidding of other positions will not negate your right to return. The only action that will negate your retreat rights is if you refuse any proposed opportunity offered to return.

At the present time we do not have a definitive date on which any displacements will take place.

### Why is this Taking Place?

The USPS's position is they are attempting to stabilize the carrier work force throughout the Boston District. The service alleges they are looking for the flexibility to fill its vacancies. They also claim a need to establish a more consistent ratio of regular per part-time work force in every station. They believe this is the vehicle to get them to that destination.

**Does the Union believe that this is a necessary action by the USPS and if so is there any other avenue we can travel down to get there?**

Absolutely not! We know that reserve positions serve a vital role and perform a necessary function within this organization. They are not performing makeshift work of any type and have proven their value to their respective units. We absolutely believe this attack by the USPS is unnecessary. Even if management's rationale had any validity at all they should utilize the resources available to them prior to attempting such an act.

Management's arguments range from flexibility to declining mail volumes and everything in between. Management's station compliment is created by (DSSA) Delivery Service Staffing Analysis which is strictly based on projected figures and future forecasts. Despite the actual hours used by a station and the demonstrated need for these positions they still intend on abolishing all these positions. Management's compliment is solely dictated by their DSSA report because operations support demands it.

We recently agreed to freeze the current district bid sheets while we pursued further efforts through dialogue to avoid the displacement of any carriers.

The union believes, if the USPS desired flexibility, it could be achieved without abolishing any reserve position or displacements. This could be achieved by applying the following steps:

- All previously notified reserve carriers be allowed to retain their bid reserve positions.
- Allow all occupied reserve positions (filled positions) to exist until vacated at which time the involved position will be re-evaluated as to its necessity.
- Place all vacancies throughout the district up for bid within the section/station of the incurred vacancy.
- The in-house bidding will be conducted through the expedited bidding process. After this one time event bidding will return to the normal posting procedure.
- Post all unbid positions, after in-house expedited bidding occurs, on district bid.
- Newly converted PTF's to full time unassigned regulars be provided dream-sheets of vacancies throughout the district Assign those not securing bids to all other vacant positions.
- Place full time flexibles into stations experiencing staffing problems (excluding those on hold-downs or in shop steward positions).
- Continue posting the positions that go unbid on the District Bids.

This proposal would allow both parties to accomplish and protect its interest. The members are the union's primary interest.

The following was management's counter proposal:

1. Those previously notified reserve carriers in those Stations or Branches that currently have a vacancy posted in the District Bid Cycle or that have residual vacancies (other than Reserve vacancies), will be allowed to retain their bid reserve positions and will not be abolished until the in-house bidding process outlined in Nos. 2 through 5 below is completed.
2. All vacancies (excluding those withheld under Article 12) from Stations/Branches that have reserve letter carriers who will be potentially abolished and excessed, will be returned to a Station or Branch for bid. This will allow potentially impacted reserves to bid the initial vacancy, a subsequent vacancy or to be assigned the resulting residual vacancy from the in-house bid. When and if the reserve letter carriers Reserve position becomes vacant, it will be reverted.
3. If the Reserve letter carrier's position is not vacated, the Reserve position will be abolished.
4. The in-house bidding will be conducted through the expedited in-house bidding process. The union agrees to assist management to make every effort to contact employees absent, on leave, etc. to insure that the process of expedited bidding is as efficient as possible.
5. Unbid positions, that management has decided not to revert, will be offered to unassigned letter carriers at that Station/Branch who have bid rights to the Station/Branch. If there are no unassigned letter carriers with bid rights to the Station/Branch, the unbid position will be posted for bid on the District Bid Cycle.
6. Management retains its right to utilize Part Time Flexibles and Full Time Flexibles as necessary to provide necessary flexibility in staffing as determined by Management.
7. The union agrees to withdraw any pending grievances relative to abolishing, reverting and excessing letter carriers.

I find management's response to be a slap in the face to every letter carrier. This counter proposal in my estimation, didn't even meet us halfway. I don't find comfort, knowing management has abolished these positions (in Boston) in the past. Nor do I find comfort-knowing its taking place in other areas or states. We at Branch 34 will continue to file the appropriate grievances and not be rolled over by these tunnel vision fools.

Management's ploy is to intimidate affected letter carriers throughout the district into bidding vacancies that the USPS has been holding and now wants filled. I personally wouldn't give them the satisfaction nor make it easy for them, but I'm also not the excessed carrier.

As I sit here writing this article, we have no agreement and management intends on pursuing abolishing positions. We will continue to meet as Branch 34 Officers along with National Business Agent John Casciano's office and map out our attack in response to management's current maneuver. We will confront them at every crossroad and whenever they cross the line we will be there to file the appropriate grievance.

Unfortunately in the interim, we are subjected to more postal nonsense.



**Fight Against Leukemia — A Benefit for Evan Dwyer Raised Over $30,000!**

Thank You Very Much from the family and friends of Evan!

Evan Dwyer is the six year old son of Roslindale Letter Carrier Mike Dwyer who needs a second bone marrow transplant. His medical insurance refused to pay. Thank you again for his second chance.

## Woburn Letter Carrier Recognized for "Life-Saving Actions"...
*(continued from page 1)*

continues: "The paramedics at the scene as well as the Woburn Police Department, members of the U.S. Postal Service, such as Postman John Morrison can be

**TRUSTEE'S REPORT**

As required by the constitution, this report by the Trustees on the condition of Branch 34's benefits and expenditures for the six (6) month period of April 1, 2002 through September 30, 2002.

[Financial figures listed, partially illegible, including entries for Federal Tax, Organizational Expenses, Payroll, Building Expenses, Telephone, Supplies, Steward Compensation, Postal Data Center, Convention Fund, Supplies, Office Supplies, Real Estate Tax/City of Boston, Per Capita Tax, Building/Utilities, Printing, Postage, Retirees Assn., NAGM Credit Union, Food Drive, Convention Expenses/Newspaper, State Committee, etc., totaling approximately $850,000.]

onstrated need for these positions still intend on abolishing all these ons. Management's compliment is dictated by their DSSA report se operations support demands it. recently agreed to freeze the current district bid sheets while we pursued er efforts through dialogue to avoid isplacement of any carriers.

e union believes, if the USPS de- lexibility, it could be achieved with- bolishing any reserve position or cements. This could be achieved plying the following steps:

All previously notified reserve carriers be allowed to retain their bid eserve positions.

Allow all occupied reserve positions filled positions) to exist until vacated at which time the involved osition will be re-evaluated as to s necessity.

Place all vacancies throughout the district up for bid within the section/station of the incurred vacancy.

The in-house bidding will be conducted through the expedited bidding process. After this one time vent bidding will return to the ormal posting procedure.

ost all unbid positions, after in- ouse expedited bidding occurs, on istrict bid.

Newly converted PTF's to full time

---

– A Benefit for )ver $30,000!

h from the of Evan!

oint Letter Carrier Mike Dwyer His medical insurance refused to

---

gnized for

ers of the U.S. Postal Service, such stman John Morrison can be ed on during emergency situations," they acknowledged in a letter to ostmaster.

police officials said Morrison "is et to the U.S. Post Office as well ne citizen who went "above and d the call of duty."

*printed courtesy of the Daily Times icle, December 30, 2002.)*

---

through 5 below is completed.

2. All vacancies (excluding those withheld under Article 12) from Stations/Branches that have reserve letter carriers who will be potentially abolished and excessed, will be returned to a Station or Branch for bid. This will allow potentially impacted reserves to bid the initial vacancy, a subsequent vacancy or to be assigned the resulting residual vacancy from the in-house bid. When and if the reserve letter carriers Reserve position becomes vacant, it will be reverted.

3. If the Reserve letter carrier's position is not vacated, the Reserve position will be abolished.

4. The in-house bidding will be conducted through the expedited in-house bidding process. The union agrees to assist management to make every effort to contact employees absent, on leave, etc. to insure that the process of expedited

---

ing its taking place in other areas or states. We at Branch 34 will continue to file the appropriate grievances and not be rolled over by these tunnel vision fools.

Management's ploy is to intimidate affected letter carriers throughout the district into bidding vacancies that the USPS has been holding and now wants filled. I personally wouldn't give them the satisfaction nor make it easy for them, but I'm also not the excessed carrier.

As I sit here writing this article, we have no agreement and management intends on pursuing abolishing positions. We will continue to meet as Branch 34 Officers along with National Business Agent John Casciano's office and map out our attack in response to management's current maneuver. We will confront them at every crossroad and whenever they cross the line we will be there to file the appropriate grievance.

Unfortunately in the interim, we are subjected to more postal nonsense.

---

## TRUSTEE'S REPORT

As required by the Constitution, this report is by the Trustees on the condition of Branch 34 Benefits and Expenditures for the six (6) month period of April 1, 2002 through September 30, 2002.

| Item | Amount |
|---|---|
| Federal Tax & FICA | 65,294.44 |
| Organizational Expenses | 28,344.25 |
| Payroll | 146,859.73 |
| Building Expenses | 5,983.66 |
| Telephone | 4,186.05 |
| State Taxes | 10,324.49 |
| Stewards' Commission | 49,395.47 |
| Postal Data Center | 15,284.36 |
| Convention Fund | 3,600.00 |
| Nalcrest | 2,398.04 |
| Funerals and Donations | 2,161.75 |
| Office Supplies | 5,242.25 |
| Real Estate Tax/City of Boston | 3,229.83 |
| Per Capita Tax | 3,783.45 |
| Building Insurance | 1,918.21 |
| Training | 3,083.17 |
| Printing | 13,859.94 |
| Postage | 1,651.63 |
| Retirees' Affair | 6,009.50 |
| NALC Health Plan | 1,981.14 |
| Food Drive | 2,431.41 |
| Convention Expenses (National) | 51,682.45 |
| State Convention | 3,600.00 |
| Professional Services | 2,895.71 |
| Scholarships | 850.00 |
| Newspaper Ads | 3,377.90 |
| American Express | 3,883.03 |
| Water and Sewer | 144.86 |
| Carriers' Dinner Dance | 1,000.00 |
| Branch 34's CLAN | 3,288.33 |
| COLCPE Committee | 655.56 |
| Greater Boston Labor Council | 600.00 |
| Dues Reimbursement | 16.26 |
| **TOTAL** | **449,017.67** |

Jan-Feb 2003 p.5

# Scenes from the Installation of NALC National Officers
## December 13, 2002 • Washington, D.C.

Uniting City Letter Carriers across this vast land, the National Association of Letter Carriers, AFL-CIO, brings together men and women of a common craft for mutual benefit — to improve our welfare, to secure our rights, to guard our safety, and to better serve the American people, whose trust we hold and treasure.

In this Union, we find strength and the courage born of honest labor. With this strength and courage, we protect our livelihood and our rights — and we struggle for what is just. Together we stand up for those who are too weak to walk or too hungry to make their voices heard. Together we make a difference in every city and town, on each street and byway.

We, the members of the NALC, freely choose to join together and we freely choose our leaders. Tonight we celebrate that choice, that freedom—and we celebrate the solidarity and strength that springs from being Union.

### Officers

William H. Young, President
Jim Williams, Executive Vice President
Gary K. Mullins, Vice President
Jane Ei Broendel, Secretary-Treasurer
Myra Warren, Assistant Secretary-Treasurer
Fredric V. Rolando, Director of City Delivery
Alan C. Ferranto, Director of Safety and Health
Donald T. Southern, Director of Retired Members
Thomas H. Young, Jr., Director of Health Benefit Plan
Brian E. Hellman, Director of Life Insurance

#### Board of Trustees
Lawrence D. Brown, Jr.
Daniel T. Rupp
Randall L. Keller

#### National Business Agents

| | | |
|---|---|---|
| Dale P. Hart | Paul Price | Neal Tisdale |
| Wesley A. Davis | Arthur W. Buck | Jim Korolowicz |
| Barry Weiner | Lew Drass | Matthew L. Rose |
| Gene Goodwin | William J. Cooke | Timothy C. O'Malley |
| Richard G. Gentry | John J. Casciano | George C. Mignosi |

#### AFL-CIO Delegates
Marilyn Asermely
Kenneth R. Bielek
Denise Brooks
Anita Guzik
Charles R. Heege
Robert Henderson
George Turner, Jr.



*Former NBA John Marco and President Bob Lind congratulate NBA John Casciano on his installation to a second term of office.*



*Clerk NSBA/MBA Mary Papa poses with Vice President Gary Mullins.*



*Newly installed president Bill Young signs autographs after the festivities.*

### Program

| | |
|---|---|
| Patriotic Opening | Jane E. Broendel<br>National Secretary-Treasurer<br>Master of Ceremonies |
| Presentation of Colors | Joint Armed Services Color Guard |
| National Anthem | United States Marine Corps Band |
| Pledge of Allegiance | John Spencer<br>Past President, NALC Branch 1427 |
| Invocation | Terrance L Timmerman<br>President, NALC Branch 506 |
| **Dinner** | |
| **Installation of NALC Officers** | |
| Introduction of Honored Guests | |
| Labor Federation Greeting | John J. Sweeney<br>President, AFL-CIO |
| Introduction of Officers | Ronald G. Brown<br>Retiring Director of Retirees<br>Assistant Installing Officer |
| Administration of Oath | Vincent R. Sombrotto<br>Retiring National President and<br>President Emeritus-Designate<br>Installing Officer |



Woburn Carrier and Alderman Jim McSweeney put on a Christmas Dinner for Seniors in his Ward. The Branch contributed $100 toward this event.

Volume XXXII Number 4 — Nov ... Circulation 6,000 ... Nov

# Every Member Must Take An Active Role!



**Robert A. LIND**
**PRESIDENT'S CORNER**

Nov-Dec 2002 p.1

I recently attended a dedication, a park in the Black Falcon Terminal area of South Boston, in memory of a lifetime friend, high school buddy and fellow Marine, Brian Skerry, I attended this event along with family, friends, politicians, and his union brothers and sisters (shipbuilders union).

As much as I thought I knew my friend Brian it wasn't until I heard his Union Business Agent (B.A.) speak that I realized he had a whole other side of which I wasn't aware.

The B.A. spoke of a past election and the financial turmoil he discovered when he assumed office. He shared with the audience that he didn't know where to begin or how long it would take to get his organizations financial books in order. Upon hearing of the BA's dilemma Brian walked into his office and offered his services to address and correct the inherited fiasco. Brian had no formal training in accounting but his insistence couldn't be ignored so the B.A. assigned him the task. What makes this story remarkable is that Brian volunteered to perform this task on his own time without monetary compensation or recognition of any type. Brian completed the job before dying unexpectedly. Despite his request to avoid recognition he received the recognition he rightfully deserved at the dedication ceremony.

While this story was being told, all I could think of is how many Branch 34 members could this union get to step up and duplicate that remarkable feat.

I find it troublesome when paying a station visit that some carriers are so intent on hitting the street that they can't spare the time to listen to updates on letter carrier issues. This matter pertains to a very small segment of our work force. I recently experienced this behavior in a station where only a few years earlier not only the steward but also the members themselves would have dragged the carriers out from their cubicles to attend a job huddle. We've got to get our newer members involved and on board. This behavior is not only disrespectful but is detrimental to everything this union stands for "solidarity." One senior carrier articulated that" It's not like the old days when we were together as one. The younger members don't care and the barn door has been opened and it's a little late to shut it now." I know what the brother was alluding to but it's never too late in my opinion. Close the gate (ranks), replenish, replace, reorganize the barn (active members). We've got to unionize one member at a time. I'd like to believe that the NALC would not only exist but will also be a viable union in the twenty-second century with every member playing an active role. We must start today! On the whole in my estimation our members are the best As the late Johnny Waike once said," I've never met a letter carrier I didn't like" and I share that same sentiment.

### Looking to 2003

As we approach 2003 we ask ourselves what changes are in store for us in the future? We will see the changing of the guard in relationship to our national

*(continued on page 4)*



The Letter Carriers of the Chelsea Post Office, circa 1900. We can assume that the tw... the middle are the bosses.   – photographs use...

## Attic Treasures D...

Rummaging through her attic, Lynn Nash of ... ered these precious slices of history.

She sent the photographs to Manager Jay Kil... Killackey had the photographs professionally resto... been enlarged and framed. "Wonder what they wo... quipped when I saw the photographs.

If any of you have *any* information about these ... Maureen Marinelli, Editor, *Branch 34's CLAN*, 6... Boston, MA 02127.

Any information received will be forwarded to ... Chelsea unit and shared in a future issue of this pap...



*Season's Greetings and Happy ...*



He was kind and gentle with a touch of McLaughlin stubbornness, who loved reading his three papers a day, wearing his plaid sweater, and listening to oldies 103, his coffee, a few chips and his Lucky's. He loved Woburn, the closeness of the people, and loyalty to local business. If he could help anyone, he would, and without judgment.

He was passionate about being an alderman; going to the meetings and talking with the people was never a chore. He really listened.

One of his later endeavors was working in Amy's school. He liked the kids and they all knew them.

Husband, father, brother, grandfather, uncle and friend, we say good-bye to you.

Dad says to us "Pace yourself."

## President's Report...

(continued from page 1)

*Nov - Dec 2002 p. 4*

leadership. As Vincent R. Sombrotto ends an illustrious career we look to the future with hope as the NALC passes on its leadership role to William H. Young.

At a recent New England Region 14 National Business Agent's Rap Session hosted by Branch 34's John J. Casciano, newly-elected National President William H. Young disclosed that he intends to pursue changes that would be beneficial to letter carriers as well as the USPS. He would seek a potential end to the ongoing nonsense revolving around route inspections and the day to day confrontations we face on the workroom floor. Whether this monumental task can be accomplished only time will tell but a sincere effort will be made by the NALC.

President Young shared his enthusiasm and ideas before the membership, which was receptive and highly impressed with his candor and thoughts for the future. He vowed to make national officers available for future events and promised to bring branch presidents on board when making policy or discussing future programs. He conveyed that the days of limiting information to merely national officers is over and the inclusion of branch presidents will hopefully produce a commitment not only from the presidents, but also from their rank and file members.

I would hope the USPS would share this enthusiasm and optimism – after all this is their company, their employees, and their future as well.

### Legislation

Over this next year letter carriers must become more vigilant in protecting our interests. The Bush Administration is assigning a commission to study Postal Service Operations. Whatever recommendations this commission may bring forth we as a union will have to respond by contacting our legislators, making them aware of letter carrier concerns and issues relating to our future. We must protect our interests to ensure survival.

### Computers

We're on the home stretch with the utilization of Branch 34 computers. Hopefully we will be sharing more information and streamlining data entries and access for both members and officers. We're striving to make information more accessible for our membership.

### Letter Carrier Ball

We recently conducted the annual Letter Carrier Ball for Branch 34 at Florian Hall in Dorchester. I would like to take this opportunity to thank those that participated and enjoyed this festive night with fellow brother and sister carriers. The band was exceptional, the food was excellent, the dancing was great and seeing carriers having a good time was priceless. A special "hats off" to the stations that supported this event: Jamaica Plain, Cambridge, North Quincy, Weston, IMC, North Weymouth, Fenway, GMF, McCormack, the Mutual Benefit Association, and NBA John Casciano. I apologize if I left any station out. Next year I hope all members take advantage and enjoy this event.

### Seeking Union Hall

The branch office has recently experienced more flooding problems. If it isn't water from above, it's water from below. This is the straw that broke the camel's back. As I have expressed in many station visits, we have outgrown the union office at 626 Dorchester Ave. South Boston. Many branch officers are congested in one common work area and subjected to continual interruptions combined with daily parking tickets issued by the BTD. I would like to secure a facility, which would not only address the parking and overcrowding situation but also provide a union meeting hall (with rental possibilities), and adequate space for training/seminar sessions. Any member with knowledge of a building which may meet our needs please contact the branch office at 617-269-8140.

### Holiday Wishes

*On behalf of the entire board of Branch 34 officers and myself I would like to extend our sincere holiday greetings and best wishes for a happy, prosperous New Year to Branch 34 members families.*

## Notes from the Legislative/COLCPE Committee

First, a review of our COLCPE totals since the Committee was formed. We have raised a total of $3,072. Our active members have given $2,541 of $1,705 in 2001. Thank you to everyone who has contributed. I hope you noticed in the November *Postal Record* there was a reference in President-Elect Young's article about an agreement on a system to provide dues withholding for letter carriers who want to contribute to COLCPE. For Branch 34 that would mean if every letter carrier gave $1 per pay period ($26 a year) we would raise $91,000. WOW!

The Committee's hardest task so far has been raising COLCPE donations. As I've gone on station visits the two most frequent questions/comments are 1) why should I give to COLCPE, I can't tell why I pay dues; and 2) I don't want to give to COLCPE because it's like we are bribing politicians. It's important to understand that union dues are for administrative costs, while COLCPE, on our lobbying effort, COLCPE monies go directly to the campaigns of politicians who have supported us in the past or who have told us they will support us in the future.

As we become more involved in the political process, we need to keep in mind that politicians only understand three things – VOTES, MONEY and PARTICIPATION.

Voting is the most important political action we can take. We have a right as citizens and as union members; voting on contracts, on branch elections, to have our voices heard. It can't be repeated enough - VOTE, VOTE, VOTE whenever you have the opportunity. If interested, contact me at the Hall. We understand a democrat raised by our $3,000 plus in COLCPE donations is not important money in politics. Now we must increase our level of political participation.

We have created a political organization that's poised for action. When the new Congress is sworn in in January, and the Congressional committee assignments are announced, we will be in a coordinated phone call and letter writing campaign. This effort will be to educate the members of those Committees that have direct bearing on our legislative agenda.

### Election Review

The Republican Party won big in the November election. While the Massachusetts delegation remained entirely Democratic, the Republicans now firmly control both the House and Senate in Congress. This means we are going to have two years of hardball with both parties, each which has its own priorities, to PROTECT OUR JOBS & RETIREMENT. Postal Reform had been getting closer, but where it stands now is anybody's guess. Because the Postal Service recently found BILLIONS of dollars, does that take away the urgency on acting on reform? Where is Postal Reform on the Bush agenda – near the top or after Social Security reform, a prescription drug program or confirming judicial appointments. Your guess is as good as mine. In the next issue of Branch 34 *CLAN* we will discuss our plans for 2003.

*Michael Kelly*

★★★★★

### COLCPE Donations as of November 15, 2002

| Stations | | Stations | |
|---|---|---|---|
| Allston | $149 | Needham | $85 |
| Braintree | 115 | Newtonville | 100 |
| Brighton | 280 | Newton Highlands | 30 |
| Chestnut Hill | 50 | Newton Upper Falls | 20 |
| Fenway | 104 | Quincy | 180 |
| Hyde Park | 200 | Roxbury | 120 |
| IMC | 175 | Scituate | 61 |
| Jamaica Plain | 150 | Wellesley | 136 |
| Kenmore | 41 | Wellesley Hills | 50 |
| McCormack | 185 | Weymouth Landing | 75 |
| Mooney St. | 35 | Woburn | 1200 |
| | | | $2,541 |

*includes station list but not included in total as money was raised before Legislative/COLCPE Committee was formed.*

| | |
|---|---|
| Anonymous | $25 |
| Retirees | 531 |
| Individuals | 175 |
| | $3,072 |

*individual who sent in to hall after initial station collections.*

21 of 59 Stations – 36%

Avg. COLCPE donation by active employee in 2001: 48 cents ($1,705/3,500 active members)

Avg. COLCPE donation by active employee in 2002: 72 cents ($2,541/3,500 active members)



...rved on the NALC Ballot Committee ...to on his retirement. Also pictured is

## Protect It!!!

and millions on overnight mail. The USPS treats Express Mail like junk mail. Management continues to say anyone can deliver it. It is so embarrassing seeing a casual deliver a piece of Express Mail to one of our customers. It boggles my mind why they don't treat Express Mail like the gold that it is. The USPS could be making millions on Express Mail instead of our competition making all the money. If I'm not mistaken, the USPS started overnight delivery and then they did what they do best and let it go down the tube.

If management would only make a **decision** and let the letter carriers deliver express mail, then I think we could start to recoup the overnight business. If they got serious about Express Mail and let the carriers do our job, we could straighten out the financial mess that *they* got us into.

The USPS is out of control! If they have an idea, they try it, Win or Lose.

## Thoughts About the Route Inspections Process



**Kevin FLAHERTY**
**AREA STEWARD'S REPORT**

Having recently observed route inspections in Roslindale and Hyde Park, my thoughts about the process were confirmed. Despite great efforts by carriers with limited mail in these stations, Operations Support, in their infinite wisdom, decides to eliminate routes. I call their methods dysfunctional math. They are out to capture routes not hours. They will eliminate a route at all costs – increasing auxiliary routes, more router time, later report time and mounting routes, are just some tools utilized by Operations Support.

In the process, they are taking the service out of U.S. Postal Service. Many carriers feel that management will do what they want, so what is the difference. Nothing could be further from the truth.

Now more than ever, we must protect our routes. Our clock hits are more vital than ever. Management has the right to use your clock hits rather than inspection time.

We must treat everyday as an inspection. We should know our jobs professionally, which means scanning, sticking to our office and street time, submitting 3996s and 1571'S in order to protect our routes. Let's not make it easy for them.

I recently attended the New England Rap Session in Portsmouth, NH, hosted by National Business Agent John Casciano. Many thanks to John and his staff for a job well done. Subjects discussed included OWCP, Casuals "in lieu of," operational windows and grievance handling.

All sessions were informative. We also had the pleasure of meeting our newly elected National President Bill Young. The Branch 34 crew had the pleasure of dinner with Bill and debated Patriots vs. Raiders. President-Elect Young delivered a state of the union address to those in attendance on Monday. He opened the floor to general discussions and questions. He also spoke of his game plan for the future. All in all, a very good weekend.

*Now is the time to wish all brothers and sisters and their families the most joyous and happy holiday season and a healthy and prosperous New Year.*

## Brother, Can You Spare A Pill?



**Bob SIMPSON**
**TRUSTEE CHAIRMAN'S REPORT**

Just when you think you have experienced the full measure of Postal Lunacy, something new comes along.

The Postal Service has just announced a policy to make Potassium Iodide pills available to all 750,000...

Firstly, the problem is how practical is it to have a nationwide distribution of this type, when a radiological emergency is very likely to be a localized situation.

Secondly, even accepting the reasonableness of providing this type of medication to employees, shouldn't the families of the employees also be included in this scenario. I would like to think my spouse and young daughters would have access to medication in the event of an emergency, not just myself.

This issue illustrates my major concern with the Postal Service. This organization seems to fall in love with every...

# Branch 34's Letter Carriers Ball 2002
Saturday, November 23, 2002 • Florian Hall, Dorchester • Photos by Maureen Marinelli


Area Steward Kevin Flaherty and his wife.




"Modern Manners" entertains the crowd.

Clerk Jean Donoghue loves to party with the carriers.


Former NBA John Marco and retiree Arthur Dinsmore pose with their wives.

President Bob Lind stopped to chat with Stewards Matt McNeff and Wayne Post of the IMC.

Editor Maureen Marinelli – "Who took my camera?"

Weston's Steward Frank Flaherty and his wife Clare enjoy the evening.


Dancing the night away.



JP's Tom Gavin and his wife Dot pose for a shot.

President Bob Lind addresses the crowd.

A good time was had by all!

Sept-Oct 2002

# We Still Take Pride in Doing a Good Job!

 

**Robert A. LIND**

We now prepare for the upcoming holidays sharing precious time with family and friends. We realize how quickly the years slip by and the hard-taught lesson to appreciate our short time here together. Our priorities have been brought more into focus (health, family, and employment), unfortunately we lose sight of these priorities while interacting with those who do not share these same values. Management's "bottom line" at all cost philosophy is not embraced or a key factor in our day to day carrier existence. Despite restrictions regularly imposed upon us we still take pride in doing a good job.

We've done a tremendous job over this past year as in previous decades. We've maintained our composure while being subjected to stress and budget crunching by national, regional and local management of the postal service. In their quest for numbers, health and family has taken a back seat as the service continues its onslaught of alleged cost cutting and hardball pressuring tactics. The irony is management receives recognition for our performance and we receive additional procedural and policy changes.

Now that the USPS has newfound wealth in the form of billions of dollars which miraculously materialized from overages in our CSRS retirement fund one must ask; will the internal attacks continue? The answer in all probability is absolutely. Route inspections, alleged minor route adjustment, route reviews, job reversions, job abolishments and next weeks brainstorms will all continue. The reality is postal hierarchy intends on making our postal existence very uncomfortable and we will continue to lose promising career employees.

Management does not intend on complying with or acknowledging any requests (for the most part) for additional time (overtime/auxiliary assistance). They are taught to challenge and confront carriers on a daily basis with the hopes of wearing you down to the point that you'll rather rush than request additionally warranted time. From what I've seen it works! Human behavior is to avoid confrontation at all cost and management is banking on it (literally).

Volley the ball back into their court and complete, on a daily basis, the necessary forms. If you require auxiliary assistance then make your supervisor aware with a form 3996 how much time you need to cleanup and complete your assignment. This request is an approximation not an exact science. Follow the instruction of your supervisor to the best of your ability and if additional time is still needed, make your supervisor aware with another

*(continued on page 5)*

✓ Tues., Nov. 12  7:00 pm
★ Tues., Dec. 10  7:00 pm
  Tues., Jan. 14  7:00 pm

# Branch 34 Supports MDA Telet[hon] Just in a Different Locatio[n]



*Perennial volunteers Carol Ciccone, Chris Keating and Ellie Joyce strike a pose.*

Our apologies to those [who] knew of our boycott of [...] but did not receive w[ord of the] location change for the [...] the Sheraton Needha[m].
(A list of volunteers will a[ppear in the] next issue of "Branch 34[...]"



*Medford's Dave Epps hard at work at the Telethon mailroom.*





*Longtime volunteer Tim Regan teaches his children the spirit of volunteerism.*

Ed[...]
Rev[...]
way to [...]
gives [...]

Who's th[...]
George [...]

Our sn[...]
a well-[...]



*Dominic Corsetti was the "runner" – bringing mail from Channel 5 to the mailroom.*



*What's a telethon without Mike Siegal?*

# President's Report...

(continued from page 1)

form 3996 before you leave for the street. Expect them to give you the business, that's their plan, but stand your ground nonetheless. Remember your scanning your day away anyway or at least you should be.

I'm hearing of carriers throwing mail off the clock to avoid attention by local management. First of all, it's a violation of our national agreement and second, it's a disgraceful practice. I'd rather be a lone wolf than a flock of sheep. End it! We work to be paid so stop giving away your work, our pay. We're not here because we love our employer, but to make money.

Some of our most disgruntled, vocal, and frustrated letter carriers are those who allow themselves to be intimidated by local management. That's precisely why their so disgruntled and understandably so. Place the onus where it belongs, on management. Again request the necessary forms, curtail if instructed, and always make sure your supervisor is aware of your situation. Be a watchdog, not a lap dog and make sure your compensated for your day's performance. Perform your duties as outlined in the M-41 handbook and management is seeing to it that you do just that.

To those supervisors who mock carriers requesting 3996's, 1571's by merely dismissing them with the quote, "We don't use them here," we need to put them on notice, " Oh yes we do use them here." That type of arrogance is unacceptable and needs to be addressed in a labor-management meeting or perhaps with outside intervention. Form 3996's and 1571's are provided to protect letter carriers and their routes and not to be discarded because some self-proclaimed authority can't be bothered with them. Although at times it appears to be a double standard business we can and should address these types of incidents.

### Reverting and Abolishing Positions

Local management has placed the union on notice of their intent to revert and abolish all reserve positions in the Boston District. Management is pursuing alleged flexibility, which they claim they currently do not have under the present system. The postal service is striving to make unassigned regulars and through their projected DSSA reports, determine which stations have excess carriers to the needs of that operation. They will then reassign those alleged excess carriers to vacant positions throughout the Boston District where they deem necessary. If in fact this takes place the affected displaced carriers will retain retreat rights to the original station from which they were removed.

### Rumors of Moves

Rumors have been flying rampart concerning moves involving the JFK, IMC, and the GPO (McCormack PO). Talk of leases expiring, vin-rooms returning, and units being relocated. At the present time until I am officially notified these are just that – Rumors. Today's rumors may prove to be factual in the future but for now they haven't been confirmed or verified by anyone in the Postal Service.

### Congratulations Newly-Elected National Officers

I would like to congratulate the newly-elected board of national officers for the NALC. They can use our support over the upcoming years. It's not an easy task nor can we stand divided while management directs its attention on reducing our numbers, increasing our deliveries per route and squandering our monies.

To USPS management it's all about numbers not people, it's about the bottom line and we're getting in their plans way. It's about our resiliency to stand together and justify our job everyday. Enough of the regional and local in-house politics, it's all about the members and not ones self-advancement. We need unity within our ranks, not individual efforts to create dissention amongst our stations and members. Some alleged union members enjoy lighting a place up with occasional non-chalant innuendoes or derogatory remarks aimed at union leadership. They play with fire but when it burns out of control these same arsonists are the first one in line crying for someone to put out their fire. We don't need road blocks from within, what we do need is every member, steward, and officer working in unison for letter carriers and the NALC's survival.

We've got a challenge ahead of us but united behind our national officers we can and will prevail. We became a union over 100 years ago for the same reasons we need to show unity today, survival and advancement. I would like to recognize and wish good luck to our many newly-elected shop stewards, I would also like to thank those of whom they have replaced for their contributions to this union. I wish to end this article with special recognition to all our recent members who have joined the ranks of retirees particularly Medford's John Baginsky. I thank John for a lifetime of active unionism, leade[rship]. His presence o[n the] floor will be dearly m[issed, we wish] him on behalf of Bra[nch 34's] members a long, hea[lthy and] prosperous retiremen[t.]

## Let Jorge Quiroga Sort the Telethon Mail Labor Day...

(continued from page 2)

forced to retire early. But before he did, he left a legacy that still lives on. His work with our late departed Brother Ed Tierney is the stuff legends are made of. No Postmaster had a chance with the two of them on his case.

Now God's in trouble. He better have things in order because he has both of them now. I can see them now walking together scrutinizing God's figures, looking for the time some Angel was shorted. The dynamic duo, back together again – forever. God Bless them both for they are both missed.

## NALCRES[T] 2002 - [2003]

Listed below are [the weeks avail]able for the 20[02-2003 sea]son at Nalcrest, [FL at] $100.00 per week [plus a $25] cleaning charge.

Please submit y[our week] choices and mail in [payment to] either Dave Fitzg[erald at the] Hall.

Please include yo[ur phone num]ber. The winners a[re picked by] lottery.

**2002**
Oct. 28-N[ov. 3]
Nov. 11-N[ov. 17]
Nov. 25-D[ec. 1]
Dec. 9-D[ec. 15]
**2003**
Jan. 6-Ja[n. 12]
Jan. 20-F[eb. 2]
Feb. 3-Fe[b. 9]
Feb. 17-M[ar. 2]
Mar. 3-Ma[r. 9]
Mar. 17-M[ar. 23]
Mar. 31-Ap[r. 6]
Apr. 14-Ap[r. 20]
Apr. 28-M[ay 4]
May 12-M[ay 18]
May 26-Ju[ne 1]
Jun. 9-Ju[ne 15]

The rest of the y[ear...]
If you have any qu[estions] call the office at 61[7-...]

– David "Fi[tz"]
Secr[etary]

## INJURED ON THE JO[B] WHAT TO DO?

1. Notify supervisor.
2. Fill out Form CA-1. This is important. Read instr[uctions] front and back. Get a receipt. Check continuatio[n...]
3. Obtain authorization for medical care by Form C[A-16]. Supervisor should give you a Form CA-16, and s[...]
4. **YOU HAVE YOUR CHOICE OF PHYSICIANS**[.] If your Doctor is unavailable, go to the emergen[cy room at] the hospital where your doctor is on staff. If you [have] problems, call the branch office, @ 617-269-814[...]
5. Emergency treatment of a serious injury can be [...]

---

**OUT THERE**

> THIS SAYS THEY'VE DEVELOPED M.S.P. BAR CODES THAT GLOW IN THE DARK. WHAT'S THAT ABOUT HARLAND?

# BRANCH 34's CLAN

Volume XXXII Number 2 — Circulation 5,000 — July-August, 2002

p.1

## September 11th Observance



**Robert A. LIND**
**PRESIDENT'S CORNER**

By the time you receive this publication of *"Branch 34's CLAN,"* in all probability, we will have already observed the tragedy's one-year anniversary. Many of us will honor and remember the victims in our own personal way. Throughout America ceremonies will be conducted in the memory of the countless victims stolen from our midst.

The media will inundate us with numerous witness accounts and unseen footage of that horrific day. Many Americans will find it too painful to relive, for the wounds have not yet healed, despite the one-year passing.

I will take down my oversized weathered American flag, which has hung in homage, from the limb of a large oak tree on my property for the past year.

As did many others, it was my way of honoring the victims and declaring our solidarity as a nation. The flag may be removed from the tree but not the patriotism it represents nor the outrage at such a cowardly act being perpetrated on this great nation. Hopefully as the years pass so will the pain endured by many relating to this tragedy.

### National Convention

We just concluded our 63rd NALC Biannual Convention in Philadelphia and to my regret we once again failed to have any type of locality pay adopted by our sister and brother delegates. Before the next contract we will have two (2) more National Conventions and hopefully the acceptance of some type of area wage providing relief to carriers in areas such as ours.

On a higher note our newspaper received the most prestigious award the NALC can bestow upon a large branch publication and was recognized for its general excellence. This award is shared by all who contribute on a monthly basis and I thank everyone affiliated for its success. We may not be the only "Clan" publication in the NALC but we are the only **"#1 CLAN."**

I also had the distinct honor and pleasure of attending President Sombrotto's retirement/testimonial dinner. He articulated that this union would persevere and flourish. He has great confidence in his successor and reiterated that no one is greater than this union. No one is so important that this union can't survive without him or her. Leaders of this union continually make sacrifices and all too often it's their family who makes the ultimate sacrifice. Anyone who is in this business strictly for the money is not what this union is all about. Eventually that person will play himself or herself out and the union is better off without them. President Sombrotto spoke from the heart and with candor. This union is a greater union due to the efforts of (continued on page 8)

## "Branch 34's CLAN" Named Top Newspaper for General Excellence!!!
## WE'RE NUMBER ONE!!!



### Thank You to All of You!
### It's **YOUR** Newspaper!!!

I made a commitment to you nearly two years ago to make our paper an "Award Winner." Its success is due largely to our scribes, our cartoonist (Wellesley Hills' Mark Logue), and your constant input as members.

New England Patriots Head Coach Bill Belichick stated, "You don't start where you left off – You start all over." Let's do it again next time!!!

— Editor Maureen Marinelli

*Maureen Marinelli receives first place award for General Excellence on behalf of "Branch 34's CLAN" from NALC National President Vincent Sombrotto.*

(More on this prestigious award on page 3.)

## Branch 34 Hard at Work at the NALC 63rd Biennial Convention

**by Bill Fine, Back Bay Annex**

For the second time in my nearly 15 years as a letter carrier, I had the honor of representing the Branch 34 members at the NALC National Convention. Unlike the Republican and Democratic Party National Conventions, which have become little more than public relations shows, the NALC Convention retains its democratic tradition, with respect to resolutions instructing our national officers as to our union's direction. Resolutions affecting our National Contract, priorities for lobbying members of Congress, changes in our union-owned Mutual Benefit Association and Health Plan and other issues were submitted by 21 branches and 12 state associations. Proposed amendments to the NALC's Constitutions – National, Government of State and Mutual Benefit Association – were also considered.

The resolutions and amendments are reviewed by various committees – Contract Administration Unit, Executive Committee, Health Benefits Committee, *etc.* – which make recommendations for approval or disapproval; occasionally, no recommendation is made. Committee recommendations are based on such factors as official positions (continued on page 4)



**Branch 34 Executive Vice President Fred Celeste and President Bob Lind congratulate National Business Agent John Casciano, who was re-elected by acclamation to his position.**



**NALC National President Vincent Sombrotto calls delegates to order in his last convention.**

---

**CALL OF MEETINGS**
- ✓ Tues., Sept. 10   7:00 pm
- ★ Tues., Oct. 8   7:00 pm
- ✓ Tues., Nov. 12   7:00 pm

**Please Note the Meeting Location!**
★ Knights of Columbus Hall



### BRANCH 34's CLAN

| MORE POSTAL MADNESS!!! Page 2 | HEALTH BENEFIT PLAN RESOLUTION A WINNER Page 5 |

Washington, D.C. 20510
202-224-4543

The Honorable John F. Kerry
U.S. Senate
Russell Senate Office Bldg., Rm. 304
Washington, D.C. 20510
202-224-2742

**HOUSE OF REPRESENTATIVES**

*First Congressional District*
The Honorable John Olver
U.S. House of Representatives
Longworth House Office Bldg., Rm. 1027
Washington, D.C. 20515
202-225-5335

*Second Congressional District*
The Honorable Richard E. Neal
U.S. House of Representatives
Rayburn House Office Bldg., Rm. 2236
Washington, D.C. 20515
202-225-5601

*Third Congressional District*
The Honorable James McGovern
U.S. House of Representatives
Cannon House Office Bldg., Rm. 416
Washington, D.C. 20515
202-225-5759

*Fourth Congressional District*
The Honorable Barney Frank
U.S. House of Representatives
Rayburn House Office Bldg., Rm. 2404
Washington, D.C. 20515
202-225-5931

*Fifth Congressional District*
The Honorable Martin T. Meehan
U.S. House of Representatives
Rayburn House Office Bldg., Rm. 2434
Washington, D.C. 20515
202-225-3411

*Sixth Congressional District*
The Honorable John Tierney
U.S. House of Representatives
Cannon House Office Bldg., Rm. 120
Washington, D.C. 20515
202-225-8020

*Seventh Congressional District*
The Honorable Edward J. Markey
U.S. House of Representatives
Rayburn House Office Bldg., Rm. 2108
Washington, D.C. 20515
202-225-2836

*Eighth Congressional District*
The Honorable Michael Capuano
U.S. House of Representatives
Longworth House Office Bldg., Rm. 1232
Washington, D.C. 20515
202-225-5111

*Ninth Congressional District*
The Honorable Stephen F. Lynch
U.S. House of Representatives
Cannon House Office Bldg., Rm. 235
Washington, D.C. 20515
202-225-8273

*Tenth Congressional District*
The Honorable William Delahunt
U.S. House of Representatives
Longworth House Office Bldg., Rm. 1317
Washington, D.C. 20515
202-225-3111

Let me see if I have this one right. The braintrust that is operating the Postal Service here in Boston is convinced that the mail volumes are never coming back. As a result they have begun adjusting routes by the lowest volume figures they can find. They are also eliminating clerical positions based on this theory. Meanwhile they continue to add scanner points, encourage the use of Delivery Confirmation pieces and continue to motorize routes.

This is all in the name of saving the company. But who will save the company from its management? Who saved Enron, Worldcom or Adelphia from their management teams? We have tried to save ours, but even we have trouble saving them from themselves because they just won't listen. So we are reduced to writing in periodicals venting our frustrations as we sit helpless watching the train wreck.

In Boston, they continue to spend millions perfecting their own brand of insanity. One of their sacred cows continues to be motorization. And as long as they cling to such stupid future concepts as placing an automatic meter reading machine in each Postal Vehicle to as it travels down a given street. Here in Boston, motorization in many parts of the city is, well a **bad idea**. In the surrounding areas we have a number of *(continued on page 9)*



**Boneheads into Coneheads**

– Cartoon by Juliette Chen, Br. 214, San Francisco, CA

## September thru May is Route Inspection Time



**John T. McMAHON**
**VICE PRESIDENT'S REPORT**

September through May (with the exception of December) are months that are used by Management to inspect routes. The Branch as we go to press, has been notified that Management has selected Wellesley and Roslindale to be inspected in September. The Branch will inform future stations to be inspected as soon as we are notified.

Along with route inspections, September through May (with the exception of December) is the time frame Management will use to review clockhits of routes in determining street time for possible usage for route inspection analysis and/or adjustment. Carriers have to be constantly vigilant on receiving proper credit for any and all route assistance, overtime or curtailment on their routes.

Do not be pressured into skipping your breaks or lunches. Management automatically factors in street breaks and lunches when reviewing carrier street time averages. It is the carrier's responsibility to use his or her breaks.

Filling out 3996's (aux slips) and 1571 forms (curtailment slips) in duplicate is imperative in protecting your route. Carriers are entitled to a copy of each form for their records. This data has time after time assisted carriers in receiving increased credit to their routes.

During street supervision, Management normally uses a 3999 form. Do not take Management's usage of the 3999 form lightly. Postal Service Form 3999 – displays all the pertinent information concerning the carrier's street performance for a route on a day of inspection or street supervision. Carry your route professionally. If under street supervision, ask to review this completed form. If the 3999 is not made available for you to review, then ask your steward if he or she would request to review it.

Management is going to increase its focus on clock hits, Managed Service Points and 3999's in an attempt to make route adjustments. If Management uses this data incorrectly or improper procedures on implementing "minor route adjustments," there would be cause for a grievance.

If carriers are forced into minor route adjustments, they still have the option to request a special route inspection after the new adjustment has been in place for six weeks. The qualifications are that the adjusted route has had overtime (or auxiliary assistance) three times a week of at least 1/2 hour during this period.

## Unassigned Regulars, Excessing and Retreat Rights



**Branch 34 Executive Vice President Fred Celeste at one of the convention's many workshops.**

**by Frederick J. Celeste. Sr.**
**Executive Vice President**

Let me try to clear up the concept of Unassigned Regulars, Excessing and Retreat Rights. If you should end up as an unassigned regular due to the abolishment of your Letter Carrier position, you have certain rights. If no one is excessed from the unit, you will remain an unassigned regular. You have the right to bid on any vacant full time jobs in your office. You may be assigned to a vacant route if you do not bid it by inverse seniority. You have the right to bid hold-downs. You may be assigned to a vacant hold-down again by inverse seniority.

If excessing is required in your Station, the determining factors will be the assignment levels and seniority. The level of the job eliminated will determine the level of the person to be excessed. If a regular route is eliminated, then the junior most NALC Grade 1 Regular Letter Carrier will be excessed. If a Utility Set is eliminated, the junior most NALC Grade 2 Regular Letter Carrier will be excessed.

If you are excessed out of an office, you will have retreat rights to that office for the first job within that level that becomes available to you after the in-office bidding. Only Carriers within the level of the vacant job will be allowed to bid the vacancy during the in-office bidding. If a regular route should go up for bid and it was an NALC Grade 1 *(continued on page 9)*

*Jul-Aug 2002 p. 8*

## President's Report...
*(continued from page 1)*

this man and he will take his place in the annals of the NALC. People play politics and politics play people but this union is a force to be reckoned with.

### Fall Route Adjustments

As the cooler weather returns so does the USPS Route Inspection Team. It appears at the present time their focus for the immediate future will be on motorized routes as well as foot routes. We have been informed Woburn, Wellesley, and Roslindale are the next targets. We've also received word that Hyde Park will be motorized this month leaving us to believe they are next. Again they will aggressively pursue the abolishment of letter carrier routes.

We need for our members to know this isn't merely a periodic review. It is a continual route review process and we need to perform our duties as outlined in the M-41 handbook located at every letter carrier case. These duties should always be performed safely. The Postal Services' mantra, "Eight hours work for eight hours pay," is neither outrageous nor is it not shared universally in the business world. Although in some stations there are those in local management who should substitute, "ten hours work for eight hours pay," as their mantra. We need to protect and must continue to protect our job everyday of our career.

What you can count on is their attempt to reduce their numbers and that means you. Not the route in the neighboring town but your route. That is precisely how this has to be interpreted. YOU! It's your route, it's your job, and that's the bottom line. The sooner you understand that, the sooner you admit it, the sooner you believe it, the better off you'll be.

### The Full-Cycle Business

I'm tired of revisiting the past but this company has the uncanny ability of continually doing just that. The majority of our members' active and retired can attest to this. It seems that postal management has a dozen

or so ideas in their head and every few years they decide to re-implement one, despite its previous failure.

For some time when a district bid went unbid management would automatically promote part-time flexible to regular full-time status in order to fill the vacancy. This appeared to be a sound business maneuver thus keeping all vacancies and station compliments filled; a win-win situation for all the involved parties.

Today their objective seems to be primarily (1) slashing jobs and letter carrier routes, (2) bankrupting this business, and or (3) providing no service to the public at all. We need to get back to basics, which is servicing the public. In Roxbury there are between 10 to 14 positions being held, combined with summer vacations created numerous penalty overtime situations in order to deliver the mail. This situation has been repeated throughout the district. This is the same company that disciplines employees for a few units of unauthorized overtime during other periods of the year. Where is the rationale? Is anybody home on the fourth floor?

Since local management will not convert PTF carriers to regular full-time status and because they refuse to fill the vacated unbid positions the union has been forced to file the necessary grievances addressing these issues. It appears there will be a number of PTF's throughout the Boston District who meet the criteria outlined in the National Agreement under The Memorandum of Understanding pg. 157 & 158 relating to Maximization/Full-time Flexible. Those being converted will receive from the branch an explanation as to what this status entails.

Currently management has been reverting reserve positions throughout the Boston District, as they become vacant. They continually state there is no need for the reverted position. Management is attempting to create flexibility within the full-time ranks due to the fact they don't have the regions' approval to hire additional PTF's. I'm told they have requested 100-200 PTF's but have been denied their hiring.

We strongly urge all carriers who find themselves in a situation where they assume a flexible full-time regular position to bid a permanent full-time position with a fixed schedule. This will help you avoid being displaced and having your schedule routinely changed.

---

## Will I Receive Any Social Security On My Spouse's Record?

Maybe not. Some or all of your Social Security spouse's or widow(er)'s benefit may be offset if you receive a pension from a job where you did not pay Social Security taxes.

### How Much Is the Offset?

The offset will reduce the amount of your Social Security spouse's or widow(er)'s benefits by two-thirds of the amount of your government pension.

By law, Mary can only receive the higher of the two benefits she is eligible for, not both. She will not receive any wife's benefits because her $400 retirement benefit, in effect, "offsets" her $300 wife's benefit.

Bill's neighbor, Tom, also gets a Social Security benefit of $600 per month. But his wife, Nancy, had a job with the federal government, instead of one where she paid Social Security taxes, and her own retirement benefit of $400.

datorily covered under Social Security (Civil Service Offset employees are federal employees retired after December 31, 1983, following a break in service of more than 365 days and who had five years of prior Civil Service Retirement System [CSRS] employment).

• Federal employees who chose to switch from CSRS to the Federal Employees' Retirement System (FERS) on or before December 31, 1987, as well as those employees who were allowed

to fill the vacated unbid positions the union has been... *We treat all calls confidentially—whether they're made to our toll-free numbers or to one of our local offices. We also want to make sure you receive accurate and courteous service. That's why we have a second Social Security representative monitor some incoming and outgoing telephone calls.*

*(Reprinted from the Social Security Administration Publication No. 05-10007, August 2000.)*

---



### Fitzy Here! – A Short Note

REPORT FROM THE DESK OF THE SECRETARY-TREASURER

Dave "Fitzy" FITZGERALD



Branch 34 is 98.3% organized. Translated, we have 1.3% of letter carriers in the Boston Area who are NON-MEMBERS! We must all work harder to change this!

Jul-Aug 2002 p 9



**Contact Your Shop Steward or the Branch Office at 617-269-8140 for Tickets!**

show his youngsters Disneyland. Except for that, no vacation, no sick leave. He chose just to stay on the job.

## Unassigned Regulars, Excessing and Retreat Rights...
*(continued from page 2)*

job that was excessed, only NALC Grade 1 Letter Carriers will be allowed to bid the vacancy. If a Utility Set goes up for bid and it was an NALC Grade 2 job that was excessed, only NALC Grade 2 Letter Carriers will be allowed to bid on it. Then the residual vacancy within your Grade will be presented to you for acceptance. If you refuse the residual vacancy, your retreat rights end. **Before** you are presented with your retreat right opportunity, you have the right to bid on any District wide jobs, and if successful any subsequent in-house bids without affecting your retreat right status.

There have been cases where more than one person has been excessed out of an office. In those instances the offers will be done in accordance with seniority.

Perhaps the best example I can provide is what happened in my home office of Weston. We had a case four years ago where two Letter Carrier jobs were lost at the same time. We had one Route and a Reserve position eliminated. Both were Level 5 positions. Management decided to excess two Letter Carriers from our office based on the eliminated positions. Two Level 5 Carriers who were senior to at least two of our Level 6 Utility Carriers were excessed out of the office because they were the junior most Level 5's and the jobs eliminated were Level 5 jobs. As the Utility Carriers were Level 6's and no Level 6 job was lost, they were not excessed.

From that day until both excessed Level 5's had the chance to exercise their retreat rights, our in-house bidding became screwed up. Once excessed out of Weston, they both had the right to bid any District wide bid sheet. If successful in winning a District bid, they had the right to bid in-house in their new station as well.

Meanwhile back in Weston, a Senior Level 5 Carrier retired. After the in-house bidding among only the Level 5's, the residual Level 5 position was offered to the senior excessed Level 5. He exercised his retreat rights and came back on the residual vacancy.

Next a junior Level 6 Carrier ended up resigning for a personal reason. Her vacancy was bid in-house only among the Level 6's. The residual vacancy went out to the District to be bid by all the Carriers in the District. Our remaining excessed Level 5 bid for the job but was beaten by another Carrier senior to him. The senior bidder got this job leaving our excessed Level 5 still out there.

Next another junior Level 6 decided to resign. This job also was offered to the Weston Level 6's with the residual vacancy posted District wide. This time our remaining excessed Level 5 was the successful District wide bidder for this job. He returned as a Level 6 Utility Carrier still not having had an opportunity to exercise his retreat rights.

Next, a regular route Carrier in Weston bid out on a District wide posting. This created a vacant Level 5 job that had to be posted in-house. Again only the Level 5 Carriers were allowed to bid on the vacancy. The residual vacancy was then presented to our excessed Level 5 (now an in-station Level 6) so that he could finally exercise his retreat rights. He excessed them getting the route over at least one Level 6 that was senior to him. After this one year of mayhem, we went back to our normal bidding procedures.

Excessing can be a Royal Pain. Never lose sight of the fact that it is the United States Postal Service that does the excessing and **not** your Union. If the NALC were not here you would not own anything, let alone retreat rights.

guess I'll just show Him my hands."
*(Reprinted courtesy of the Mound City Carrier, St. Louis, MO, August, 2002)*

## More Postal Madness!!!
*(continued from page 2)*

expensive making its use financially prohibitive. And of course in a foot delivery area it would be nearly impossible.

Stupid idea #2 for motorization in Boston has as its goal, the elimination of all the Parcel Post Routes. They explain that if all the routes are motorized, and each route gets only one additional package per day, we will be able to absorb hundreds of additional packages daily. That's their claim. That is one of the justifications they use up here for motorization. Would everyone who believes this bit of insanity is about to happen please raise their hands. Who in their right mind thinks that this increase in packages will some how be evenly divided up into the number of routes? I don't think UPS is all that nervous. If they were, they wouldn't have given their employees the contract got without a much bigger fight.

And finally we address stupid concept #3 for motorization. At present our vehicles remain idle for hours per day. We could hire them out to various companies at night when they are not needed. What fool came up with this one? If you use the vehicle longer, its usable life span will be shortened. If the vehicle's usable life span is shortened, you have to replace it more often. That means you have to spend even more money in long run. And who would pay for the fuel, repairs and accident damage?

And therein lies the problem with the Postal Service. They are constantly planning to make short term stop gap money, not really caring for the future. DPS is an excellent example of what is wrong. They did not care how many obstacles were in their way.

They ignored the reality and logic. They automated when it was the most expensive thing to do. Had they waited just a few years for the computers to catch up with their goals, they could have saved a ton of dough and gotten a much better product. But why wait when you can spend money like it wasn't yours.

And so it remains in Boston, they will spend millions to save thousands. They will continue to create scenarios that will make it impossible to deliver our product in a timely manner. They will never consider the allied costs of grievances, settlements and the like when figuring the bottom line. And until all that changes, it will remain business as usual.

In the past few months we have heard and/or seen in print that the Boston District's leadership team is seriously entertaining selling a number of facilities. They are the General Mail Facility at South Station, the Northwest Facility in Waltham, the Incoming Mail Center in Chelsea and even the Braintree Detached Mail Unit. If they were to be successful in selling all four of these buildings, we would be left with no place to sort all of the Boston District's mail – unless we are stupid enough to try and rent them back from the new owners.

As a long-time Postal Employee with some idea how the business operates, I would have to believe this would be a bad thing. And if anyone can find out what they are smoking on the fourth floor, please let us know because if it is legal we could make a fortune. Who says the 60's are dead?

: the nation have overwhelmingly ratified a new nt with the U.S. Postal Service retroactive to No-

ranch 41, Brooklyn, New York, chairman of a pervised the tabulation, announced the results of 2002:

............................... 94,732
............................... 12,866

l and certified by DeLancey Printing, Alexandria, of the

### Retroactive Increase

The first year 1.8 percent wage increase will be implemented shortly and retroactive back pay calculation made as soon as practicable.

Letter carriers who retired after November 17, 2001 will receive full back pay for work between November 17, 2001 and the date of their retirement. Their annuities also will be adjusted accordingly. (The November 2001 increase will raise their high-three average salary and therefore their monthly annuities.)

hed by pril 24, NALC nd ap- LC Ex-

ases of agree- ost-of- ning of ures to utes. It Reso- red by

ercent rs.

f this union agree that this is a fair settlement that f both letter carriers and the Postal Service as an institution," Sombrotto said. "This negotiated agreement shows that labor and management can, and will, work together to ensure that the American people continue to have the most efficient and dedicated postal system in the world."

The agreement provides a 1.8 percent increase retroactive to November 17, 2001; a 1.5 percent increase in November 2002; 1.2 percent in November 2003; 1.3 percent in November 2004; and 1.3 percent in November 2005.

There will be a one-time cash payment to reflect the cost-of-living adjustment between October 2001 and July 2002, followed by regular semi-annual COLAs in March and September of 2003, 2004, 2005, and 2006.

The agreement also includes a 10.1 percent increase in a letter carrier's uniform allowance, effective on a carrier's employment anniversary date.

The contract will expire on November 20, 2006.

(Reprinted from the NALC Bulletin, May 30, 2002.)

previous (hands off) no recommendation approach on the always-controversial issue. Maybe, with their support, our more economically advantaged areas may listen and begin to understand that not only can disadvantaged areas benefit but in time all. We need to have somewhat the same buying power and shouldn't tolerate leaving union brothers and sisters behind.

For the members unfamiliar with the locality pay issue, it divides the country into 32 areas by geographic locations. The formulated cost of living table would dictate in a particular area how much additional dollars an individual should receive. The formula would be based on Salaries and Wages of the U.S. Office of Personnel Management Salaries and Wages 2001 Salary Tables and Related Information Draft Only General Schedule and Locality Pay Tables for Law Enforcement.

Unlike some past proposals it encompasses a vast portion of the United States. We are not looking for some unfair advantage but merely equality in buying power which is currently extended to Hawaii and Alaska (both of

to a safe and humane working environment. "Making the numbers" is not an excuse for the abuse of anyone. This statement is a pledge to reach these objectives.

In Boston, we later received managements updated version which was more in the form of a proclamation than its predecessor. Threats and acts of violence in the workplace were listed under this local zero tolerance policy but it craftily omitted any reference to making managements numbers. This was not in error, but instead by design. In the upcoming months if you, the city letter carrier, believe your rights are being violated by an overzealous number driven supervisor, demand a grievance be filed to correct this behavior and situation. We can't attempt to enforce this policy if you don't report violations and insist that your shop steward file a grievance.

Collective Bargaining gives us the right to pursue this venue which may not be the most expedient process but it's the only one we have. We must document and create a paper trail on any deserving perpetrators. Ultimately the arbitrator will make the decision if a vio-

### COLCPE/Legislation Committee

At this time, I would like to announce the creation of Branch 34 COLCPE/Legislation Committee. Its purpose is to raise funds in order to elect politicians willing to back and defend letter carrier issues and concerns. Its other purpose is to raise member's public and political awareness on pertinent matters concerning letter carrier's interests. The following letter carriers are members of this committee:

Linda Larson – IMC North
Dennis Harrison – Scituate
Mike Kidd – Fenway
Vigo Conte – Woburn

This committee has a monumental task ahead of them but I know they'll rise to the challenge. Cultivating our resources and instilling a sense of urgency within our membership, legislators as well as reestablishing our patrons trust and appreciation is necessary today.

As a Branch 34 member we must organize and do our part to support this newly created committee's planned agenda. It's goal is ultimately our survival.

—Bob Wind
President, Branch 34 NALC Boston

May–Jun 2002 p. 6

# BRANCH 34's CLAN

Volume XXXI Number 5 — Circulation 2,000 — January-February 2002

# We Ask Management To Take A Step Back



**Robert A. LIND**

### PRESIDENT'S CORNER

As this *"CLAN"* goes to press, District Managers, Postmasters, Managers, etc. are being dragged into woodsheds all over America and given a good old fashion whipping relating to the Postal Services alleged loss of revenue and the standard order to reduce overhead.

In an attempt to make their numbers, we are seeing the implementations of programs such as D.O.I.S., R.M.D., Safety Awareness, Route Inspections... all attempting to reduce expenditures.

Every employee's mission in any company is to see their business grow and flourish and we're no different. We hit the streets of America providing a service to every citizen in the U.S.A., which I believe no other company, can equal.

But despite our efforts we cannot spark a sagging economy. We just hope that mailers such a Service Merchandise, or K-Mart experiencing financial woes will be replaced by others such as Lowe's, Targets to supplement those incurred losses. Hopefully these temporary setbacks are just that temporary.

During these crucial times we ask that Management take a step back, not overact or make the grave mistake of trying to drag Letter Carriers into that earlier referred to woodshed. Beatings never achieve loyalty or desired results.

As we know, when Letter Carriers routes are overburdened due to volume increase Letter Carriers can request special inspections in order to attempt some type of relief on their daily workload. Management always reserves the right to inspect their routes and now that our past Talmadge Award has been satisfied Management may and will inspect where and when they deem necessary according to the guidelines set forth in handbooks and manuals. This is your Station I'm talking about, not the city or town next to you. Get this message loud and clear. That route you felt was unfairly addressed the last time is about to be addressed again.

Those extra (example) thirty minutes you give in the office and make up on the street can and will become your thirty minute street addition in the future. That referred to addition equals loss of routes and displaced Carriers. I've listened to enough displaced Carriers to know I don't want to hear it.

We've had many Carriers over the years lose routes due to inspection, mark-up system installation, etc., but today's attempts seem to be continuous.

Positions take years to create and their dismissal should not be taken lightly. They could be the difference of a PTF making regular or remaining a PTF for months or perhaps years to come.

It has been brought to my attention, that local Management has been attempting to negotiate with station Stewards the reduction of work hours within the stations and associate offices. No agreements of this nature should take place. Please contact the branch office and make us aware of the discussed dialogue within your office if any. We're not in the business of returning hours or positions over the threat of route inspections. In many offices, our routes have been inspected in the past with much lighter volumes than we are experiencing now.

Also, be aware that Management has begun selective inspections within our offices. They inspect certain routes which they believe meet a specific criteria and profile. These specific routes may be routes, completed within 8 hours. These Carriers give more than they should in the office and do it for less time than they should in the street. These particular routes may be finished within eight hours despite volume fluctuation over the past. This is your reward! Get the picture yet!? Enough! Protect your position, be a professional Letter Carrier in the office and on the street. Leave on your leave time or before if needed, scan when you're supposed to. Do your job as outlined. One of our associate offices just received five (5) more street scans under their MSP program. It's not just happening in Arkansas! It's happening here also!

### DOIS Update

As DOIS rolls in our area, remember: it's their program, it's their figures, it's <u>your</u> back. You negotiate how much time you need to complete your assignment right! You negotiate overtime or at least you should. So, why would you not negotiate items such as pivoting? No computer is going to tell me I need a 15-minute, 30-minute, or whatever pivot based on their data. I know whether I can complete the assignment or not, so don't be bamboozled by some A.S.P. graduate or 204B. If ordered to pivot, do it and take the necessary steps if needed. We still use the 3996's for auxiliary assistance and 1571's for curtailments.



Paul Sferazza hands an American flag to Hyde Park carriers during recent flag raising ceremony. See story and more photos on page 4.

### R.M.D.

The latest program being thrown at us is R.M.D. (Resource Management Data). This program is the centralized sick leave call in program. It has presented its own series of problems, but I feel we have worked through a few of the immediate problems. Those calling in:

1. Do not have to verify their Social Security number; pay location will suffice.
2. Do not have to tell the nature of the illness if the individual does not desire to do so. However, the disclosure of the illness can help generate the need for publication #71 to help determine if in fact the absence is FMLA protected.
3. Will present to their immediate supervisor any requested documentation by the coordinator answering your initial call (if applicable).
4. Do not have to remove any blocks that might be in place to protect your phone number. For those wishing to call in sick, but refuse to remove their phone blocks, a second number has been added. (It is 617-654-5747).
5. Are urged to check the Form 3971 generated by your reported absence. Always make sure the remarks written on the 3971 Form reflect what you in fact reported over the phone. If they differ, or you disagree on any item on the 3971, please make Management and your Steward aware.
6. Should report to their Steward immediately any unwarranted medical documentation request at the time of your call-in.

**SPECIAL NOTE:** Anyone with knowledge of any attempts by Management to contact their personal physician without authorization, should make their Steward immediately aware of the situation.

In closing, I'd like to recognize Former National director of Life Insurance and Past President Michael O'Connor for a lifetime dedicated to representing letter carriers. We wish him a happy, healthy and long retirement. He earned it and we thank him wholeheartedly.

---



## Celeste and Papa Win Rerun Election

**Executive Vice President**
- Frederick J. Celeste, Sr. — 1445
- Kelley A. O'Shea — 919

**Clerk of N.S.B.A. – M.B.A.**
- John Keohane — 379
- Dennis Harrison — 83
- Veronica Bertrand — 191
- Bill McGinnis — 285
- Don Chambers — 436
- Robert "Bob" Romiktis — 236
- ✓ Mary Papa — 1060

✓ Elected

---

**CALL OF MEETINGS**
- ✓ Tues., Mar. 12 — 7:00 pm
- ★ Tues., Apr. 9 — 7:00 pm
- ✓ Tues., May 14 — 7:00 pm

**Please Note the Meeting Location!**
Knights of Columbus Hall

---

## Inside BRANCH 34's ...

**SORTING THROUGH SOME BITS AND PIECES** ... Page 2

**IT MUST BE THE INSANITY THAT ATTRACTS ME** ... Page 3



# BRANCH 34's CLA

ILCA · Volume XXXI Number 4 · Circulation 5,000

# 2001: A Rude Awakening for L

**Robert A. LIND**

Nov-Dec 2001 P.1

### PRESIDENT'S CORNER

This past year was a rude awakening for this member of Branch 34 and that's prior to the events which took place on September 11th, 2001. Upon taking office in April of 2001. We soon discovered correspondence concerning the non-payment of owed taxes from the IRS and other agencies such as the Massachusetts Division of Employment and Training combined with the Massachusetts Department of Revenue. Upon investigating further, it was brought to our attention that there were also penalties and interest involved which were outstanding. We hired a CPA to find out exactly how much money was involved. This was a task in itself seeing in some instances the proper forms had not been filed with the state making reconstruction nearly impossible. To date, we are still dealing with the Massachusetts Department of Revenue and are close to a final figure. In total, we have had to pay nearly $75,000 to settle these inherited debts, which date from 1994 up to March, 2001.

Another problem which we encountered this past April, was countless unpaid bills. In many instances, the bills were third and fourth notice and long overdue. Secretary-Treasurer Dave Fitzgerald, along with Financial Secretary Pat Terrazzano and Executive Vice President Fred Celeste, worked many days and hours straightening out this fiasco in order to put this Branch back on the right track. We also implemented safeguards to avoid duplication of any future possible tax discrepancies. I'm pleased to report that since April 2001, we have been current with all bills and taxes. These matters have been discussed openly at our Branch monthly meetings since last spring.

### Rerun Election

Another topic of concern is the rerun of two Branch offices (Executive Vice President and NSBA-MBA Clerk). I would like to remind the membership that in the near future you will receive your ballot for the election of these two Branch offices. Please take the time to vote and return your ballot, which will be due back by January 8, 2002.

### 2001 Draws To A Close

Outside the Postal Service, "2001" will be remembered as a year of instability and unrest, despite the fact that for the most part, 2001 was a fairly

postal employees can expect is the continuation of being on the receiving end of the USPS list of money-losing schemes to be implemented.

Despite being detrimental to letter carriers, postal patron, as well as local management, the USPS forges ahead with route (eliminations), or as they call it inspections, MSP, DOIS, Centralized Absence Reporting Enforcement (CARE), vehicle motorization, 99's and street surveillance. All in the name of efficiency.

The only time letter carriers are listened to, is when management completely falters and then its, "what can we do to correct this situation?" **We** could start by listening to letter carriers before implementing anything.

Don't cry poor mouth while creating and padding supervisory positions. There have been more details in the Boston district than on the ceiling of the Sistine Chapel.

It's time to stop the persecution of letter carriers and get back to business at hand, delivering a timely product.

Years ago, we warned the USPS against uprooting letter carriers from facilities and centralizing them elsewhere. It took 20 years to admit this was a mistake and only now are efforts being made to return these letter carriers to their original cities and towns. Trial and error on a national level is a costly dividend to pay.

Now it's M.S.P. and the other referred to programs, which drain the postal service of its revenues and resources. Bio-attacks can't be controlled, these intentional attacks can.

The USPS doesn't have the luxury or the resources to wait another 20 years to learn its lesson.

Micro-management programs of the now 21st century are merely an extension of the many mistakes experienced during the last three decades.

The Postal Service can't fool everyone, including themselves; if it's privatization it wants then just say it. Don't torture your employees while reaching arrival at your final destination. We're sick of listening to rhetoric and being subjected to non-sensical programs.

As for the letter carriers of Branch 34, I caution you again on the implementation of these programs. Your role is a significant one and repercussions can be severe in nature if programs are not followed according to design. Falsification of information can have devastating consequences and cannot be taken lightly. Incorrect data, as well as an unscrupulous supervisor have been known to be detrimental to letter carriers from past to present. The only road to travel is the



high road. Sh[ould]
turns. Carry o[ut]
signs it; compl[y]
rected. If you[r]
and adjusted a[re]
reflect that vo[lume]
Your scanner c[an]
office and on t[he]
was utilized. Y[ou]
(curtailment sl[ip])
tional time wa[s]
your routes tr[uly]
refuses to supp[ly]
tact your stewa[rd]
isn't a one-side[d]
seem to be.

It's only on[e]
cannot gripe if
dures as manag[ement]
are designed fo[r]

It is uncanny
notice when v[ehicles]
and patrons co[mplain]
will manageme[nt]
sought to curta[il]

To all my br[others]
sincerely wish y[ou]
yours, good he[alth]

# President Expresses Displeasure at National President Sombrotto

President Vincent Sombrotto
NALC
100 Indiana Ave. NW
Washington, DC 20001

March 1999
p.1

Dear President Sombrotto:

I am writing to you to let you know how displeased I was on a number of issues of concern, not only to myself, but my entire Membership.

We've known each other for many years and I never, ever experienced anything like the blackout in regards to our National Agreement and Negotiations. There was absolutely nothing released for weeks by you. You left all the Branches in the dark. What really hurt, was the fact that you failed to make a proposal that was significant to the Membership. A mere 3% per year, when the average increase in America has been 4% or higher. This is an insult to not only the Membership of Branch 34, but the entire NALC. Even Government workers were given a 4% increase. I suggest you get back out in the field and see what the members really want.

It was an absolute disgrace the way the Election Committee handled the allegations made against Branch 34, and our former Vice President, John Casciano. As President of Branch 34, I take offense to the accusations made by not only the Election Committee, but by you and the Daniels' Committee that Branch 34 used Branch Funds to run Casciano's Campaign. This is an absolute lie. If a hearing was granted, the truth would have prevailed. I'm extremely disappointed the way the appeal was handled, in reality, the Committee made its decision before all the evidence was in.

The Political Mailing that you sent to all members of Branch 34 endorsing Paul Daniels in my opinion, was a disgrace and an insult to all Union members. How a National President could attack the Honesty and Integrity of a 5000 member Branch, its Officers and members is beyond me. Moreover, you as President attacked candidate John Casciano and compared him to a person who would kill his parents and then expect leniency due to his new status as an orphan. That characterization is so distasteful, as to be obscene. Vince, I thought you had more integrity than that.

Lastly, as President of Branch 34, I have repeatedly requested the presence of National Director of Life Insurance Mike O'Connor to attend Branch meetings/functions to no avail. You have denied these requests without reason.

Vince, you have not acted in the best interest of our Members, Branch 34, or our National Union.

Sincerely and fraternally,

Edward R. Masiello
President
Branch 34, NALC

ERM/jh

Note: This Branch is United more so than ever. The amount of members that voted the second time around shows that, I asked, and the Membership delivered!

---

## Branch 34 [...] To Na[...]
### Why Was It [...]

At the February 4th Steward's Appreciation Meeting, a Petition was handed out to our Stewards. They have circulated them through their offices seeking signatures from our Members who are less than thrilled with the way National has treated this Branch, its Officers, its favorite son Candidates/National Officers and our National Contract Negotiations. The following issues were addressed directly:

*1. The complete blackout of information at the expiration of our Contract.*

On the evening of November 20, 1998, our National Agreement and the time to negotiate its successor expired. There was nothing released for weeks by our National President. But word leaked out showing us exactly how little the USPS thought of us. But the part that really hurt was how little our own Union thought of us as contained in their last best offer to management.

*2. The lack of a hearing to address the allegations leveled against the Branch and candidate John Casciano in the first NBA election in Region 14.*

The allegations leveled at both the Branch and former Vice President John Casciano never saw the light of day at a hearing. There the truth would have been uncovered. And it would have

---

**CALL OF ME[...]**

Tuesday, [...]
Tuesday, A[...]
Tuesday, [...]

All meetings at
Knights of C[...]
75 West Sch[...]