: the nation have overwhelmingly ratified a new
nt with the U.S. Postal Service retroactive to No-

ranch 41, Brooklyn, New York, chairman of a
pervised the tabulation, announced the results of
2002:

............................... 94,732
............................... 12,866

l and certified by DeLancey Printing, Alexandria,
of the

hed by
pril 24,
NALC
nd ap-
LC Ex-

ases of
agree-
ost-of-
ning of
ures to
utes. It
Reso-
red by

percent
rs.

### Retroactive Increase

The first year 1.8 percent wage increase will be implemented shortly and retroactive back pay calculation made as soon as practicable.

Letter carriers who retired after November 17, 2001 will receive full back pay for work between November 17, 2001 and the date of their retirement. Their annuities also will be adjusted accordingly. (The November 2001 increase will raise their high-three average salary and therefore their monthly annuities.)

f this union agree that this is a fair settlement that
f both letter carriers and the Postal Service as an institution," Sombrotto said. "This negotiated agreement shows that labor and management can, and will, work together to ensure that the American people continue to have the most efficient and dedicated postal system in the world."

The agreement provides a 1.8 percent increase retroactive to November 17, 2001; a 1.5 percent increase in November 2002; 1.2 percent in November 2003; 1.3 percent in November 2004; and 1.3 percent in November 2005.

There will be a one-time cash payment to reflect the cost-of-living adjustment between October 2001 and July 2002, followed by regular semi-annual COLAs in March and September of 2003, 2004, 2005, and 2006.

The agreement also includes a 10.1 percent increase in a letter carrier's uniform allowance, effective on a carrier's employment anniversary date.

The contract will expire on November 20, 2006.

*(Reprinted from the* NALC Bulletin, *May 30, 2002.)*

previous (hands off) no recommendation approach on the always-controversial issue. Maybe, with their support, our more economically advantaged areas may listen and begin to understand that not only can disadvantaged areas benefit but in time all. We need to have somewhat the same buying power and shouldn't tolerate leaving union brothers and sisters behind.

For the members unfamiliar with the locality pay issue, it divides the country into 32 areas by geographic locations. The formulated cost of living table would dictate in a particular area how much additional dollars an individual should receive. The formula would be based on Salaries and Wages of the U.S. Office of Personnel Management Salaries and Wages 2001 Salary Tables and Related Information Draft Only General Schedule and Locality Pay Tables for Law Enforcement.

Unlike some past proposals it encompasses a vast portion of the United States. We are not looking for some unfair advantage but merely equality in buying power which is currently extended to Hawaii and Alaska (both of

to a safe and humane working environment. "Making the numbers" is not an excuse for the abuse of anyone. This statement is a pledge to reach these objectives.

In Boston, we later received managements updated version which was more in the form of a proclamation than its predecessor. Threats and acts of violence in the workplace were listed under this local zero tolerance policy but it craftily omitted any reference to making managements numbers. This was not in error, but instead by design. In the upcoming months if you, the city letter carrier, believe your rights are being violated by an overzealous number driven supervisor, demand a grievance be filed to correct this behavior and situation. We can't attempt to enforce this policy if you don't report violations and insist that your shop steward file a grievance.

Collective Bargaining gives us the right to pursue this venue which may not be the most expedient process but it's the only one we have. We must document and create a paper trail on any deserving perpetrators. Ultimately the arbitrator will make the decision if a vio-

### COLCPE/Legislation Committee

At this time, I would like to announce the creation of Branch 34 COLCPE/Legislation Committee. Its purpose is to raise funds in order to elect politicians willing to back and defend letter carrier issues and concerns. Its other purpose is to raise member's public and political awareness on pertinent matters concerning letter carrier's interests. The following letter carriers are members of this committee:

Linda Larson – *IMC North*
Dennis Harrison – *Scituate*
Mike Kidd – *Fenway*
Vigo Conte – *Woburn*

This committee has a monumental task ahead of them, but I know they'll rise to the challenge. Cultivating our resources and instilling a sense of urgency within our membership, legislators as well as reestablishing our patrons trust and appreciation is necessary today.

As a Branch 34 member we must organize and do our part to support this newly created committee's planned agenda. It's goal is ultimately our survival.

— *Bob and*
*President, Branch 34 NALC Boston*

May-Jun 2002 p. 6

# BRANCH 34's CLAN

Local ... Volume XXXI Number 5    Circulation 1,800    January-February, 2002

# We Ask Management To Take A Step Back



**Robert A. LIND**

### PRESIDENT'S CORNER

As this *"CLAN"* goes to press, District Managers, Postmasters, Managers, etc. are being dragged into woodsheds all over America and given a good old fashion whipping relating to the Postal Services alleged loss of revenue and the standard order to reduce overhead.

In an attempt to make their numbers, we are seeing the implementations of programs such as D.O.I.S., R.M.D., Safety Awareness, Route Inspections... all attempting to reduce expenditures.

Every employee's mission in any company is to see their business grow and flourish and we're no different. We hit the streets of America providing a service to every citizen in the U.S.A., which I believe no other company, can equal.

But despite our efforts we cannot spark a sagging economy. We just hope that mailers such a Service Merchandise, or K-Mart experiencing financial woes will be replaced by others such as Lowe's, Targets to supplement those incurred losses. Hopefully these temporary setbacks are just that temporary.

During these crucial times we ask that Management take a step back, not overact or make the grave mistake of trying to drag Letter Carriers into that earlier referred to woodshed. Beatings never achieve loyalty or desired results.

As we know, when Letter Carriers routes are overburdened due to volume increase Letter Carriers can request special inspections in order to attempt some type of relief on their daily workload. Management always reserves the right to inspect their routes and now that our past Talmadge Award has been satisfied Management may and will inspect where and when they deem necessary according to the guidelines set forth in handbooks and manuals. This is your Station I'm talking about, not the city or town next to you. Get this message loud and clear. That route you felt was unfairly addressed the last time is about to be addressed again.

Those extra (example) thirty minutes you give in the office and make up on the street can and will become your thirty minute street addition in the future. That referred to addition equals loss of routes and displaced Carriers. I've listened to enough displaced Carriers to know I don't want to hear it.

We've had many Carriers over the years lose routes due to inspection, mark-up system installation, etc., but today's attempts seem to be continuous.

Positions take years to create and their dismissal should not be taken lightly. They could be the difference of a PTF making regular or remaining a PTF for months or perhaps years to come.

It has been brought to my attention, that local Management has been attempting to negotiate with station Stewards the reduction of work hours within the stations and associate offices. No agreements of this nature should take place. Please contact the branch office and make us aware of the discussed dialogue within your office if any. We're not in the business of returning hours or positions over the threat of route inspections. In many offices, our routes have been inspected in the past with much lighter volumes than we are experiencing now.

Also, be aware that Management has begun selective inspections within our offices. They inspect certain routes which they believe meet a specific criteria and profile. These specific routes may be routes, completed within 8 hours. These Carriers give more than they should in the office and do it for less time than they should in the street. These particular routes may be finished within eight hours despite volume fluctuation over the past. This is your reward! Get the picture yet!? Enough! Protect your position, be a professional Letter Carrier in the office and on the street. Leave on your leave time or before if needed, scan when you're supposed to. Do your job as outlined. One of our associate offices just received five (5) more street scans under their MSP program. It's not just happening in Arkansas! It's happening here also!

### DOIS Update

As DOIS rolls in our area, remember: it's their program, it's their figures, it's your back. You negotiate how much time you need to complete your assignment right! You negotiate overtime or at least you should. So, why would you not negotiate items such as pivoting? No computer is going to tell me I need a 15-minute, 30-minute, or whatever pivot based on their data. I know whether I can complete the assignment or not, so don't be bamboozled by some A.S.P. graduate or 204B. If ordered to pivot, do it and take the necessary steps if needed. We still use the 3996's for auxiliary assistance and 1571's for curtailments.



Paul Sferazza hands an American flag to Hyde Park carriers during recent flag raising ceremony. See story and more photos on page 4.

### R.M.D.

The latest program being thrown at us is R.M.D. (Resource Management Data). This program is the centralized sick leave call in program. It has presented its own series of problems, but I feel we have worked through a few of the immediate problems. Those calling in:

1. Do not have to verify their Social Security number; pay location will suffice.
2. Do not have to tell the nature of the illness if the individual does not desire to do so. However, the disclosure of the illness can help generate the need for publication #71 to help determine if in fact the absence is FMLA protected.
3. Will present to their immediate supervisor any requested documentation by the coordinator answering your initial call (if applicable).
4. Do not have to remove any blocks that might be in place to protect your phone number. For those wishing to call in sick, but refuse to remove their phone blocks, a second number has been added. (It is 617-654-5747).
5. Are urged to check the Form 3971 generated by your reported absence. Always make sure the remarks written on the 3971 Form reflect what you in fact reported over the phone. If they differ, or you disagree on any item on the 3971, please make Management and your Steward aware.
6. Should report to their Steward immediately any unwarranted medical documentation request at the time of your call-in.

**SPECIAL NOTE:** Anyone with knowledge of any attempts by Management to contact their personal physician without authorization, should make their Steward immediately aware of the situation.

In closing, I'd like to recognize Former National director of Life Insurance and Past President Michael O'Connor for a lifetime dedicated to representing letter carriers. We wish him a happy, healthy and long retirement. He earned it and we thank him wholeheartedly.



### Celeste and Papa Win Rerun Election

**Executive Vice President**
- Frederick J. Celeste Sr. — 1445
- Kelley A. O'Shea — 919

**Clerk of N.S.B.A. – M.B.A.**
- John Keohane — 379
- Dennis Harrison — 83
- Veronica Bertrand — 191
- Bill McGinnis — 285
- Don Chambers — 136
- Robert "Bob" Romikitis — 236
- Mary Papa — 1060
- ✓ Elected

**CALL OF MEETINGS**
- ✓ Tues., Mar. 12    7:00 pm
- ★ Tues., Apr. 9     7:00 pm
- ✓ Tues., May 14    7:00 pm

**Please Note the Meeting Location!**
Knights of Columbus Hall

### Inside BRANCH 34's ...

SORTING THROUGH SOME BITS AND PIECES    *Page 2*

IT MUST BE THE INSANITY THAT ATTRACTS ME... *Page 3*

# BRANCH 34's CLA

[ILCA]  Volume XXXI Number 4    Circulation 5,000

# 2001: A Rude Awakening for E[veryone]



**Robert A. LIND**

Nov-Dec 2001 P.1

### PRESIDENT'S CORNER

This past year was a rude awakening for this member of Branch 34 and that's prior to the events which took place on September 11th, 2001. Upon taking office in April of 2001. We soon discovered correspondence concerning the non-payment of owed taxes from the IRS and other agencies such as the Massachusetts Division of Employment and Training combined with the Massachusetts Department of Revenue. Upon investigating further, it was brought to our attention that there were also penalties and interest involved which were outstanding. We hired a CPA to find out exactly how much money was involved. This was a task in itself seeing in some instances the proper forms had not been filed with the state making reconstruction nearly impossible. To date, we are still dealing with the Massachusetts Department of Revenue and are close to a final figure. In total, we have had to pay nearly $75,000 to settle these inherited debts, which date from 1994 up to March, 2001.

Another problem which we encountered this past April, was countless unpaid bills. In many instances, the bills were third and fourth notice and long overdue. Secretary-Treasurer Dave Fitzgerald, along with Financial Secretary Pat Terrazzano and Executive Vice-President Fred Celeste, worked many days and hours straightening out this fiasco in order to put this Branch back on the right track. We also implemented safeguards to avoid duplication of any future possible tax discrepancies. I'm pleased to report that since April 2001, we have been current with all bills and taxes. These matters have been discussed openly at our Branch monthly meetings since last spring.

### Rerun Election

Another topic of concern is the rerun of two Branch offices (Executive Vice President and NSBA-MBA Clerk). I would like to remind the membership that in the near future you will receive your ballot for the election of these two Branch offices. Please take the time to vote and return your ballot, which will be due back by January 8, 2002.

### 2001 Draws To A Close

Outside the Postal Service, "2001" will be remembered as a year of instability and unrest, despite the fact that for the most part, 2001 was a fair...

postal employees can expect is the continuation of being on the receiving end of the USPS list of money-losing schemes to be implemented.

Despite being detrimental to letter carriers, postal patron, as well as local management, the USPS forges ahead with route (eliminations), or as they call it inspections, MSP, DOIS, Centralized Absence Reporting Enforcement (CARE), vehicle motorization, 99's and street surveillance. All in the name of efficiency.

The only time letter carriers are listened to, is when management completely falters and then its, "what can we do to correct this situation?" **We** could start by listening to letter carriers before implementing anything.

Don't cry poor mouth while creating and padding supervisory positions. There have been more details in the Boston district than on the ceiling of the Sistine Chapel.

It's time to stop the persecution of letter carriers and get back to business at hand, delivering a timely product.

Years ago, we warned the USPS against uprooting letter carriers from facilities and centralizing them elsewhere. It took 20 years to admit this was a mistake and only now are efforts being made to return these letter carriers to their original cities and towns. Trial and error on a national level is a costly dividend to pay.

Now it's M.S.P. and the other referred to programs, which drain the postal service of its revenues and resources. Bio-attacks can't be controlled, these intentional attacks can.

The USPS doesn't have the luxury or the resources to wait another 20 years to learn its lesson.

Micro-management programs of the now 21st century are merely an extension of the many mistakes experienced during the last three decades.

The Postal Service can't fool everyone, including themselves; if it's privatization it wants then just say it. Don't torture your employees while reaching arrival at your final destination. We're sick of listening to rhetoric and being subjected to non-sensical programs.

As for the letter carriers of Branch 34, I caution you again on the implementation of these programs. Your role is a significant one and repercussions can be severe in nature if programs are not followed according to design. Falsification of information can have devastating consequences and cannot be taken lightly. Incorrect data, as well as an unscrupulous supervisor have been known to be detrimental to letter carriers from past to present. The only road to travel is the



high road. Sh[ould]
turns. Carry o[ut]
signs it; compl[y]
rected. If you[r]
and adjusted a[s]
reflect that vo[lume]
Your scanner c[ontact]
office and on t[he]
was utilized. Y[our]
(curtailment sl[ip])
tional time wa[s]
your routes tr[uly]
refuses to supp[ly]
tact your stewa[rd]
isn't a one-side[d]
seem to be.

It's only on[e]
cannot gripe if
dures as manag[ement]
are designed fo[r]

It is uncanny
notice when v[ehicles]
and patrons co[mplain]
will manageme[nt]
sought to curta[il]

To all my br[others]
sincerely wish y[ou]
yours, good he[alth]

## President Masiello Expresses Displeasure at National President Sombrotto

President Vincent Sombrotto
NALC
100 Indiana Ave. NW
Washington, DC 20001

*March 1999*
*p.1*

Dear President Sombrotto:

I am writing to you to let you know how displeased I was on a number of issues of concern, not only to myself, but my entire Membership.

We've known each other for many years and I never, ever experienced anything like the blackout in regards to our National Agreement and Negotiations. There was absolutely nothing released for weeks by you. You left all the Branches in the dark. What really hurt, was the fact that you failed to make a proposal that was significant to the Membership. A mere 3% per year, when the average increase in America has been 4% or higher. This is an insult to not only the Membership of Branch 34, but the entire NALC. Even Government workers were given a 4% increase. I suggest you get back out in the field and see what the members really want.

It was an absolute disgrace the way the Election Committee handled the allegations made against Branch 34, and our former Vice President, John Casciano. As President of Branch 34, I take offense to the accusations made by not only the Election Committee, but by you and the Daniels' Committee that Branch 34 used Branch Funds to run Casciano's Campaign. This is an absolute lie. If a hearing was granted, the truth would have prevailed. I'm extremely disappointed the way the appeal was handled, in reality, the Committee made its decision before all the evidence was in.

The Political Mailing that you sent to all members of Branch 34 endorsing Paul Daniels in my opinion, was a disgrace and an insult to all Union members. How a National President could attack the Honesty and Integrity of a 5000 member Branch, its Officers and members is beyond me. Moreover, you as President attacked candidate John Casciano and compared him to a person who would kill his parents and then expect leniency due to his new status as an orphan. That characterization is so distasteful, as to be obscene. Vince, I thought you had more integrity than that.

Lastly, as President of Branch 34, I have repeatedly requested the presence of National Director of Life Insurance Mike O'Connor to attend Branch meetings/functions to no avail. You have denied these requests without reason.

Vince, you have not acted in the best interest of our Members, Branch 34, or our National Union.

Sincerely and fraternally,

*Edward R. Masiello*
Edward R. Masiello
President
Branch 34, NALC

ERM/jh

Note: This Branch is United more so than ever. The amount of members that voted the second time around shows that, I asked, and the Membership delivered!

---

## Branch 3[4] To Na[tional]
### Why Was It [...]

At the February 4th Steward's Appreciation Meeting, a Petition was handed out to our Stewards. They have circulated them through their offices seeking signatures from our Members who are less than thrilled with the way National has treated this Branch, its Officers, its favorite son Candidates/National Officers and our National Contract Negotiations. The following issues were addressed directly:

*1. The complete blackout of information at the expiration of our Contract.*

On the evening of November 20, 1998, our National Agreement and the time to negotiate its successor expired. There was nothing released for weeks by our National President. But word leaked out showing us exactly how little the USPS thought of us. But the part that really hurt was how little our own Union thought of us as contained in their last best offer to management.

*2. The lack of a hearing to address the allegations leveled against the Branch and candidate John Casciano in the first NBA election in Region 14.*

The allegations leveled at both the Branch and former Vice President John Casciano never saw the light of day at a hearing. There the truth would have been uncovered. And it would have

---

## CALL OF ME[ETING]

Tuesday, [...]
Tuesday, A[...]
Tuesday, [...]

All meetings at
Knights of C[olumbus]
75 West Sch[ool]

on 4,800     MARCH, 1999     p.1     Volume XXVIII Number 6

## asiello Expresses
## at National
## ombrotto

how displeased I was on a number of issues
ny entire Membership.

ears and I never, ever experienced anything
ational Agreement and Negotiations. There
weeks by you. You left all the Branches in the
that you failed to make a proposal that was
ere 3% per year, when the average increase in
is is an insult to not only the Membership of
en Government workers were given a 4%
in the field and see what the members really

the Election Committee handled the allega-
our former Vice President, John Casciano. As
se to the accusations made by not only the
d the Daniels' Committee that Branch 34 used
mpaign. This is an absolute lie. If a hearing
revailed. I'm extremely disappointed the way
he Committee made its decision before all the

to all members of Branch 34 endorsing Paul
ace and an insult to all Union members. How a
Honesty and Integrity of a 5000 member
is beyond me. Moreover, you as President
and compared him to a person who would kill
y due to his new status as an orphan. That
s to be obscene. Vince, I thought you had more

I have repeatedly requested the presence of
e Mike O'Connor to attend Branch meetings/
nied these requests without reason.

est interest of our Members, Branch 34, or our

Sincerely and fraternally,

*Edward R. Masiello*
President
Branch 34, NALC

## Branch 34 Petition To National
### Why Was It Circulated?



**PRESIDENT'S CORNER**

**Ed Masiello**, President, Branch 34, NALC

At the February 4th Steward's Appreciation Meeting, a Petition was handed out to our Stewards. They have circulated them through their offices seeking signatures from our Members who are less than thrilled with the way National has treated this Branch, its Officers, its favorite son Candidates/National Officers and our National Contract Negotiations. The following issues were addressed directly:

*1. The complete blackout of information at the expiration of our Contract.*

On the evening of November 20, 1998, our National Agreement and the time to negotiate its successor expired. There was nothing released for weeks by our National President. But word leaked out showing us exactly how little the USPS thought of us. But the part that really hurt was how little our own Union thought of us as contained in their last best offer to management.

*2. The lack of a hearing to address the allegations leveled against the Branch and candidate John Casciano in the first NBA election in Region 14.*

The allegations leveled at both the Branch and former Vice President John Casciano never saw the light of day at a hearing. There the truth would have been uncovered. And it would have cleared both Branch 34 as well as John Casciano from any wrongdoing. In this country every one is afforded the *opportunity* to confront their accusers, except in the NALC.

*3. The Lies and Mischaracterization you sent out to every NALC member in Region 14.*

Our National President sent a first of its kind letter to every NALC member in Region 14 attacking the honesty of your Branch, its Officers and candidate Casciano. He even went on to compare him to a person who would kill his parents and then expect leniency due to his new status as an orphan. That characterization is so distasteful as to be obscene. In addition, not one cent of our Branch treasury was spent to support the candidacy of anyone in the first election, and only after the vote of the membership was any money spent on the non-partisan Get-Out-The-Vote Lottery.

*4. Your unwillingness to assign National Director of Life Insurance*

(continued on page 3)

## CALL OF MEETINGS

**Tuesday, March 9**
**Tuesday, April 13**
**Tuesday, May 11**

## Branch 34 Petition To National...
*(continued from page 1)*

and former Branch 34 President Mike O'Connor to any Branch meeting or function for which we have requested his presence.

At present, former Branch 34 President and current National Director of Life Insurance Mike O'Connor is being frozen out of any representational duties for this Branch. The National President has turned down almost all monthly requests by our President Ed Masiello to send Mike to Boston to represent the National at a whole host of Branch functions.

The Petition is designed to send a very forceful message to National President Sombrotto. There must not be any confusion as to where we stand. President Sombrotto had better remember that New York didn't change the NALC all by itself. Boston Branch 34 was in on the ground floor and was an equal partner! It was done once, it may have to happen again! To paraphrase Thomas Jefferson, '... a little Revolution every twenty years is good for you!'

We have reprinted the petition here in case any of our Retirees and Subscribers wish to exercise their Right of Free Speech. Please mail them to us first so that you get proper credit at the address below the Petition.

## A Petition

We the undersigned NALC Members and friends of Branch 34 Boston, do hereby petition our National President Vince Sombrotto to address the following areas of concern.

- The complete blackout of information at the expiration of our Contract,
- The lack of a hearing to address the allegations leveled against the Branch and candidate Casciano in the first NBA election in Region 14,
- The lies and mischaracterization you sent out to every NALC member in Region 14,
- Your unwillingness to assign National Director of Life Insurance and former Branch 34 President Mike O'Connor to any Branch meeting or function to which we have requested his presence.

You have not acted in the best interests of our members, Branch or National Union. We, the members of NALC Branch 34, who have supported you for over a quarter of a century, DEMAND that you respond to the above listed problems immediately.

**Print Name**         **Signature**         **Office**

_____
_____
_____
_____
_____
_____
_____
_____

Please return this petition to the address below,
**NALC BRANCH 34 BOSTON**
**626 Dorchester Avenue**
**South Boston 02127**

March, 1999 p.3

# Exhibit 11

This exhibit is an excerpt.

# Around and About Branch 34

## Working Together as Carriers Working Together as a Union



**Kevin FLAHERTY**
**AREA STEWARD'S REPORT**

We are now in a New Year, but our struggles continue and they are not new. It seems we continue to battle along the same lines as we have in the past. As an Area Steward, I see the same problems continue to surface. At this time of year, one problem apparent to all, except management, is start times.

Some offices have start times of 8:00 and later. This means our end time is 4:30 on a regular 8-hour day. It is already dark when carriers are finishing their routes. How can management continue to preach "safety first" when we are working in the dark. This goes to show that often times the preaching is



merely lip service. It is common sense that the chance for an on-the-job-injury increases when it is dark. Often, carriers are told to either take their lunch at the end of the day or decide to do so on their own. This is especially true when carriers are doing overtime.

This, although sometimes meant as a goodwill gesture by the few good managers out there, may come back to haunt us. We as carriers are often our own worst enemies. There are not deviations in the summer, in the so-called "light volume months." The postal service has chosen to take the "service" out of its policy. Late and sometimes no deliveries is not service. The postal service knows that the dedicated men and women delivering the mail will do the best they can to deliver the best service possible. The operations-support people, however, are making it increasingly more difficult for us to do this. In the meantime, we as letter carriers will do our best to represent the carriers that we all know are doing their job.

Stewards will continue to file grievances when the contract is violated. I hope all carriers are supporting their stewards, as their job becomes increasingly more difficult. We are at the crossroads as an institution. As everyone must now be aware, we have obstacles facing us from Congress. We also have obstacles in our stations. That is why it is so important to support your steward and act as a Union. It is time to put our own self-interest on the backburner and act as a Union. That is, one organization with one goal. We want to protect our jobs by following the contract. We all know that the contract is violated daily by management. It is time we follow the contract ourselves. This means no working-off-the-clock (why anyone would do this when our routes are being abolished and extended, is beyond me).

Accusing other carriers of wrongdoing can not be condoned. We should all be so quick to stand up to management. Running our routes and ultimately killing them is not an option. We, as Union officials, will continue to represent every letter carrier. We need your help every carrier paying union dues is the union – not just stewards and officers. **Let's start standing up for each other against the abusive supervisors that know nothing about the job. Lets start working eight hours for eight hours, nothing more, nothing less. Let's start putting ourselves together as One, as a Union.**

The job of a steward is not an easy one. When is the last time you told your steward he or she was doing a good job? How about thanking them once in a while for the job they do. A pat on the back goes a long way. In the meantime, we as a Union will be successful in our battle against the ruining of the postal service. We will continue to provide a service, despite what management does. We are a Union and we will prevail. What is right and just, will always prevail over what is wrong and unjust. The letter carriers of this great Union will keep the Postal Service operating in spite of those that are destroying it.

*I hope everyone had a safe and Happy Holiday Season.*

## ★ Thank You, Charlie! ★

*by Michael McCormack, Back Bay Annex*

The Back Bay Annex honored one of their own on November 14, 2003; Letter Carrier Charlie Barros, a.k.a. Staff Sergeant Barros. Charlie recently returned from a tour of duty in Kuwait. He was with the 379 Engineer Company of the 1030th Engineer Battalion in support of the 3rd Infantry Division.

Charlie served from April through October building roads and airstrips. In honor of his service, the Back Bay declared November 14, 2003 Charlie Barros Day. To kick off the festivities Carrier Karen Flaherty read a Letter of Appreciation that was signed by everyone in the Bay. Karen and Charlie carried mail for many years together in Roslindale and the Back Bay. "We just wanted to thank him and all our veterans for what they do to protect our freedoms and to have him back," Karen said.

Manager Ed Davis presented him with a Boston City Council Proclamation signed by Jim Kelly thanking him and declaring November 14, 2003 Charlie Barros Day, which will be observed annually. Also on hand ... ecutive Vice-President Fred Cele... also carried mail with Cha... Roslindale. Dan Ryan from Co... man Capuano's off... there to present hi... the "Stars and St... which came with a... of Authenticity th... flag was flown ov... Capitol Building in ... ington D.C. The ... surprise of the morn... when his wife Ag... daughter Ali, who ... day off from schoo... sented him with a Plaque com... rating Charlie Barros Day. Cho... cake with vanilla frosting was ... all.

Thank you Charlie, Happy days.

★★★★★

*Editor's Note:* Charlie Barr... served in the Gulf War conflict, st... in Saudi Arabia. For *several* years, ... was the NALC Shop Stew... Roslindale and was an excellent Activist. I worked with Charlie... Area Steward stationed out of Ros... for many years. I survived man... Year's Day football parties with... *"Go, Georgia!"*

## Let's Hear It For Paula Mahoney

The postal service motto talks of rain, sleet and snow, yet doesn't mention anything about fire – but they'll take care of that too.

On Thursday, October 9, Letter carrier Paula Mahoney was walking her Beachmont route with her supervisor, Skip Imbergamo. She was being graded.

As they were walking on the 900th block around 12:30 p.m., Mahoney saw flames. She told Imbergamo that there was a fire somewhere, and then they both saw it at 976 Winthrop Avenue.

Mahoney, who knows the neighborhood like the back of her hand, ran to the firebox at the corner and pulled it. Then she and Imbergamo began pounding on the door to see if anyone was inside. They heard a dog and a man stirring. Finally, the man came outside and realized his house was on fire. They all helped activate the man's garden hose for a few minutes until the fire department arrived.

"It could have been a whole lot worse if it hadn't been for Paula, who spotted the fire," said Imbergamo.

Needless to say, Mahoney passed her inspection with flying colors and she is



**Let's Hear It For Revere's Mahoney for her alertness in spo... fire along her route.**

also up for a postal service award
*(Courtesy of the Revere Jo... Wednesday, October 15, 2003.)*

In Memoriam

# THE UN-ARMED SERVICE

tary faces every single day and I'll be the first to tell you they do a great job.

This tantrum of mine is not meant to anger anyone, this is my futile attempt to show the difference in treatment and respect, because after all, we are two different parts of the same government.

If a soldier is wounded or hurt in the line of duty, he is given a Purple Heart and gets the best medical care available and is given time to recover and they are taken care of the rest of their lives.

The Postal Service, on the other hand, will send you to *their* doctors and will not give anyone a prescription for medicine that will impede the employee's ability to return to work (i.e. pain medication).

If surgery is needed it sometimes takes months and months to get it either approved or denied.

Then the Postal Service will attempt to make your life miserable by intimidating and forcing the workers to return to full duty before they are physically able to carry their route or perform their job.

The Postal Service will change the workers start time schedule and change the day off to inconvenience the employee so he'll return to work sooner. This is called motivation or incentive.

An injured soldier is considered a hero and the injured postal worker is considered a faker or worse.

First and foremost, I want to say, that I love the Armed Services and I love the job they do. I love the fact that these courageous men and women are putting their life on the line to keep me safe.

Don't we all sleep a little better knowing they are on the watch?

I have nothing but respect for the men and women of the Armed Services.

I am losing respect for the Postal Service because they have, apparently, lost their respect for me.

When I joined the Postal Service in 1987, delivering the mail was a government service and today more and more people are calling the Postal Service a business.



grams, which have never delivered mail and have never dealt with the every day pressures that postal workers encounter.

In my opinion, the people who are so sure they have all the answers should come to the crafts and try to do the work.

I'm quite sure they would respond by telling you that they also worked days when the temperature was 95 degrees and humid or 10 degrees with a 50 mph wind blowing, but they were probably in their heated or air-conditioned offices trying to fix the Post Office.

I am a limited duty employee who works for the Postal Service. I was hurt on the job, and I have been treated unfairly at times like many other injured and uninjured healthy employees. I am not considered a hero, nor should I be, but I'm also not the enemy and I shouldn't be treated as such.

Management has created an atmosphere of "us against them."

It's a situation where none of us will win.

*Is this necessary?*
*I don't think so.*
*Is it fair?*
*I doubt it.*
*Is it ever going to stop?*
*Forget about it!*
– *Anonymous Branch 34 Carrier*

## The Legislative Column
# WATCH THE NALC VIDEO!

**by Michael Kidd,
Br. 34 Legislative Representative**

By now, I hope everyone has watched the video recently sent out to ALL letter carriers. Don't let this video gather dust next to your other unwatched tapes – take it out of the box and pop it into the VCR! The video is an unprecedented effort to educate carriers about the issues involved in Postal Reform and to encourage your involvement in the legislative battles to follow.

In the November *Postal Record*, carriers had the opportunity to indicate a choice for President from among the currently ten Democrats and one Republican in the race. While many factors go into an individual's vote on ELECTION DAY (the economy, war on terrorism, etc.). Keep in mind how the candidates stand on the issues important to the NALC – it's critical to your future! It would have been nice to have seen a response from George Bush

## of-Term Report...
*(continued from page 2)*

...ication with our national office. ...f finger pointing and being os-... dialogues and respect between ...ing parties are now the order ...y. Branch 34 is one of the larg-hes in the country, the largest England and certainly a voice rd in the NALC.

...l input, accountability and re-sential to the success of Branch he NALC as an organization. .4 and our National Officers ked tirelessly together as one ur members.

### PTF Conversion/ Maximization

SPS attempted to stop convert-'TF's to regular without any on to the Union. We became his situation and began aggres-g both PTF maximization and mpliment grievances. We have essful in converting well over l regulars due to grievance ac-...

### cognizing Members

conscious effort to recognize ng carriers [heroic act(s), ex-Branch contribution, humani-ice or the retirement of an ac-ber] the last three years. If a letter carrier (providing it was o my attention and the carrier able to it) warranted recogni-y attempt was made to do so. continue.

### Itilizing Resources

; my tenure as President, I've : it this Union's business to ecognize but utilize members nstrate a desire and ability to tive the Branch. I will con-

tinue to tap into the membership for future talent in strengthening this branch and the representation it receives.

### Activities, Charities – Involvement

We've strived for Branch 34 member's participation. The process of rebuilding Branch 34's membership's involvement has always been a priority. Our most recent retiree luncheon was attended by NALC Director of Retirees Don Southern who shared with our retirees their importance and role in today's NALC. He also informed all in attendance of the plight and need for their continued legislative activism.

The Branch 34 Legislative Breakfast and the Letter Carrier Ball were reinstituted. The Branch 34 Sunset Cruise was established. Each event has been geared toward nurturing and fostering members' interaction and inclusion within our Branch.

Charitable activities such as MDA, CFC and the NALC Food Drive have been strengthened over these past years. In addition, during this time, numerous other charities have been conducted at the station level raising public awareness and goodwill delivered by our Branch letter carriers.

Our membership is our most powerful resource. We will continue to plan activities and solicit letter carriers involvement.

This concludes the President's End-of-Term Report, I'm honored and thankful for the opportunity to represent every letter carrier of Branch 34, Boston, the greatest branch in the NALC.



## Woburn Letter Carriers Collect 33,000 lbs. of Food

Woburn Letter Carriers (l-r) Joe Columbus, Deb Salmon, George Adams and Billy Conklin look over some of the 33,000 pounds of food collected Saturday, November 1st. The collection will help both with the day-to-day Food Pantry programs and the Holiday Food Basket distribution

*– Courtesy of the Woburn Daily Times Chronicle, November 3, 2003*

## Stop the Psychotic Super!



**Kevin MULLIGAN**

**AREA STEWARD'S REPORT**

I honestly believe this is one of the biggest problems the Post Office faces today – **The Psychotic Super!**

A Psychotic Super can be *somebody* in operation support, a 204B, a supervisor, a manager or a postmaster.

The definition of a Psychotic Super is someone who gets a *natural HIGH* out of aggravating letter carriers.

These individuals, for their own entertainment and your frustration, might skip over you on the overtime list or they might make deliberate mistakes on your paycheck or they don't file the proper paperwork when you get injured or try to give you an hour and a half of work and tell you to do it in one hour (impossible, safety first). These are only a few examples on a long list of what's wrong in the USPS.

Some of these individuals should be sent for a psychiatric evaluation. There is no doubt in my mind that Boston alone could fill a psychiatric ward. (They would all be in Room 204B.) These Psychotic Supers are not happy unless they are trying to aggravate letter carriers. Job performance is not their priority as it should be. There is no accountability for their actions, even though they are responsible for creating a negative work environment. These individuals should be demoted and *not promoted*. They should be disciplined like they discipline us.

I realize that collective bargaining and universal service is *very* important to all of us, but, I consider the *Psycho Super* just as important. We must put an *end* to all the unnecessary aggravation that some of these individuals create on the workroom floor. This is an issue that affects all letter carriers on a day-to-day basis and can make a difference, whether we have a negative or a positive attitude on the workroom floor. For a more productive future, this issue should be a priority. Let's work together to get the people in authority to *"STOP THE PSYCHO SUPER!"*



## Steward's Corner

### Information/Research Tools or the Union Representative/ Shop Steward

**001-2006 National Agreement**
egotiated settlement between the National Association of Letter Carri-l the United States Postal Service.

**Contract Administration Manual (JCAM)**
ted February 2003 Edition
ted States Postal Service and
al Association of Letter Carri-
t interpretation of the National
nent.

**FYI**
www.nlrb.gov has

**BRANCH 34's CLAN**  September-October, 2003



Somerville letter carrier Johnny Grant.

## le Carriers Support the
## n – First Place Team!

by Denise Synan

...mber 17th was a 5K (3.1 mile) race at the Charles River. Johnny Grant... Almost 60 people competed. Steve Amari came in fourth with a time of... time of 19:15. William Cunningham finished sixteenth – time 21:33. Last ...n 31st with a time of 24:19. They placed first as a team. Johnny Grant has ...to run many more.

## *The Legislative Column*
## And The Battle Begins

**by Michael Kidd**
**Branch 34 Legislative Representative**

The report by the Commission on the USPS has been out for just over two months now. As all the commotion after its initial release has died down, recent weeks have seen the NALC reviewing the report line-by-line. We do know the Commission has proposed to destroy postal workers' right to bargain collectively. Also there are serious problems with the proposal to take postal oversight power from Congress and give it to a "Postal Regulatory Board" (PRB). While the Commission rejected privatization and endorsed six-day universal service the devil is in the details. The Commission wants to give the new PRB unprecedented powers to "redefine" the Postal Service's mission. While the Service would gain greater freedom to price its products and organize its core business the Commission favors cost control vs. business growth. One cost controlling proposal would be to let the PRB decide whether a "postal pay premium" (compare us to the private sector to determine if we are overpaid – and you already know their answer will be yes) and then figure out a way to eliminate it.

**ARE THESE PEOPLE CRAZY?** How much blood can you get out of a stone? Did you know that the Post Office employs fewer people today then it did in 1970 while delivering more than twice as much mail to 60% more delivery points? The USPS hires about 12,000 carriers per year adding to a workforce that numbers more than 700,000 career employees (230,000 city letter carriers) and is the foundation of a **$900 BILLION** mailing industry. The USPS recently announced it has ended the fiscal year (Sept. 30) in the black for the first time in four years even though it claims mail volume will be down by about 2.6% from last year.

The Post Office plans to request a postage rate increase of at least 10% (about 4 cents) in October. If approved the increase would take affect no earlier than January 2006. Would another increase drive off advertising mailers and put an additional strain on revenues? Another complicating factor in revenue/rate planning is the fact that a provision in the recently passed CSRS funding legislation prevents the Post Office from having access to savings generated by the legislation after 2005. After '05, any surplus will be held in escrow by Congress.

What does all this mean? The Post Office, and the United States economy, has changed quite a bit since 1970. A lot of this change has to do with the advent of and increased use of technology. While the Post Office tries to control costs while maximizing technology, just as any other business would, the Post Office is at a significant disadvantage because of the current rate setting process. In proposing rate changes based on specific economic conditions (the price of

# un – First Place ...

by Denise Synan

...y September 17th was a 5K (3.1 mile) race at the Charles River. Johnny Grant ...to run. Almost 60 people competed. Steve Amari came in fourth with a time of ...with a time of 19:15, William Cunningham finished sixteenth – time 21:33. Last, ...came in 31st with a time of 24:19. They placed first as a team. Johnny Grant has ...ntinue to run many more.



...Cunningham
...s ready to run
...the race...

...line.

Steve Amari and Cappy watch the other runners come in.

Steve Amari and Cappy get ready to run.

about 12,000 carriers per year adding to a workfo... that numbers more than 700,000 career employ... (230,000 city letter carriers) and is the foundatior... a **$900 BILLION** mailing industry. The USPS ... cently announced it has ended the fiscal year (S... 30) in the black for the first time in four years e... though it claims mail volume will be down by ab... 2.6% from last year.

The Post Office plans to request a postage rate ... crease of a least 10% (about 4 cents) in Octobe... approved the increase would take affect no earlier t... January 2006. Would another increase drive off ... vertising mailers and put an additional strain on ... enues? Another complicating factor in revenue/... planning is the fact that a provision in the rece... passed CSRS funding legislation prevents the ... Office from having access to savings generated b... legislation after 2005. After '05, any surplus wi... held in escrow by Congress.

What does all this mean? The Post Office, anc ... United States economy, has changed quite a bit :... 1970. A lot of this change has to do with the ac... of and increased use of technology. While the ... Office tries to control costs while maximizing ... nology, just as any other business would, the ... Office is at a significant disadvantage because c ... current rate setting process. In proposing rate ch... based on specific economic conditions (the pri... gas for example) the increase requested may n... enough by the time it's approved and that in ... generates another rate increase request. It's a vi... cycle. It's a vicious cycle that needs to be fixed. ... mentioned earlier, while the Commission doe ... ommend giving greater freedom to the PO in th... ing of its products the focus is on controlling c...

The attack on collective bargaining is an atter... control costs. The plan to examine if a "post ... premium" exists is an attempt to control costs. ... you control costs without encouraging bu... growth your business will stagnate and eventual... We must work to pass meaningful Postal Refor:... islation because the alternative could be the de ... the Post Office. What would the death of th... Office mean to everyone in America who depe... their letter carrier to deliver business mail, gre... from loved ones, catalogues and circulars? What ... it mean to you? It's a scary thought. If you w... help preserve **YOUR** job and **YOUR** standarc... ing then help **YOUR UNION** by signing up ... legislative activist and by contributing to CC ... via PostalEase. I did and it only took secon... must stand up and be counted in the fight fo... recommendations supported by, as well as th... posed by the NALC.

With the recently activated NALC e.activ... work and PostalEase COLCPE contributions. ... making it as easy as possible for you to get in ... You just have to take that first step.

## Some Final Thoughts

The USPS launched a Web site called "Set... 

(continued o

Sept-Oct 2003 p. 6

# Around and About Branch 34

## REMEMBER TO BLAME MANAGEMENT!!!



**Kevin MULLIGAN**
*AREA STEWARD'S REPORT*

Remember that **Management** is causing you heartache every time they do something, not the Union. **Remember** that management keeps changing your start times. **Remember** that management makes you feel guilty when you get injured, **remember** when you do a good job on your route for years, then management gives you an addition or they chop your route up based on DOIS. **Remember** it is man-agement who will do everything in their power to eliminate your route or other positions, **not** the Union.

Management started doing major route adjustments based on DOIS; not minor route adjustments. This is the major leagues, not the minor leagues. Based on DOIS, they are eliminating routes. It's pathetic the way they are doing this. That's the thanks you get for doing your job day in and day out in all types of nasty weather.

**Remember** management is doing this to you. This is how management says thanks for doing a great job on your route. They say thanks by chopping your route up or by giving you an addition.

Management is going into stations and creating havoc. They went into an office and eliminated two routes and made a 7-1/2 hr. aux. What a slap in the face to all the carriers in this station. This is the thanks they get for doing a great job all these years. And they make the carriers come in later and later because management wants the customers to get their mail after dinner. What a joke the management team is on the fourth floor.

These people on the 4th floor will not listen to anyone. They think the customers are happy about getting mail delivered later and later.

Is management 2-faced about safety? True story. I received a phone call from a friend outside of the Post Office. He was doing a little surveillance work for the Commonwealth, when he noticed a female letter carrier walking up this side street in a drug-infested neighbor-hood at about 6:00 at night. He could not believe his eyes. He described this area as very dangerous. He asked me who were the morons that sent this girl out into this neighborhood! I think we all know the answer. Remember, there are some types in management that don't care if you live or die. It's up to **you** if you don't feel safe in a certain area, then get the hell out for your own **safety!!!**

Route inspections are continuing. When the route inspection team comes to your station, **remember** – these people are not your friends. They are there to take your route away. They stand around the office and act like your friends.

And a big welcome back to letter carrier Bob Shepis, one of the victims from the "Dorchester Center 10."

## DOIS – Management by Printout Has No Contractual Support



**Bob SIMPSON**
*TRUSTEE CHAIRMAN'S REPORT*

Delivery Operations Information System is Management's current computer program that attempts to electronically evaluate a letter carrier's daily assignment.

Additional DOIS functions include scheduling routes, pivoting routes, mail volume data collection, overtime tracking capabilities and minor adjustment evaluations.

The letter carrier's immediate concern is, of course, the use of DOIS printouts to establish whether a letter carrier's assignment is eight hours or less.

It is the Union's position that DOIS is merely a management tool and is no different than previous mail measurement methodologies such as DUVRs, POST, PCRS or the original system of physically measuring the mail (eyeballing the mail).

Management will attempt to intimidate letter carriers by using DOIS figures but this management by printout has no contractual support.

The National Parties (NALC/USPS) have signed a Step 4 Agreement that describes their mutual understanding on this issue, Q94N-4Q-C 99022154 (July 30, 2001) (M-0144).

**Q94N-4Q-C 99022154 (July 30, 2001) (M-0144)**

The issue in these grievances is whether or not the Piece Count Recording System (PCRS), Projected Office Street Time (POST), or the Delivery Operations Information System (DOIS) violate the National Agreement.

After reviewing this matter, we mutually agreed to settle these grievances as follows:

Daily piece counts (PCRS) recorded in accordance with the above-referenced systems (POST or DOIS) will not constitute the sole basis for discipline. However, daily counts recorded in accordance with these procedures may be used by the parties in conjunction with other management records and procedures to support or refute any performance-related discipline. This does not change the principle that, pursuant to Section 242-332 of the M-39, "No carrier shall be disciplined for failure to meet standards, except in cases of unsatisfactory effort which must be based on documented, unacceptable conduct that led to the carrier's failure to meet office standards." Furthermore, the pre-arbitration settlement H1N-1N-D 31781, dated October 22, 1985, provides that "there is no set pace at which a carrier must walk and no street standard for walking."

This settlement is made without prejudice to the parties' rights under Article 19 or Article 34 of the National Agreement.

It is additionally understood that the current city letter carrier route adjustment process is outlined in Subchapter 141 and Chapter 2 of the M-39 Handbook. All those functionalities in DOIS, which relate to the route inspection and adjustment process, must be in compliance with these two parts of the M-39 as long as they are in effect.

It is understood that no function performed by POST or DOIS, now or in the future, may violate the National Agreement.

★ ★ ★ ★ ★

The Secondary issue of Management's use of DOIS to adjust routes (major or minor adjustments) should be reviewed very carefully to determine whether the appropriate methodology is being utilized or is Management merely using projected time values that have no basis in actual data.

Keep your shop steward aware of any situation involving any of the above issues.



...and The Battle Begins...

Sept - Oct 2003 p. 7

years, then management gives you an addition or they chop your route up based on DOIS. **Remember** it is **man-** Management is going into stations and creating havoc. They went into an office and eliminated two routes and the Commonwealth, when he noticed a female letter carrier walking up this side street in a drug-infested neighbor- And a big welcome back to letter carrier Bob Shepis, one of the victims from the "Dorchester Center 10."

## DOIS – Management by Printout Has No Contractual Support




**Bob SIMPSON**
**TRUSTEE CHAIRMAN'S REPORT**

Delivery Operations Information System is Management's current computer program that attempts to electronically evaluate a letter carrier's daily assignment.

Additional DOIS functions include scheduling routes, pivoting routes, mail volume data collection, overtime tracking capabilities and minor adjustment evaluations.

The letter carrier's immediate concern is, of course, the use of DOIS printouts to establish whether a letter carrier's assignment is eight hours or less.

It is the Union's position that DOIS is merely a management tool and is no different than previous mail measurement methodologies such as DUVRs, POST, PCRS or the original system of physically measuring the mail (eyeballing the mail).

Management will attempt to intimidate letter carriers by using DOIS figures but this management by printout has no contractual support.

The National Parties (NALC/USPS) have signed a Step 4 Agreement that describes their mutual understanding on this issue, Q94N-4Q-C 99022154 (July 30, 2001) (M-0144).

**Q94N-4Q-C 99022154 (July 30, 2001) (M-0144)**

The issue in these grievances is whether or not the Piece Count Recording System (PCRS), Projected Office Street Time (POST), or the Delivery Operations Information System (DOIS) violate the National Agreement.

After reviewing this matter, we mutually agreed to settle these grievances as follows:

Daily piece counts (PCRS) recorded in accordance with the above-referenced systems (POST or DOIS) will not constitute the sole basis for discipline. However, daily counts recorded in accordance with these procedures may be used by the parties in conjunction with other management records and procedures to support or refute any performance-related discipline. This does not change the principle that, pursuant to Section 242-332 of the M-39, "No carrier shall be disciplined for failure to meet standards, except in cases of unsatisfactory effort which must be based on documented, unacceptable conduct that led to the carrier's failure to meet office standards." Furthermore, the pre-arbitration settlement H1N-1N-D 31781, dated October 22, 1985, provides that "there is no set pace at which a carrier must walk and no street standard for walking."

This settlement is made without prejudice to the parties' rights under Article 19 or Article 34 of the National Agreement.

It is additionally understood that the current city letter carrier route adjustment process is outlined in Subchapter 141 and Chapter 2 of the M-39 Handbook. All those functionalities in DOIS, which relate to the route inspection and adjustment process, must be in compliance with these two parts of the M-39 as long as they are in effect.

It is understood that no function performed by POST or DOIS, now or in the future, may violate the National Agreement.

★ ★ ★ ★ ★

The Secondary issue of Management's use of DOIS to adjust routes (major or minor adjustments) should be reviewed very carefully to determine whether the appropriate methodology is being utilized or is Management merely using projected time values that have no basis in actual data.

Keep your shop steward aware of any situation involving any of the above issues.



## Nalcrest, Florida Dates Are Now Available



**David "Fitzy" FITZGERALD**
**SECRETARY-TREASURER'S REPORT**

The following weeks are available to rent for two week intervals for Branch 34 members at the Nalcrest, Florida Apartment.

The price is $100.00 per week; plus a $35.00 cleaning charge.

➤ November 17-30, 2003
➤ December 1-14, 2003
➤ December 15-28, 2003
➤ December 29-January 11, 2004
➤ January 12-25, 2004
➤ January 26-February 8, 2004
➤ February 9-22, 2004
➤ February 23-March 7, 2004
➤ March 8-21, 2004
➤ March 22-April 4, 2004
➤ April 5-18, 2004
➤ April 19-May 2, 2004

The rest of May, June, July, August, September and October is available.

Please submit in writing the weeks you wish to rent the apartment. We will have a lottery drawing for choosing the weeks for which we have more than one request. So if you can, submit more than one choice, in case you do not win the weeks you specifically want. If you have any questions, please call either Dave Fitzgerald or Judy Hall at the Union office, 617-269-8140.

## And The Battle Begins...

(continued from page 6)

Record Straight" with the purpose of delivering the truth to employees and customers about the USPS. Am I missing something or is this the biggest oxymoron ever – the people that give us DOIS counts spreading the "truth"?

**CONGRATULATIONS** Branch 34 on the selection of Boston as the site of the 2008 NALC convention. Hard work put in by a lot of people over the last several months resulted in the Boston site selection on September 8th. It seems like just yesterday when, at the Congressional Breakfast in April, President Lind presented NALC E.V.P. Jim Williams a Red Sox jersey with 2008 emblazoned on the back.

**CONGRATULATIONS** to Maureen Marinelli, editor of *"Branch 34's CLAN."* The *"CLAN"* was recently awarded first place in a competition sponsored by the International Labor Communication Association (ILCA) of the AFL-CIO. Branch 34 was the first NALC Branch to win this award and was competing against labor unions from across the country. The judges' comments will be printed in the next issue.

**CONGRATULATIONS** to the organizers of the 2003 MDA Golf Tournament held at the Brookmeadow Country Club on September 11th. The course, the weather and the people were all great – a good time was had by all. A word of warning to both Dave "Fitzy" Fitzgerald and Kevin Mulligan – you won't catch me with the exploding golf ball trick next year!!!

**THANK YOU** to the Carriers in the Woburn Post Office for their recent station donation to COLCPE.

And finally, on October 5th, I attended a Congressional Breakfast hosted by Branch 12 in Worcester. Branch 34 was well represented at the event as audience members included President Bob Lind, Trustee chairman Bob Simpson and Safety Representative Mike Gorham. The featured speaker was Congressman Jim McGovern, a long-time friend of letter carriers, who spoke, both passionately and eloquently, on the important issues facing America.

Until next time.

# Prez Report Complete With Privatization Buzzwords




**Frederick J. CELESTE, Sr.**

## NOTES FROM THE EXECUTIVE VICE PRESIDENT

The Presidential Commission has issued its final report. It looks like an earlier version of the old Postal Reform Bill, HR-22. It also has many double meanings and privatization buzzwords. We must remain diligent as we follow any legislation that might come from it. Our Legislative Department at Headquarters has been able to work a few miracles in the past. But they would be the first to tell you they cannot do it without a strong COLCPE Fund. And the only one who can make that fund strong is **YOU**.

If you have not already done so, take out your checkbook and write out a payment on your future. Any amount will help. But you must send something. If you don't, you may not have a job that far into the future. And should you ever get the opportunity to retire, you will want a retirement in place that is not a sham.

All of us wish to believe that the people in Congress are a bunch of benevolent individuals. Our delegation is perhaps the best delegation from any state. But many of the other members outside our state are looking for new ways for them and their friends to make money. One fast way is to skim the profitable areas off of the Postal Service and offer them to private individuals. A good example would be delivering mail in the downtown area of a major city. A person would have to be a complete dope not to make money doing that at even a percentage of our current rate of 37cents for the first ounce.

Other areas of concern are where the private sector competes head to head with us. The Commission recommends that the Postal Service sub-contract out services that can be performed "better" by the private sector. Parcel Delivery could be subcontracted out to the likes of UPS. Express Mail could be contracted out to FedEx. Just these two and management. This is nothing more than the dreaded 19th Century piecework concept. The more you do and the faster you go, the more you will earn (at seriously reduced rates) – until you slack off a bit. Then you will be fired and replaced with someone else. Can you spell S-w-e-a-t S-h-o-p?

Another of their buzzword concepts is to *negotiate both the pension benefits and Health Benefit packages* for both *active and retired* Carriers. What a way to divide us. You work your entire life only to have your benefits snapped out from under you when you will need them most. Can you spell F-i-n-a-n-c-i-a-l R-u-i-n?

And finally the third leg to this crazy quilt of insanity is to give the Board of Governor's potential successors, the new Postal Regulatory Board *the right to determine the salary for every employee* by comparing it to whatever part of the private sector they please. They could also place a maximum any new employees could earn. Can you spell F-l-a-t B-r-o-k-e?

This would pit older Carriers against younger ones, Retired Carriers against Active Carriers. These concepts would destroy this Union and this business for all of us. But then again, maybe that is the plan all along. They may believe there is no longer a need for a viable, relatively decent paying job for Americans. So we better be ready to go to war with our enemies. We better be ready to write, call and lobby our Congressmen and Senators. And should we be lucky enough to delay the "reforms" until the next Congress, we better reward our friends and dump our enemies at both the ballot box and the bank. If we don't prevail we better hope enough rich people buy new refrigerators, so we will all be able to afford new cardboard "homes."

Mail your contribution today to:
**COLCPE
c/o NALC Headquarters
100 Indiana Avenue, NW
Washington, DC 20214-4001**

★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★



**IN HONOR OF LABOR DAY**

*This is America,* ...of religion, freedom of speech, freedom of assembly — and the freedom to join a union.

In theory.

For most working men and women today, the freedom to form a union — a fundamental human and civil right — is an elusive freedom. When employers block workers' efforts to form a union, it is no small infringement. Some 42 million nonunion workers say they want to be part of unions.

It's no wonder millions of working women and men seek to join unions. More than 13 million workers in America enjoy better lives every day because of union membership. Like a week or two off to take the kids on vacation. Enough money to make ends meet and even save a little. The ability to go to the doctor when you get sick. The knowledge that a manager has to grant promotions based on seniority and merit not on favoritism. A voice on...

The Honorable Richard E. Neal
U.S. House of Representatives
Rayburn House Office Bldg., Rm. 2236
Washington, D.C. 20515
202-225-5601

*Third Congressional District*
The Honorable James McGovern
U.S. House of Representatives
Cannon House Office Bldg., Rm. 416
Washington, D.C. 20515
202-225-5759

*Fourth Congressional District*
The Honorable Barney Frank
U.S. House of Representatives
Rayburn House Office Bldg., Rm. 2404
Washington, D.C. 20515
202-225-5931

*Fifth Congressional District*
The Honorable Martin T. Meehan
U.S. House of Representatives
Rayburn House Office Bldg., Rm. 2434
Washington, D.C. 20515
202-225-3411

*Sixth Congressional District*
The Honorable John Tierney
U.S. House of Representatives
Cannon House Office Bldg., Rm. 120
Washington, D.C. 20515
202-225-8020

*Seventh Congressional District*
The Honorable Edward J. Markey
U.S. House of Representatives
Rayburn House Office Bldg., Rm. 2108
Washington, D.C. 20515
202-225-2836

*Eighth Congressional District*
The Honorable Michael Capuano
U.S. House of Representatives
Longworth House Office Bldg., Rm. 1232
Washington, D.C. 20515
202-225-5111

*Ninth Congressional District*
The Honorable Stephen F. Lynch
U.S. House of Representatives
Cannon House Office Bldg., Rm. 235
Washington, D.C. 20515
202-225-8273

*Tenth Congressional District*
The Honorable William Delahunt
U.S. House of Representatives
Longworth House Office Bldg., Rm. 1317
Washington, D.C. 20515
202-225-3111

---

payment on your future. Any amount will help. But you must send something. If you don't, you may not have a job that far into the future. And should you ever get the opportunity to retire, you will want a retirement salary in place that is not a sham.

All of us wish to believe that the people in Congress are a bunch of benevolent individuals. Our delegation is perhaps the best delegation from any state. But many of the other members outside our state are looking for new ways for them and their friends to make money. One fast way is to skim the profitable areas off of the Postal Service and offer them to private individuals. A good example would be delivering mail in the downtown area of a major city. A person would have to be a complete dope not to make money doing that at even a percentage of our current rate of 37 cents for the first ounce.

Other areas of concern are where the private sector competes head to head with us. The Commission recommends that the Postal Service sub-contract out services that can be performed "better" by the private sector. Parcel Delivery could be subcontracted out to the likes of UPS. Express Mail could be contracted out to FedEx. Just these two measures could cut drastically into our business, its ability to generate revenue and even our membership rolls. Any change to five-day delivery would decimate us even further. And who's to say that the two days off would be Saturday and Sunday. They could be Wednesday and Sunday as previously proposed in an earlier version.

Don't forget that during one of their last Contract negotiations, the APWU found themselves fighting tooth and nail to keep from losing the Post Office window services. The "brain trust" (Postal upper management) was negotiating with Mailboxes Etc. at the time to take over the lion's share of our window services. It is probably a good thing the "brain trust" was not successful because, as it turns out Mailboxes Etc. is owned by UPS.

And they just changed their name to "The UPS Store." We certainly would have looked stupid with our window services being "offered" by our chief competitor's employees.

If you happen to read the report you will find it is full of buzzwords that could make our lives miserable. For example, the Commission recommends that the Postal Service "carefully study" a *pay-for-performance* salary structure for craft

Jul-Aug 2003 p. 2

---




**IN HONOR**
**LABOR D**

*This is A*

...of religion, freedom of speech, freedom of a... join a union...
In theory.
For most working men and women today... a fundamental human and civil right — is a... ers block workers' efforts to form a union, it is... 42 million nonunion workers say they want to...
It's no wonder millions of working women...
More than 13 million workers in Americ... because of union membership. Like a week... vacation. Enough money to make ends meet... to go to the doctor when you get sick. The k... grant promotions based on seniority and merit... the job to improve working conditions and i... Congress to improve communities.
Workers represented by unions earn an a... workers without unions and are much more li... benefits, according to the U.S. Department o...
By improving working conditions for individ... help build strong communities, too. Studies sho... have unions also have lower poverty rates, bet...
But when workers seek to join unions, mos... ers' freedom to make their own decisions... tactics to thwart their efforts. Nearly all empl... anti-union meetings. More than three-quarte... to sit in one-on-one meetings with supervisor... to oppose the union. Fully one-quarter of e... according to Cornell University researcher K...
The American public believes such tactic... Peter D. Hart Associates show the public doe... abuses take place. Even most union membe... hidden war against workers. But union memb... membership declines in an industry or comm... good contracts. Union members know that t... unions, they improve wages and working cond... families.
Now more than ever, union leaders, activ... workers neutralize employer intimidation an... bor Day and beyond, unions are mounting a... cate and mobilize our members, lawmake... workers' struggles.

EAP services. The goal is to increase visibility, raise awareness and endorse EAP services. Recent visits to Stoneham, Needham, and Malden have been well received. Keep an eye out, we may be out to your station next.

You may have also seen the EAP easel message board at your station. AC members have been traveling around the district placing the message boards in key locations for easy access. These message boards have eight pockets that hold handouts on various topics from managing stress, coping with change to elder care. When the message board comes to your station stop by and take a look. Take a hand-out.

*NALC EAP AC Members: Dave Trifone-Stoneham, Steve Mahoney-IMC, Shirley Husak-Needham, and Lynne Cipullo-Cambridge
**APWU EAP AC Member: Joe Cook-Malden

### www.EAP4YOU.com HAS SOMETHING FOR EVERYONE

From self-improvement, building self-esteem, improving communication skills, getting fit, improving sleep to child and elder care.

When logging on: choose "new user," enter our the EAP 800# 800-327-4968, scroll down and click on "continue unregistered."

You're in!

★★★★★

With all of the various demands, and surprises that life imposes upon us, the EAP is a valuable resource for employees at every level and their family members!

- The EAP is a Private, Professional, and Confidential, brief counseling program.
- It is FREE of charge to USPS employees and their family members.
- EAP is not accessed through your health insurance. There are No co-payments.
- EAP counselors are non-postal.



Cambridge's Lynne Cipullo, Needham's Shirley Husak, Needham Manager John Flynn and EAP Counselor Carla Spack.

The EAP is run by Magellan Behavioral Health.
- Easy Access and Flexibility
- 24 hours a day, 7 days a week, immediate response at 1-800-EAP-4YOU
- Private, professional counseling on site for your convenience or off postal property in a private therapist's office, either way it is still professional, confidential and FREE.
- You access the EAP completely on your own. You do not have to get approval from anyone, just make the call: 1-800-EAP-4YOU
- Resource materials on vast array of topics from child and elder care to wellness topics like smoking cessation, parenting a teenager, improving sleep and much more...

★★★★★

Call **1-800-EAP-4YOU** 24 hours a day for more information.



...nnell with Stoneham's Dave Trifone.



S.A.N.E.

July-Aug 2003 p. #12

Volume XXXII Number 6 May/June 2003 Circulation 5,000 May

# Bean Counters We Don't Need!



Robert A. LIND

### PRESIDENT'S CORNER



We are days away from the presidential commission's report and recommendations on the study relating to the USPS. We will mobilize and respond appropriately to protect our NALC interests (six-day delivery, universal service, collective bargaining, benefits and other pertinent issues). A reduction in the management workforce should be in order and that is the consensus of the rank and file member.

One hopeful outcome would be for the USPS to concentrate their efforts on service rather than the day to day nonsense that has enveloped this company over recent years. This could be the wakeup call management needs to knock them off their perch. Bean counters we don't need, expedient delivery to our customers is what we must provide. We can accomplish this without the daily drudgery we're subjected to.

Hopefully the USPS bean counters find themselves doing inventory for Home Depot or sharing their useless skills elsewhere. We need to deliver mail. So curtail the nonsensical programs and let's provide service to the people who pay the freight, the mailers of America and our postal patrons.

### Indecent Proposal (pivoting)

Let's call a one-hour hit a 1/2-hour hit, and let's call an (8) eight-hour assignment six or seven hours. With that approach the postal service can save numerous hours within a station without straining to make an unrealistic budget (providing you play along). Sounds absurd, perhaps, but that's how management thinks. In some stations' management is asking carriers to complete work assignments in less time than demonstrated while under route inspections and we're all well aware of the volumes during route inspections. They're dividing up a (6) six-hour street time and calling it (4) four one-hour hits and attempting to make carriers absorb the extra time while passing out these alleged one-hour pivots.

No consideration is given to recent route inspections or 90 degree plus weather, management pretends to expect letter carriers to complete this task within their allotted street time. WRONG! This is not only wrong, but it's picking our pockets. Their system also fails to incorporate travel time, comfort stops and unfamiliarity with the added duties, never mind the involved fatigue factor.

Pivoting is nothing new and carriers should address their workload accordingly. If you don't have

(continued on page 6)

There are NO July or August Meetings!



COLLECTING OLD FLAGS IN ADVANCE OF FLAG DAY – Mail Carriers conjunction with the City's Veterans' Committee and the American Legion collect advance of Flag Day, June 14th. Veterans' Agent Joseph Simas joins Woburn Carriers Jim Aylward and United Veterans Council Commander Dave Epps. Epps is a retired M The flags were disposed of properly at the American Legion. *(Courtesy of the Woburn*

## Branch 34 Food Drive Nets 518,450 lbs. of Food!

Many thanks to all who participated a very special thank y Dominic Corsetti of B who coordinate the effort!
*See photos on page*



Branch 34 President Bob Lind congratulates Bob Hart and Lenny Polacco on their r the Retirees' Corner on page 5 for story and more photos.