have the prairie. We are camping in the Wichita Wildlife Refuge, a place where the buffalo roam and prairie dogs have towns. "What about the monkeypox?", I ask. My son laughs – "It's the domesticated ones that have it!"

The real reason I am journeying to my not-so-favorite state is to select a site for the "rehearsal dinner." My son and his fiancée are getting married next year at the National Cowboy Hall of Fame. "Why there?", I asked. I was informed that it was very upscale. Apparently, getting married next to a statue of Buffalo Bill is trés chic these days.

### Much Ado About Harry

J.K. Rowling should have hired the Post Office to guard her books – there would have been no leaks to the press and no stolen books. The Harry Potter books we received on June 20th to be delivered on the 21st were elevated to a class of mail more precious than registered. We were told if we missed a delivery confirmation on the Potter book that the boss would be fired. Very scary thought.

On the 20th, the books were locked in the boss' office. On the big day (the 21st), the boss wanted the books to be brought around with the accountable

# Surprise! Surprise! Surprise!

**by Frederick J. Celeste, Sr.,
Executive Vice President
NALC Branch 34, Boston**

If you are a Civil Service Retirement System (CSRS) Postal Employee, served in the U.S. Military after December 31, 1956 and are eligible for **Retirement** you may have a big surprise waiting for you. If you did not buy back your Military time, and will qualify for *any* Social Security Benefit at age 62 (even a reduced benefit) you will have your CSRS Annuity **recomputed** without any of your military time.

You may remember back during 1983-1986, this publication published a form to use to buy it back and ran it for a number of issues up to the end of the grace period, September, 1986. Well some members, for whatever reason, did not see it or forgot to buy the time back. Now when they go to retire they are learning about this issue the hard way.

At the time, President Reagan changed the law in 1982, you only had to pay 7% of each year's earnings to the CSRS to keep them as part of your annuity after age 62. There was a grace period that ended in September of 1986 during which no interest was charged. But today, you must pay the 7% plus the interest that has accrued over the last 17 years. But don't be discouraged by that fact because unless you were some real big shot your annual base pay will be like mine, very, very small. (How did we ever live on pay like that?) And remember, there is still time to buy the time back.

I suggest that if you plan to retire and are a CSRS Employee, you set up an easy payment plan as soon as possible through the Personnel Office. Call or visit personnel and fill out the forms and get it done. It could cost you significantly more over the years after you reach 62 and are recomputed, than it will cost you now. The main number for personnel is (617) 654-5541. They should be able to help you straighten out this snafu.

A tip of the hat to Letter Carrier par excellence Causie Tropeano for pointing this out.



IF D.O.I.S. SAY'S THE CARRIER IS UNDER YOU MUST CAPTURE THAT TIME, NO EXCEPTIONS!



IF D.O.I.S. SAY'S THE CARRIER NEED'S ASSISTANCE DO YOU GIVE IT TO THEM?



OF COURSE NOT! YOU CAN'T LET A COMPUTER MANAGE YOUR OFFICE!

BRANCH 34

May - June 2003 p. 3

## TRUSTEE CHAIRMAN'S REPORT

In the coming months your Union Officers, both local and National will be asking for a commitment from you.

As this column is being written, the final public hearings of the Presidential Commission on the United States Postal Service have been held and, as expected, the final result has been that we, the craft employees, have been identified as the main reason the Postal Service is in dire straits.

Testimony before the Commission has attempted to prove that we are overpaid by as much as 50% (wage premium and benefits).

The union forcefully and credibly countered this testimony but the point is our interests are under attack and **WE MUST BE VIGILANT** in defending these attacks.

The Postmaster General, in his final testimony before the Commission, has missioned changing our existing bargaining model from what we have now to who knows what.

How we negotiate our contracts is a vitally important issue and we must be prepared to fight to protect our interests.

On the legislative front we are also facing very real problems There are currently serious legislative attempts to allow management the authority to offer compensatory time instead of paying overtime for time worked – with management retaining the right to determine when, if, and how you get the compensatory time off.

Our current collective bargaining agreement would protect us in the short term but after expiration of that agreement – all bets would be off.

The Family Medical Leave Act (FMLA) is also under attack in Congress. We, as Union members, should be speaking out to strengthen this protection and not stand idly by while these hard won protections are attacked.

## Bean Counters We Don't Need...

*(continued from page 1)*

downtime and you're instructed to pivot (in the office) inform your supervisor. If you're still directed to pivot then follow the instructions and ask for guidance on your own assignment. If instructed to maintain (if possible), then adjust your workload and attempt (if needed), to curtail non-preferential mail in order to leave the office on time (fill out the USPS form 1571 curtailment slip also). If that can't be accomplished, then you notify your immediate supervisor, before leaving for the street. Ask for direction by submitting a USPS form 3996 auxiliary help slip. If you're told to call from the street, then ask to be supplied with the 50 cents needed to do so.

If you're asked to pivot on the street and you're leaving at your regular leave time, then in all probability the pivot time will become overtime plus. Make your immediate supervisor aware and if overtime is needed it should be completed by personnel on the OTDL (overtime desired list). Again, that will entail the additional factors mentioned above including the time to walk to a payphone to call your supervisor for authorization and to walk back to your next delivery point if not pre-approved. No one should be expected to work harder and the time needed to accomplish the assignment will be reflected in the time used.

Don't be fooled by DOIS or any other quoted nonsense. You know what it takes to complete your assignment. Fair warning, don't take unauthorized overtime because they're waiting to discipline you. Always ask for management's instruction – that's why they get the big bucks.

Despite what you're told, mail doesn't jump into the rack, nor does it jump into postal patrons receptacles. Don't be brow beaten into submission and don't pressure yourself to work harder. We work to be paid! Undertime is one thing, but the mere avoidance of overtime payment is unacceptable! If it can't be done in eight hours than overtime must be paid (OTDL).

Don't expect your shop steward to make everything go away. You have to stand up for yourself and protect your street time. Demand the necessary time to complete your daily assignment. Pivoting is allowed to capture undertime, but if you have a day's work before you and still receive instructions to pivot on their vacancy, follow the above procedures. Your steward is **only** one person, and **you** are the most important part of the solution. P.S. *(make all forms out in duplicate).*

### COLPE Contributions

The Boston Area realizes (more so than in other areas) the repercussions relating to inflation and rising costs. Our housing market has skyrocketed, with a handyman special ranging from $300,000 plus. Making ends meet is a continual struggle with most households working several jobs. High heating bills, taxes, MWRA water bills, trash collection, etc. make staying afloat damn near impossible.

Despite the above, it is imperative that every letter carrier make a donation to COLPE. Rest assured, if we don't raise these necessary funds needed to support our issue, than we will live with the consequences. Don't leave it for the next carrier to contribute, everyone must pull his or her own weight. Get your checkbook out today and contribute what you can. Sure, you may miss it today, but you'll be thankful later and so will our Union.

Show this Union that Branch 34's members **do** care and are **willing** to sacrifice for the NALC's betterment. Again, thanks to all Branch 34 letter carrier's who previously donated. We're in the fight of our lives and you're needed to stand side by side. In closing, enjoy your summer vacation, you've earned it.

## Management Is NOT Your Friend!

Management is **NOT** your friend. Even if you do everything you are told, management will never be your friend. We have a job to do, to deliver our great nation's mail. Management has a job too, to make our job as difficult as possible. If you do all the stupid things that they make so frustrating for us, even without complaining, they still won't be your friend. Management is here only to make our lives miserable. Here is my true story:

I was involved in a minor traffic accident a few weeks before I was officially hired as a Postal employee. It was not my fault and I did not see the need to report it to my new employer, the USPS. However my postmaster insisted on an investigation after I have been a letter carrier for over seven years.

I was issued a Notice of Proposed Removal and charged with Improper Conduct with the following specifications:

1. Not being truthful.
2. Not discharging my duties conscientiously or effectively.
3. Not conducting myself in a manner that reflects favorably upon the USPS.
4. Dishonest.
5. Unreliable.
6. Not trustworthy.
7. Not of good character or reputation.
8. Not loyal to the government.
9. Not upholding the policies of the USPS.
10. Not loyal to the Constitution, Laws or Ethical Principals of the United States Government.
11. Not having integrity.
12. Committing fraud and false statements in a U.S. Government matter.

I was guilty until proven innocent by the Dispute Resolution B Team. They found no improper conduct and rendered a decision to have me return to work.

I was out on administrative leave for 205 days. The union kept me in a pay status for over seven months. I have a new respect for our union officers and shop stewards.

If not for my shop steward Rick Pinto and our branch president Tom Sherman, I would be standing in the unemployment line today. I am fortunate to have such a strong union behind me.

A genuine, heartfelt THANK YOU from me and my family for your hard work and expertise in handling my case. I know who my friends are, and none of them are in management.

*– Jesse Dobson,*
*City Carrier, Mount Dora, FL*
*(Reprinted from the Orlando Carrier.)*

## What They Say – What They Mean

# Exhibit 12

FROM :NALC BRANCH 34 BOSTON MASS    FAX NO. :6172688844    Sep. 28 2004 05:16PM P3



# "34" EXPRESS

# NALC

**ROBERT A. LIND**
**PRESIDENT**

## OFFICIAL BULLETIN OF BRANCH 34, BOSTON

1/08/04

**PLEASE READ AND POST**                    **PLEASE READ AND POST**

### GENERAL MONTHLY MEETING

**DEAR STEWARD AND MEMBER:**

PLEASE BE ADVISED THAT THE GENERAL MEETING OF BRANCH 34 WILL BE HELD
ON TUESDAY, JANUARY 13, 2004 @ 7:00 P.M. AT THE SONS OF ITALY, QUARRY ST.,
QUINCY.

### ELECTION OF OFFICERS

Nominations for the following Offices will be taken from the floor at this meeting. President, Exec.
Vice President, Vice President, Secretary-Treasurer, Financial Secretary, Editor, Sergeant-at-
Arms, Clerk NSBA-MBA, Health Benefit Officer, Three Trustees and four Area Stewards.   These
officers will serve for the term from April 1, 2004 through March 31, 2007.
There will be no nomination papers necessary to run in this election. Any potential nominees, who
cannot be in attendance for the nomination, must submit a letter of acceptance for the nomination
at the time of the nomination.  The names of all nominees will be read off by the close of the
meeting.

The Election will be held the day of the March meeting (3/9).  Counting of the ballots will take
place at the Union Hall, starting at 9:00 a.m. and the results will be announced at the meeting.

Sincerely and fraternally,

*Robert A. Lind*

| | | | |
|---|---|---|---|
| **Dave Fitzgerald** | **J.T.McMahon** | **Robert Lind** | **Fred Celeste** |
| **Sec-Treas** | **Vice Pres** | **President** | **Ex. Vice Pres.** |
| | | **Branch 34 NALC** | |

FROM :NALC BRANCH 34 BOSTON MASS    FAX NO. :6172688844    Sep. 28 2004 05:15PM P2

# "34" EXPRESS

# NALC

**ROBERT A. LIND**
**PRESIDENT**

## OFFICIAL BULLETIN OF BRANCH 34, BOSTON

---

PLEASE READ AND POST                    PLEASE READ AND POST

### FEBRUARY 6, 2004

### REF: MONTHLY MEETING

DEAR STEWARD AND MEMBER:

PLEASE BE ADVISED THAT THE MONTHLY MEETING OF BRANCH 34 NALC WILL BE HELD ON TUESDAY, FEBRUARY 10 TH @ 7: 00 P.M. AT THE K of C HALL, SCHOOL ST. CHARLESTOWN.

### SAMPLE BALLOT

ENCLOSED IS A SAMPLE BALLOT FOR THE UPCOMING OFFICERS ELECTIONS FOR BR. 34.   THE BALLOTS WILL BE MAILED OUT TO ALL MEMBERS ON FEBRUARY 19.

### MDA - SHAMROCKS

PLEASE HAVE THE AMOUNT OF SHAMROCKS AND PINS THAT YOU WANT FOR YOUR STATION, THEY WILL BE PASSED OUT AT THIS MEETING.

### M.DA. BOWL-A-THON

THERE ARE STILL OPENINGS FOR THE ANNUAL BOWL-A-THON TO BE HELD ON SUNDAY, MARCH 28 @ 9:00 A.M. AT LANES AND GAMES, RTE 2, CAMBRIDGE. TENPIN AND CANDLEPIN TEAMS.

SINCERELY AND FRATERNALLY,

*Robert Lind*

| DAVE FITZGERALD | ROBERT LIND | JOHN McMAHON | FRED CELESTE |
|---|---|---|---|
| SEC-TREAS | PRESIDENT | VICE PRES | EX. VICE PRES |

FROM :NALC BRANCH 34 BOSTON MASS    FAX NO. :6172688844    Sep. 28 2004 05:15PM P1



# "34" EXPRESS
# NALC

**ROBERT A. LIND**
**PRESIDENT**

## OFFICIAL BULLETIN OF BRANCH 34, BOSTON

---

**PLEASE READ AND POST**                    **PLEASE READ AND POST**

**March 3, 2004**

### Re: MONTHLY MEETING

Dear Steward and Member:

The meeting of Branch 34 will come to order at 9:00 a.m. on Tuesday, March 9, 2004 at the Union Office for the purposing of the Election Committee to count Ballots for the Branch election.

The Meeting will then reconvene at the Sons of Italy on Quarry St Quincy at 7:00 p.m.
The Results of the Election Will Be Announced at this Meeting.

### M.D.A.

If you need more Shamrocks, please call the Woburn PO @ 781-937-8690, 94 – ask for George Adams.      Please solicit all establishments that you possibly can contact.

If you have any questions, please call the Union office.

Sincerely and fraternally,

*Robert A. Lind*

**Robert Lind**
**President**
**Branch 34 NALC**

FROM :NALC BRANCH 34 BOSTON MASS       FAX NO. :6172688844       Sep. 28 2004 05:46PM P1

# ELECTION BALLOT

### OF THE

## Joseph P. Considine Branch No. 34

### NATIONAL ASSOCIATION OF LETTER CARRIERS, AFL-CIO

JOHN P. BAGINSKY, Chairman, Election Committee

Indicate Your Choice by a Mark This **X** in the Square at the Right of the Name

---

**PRESIDENT**

Also serve as convention delegate

Vote for One

- EDWARD R. MASIELLO ☐
  Frt. Point
- ROBERT A. LIND ☐
  Medford
- BRIAN MacMULLIN ☐
  JFK

**EXECUTIVE VICE PRESIDENT**

Also serve as convention delegate

Vote for One

- JOHN T. McMAHON ☐
  Arlington
- FREDERICK J. CELESTE, SR. ☐
  Weston

**VICE PRESIDENT**

Also serve as convention delegate

Vote for One

- JOHN D. FANNING ☐
  IMC
- ROBERT (Bob) SIMPSON ☐
  Brookline

**SECRETARY-TREASURER**

Also serve as convention delegate

Vote for One

- EDWIN A. AHLSTEDT ☐
  Braintree
- PATRICK (Pat) TERRAZZANO ☐
  Watertown
- KELLEY A. O'SHEA ☐
  So. Boston

**FINANCIAL SECRETARY**

Vote for One

- KEVIN FLAHERTY ☐
  Roslindale
- MIKE McCORMACK ☐
  Fenway now Back Bay

**CLAN EDITOR**

Vote for One

- CHRISTOPHER J. CADORETTE ☐
  Brookline
- MAUREEN O'BRIEN MARINELLI ☐
  Weston

**SERGEANT-AT-ARMS**

Vote for One

- VIGO M. CONTE ☐
  Woburn
- MIKE MURRAY ☐
  Dorchester Ctr.

**CLERK NSBA-MBA**

Vote for One

- WAYNE POSTE ☐
  IMC
- STEVE MAHONEY ☐
  IMC

**HEALTH BENEFIT OFFICER**

Vote for One

- MICHAEL GORHAM ☐
  Roxbury
- MARY PAPA ☐
  Waltham

**TRUSTEES**

Vote for Three

- PAUL ROCHE ☐
  Quincy
- DENNIS HARRISON ☐
  Scituate
- MITCH HILTON ☐
  Roxbury
- MICHAEL P. YERKES ☐
  Newton Highlands
- TINA DOHERTY ☐
  Brookline
- LAURA WOOD ☐
  Back Bay
- MARY (Mazie) COLLIER ☐
  IMC

**AREA STEWARDS**

Vote for Four

- KEVIN MULLIGAN ☐
  W. Roxbury
- DAVID TRIFONE ☐
  Stoneham
- RON HOLT ☐
  No. Weymouth
- KEITH MEREDITH ☐
  Roxbury
- MICHAEL KIDD ☐
  Fenway
- BOB DAMATIN ☐
  Jamaica Plain
- BOB TREMARCHE ☐
  Cambridge E. St.
- THOMAS E. EGGERS ☐
  JFK
- JERRY McCARTHY ☐
  Arlington
- BOB STINGEL ☐
  Malden

74

# Exhibit
# 13



# National Association of
# Letter Carriers 

**William H. Young**
President

100 Indiana Ave., NW
Washington, DC
20001-2144
202.393.4695
www.nalc.org

**Jim Williams**
Executive Vice President

**Gary H. Mullins**
Vice President

**Jane E. Broendel**
Secretary-Treasurer

**James Korolowicz**
Asst. Secretary-Treasurer

**Fredric V. Rolando**
Director, City Delivery

**Brian E. Hellman**
Director, Safety & Health

**Myra Warren**
Director, Life Insurance

**Thomas H. Young Jr.**
Director, Health Insurance

**Donald T. Southern**
Director, Retired Members

**Board of Trustees:**
**Larry Brown Jr.**
Chairman
**Daniel T. Rupp**
**Randall L. Keller**

Affiliated with the AFL-CIO &
Union Network International

April 22, 2005

Ed Ahlstedt, Recording Secretary
NALC Branch 34
626 Dorchester Avenue
South Boston, MA 02127

RE:   APPEAL NO. 4
      Edward Masiello
      Branch 34, South Boston, MA

Dear Brother Ahlstedt:

In accordance with Article 11, Section 4 of the Constitution of the National Association of Letter Carriers and Section 21 of the NALC Regulations Governing Branch Election Procedures (RGBEP), the following are the findings of the Committee on Appeals in the above captioned matter.

## Background

Appellant has appealed the results of the 2004 election of officers of Branch 34. The election results were initially certified by the Election Committee on March 9, 2004. Thereafter, several candidates, including appellant, requested a recount. Appellant's appeal to the Branch Election Committee, dated March 25, was apparently mailed on March 27, 2005. The appeal was subsequently denied by the Election Committee, the Branch 34 Executive Board, and the Branch itself. Appellant's appeal to this Committee, along with the Branch's response, was transmitted by the Branch by letter dated October 2, 2004.

While this appeal was being processed, appellant also filed an election protest with the Department of Labor (DOL). By letter dated August 19, 2004, DOL notified the Branch of its investigative findings of violations of the Labor Management Reporting and Disclosure Act (LMRDA), the federal law that governs union elections. According to the letter, Branch 34 failed to mail ballots to eligible voters and union resources were improperly used to publish an "End of Term Report" in the Branch newsletter which gave advantageous publicity to the candidates on the incumbent branch president's slate.



This Committee initially decided to defer its ruling in light of the ongoing DOL investigation, so as not to prejudice the possibility that the DOL and the parties would resolve this matter voluntarily. That did not occur. The DOL has filed a civil action in the federal district court in Boston seeking a new election. The Branch is actively opposing the suit. Accordingly, we have decided not to postpone our resolution of this appeal any longer and now issue the following ruling.

This ruling is based solely on the documents submitted to the Committee by appellant and the Branch. In addition, we have limited our inquiry to the requirements of the NALC Constitution and the RGBEP. We defer the resolution of legal issues to the federal courts.

### Procedural Issues

At the outset, we reject the Branch's argument that this appeal is untimely because appellant failed to submit it to the Election Committee within five days of the initial certification of the election results on March 9, 2004. As this Committee noted in another appeal from a Branch 34 election, appellant was entitled to wait for the results of the election to be certified following the recount of the ballots conducted by the Election Committee. (Appeal Number 27, decision dated August 1, 2001.) There is no contention by the Branch that appellant submitted his appeal outside the five day period following the certification of the results of the recount.

We also reject the Branch's contention that appellant, as a candidate for Branch President, lacks standing to challenge the entire election. Section 21 of the RGBEP confers a right of appeal on "any aggrieved member". There are no restrictions on the permissible scope of an appeal based on a member's status as a candidate.

### Merits

We have concluded that the arguments presented to this Committee by appellant lack merit. As discussed below, the documentary record submitted to us is insufficient to establish that violations of the Constitution or RGBEP took place which could have affected the outcome of the election.

First, the documents submitted to us are insufficient to corroborate appellant's contention that the "Murdock mailing list" utilized by the Branch omitted the names of any members, let alone a sufficient number of members to change the outcome of the election. Thus, we must reject the claim that the Branch denied members the right to vote by failing to mail them ballots. We recognize that the DOL investigators did find such a violation. But whatever records were reviewed by the DOL which support this finding were not submitted to us.

-2-

Second, while Michael Kidd apparently admitted to throwing Masiello campaign literature in the trash, there is no indication that he acted as a representative of the Branch. Nor is there any showing of how this conduct (which was apparently replicated by the Masiello team) could have affected the outcome of the election.

Third, the evidence does not support a finding that shop steward Joe Demambro of Brookline used his official position to obtain favorable treatment by the Postal Service for supporters of the Linn-McMahon team. Appellants have cited a single incident in which Brother Demambro assisted a single carrier in obtaining a day off. The carrier in question has submitted a statement denying that the assistance influenced her vote. In any event, this single incident could not have affected the outcome of the election.

Fourth, the evidence fails to substantiate appellant's claim that the Postal Service supported the Lind campaign or that President Lind improperly campaigned on union time. As President of Branch 34, Brother Lind had every right to enter carrier stations and to speak to carriers about legitimate postal issues. The statements submitted by appellant acknowledge that the reason that management allowed Lind to speak was that he is President of the Branch. In any event, the conclusory statements by individual supporters of appellant that Brother Lind's speeches were "political" are wholly insufficient to establish a violation.

Fifth, appellant's contention that the publication of the "End of Term Report" in the November-December 2003 issue of Branch 34's newsletter, The Clan, violated the Constitution or the RGBEP is not supported by the record before this Committee. It is undisputed that the report is required by the Branch By-laws. The record also indicates that the publication date was consistent with past practice. The report did not expressly endorse the Lind team, nor did it explicitly oppose any other candidates. The subjects covered by the report are all newsworthy matters of legitimate concern to Branch 34 members.

We recognize that the DOL has alleged in its law suit that Branch newspaper was used to promote the candidacy of the incumbent President and his slate in violation of Section 401(g) of the LMRDA. The merits of that contention must ultimately be determined by applying federal law. Accordingly, we defer the resolution of the legal question to the courts.

Sixth, the record does not support appellant's claims that the ballot envelopes were improperly prepared. His contention that "the postage on the outer envelopes looked more like a Standard "A" piece than a first class piece of mail," whether accurate or not, fails to state a violation of the election regulations.

Seventh, the fact that the notice from the Election Committee advising candidates of the date on which ballots would be picked up at the printer did not state the time is, in the factual context of this case, of no significance. The record establishes that the precise time the ballots could be picked up was not known at the time the notice was

sent.  Candidate Masiello could have called the Election Chairman to ascertain the time.  In any event, all candidates were treated equally, and there is nothing to suggest that the failure to notify the candidates of the exact time the ballots would be picked up affected the outcome of the election.

Eighth, the fact that the ballots were returned to a Post Office Box in the same Post Office where President Lind is employed fails to state a violation.  There is nothing in the record to indicate that any unauthorized person had access to the ballots, or that any improprieties occurred.

Ninth, appellant's contention that the Election Committee provided the date but not the precise time that ballots would be picked up at the post office is of no significance.  Appellant does not claim that this information would not have been provided if he had simply contacted the Election Chairman.  Again, there is nothing to indicate that any of the candidates were treated differently or that the integrity of the ballot count was compromised.

## Conclusion

For the foregoing reasons, it is the decision of the Committee that this appeal must be, and hereby is, **DENIED**.

Sincerely yours,

GARY H. MULLINS, Chairman
Committee on Appeals

JANE E. BROENDEL, Member
Committee on Appeals

LAWRENCE BROWN, Member
Committee on Appeals

GHM/KES/cyn

cc:   Edward Masiello, Appellant
      John Casciano, National Business Agent
      William Young, President

-4-

# Exhibit 14

**Names on NALC Eligibility List - Not on Original Mailing List**

| | Last Name | First Name | MI | Class | Street Address | City | State | Zip | Added to List | Dated Added | Voted | Req. Ballot |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Anastasia | Paul | R | W43 | 33 Aletha Rd | Needham | MA | 02192 | Yes | 05/01/2004 | No | No |
| 2 | Anderson | Rhonda | D | W43 | 11 Castlegate Rd | Dorchester | MA | 02121 | Yes | | No | No |
| 3 | Angelo | Nicolo | | W13 | 40 Shirley St. | Everett | MA | 02149 | No | | Yes | No |
| 4 | Bachofner | Paul | R | W43 | 144 Poole Circle | Holbrook | MA | 02343 | No | | No | No |
| 5 | Baldassari | John | J | W13 | 42 Stonebrook Drive #5 | Mills | MA | 02054 | No | | Yes | No |
| 6 | Becker | Robert | L | W43 | PO Box 2434 | Ocean Bluff | MA | 02065 | No | | No | No |
| 7 | Beretta | Ines | | W43 | PO Box 15237 | Boston | MA | 02215 | Yes | 05/01/2004 | No | No |
| 8 | Beswick | Ioana | | W13 | 26 Minot St. | Dorchester | MA | 02122 | Yes | 02/24/2004 | No | No |
| 9 | Bizzaro | Joseph | A | W43 | 391 Washington St. #BSA.T | Somerville | MA | 02143 | Yes | 02/24/2004 | No | Yes |
| 10 | Borden | Robert | J | W13 | PO Box 398 | Weymouth | MA | 02188 | No | | No | No |
| 11 | Borges | Jose | A | W43 | 1 Prescott St. #144 | East Boston | MA | 02128 | Yes | 05/01/2004 | No | No |
| 12 | Boudreau | Tonia | M | W13 | 33 School St. | North Chelmsford | MA | 01863 | Yes | 02/26/2004 | Yes | No |
| 13 | Brinkley | Eric | R | W43 | 89 Western Ave. | Saugus | MA | 01906 | No | | No | No |
| 14 | Bruzzese, Jr. | Thomas | J | W13 | 80 Park St. #14 | Lynn | MA | 01905 | No | | No | No |
| 15 | Burke | Joseph | F | R13 | 609 Middle St. Apr 75 | Weymouth | MA | 2189 | No | | No | No |
| 16 | Butt | William | P | W43 | 130 O'Leary Place | Lynn | MA | 01905 | Yes | 05/01/2004 | No | No |
| 17 | Calbazana | T | H | R13 | PO Box 6022 | Agoura Hills | CA | 91376 | No | | No | No |
| 18 | Cartegena | Marybel | | W43 | 17 Hiawatha Road Apt 3 | Mattapan | MA | 02126 | Yes | 02/26/2004 | No | No |
| 19 | Cataldo | Kenneth | D | W43 | 68 Hernon St. | Winthrop | MA | 02152 | Yes | 05/01/2004 | Yes | Yes |
| 20 | Chen | Robert | S | W43 | 16 Patrick Rd | Quincy | MA | 02169 | Yes | 02/24/2004 | No | No |
| 21 | Chiasson | Adam | W | W43 | 36 Murdock Ave | Quincy | MA | 02169 | Yes | 02/26/2004 | No | No |
| 22 | Choi | Chang | Y | W43 | 145 Main St. | Melrose | MA | 02176 | Yes | 02/26/2004 | No | No |
| 23 | Clarke | Kevin | F | W43 | 17 Milton Road | North Quincy | MA | 02171 | Yes | 02/26/2004 | Yes | Yes |
| 24 | Clay | William | T | W43 | 79 White Street Ext. U42 | Malden | MA | 02148 | Yes | 02/26/2004 | Yes | Yes |
| 25 | Cole | Laurie | A | W43 | 2221 Avalon Drive | Wilmington | MA | 01887 | Yes | 02/26/2004 | Yes | Yes |
| 26 | Connolly | Rosemary | P | W43 | 8 Blake Court | Everett | MA | 02149 | Yes | 05/01/2004 | No | No |
| 27 | Conrad | James | W | W43 | 24 Dawes St. | Dorchester | MA | 02125 | Yes | 05/01/2004 | No | No |
| 28 | Cockren | Michael | | W43 | 65 Mountainview Road | East Weymouth | MA | 02189 | Yes | 02/22/2004 | Yes | No |
| 29 | Cutler | Phillip | J | R13 | 18 Bickford Ave. | Revere | MA | 02151 | No | 05/01/2004 | No | No |
| 30 | D'Amelio | David | J | W43 | 92 Webster St. | East Boston | MA | 02128 | No | | No | No |
| 31 | D'Amato | Joseph | J | W43 | 246 Park Ave. #3 | Revere | MA | 02151 | No | 05/01/2004 | No | No |
| 32 | Daly | Daniel | F | W43 | 248 Pearl St. | Braintree | MA | 02184 | Yes | 05/01/2004 | No | No |
| 33 | Della Penta | Dominic | | W13 | 30 Gibbons St. | Somerville | MA | 02143 | No | | No | No |

| # | Last | First | MI | Code | Address | City | State | Zip | | | Date | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 34 | Demko | Peter | W | W13 | 1044 Washington St. | Weymouth | MA | 02189 | No | | | No | No |
| 35 | Dempsey | Michael | J | W43 | 9 Wilson St. | North Billerica | MA | 01862 | No | | | No | No |
| 36 | Desouza | Leila | P | W43 | 186 Belmont St. #1 | Malden | MA | 02148 | Yes | 02/26/2004 | | Yes | Yes |
| 37 | Desrochers, Sr. | Donald | L | W43 | 44 Plainfield Ave. | Malden | MA | 02148 | Yes | 02/25/2004 | | No | No |
| 38 | Diensio | Nancy | M | W73 | 15 Parker Dr. | North Reading | MA | 01864 | Yes | 02/26/2004 | | Yes | Yes |
| 39 | Doane, Sr. | George | J | R13 | 511 Center St. | Lake Wales | FL | 33863 | No | | | No | No |
| 40 | Doherty | Sheila | A | W43 | 18 Nickson Lane | Stoneham | MA | 02180 | No | | | No | No |
| 41 | Doisi | Fasid | | W43 | 27 Bailey St. Apt 3 | Dorchester | MA | 02124 | Yes | 02/26/2004 | | Yes | No |
| 42 | Dubois | David | R | W43 | 66 Bishop Allen Dr. Apt 2 | Cambridge | MA | 02139 | No | | | No | No |
| 43 | Dugan | Dorcey | P | W43 | 91 Rice Rd. | Woonsocket | RI | 02170 | No | | | Yes | No |
| 44 | Duran | Andrew | M | W43 | 229 Bald Eagle Rd. | South Weymouth | MA | 02190 | No | | | No | No |
| 45 | Edwards | Lisa | A | W43 | 35 Glendale St. | Revere | MA | 02151 | No | | | No | No |
| 46 | Empey | Roy | R | R13 | 150 Beaver Dam Rd. | Plymouth | MA | 2360 | No | | | No | No |
| 47 | Easley | Tarniesha | L | W43 | 59 Birchcroft Rd. | Hyde Park | MA | 02136 | No | | | No | No |
| 48 | Fahy | Stephen | T | W43 | PO Box 51763 | Boston | MA | 02205 | No | | | No | No |
| 49 | Fisher | Jonathan | A | W43 | 75 Wicklow Ave. | Medford | MA | 02155 | Yes | 02/26/2004 | | No | No |
| 50 | Fitzpatrick | John | D | W13 | 152 Vinal St. | Revere | MA | 02151 | No | | | No | No |
| 51 | Flagg | Patrick | J | W43 | 20 Dinin Young Lane | Billerica | MA | 01821 | No | | | No | No |
| 52 | Flynn | Amy | M | W43 | 18 Wakefield Ave. | Saugus | MA | 01906 | No | | | No | No |
| 53 | Flynn | Christophe | R | W43 | 46 Bonair St. | West Roxbury | MA | 02132 | Yes | 02/24/2004 | | Yes | No |
| 54 | Robert | Matthew | E | W43 | 15 Ocean Ave. Apt 109 | Winthrop | MA | 02152 | Yes | 02/24/2004 | | Yes | Yes |
| 55 | Freitas | Joseph | W | W16 | 63 Pearl St. | Woburn | MA | 01801 | No | | | No | No |
| 56 | Fuentes | Gilbert | F | R13 | PO Box 28171 | Pocillo | PR | 00659 | No | | | No | No |
| 57 | Gaetano | Glenn | A | W43 | 35 Everson Rd. | Marshfield | MA | 02050 | Yes | 02/25/2004 | | Yes | No |
| 58 | Gantly | Richard | T | W43 | 17 Ashmont St. | Dorchester | MA | 02124 | Yes | 02/26/2004 | | Yes | Yes |
| 59 | Ganz | Elliot | M | R13 | 37 Jordan Rd. | West Peabody | MA | 01960 | No | | | No | No |
| 60 | Giang | Cuong | H | W43 | 36 Whitney Rd. | Quincy | MA | 02169 | No | | | No | No |
| 61 | Gibson | George | F | R13 | 4 Tremont St. | Cambridge | MA | 02139 | No | | | No | No |
| 62 | Gibson, Jr. | Janet | S | W13 | 95 West Squantum St. Apt 115 | North Quincy | MA | 02171 | Yes | 02/29/2004 | | Yes | Yes |
| 63 | Gomes | John | | W43 | 38 Carter St. #203 | Everett | MA | 02171 | Yes | 03/01/2004 | | No | No |
| 64 | Gomes | Rita | M | W43 | 74 Freeman St. #1 | Stoughton | MA | 02072 | Yes | 02/29/2004 | | No | Yes |
| 65 | Gottran | Joseph | E | W43 | 241 Ralph Talbot St. | South Weymouth | MA | 02190 | No | | | No | No |
| 66 | Griffin, Jr. | William | M | W43 | 46 Ocean St. | Brant Rock | MA | 02020 | No | | | No | No |
| 67 | Guan | Junxian | | W43 | 7 Small St. | North Quincy | MA | 02171 | No | | | No | No |
| 68 | Hanlan | Craig | P | W43 | 21 Washington Place | Malden | MA | 02148 | No | | | No | No |
| 69 | Holbrook | Frederick | R | R13 | 40 Dexter Rd. | Rockland | MA | 02370 | No | | | No | No |
| 70 | Holmes | Jodie | S | W13 | 15 Everett St. | Lynn | MA | 1901 | No | | | No | No |

| # | Last Name | First Name | MI | Code | Street | City | State | Zip | | Date | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 71 | Hudson | Russell | C | W13 | 8A Riverview Way | Gloucester | MA | 01930 | No | | No | No |
| 72 | Huertas | Lisa | W | W43 | 114 Converse Ave. | Malden | MA | 02148 | Yes | 02/26/2004 | No | No |
| 73 | Hunter | Anthony | M | W43 | 6 Quint Ave. | Alliston | MA | 02134 | Yes | 02/26/2004 | No | Yes |
| 74 | Iimenez | Regina | M | W43 | 9 Darell Dr. | Randolph | MA | 02368 | Yes | 02/26/2004 | No | No |
| 75 | Johnson | Dorothy | M | W43 | 76 Austin St. | Hyde Park | MA | 02136 | Yes | 02/26/2004 | No | No |
| 76 | Jones | Brian | D | W43 | 4 Vane St. | Walpole | MA | 02084 | Unknown | | No | No |
| 77 | Joyce | William | F | W13 | 9 Rampert Court | Henderson | NV | 89074 | No | | No | No |
| 78 | Kelly | Joseph | P | R13 | 108 Hemlock Dr. | Norwell | MA | 02061 | No | | No | No |
| 79 | Kielczewski | Richard | B | W13 | 10 Acton St. | Quincy | MA | 02170 | Yes | 02/26/2004 | No | No |
| 80 | Knowles | Kevin | B | W13 | 29 Vincent St. | Saugus | MA | 01906 | No | | No | No |
| 81 | Madden | Stephen | J | W43 | 28A Story St. | South Boston | MA | 02127 | Yes | 03/01/2004 | Yes | No |
| 82 | Mahoney | Charles | W | W43 | 75 Clement Ave. | West Roxbury | MA | 02132 | No | | No | No |
| 83 | Mann | Douglas | S | W43 | 190 Mountain Ave. #105 | Malden | MA | 02148 | No | | No | No |
| 84 | Manning | James | S | W43 | 4 Green St. | Watertown | MA | 02472 | Yes | 02/24/2004 | Yes | Yes |
| 85 | Martinez | Eduardo | | W43 | PO Box 939 | Yilaba | PR | 00766 | No | | No | No |
| 86 | Marvel | Jeffrey | A | W43 | 9 Olney St. | Dorchester | MA | 02121 | No | | No | No |
| 87 | Massucco | Michael | R | W13 | PO Box 6365 | Chelsea | MA | 02150 | No | | No | No |
| 88 | McBride | Stephen | D | W43 | 22 Hammond Rd. | Hanson | MA | 02341 | Yes | 02/24/2004 | No | No |
| 89 | Mellone | John | S | W43 | 70 Rumney Rd. | Revere | MA | 02151 | No | | No | No |
| 90 | Miller | Matthew | D | W43 | 23 Birch St. | Everett | MA | 02149 | No | | No | No |
| 91 | Mitchell | John | F | R13 | 333 Lisa Dr. | Brockton | MA | 02401 | No | | No | No |
| 92 | Moody | Lawrence | NI | W13 | 2134 East Broadway Rd. #2045 | Tempe | AZ | 85282 | Yes | 03/19/2004 | Yes | No |
| 93 | Moore | Carandias | | W43 | 85 Houston Ave. | Milton | MA | 02186 | No | 04/01/2004 | No | No |
| 94 | Morris | Kerrianne | M | W43 | 16 Poole Circle | Holbrook | MA | 02343 | Yes | 02/26/2004 | No | No |
| 95 | Mortimer | Dianne | L | W13 | 267 Neck St. #A4 | Weymouth | MA | 02191 | Yes | 02/26/2004 | No | Yes |
| 96 | Mueller | Erica | L | W13 | 36 Donald Rd. | Billerica | MA | 01821 | Yes | 02/26/2004 | No | No |
| 97 | Mui | Andy | | W43 | 41 Bayview St. | Quincy | MA | 02169 | Yes | 04/01/2004 | No | No |
| 98 | Murray | David | B | W13 | 46 Chester Ave. | Medford | MA | 02155 | No | 02/26/2004 | Yes | No |
| 99 | Mistone | Robert | M | W43 | 21 Hale Ave. | Winthrop | MA | 02152 | No | | No | No |
| 100 | O'Keefe | Kim | F | W43 | 112 Middle St. #12 | East Weymouth | MA | 02189 | Yes | 02/29/2004 | No | No |
| 101 | Oliveira | Fernando | B | W43 | 30 Pleti Place Apt. 31 | Revere | MA | 02151 | Yes | 02/26/2004 | Yes | No |
| 102 | Noonan III | Edward | G | W43 | 37 Brunswick St. | Marshfield | MA | 02050 | No | | No | No |
| 103 | Noyes | Stephen | T | W13 | PO Box 2192 | Ocean Bluff | MA | 02065 | No | | No | No |
| 104 | Oakes | Stacey | N | W43 | 151 Sea St. Apt 501 | Quincy | MA | 02169 | No | | No | No |
| 105 | Patel | Tejal | P | W43 | 110 Neponset St. | Norwood | MA | 02062 | Yes | 02/24/2004 | Yes | No |
| 106 | Peiu | Ruth | M | W13 | 14 Sherman Terrace | Lynn | MA | 01902 | Yes | Unknown | Yes | No |
| 107 | Phan | Tri | V | W43 | 82 Cummings Highway | Roslindale | MA | 02131 | Yes | 02/26/2004 | Yes | Yes |

| # | Last Name | First Name | MI | Code | Address | City | State | Code | Y/N | Date | Y/N | Y/N |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 108 | Piazza | Michael | A | W43 | 64 Elmwood Ave. | Dedham | MA | 02/20/04 | Yes | 02/26/2004 | Yes | Yes |
| 109 | Pirelli | Robert | T | V13 | 60 Milliken Ave. Apt B | Franklin | MA | 02/19/04 | Yes | 02/26/2004 | No | Yes |
| 110 | Pitts | Ronald | J | V13 | 7 Grafton St. | Wakefield | MA | 01/18/04 | Yes | 02/26/2004 | No | Yes |
| 111 | Poirier | Melissa | A | W43 | 5 Union St. | Onset | MA | 02/25/04 | Yes | 02/26/2004 | No | Yes |
| 112 | Pompeo | Jason | B | W43 | 97 Cottage St. | Chelsea | MA | 02/25/04 | Yes | 02/22/2004 | Yes | Yes |
| 113 | Porter | James | L | W13 | 26 Irving St. | Revere | MA | 02/15/04 | Yes | 02/22/2004 | Yes | No |
| 114 | Proia, Jr. | John | A | W13 | PO Box 650013 | West Roxbury | MA | 02/25/04 | Yes | 02/26/2004 | Yes | No |
| 115 | Puddister | Janet | G | W43 | PO Box 223 | West Newton | MA | 02/46/5 | No | Unknown | No | No |
| 116 | Randall | F | L | W13 | 47 Old Colony Lane | Hingham | MA | 02/04/1 | Yes | 02/26/2004 | No | Yes |
| 117 | Rankin | Selena | G | W43 | PO Box 260780 | Marshfield | MA | 02/05/0 | No | | No | No |
| 118 | Richman | Alan | H | W43 | 77 Mayfair Dr. | Westwood | MA | 02/26/ | No | | No | No |
| 119 | Robinson | Matthew | J | W43 | 74 Orchard St. | Cambridge | MA | 02/09/0 | Yes | 02/27/2004 | Yes | Yes |
| 120 | Samson | John | J | W13 | 109 Walnut St. | Malden | MA | 02/14/8 | No | | No | No |
| 121 | Schnelderman | John | F | V13 | 492 Ashmont St. | Dorchester | MA | 02/22/2 | Yes | 02/26/2004 | Yes | Yes |
| 122 | Scivitella | Craig | M | W43 | 33 Northwood Circle | Woburn | MA | 02/12/6 | Yes | | Yes | Yes |
| 123 | Simpson | Debra | A | W43 | 14 Tower Rd. | Arlington | MA | 02/07/1 | No | | Yes | Yes |
| 124 | Sluskonis | Mary | L | W43 | 201 Elm St. | Medford | MA | 02/15/5 | No | | No | No |
| 125 | Sordino | Angelo | L | V13 | 9 Sixth St. Apt 2 | Cambridge | MA | 02/14/1 | No | | No | No |
| 126 | Spano | Holly | M | W43 | 37 Bayberry Rd. | Abington | MA | 02/35/1 | Yes | | No | No |
| 127 | Stewart | Renee | A | W43 | 130 Constitution Ave. | Revere | MA | 02/15/1 | Yes | 02/24/2004 | Yes | No |
| 128 | Syberiz | Norbert | F | R13 | 160 River St. | North Weymouth | MA | 02/19/1 | No | | No | No |
| 129 | Tavella, Jr. | Anthony | F | W43 | 71 Terrace Ave. | Winthrop | MA | 02/15/2 | No | | No | No |
| 130 | Tirell | Derek | H | W43 | 815 Saratoga St. #3 | East Boston | MA | 02/12/8 | No | | No | No |
| 131 | Tower | Mark | E | W43 | 86 Kevin Rd. | Brockton | MA | 02/24/2 | No | | No | No |
| 132 | Townes | Leevonia | | R13 | 46 Mellen St. | Dorchester | MA | 02/12/1 | No | | No | No |
| 133 | Tran | Thi | V | W43 | 239 Cambridge St. #3 | Allston | MA | 02/13/4 | No | | No | No |
| 134 | Tse | Martin | W | W43 | 348 Tremont St. Apt C203 | Boston | MA | 02/11/6 | No | | No | No |
| 135 | Walker | Charles | E | W43 | 112 Train St. Apt 1 | Dorchester | MA | 02/12/2 | Yes | 02/26/2004 | No | No |
| 136 | Walker | Frank | J | W13 | 8 Clifton St. | Saugus | MA | 01/19/06 | No | | No | No |
| 137 | Walsh | David | R | W43 | 255 Hardy Pond Rd. | Waltham | MA | 02/35/1 | No | | Yes | Yes |
| 138 | Wang | Carl | | W43 | 14 Heron St. Apt 403 | West Roxbury | MA | 02/23/2 | No | | No | No |
| 139 | Warren | Lucy | L | W43 | 755 Shawmut Ave. | Roxbury | MA | 02/19/ | No | | No | No |
| 140 | White | Stephen | J | W43 | 69 Tainter St. | Medford | MA | 02/15/ | Yes | 02/26/2004 | No | No |
| 141 | Wu | Fai | Y | W43 | 16 Buckingham Rd. | Wollaston | MA | 02/12/0 | Yes | 02/26/2004 | Yes | Yes |
| 142 | Wynot | Sheryl | L | W43 | 10 Great Neck Rd. | East Wareham | MA | 02/35/8 | No | | No | No |
| 143 | Zampichla | William | R | W43 | 73 Cushing Rd. | Malden | MA | 02/23/8 | Yes | 02/24/2004 | No | Yes |
| 144 | Zawanski | Robert | A | W43 | 500 Revere Beach Blvd. #508 | Revere | MA | 02/15/ | Yes | 02/26/2004 | Yes | Yes |

| 145 | Zou | Yun | | W43 | 14 Abbot St. | | Newton | MA | 02460 | No | | No | No |
|-----|-----|-----|--|-----|--------------|--|--------|----|-------|----|--|----|----|

** = Ballot Received After Election Date

| | |
|-----|-----|
| W43 | 100 |
| W73 | 31 |
| R13 | 13 |
| L13 | 0 |
| W76 | 1 |
| W41 | 0 |
| | 145 |

| | |
|---|---|
| Total Members Not on Branch 34 Murdock List | 145 |
| Excluded Members Who Voted in Election | 41 |
| Excluded Members Requesting Ballots | 58 |
| Excluded Members Not Requesting Ballot | 87 |

# Exhibit
# 15

IML    ROBERT M. MUSTONE    Supi    6/1/03

| YEAR | BAL. DUE JAN. 1 | JAN. | FEB. | MAR. | APR. | MAY | JUN. | JUL. | AUG. | SEP. | OCT. | NOV. | DEC. | YEAR TOTAL |
|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|
| 1995 | | | | | | | | | | | | | | |
| 1996 | | | | | | | | | | | | | | |
| 1997 | | | | | | | | | | | | | | |
| 1998 | | | | | | | | | | | | | | |
| 1999 | | | | | | | | | | | | | | |
| 2000 | | | | | | | | | | | | | | |
| 2001 | | | | | | | | | | | | | | |
| 2002 | | | | | | | | | | | | | | |
| 2003 | | | | | | | | | | | | | | |
| 2004 | | | | | | | | | | | | | | |
| 2005 | | | | | | | | | | | | | | |
| 2006 | | | | | | | | | | | | | | |
| 2007 | | | | | | | | | | | | | | |
| 2008 | | | | | | | | | | | | | | |
| 2009 | | | | | | | | | | | | | | |
| 2010 | | | | | | | | | | | | | | |
| 2011 | | | | | | | | | | | | | | |

74

# Exhibit 16

**This exhibit is an excerpt.**

LLRGBKC

MEMBERSHIP LIST OF BRANCH   34
AS OF   4/12/2004

| AME | SSN | MID# | OPT | TYPE | EFF.DATE | CANC.DATE |
|------|-----|------|-----|------|----------|-----------|
| DWIN A AHLSTEDT | | 32490010951 | 2 | ACTIVE | 01/24/1979 | |
| OSEPH A ALBANO | | 32240038756 | 2 | ANNUITANT | 07/10/1982 | |
| ALVATORE J ALBANO | | 32290228549 | 2 | ANNUITANT | 07/09/1960 | |
| HOMAS C ALLEN | | 32130630043 | 1 | ANNUITANT | 01/14/1967 | |
| RANK E AMBROSE | | 32210023355 | 2 | ANNUITANT | 11/11/1961 | |
| LADSTONE ANDREWS | | 32100437918 | 1 | CANCELLED | 01/14/1978 | 01/29/2004 |
| AMES T ARMSTRONG | | 32130630720 | 2 | ANNUITANT | 01/01/2001 | |
| REGORY L ASHE | | 32480426623 | 1 | ACTIVE | 07/10/1982 | |
| NTHONY C BADOLATO | | 32110235861 | 2 | ANNUITANT | 07/10/1982 | |
| RISTINE M BAILEY | | 32500424992 | 2 | ACTIVE | 01/11/2003 | |
| NNETH A BAMBERY | | 32160824444 | 2 | CANCELLED | 01/10/1970 | 06/28/2002 |
| MUEL BARATZ | | 32110622191 | 2 | ANNUITANT | 07/10/1982 | |
| UCE E BARCLAY | | 32320816358 | 1 | ACTIVE | 04/02/1983 | |
| CHARD E BARKER | | 32230219351 | 2 | ANNUITANT | 07/10/1982 | |
| VERLY A BARKUS | | 32380427841 | 1 | ACTIVE | 10/01/1983 | |
| IN G BARRETT | | 32250822431 | 1 | ANNUITANT | 08/17/1963 | |
| TER F BEDDIA | | 32050124380 | 1 | ANNUITANT | 01/01/1995 | |
| NNIS J BENARDO | | 32440076648 | 2 | ANNUITANT | 06/01/2003 | |
| . R BENEWAY | | 32020511826 | 1 | ANNUITANT | 07/01/1982 | 06/30/2002 |
| N BENLIAN | | 32020530120 | 1 | ANNUITANT | 07/09/1960 | |
| OLD W BENNETT | | 32130029975 | 2 | ANNUITANT | 01/04/1975 | |
| D BENSON | | 32700019705 | 1 | ACTIVE | 01/12/2002 | |
| N L BENTON | | 32130629996 | 1 | ANNUITANT | 07/10/1982 | |
| T BERGIN | | 32390424890 | 2 | ACTIVE | 01/04/1975 | |
| Y A BERGIN | | 32010739022 | 1 | ACTIVE | 07/09/1960 | 12/31/2003 |
| ALD L BERREN | | 32340014686 | 2 | ANNUITANT | 01/01/2002 | |
| NCIS D BERTONI | | 32260212493 | 2 | ANNUITANT | 01/01/1992 | |
| PH A BILLOTTE | | 32610032325 | 2 | ACTIVE | 01/11/2003 | |

ELLRGBKC .

MEMBERSHIP LIST OF BRANCH    34
AS OF    4/12/2004

| NAME | SSN | MID# | OPT | TYPE | EFF.DATE | CANC.DATE |
|------|-----|------|-----|------|----------|-----------|
| DAVID G CULLEN | | 32210834573 | 1 | CANCELLED | 01/12/1980 | 03/02/2003 |
| JOHN L CULLINAN | | 32250212408 | 2 | ANNUITANT | 01/01/1977 | |
| ROBERT J CURLEY | | 32250025032 | 2 | CANCELLED | 01/04/1975 | 08/31/2002 |
| EDWARD R DALEY | | 32320622514 | 2 | ANNUITANT | 01/12/2002 | |
| VARD L DAVIDSON | | 32260203910 | 2 | ANNUITANT | 01/14/1967 | |
| EORGE T DE PIETRO | | 32330232767 | 2 | ACTIVE | 08/07/1982 | |
| ILLIAM T DEASON | | 32242058295 | 1 | ANNUITANT | 01/03/1976 | |
| )UIS D DELLUCCI | | 32100431191 | 1 | CANCELLED | 01/01/2000 | 07/31/2003 |
| NNETH R DELUCA | | 32340639580 | 2 | ACTIVE | 01/10/1981 | |
| HN M DEMERJIAN | | 32120435660 | 2 | O.W.C.P. | 01/14/1967 | |
| TER W DEMKO | | 32440411754 | 1 | ACTIVE | 01/13/2001 | |
| NCENT J DESTEFANO | | 32110618603 | 2 | ANNUITANT | 07/09/1960 | |
| VARD J DEVER | | 32110437966 | 2 | ANNUITANT | 01/02/1988 | |
| IARD J DEVER | | 32160620947 | 2 | ANNUITANT | 07/10/1982 | |
| ID C DIAMOND | | 32200029182 | 2 | CANCELLED | 01/08/1972 | 12/31/2003 |
| QUALE R DICESARE | | 32260224199 | 1 | ANNUITANT | 03/13/1965 | |
| IARD M DILLON | | 32017328990 | 2 | ANNUITANT | 07/15/1978 | |
| EL J DOHERTY | | 32190220969 | 2 | ANNUITANT | 07/09/1960 | |
| I J DOHERTY | | 32110439070 | 1 | ANNUITANT | 01/01/1977 | |
| PH L DOHERTY | | 32290617489 | 1 | CANCELLED | 07/09/1960 | 08/31/2003 |
| E DOHERTY | | 32170416575 | 1 | CANCELLED | 07/09/1960 | 09/30/2002 |
| ICK J DOHERTY | | 32160815894 | 2 | ANNUITANT | 07/09/1960 | |
| M DONNELLY | | 32110224477 | 2 | ANNUITANT | 01/01/1977 | |
| IS J DONOVAN | | 32260421318 | 1 | ANNUITANT | 03/17/1962 | |
| ONOVAN | | 32340012063 | 1 | ANNUITANT | 01/14/1978 | |
| ED A DOOLEY | | 32100025590 | 1 | ANNUITANT | 01/08/1972 | 11/30/2002 |
| AM W DOUGLAS | | 32320837761 | 2 | ACTIVE | 02/19/1983 | |
| F DOW | | 32130023280 | 2 | CANCELLED | 07/09/1960 | 09/30/2002 |

# Exhibit
# 17

FROM :NALC BRANCH 34                    FAX NO. :6172688844                    Jan. 07 2005 03:42PM P2



# National Association of
# Letter Carriers

**William H. Young**
President

100 Indiana Ave., NW
Washington, DC
20001-2144
202.393.4695
www.nalc.org

**Jim Williams**
Executive Vice President

**Gary H. Mullins**
Vice President

**Jane E. Broendel**
Secretary-Treasurer

**Myra Warren**
Asst. Secretary-Treasurer

**Fredric V. Rolando**
Director, City Delivery

**Alan C. Ferranto**
Director, Safety & Health

**Brian E. Hellman**
Director, Life Insurance

**Thomas H. Young Jr.**
Director, Health Insurance

**Donald T. Southern**
Director, Retired Members

**Board of Trustees:**
**Larry Brown Jr.**
Chairman
**Daniel T. Rupp**
**Randall L. Keller**

Affiliated with the AFL-CIO &
Union Network International

January 4, 2005

Robert A. Lind, President
Branch 34, NALC
626 Dorchester Avenue
So. Boston, MA   02127-3595

Dear Brother Lind:

This is in reply to your letter, dated December 22, 2004, requesting rulings as to the eligibility of various categories of members to vote in a Branch election.

Your first question pertains to the eligibility of members who transfer to a postal facility within the jurisdiction of another branch. I have previously ruled that, in the situation described, a transferring NALC member should be considered a member of the receiving branch effective as of the date he/she reports to work in a postal facility within the jurisdiction of the receiving branch. At that point, the transferring member would no longer be eligible to vote in the former branch.

As to your second question, members who transfer to other postal crafts are still regular members under Article 2, Section 1(a) of the NALC Constitution and are, therefore, eligible to vote in branch elections.

Your third question concerns the eligibility of "associate members that joined our NALC Health Benefit Plan." I assume you are referring to individuals who become Health Plan members under Article 22 of the NALC Constitution. Such members are not eligible to vote. Article 22, Section 2 specifically states that "[a] health plan member shall be a member only for the purpose of enrollment in the NALC Heath Benefit Plan and shall not have a voice or vote in any of the affairs of the NALC or its Branches."

Finally, you ask when a newly hired employee that joins our union is eligible to vote in branch elections. Prior rulings have established that if a qualified applicant has signed a Form 1187 before the date of an election, the Branch may permit such a member to vote. Unlike the NALC National Constitution

Robert A. Lind
January 4, 2005
Page 2

(see Article 6, Section 8), the Constitution for the Government of Subordinate and Federal Branches does not provide for a cut-off date to determine eligibility. Article 5, Section 3 simply provides that "[a]ll regular members shall be entitled to one vote for each office or position to be filled."

I trust that the foregoing is responsive to your inquiries.

Sincerely,

William H. Young
President

WHY/lm

# Exhibit 18

**This exhibit is an excerpt.**

National Association
of Letter Carriers

# Constitution

As amended through the
63rd Biennial Convention
Philadelphia, Pennsylvania
August 19-23, 2002

being voted, and shall be filed by the secretary for a period of not less than one year. The result of the vote by city and Branch shall be printed in *The Postal Record*, and if a majority of the members voting favor said amendment or proposition, it shall become immediately operative, unless otherwise specified: provided, that not less than 50 percent of the total membership of the National Association of Letter Carriers shall have voted on the proposed amendment or proposition submitted for a referendum.

(d). After a proposition or amendment has been once placed before the membership of the NALC for a vote, it shall not again be submitted for referendum action within one year.

Sec. 6. All amendments to this Constitution shall unless otherwise provided for, take effect immediately.

## ARTICLE 20

### Effects of Declaration of Invalidity

If any provision of this Constitution, or the Constitution for the Government of Subordinate and Federal Branches, or the Constitution for the Government of State Associations, shall be declared invalid or inoperative by any competent government authority, the Executive Council shall have authority to suspend the operation of such provision during the period of its invalidity and to substitute in its place a provision which will meet the objections to the validity and which will accord to the fullest extent practicable with the objectives of the original

64

provision. Whenever the Executive Council exercises the powers granted herein, notice of the Constitutional change made shall be given in *The Postal Record*. If any provision of this Constitution, the Constitution for the Government of Subordinate and Federal Branches, or the Constitution for the Government of State Associations shall be declared inoperative or invalid by any competent government authority, the remainder of that Constitution, or the application of such provision to persons or circumstances other than those as to which it has been held invalid shall not be affected thereby.

## ARTICLE 21

### Order of Business, National Convention

Section 1(a). On the second day of the Convention (Tuesday), Constitutional Amendments shall be the first order of business. No other business shall be brought before the Delegates until all proposed Constitutional changes have been voted upon by the Delegates who shall be in Executive Session.

(b). On the third day of the Convention (Wednesday), or right after the proposed Constitutional changes have been voted on, the Retirees resolutions and any other business pertaining to retirees or retirement shall be taken care of.

## ARTICLE 22

### Health Plan Members

Section 1. Notwithstanding the provision in Article 2, there shall be a health plan type of membership which shall include any employee of the

65

United States government and of the District of Columbia government (except a nonsupervisory employee of the United States Postal Service), such a retired employee who was a health plan member at the time of retirement, and supervisory employees in the Postal Career Service.

Sec. 2. A health plan member shall be a member only for the purpose of enrollment in the NALC Health Benefit Plan and shall not have a voice or vote in any of the affairs of the NALC or its Branches, nor be eligible to hold any office in, or attend meetings of, the NALC or its Branches; nor be entitled to any services provided by the NALC or its Branches to other members, except services and benefits provided by the NALC Health Benefit Plan to its enrollees.

Sec. 3. Each health plan member who is a supervisory employee in the Postal Career Service must pay full national and state per capita taxes and, in addition, the prevailing dues of the branch which has jurisdiction over the zip code area where the member actually works. Each health plan member who is not a supervisory employee of the Postal Career Service shall pay directly to the National Association per capita tax of $36 per annum or fraction thereof, payable on the date enrollment in the NALC Health Benefit Plan is effective, and on each January 1 thereafter during continuance of the enrollment. Health plan membership shall be terminated if per capita tax payment is not made within 60 days of the due date.

Sec. 4 (a). For the advancement of the NALC Health Benefit Plan, twelve dollars ($12.00) of the per annum per capita tax paid by a Health Plan member shall be paid by the National Association to

the Branch which has jurisdiction over the zip code area where the member works, or, if retired, the zip code area where the retired member lives.

(b). Two dollars of the per annum, per capita tax paid by a health plan member shall be paid by the National Association to the NALC Health Benefit Plan.

(c). Five dollars of the per annum, per capita tax paid by a health plan member shall be paid by the National Association to the State Association in the state in which the member works, or, if retired, the State Association in the state in which the retired member lives.