# Exhibit 19

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ELAINE L. CHAO, Secretary of Labor,<br>United States Department of Labor,<br><br>　　　　　Plaintiff<br><br>v.<br><br>BRANCH NO. 34, NATIONAL<br>ASSOCIATION OF LETTER CARRIERS,<br>AFL-CIO,<br><br>　　　　　Defendant | Civil Action No. 04-CV-12356-PBS |

**AFFIDAVIT OF JUDITH L. HALL**

1. My name is Judith L. Hall, and I am a resident of Braintree, Massachusetts.

2. I am the Administrative Assistant for Branch 34 of the National Association of Letter Carriers ("Union") and have held that position since April 1, 1980.

3. As part of my duties, I serve as the contact person for Murdock Mailing Co. at the Union. The Union uses Murdock Mailing for all mailings to the membership, including its bimonthly newspaper, the *CLAN*. We have used Murdock Mailing for most of the time that I have worked for the Union.

4. Murdock Mailing maintains the Union's mailing list. I provide Murdock Mailing with updates to members' addresses on a continual basis, typically once per week. I have an especially large number of updates right after a mailing is sent out.

5. If mail sent to an address on the mailing list has been returned as undeliverable I attempt to find the member's new address. I telephone the Post Office and ask whether there is a forwarding address on file. I telephone the National Association of Letter Carriers (NALC) to see whether they have a new address on file. I look in the phone book for a number for the member, and telephone to ask the member for a new address.

2

6. It is rare that I am unable to track down the member with these efforts. However in those cases that I can not find a new address for a member and our mailings are repeatedly returned as undeliverable, I eventually tell Murdock to remove the member from its list. The member is not removed from the Union's membership database and is still recorded as a member even though his or her address is no longer valid. If the member is located at a later date, then he or she is returned to the mailing list.

7. Murdock Mailing occasionally sends me a copy of the mailing list as a courtesy, but I typically do not have an up-to-date version. The list is about 4,600 names long and several inches thick.

8. When the Union holds an election, I make sure to get all of the address corrections I have to Murdock Mailing before ballots are sent out. However, I do not examine every name on our membership list because I have been updating these addresses on a continual basis.

9. Prior to each election, the Union requests an eligibility list from the National Association of Letter Carriers. The Union requests it as close to the time of the election as practical, so it is up-to-date when ballots are counted.

10. These have been the Union's practices regarding updating its mailing lists and conducting elections for over ten years. The only change I can recall is that I now fax Murdock lists of corrections whereas I used to mail them on index cards.

11. I followed these procedures prior to both the 2001 and the 2004 elections of Union officers. Murdock Mailing sent me a copy of the list they used at about the time they sent out the ballots. Although I am not certain, it is possible that I spot-checked some names on this list prior to the mailing of the ballots, to ensure that new members had been added and recently-resigned members had been removed. Later I looked through the list more thoroughly, as discussed below.

12. After the ballots were sent out for the 2004 elections, I began receiving calls from Union members saying they had not received ballots. I also got calls from Union stewards requesting ballots on behalf of other members. When I received such calls, I wrote down the name and current address of the members needing ballots.

13. I would then check for each member's name on the mailing list Murdock Mailing used to send out the ballots. If the member's address on that list was incorrect I would update it and send a ballot to the new address. If the member's address was correct, I would still send a ballot even though it appeared she or he had already received one.

14. If the individual requesting a ballot did not appear on the mailing list for the ballots, I would check his or her membership status in the Union's computer. Only a very small number of requesters were not eligible – these were people who had just begun work at the Post Office and had not yet been enrolled in the Union. After a number of calls I also began checking an old mailing list, as discussed below.

15. Exhibit 20 is six pages of my records of these ballot requests. The stars are not on the original records. In case they are difficult to read, the names next to the stars are: Jonathan Fisher (#49 in Exhibit 14), Lisa Huertas (#72), Dorothy Johnson (#75), Kim O'Keefe (#100), Stacey Oakes (#104), and Renee Stewart (#127).

16. The check mark through each name indicates that I typed up address labels for them. After I typed up address labels, I would provide them to John Baginsky, the Union's Election Chairman, who used them to mail ballots to each member. He did this in my work area. Occasionally, when John Baginsky was not going to be coming in to the office soon, he authorized me to mail the ballots myself.

17. I became concerned from the calls I received that Murdock Mailing might have dropped some names from the Union mailing list. I began comparing the two most recent copies of the mailing list which Murdock had provided, and found a number that were on the older version and not on the newer one.

18. I looked for a pattern in the names which had been dropped, and I could not find one. I telephoned Murdock Mailing and asked why the names had been dropped, and after investigation they reported that it had been a computer problem. The names were not dropped at my request.

19. After the 2004 election, Kerry McEntee and three staff members from the Office of Labor Management Standards investigated the Union's conduct during the election. The staff members spent at least two visits of nearly a full day each comparing the Murdock Mailing list with the National Association of Letter Carriers (NALC) list.

20. McEntee provided the Union with a list of 216 names he believed were on the NALC list but not the Murdock Mailing list. I then reviewed this list and provided approximately 80 names which I believed were mistakenly on the 216-name list. Many of these were members who had passed away or quit the union. Others were names that were, in fact on the Murdock list, although sometimes they were spelled slightly differently or listed by a maiden last name. Others were mistaken for similar reasons.

21. I also provided McEntee with copies of my records of ballot requests by members, of which Exhibit 20 is a portion.

22. McEntee then provided the Union with a second, revised list of member who were on the NALC list but not the Murdock list. It contains 141 names total and stated that a total of 83 members neither requested a ballot nor voted.

23. The Department of Labor did not provide the Union with the 145-name list in Exhibit 14 until after the beginning of litigation. However, Exhibit 14 is the same as the list it did provide, with the exception of 5 names. Five new names have been added – Joseph Burke (#15), Roy Empey (#46), Joseph Freitas (#55), Gilbert Fuentes (#56), and Jodie Holmes (#70) – and the name of John Keiley, who is deceased, has been removed.

4

24. The social security numbers in Exhibit 14 have been concealed, but they were not concealed in the original. The last two columns indicate whether the member requested a ballot and whether he or she voted.

25. The six individuals discussed in paragraph 15 above are recorded on Exhibit 14 as not having requested a ballot when in fact they did request ballots as shown in Exhibit 20.

26. Joseph Burke (#15 in Exhibit 14) was incapacitated at the time of the election; he has since passed away. Before the election, a member of his family contacted the Union to request that it stop sending Burke mail as he was in a nursing home and no longer capable of reading or understanding the Union's mailings. I therefore asked Murdock Mailing to remove Burke from its list.

27. Roy Empey (#46) moved to Plymouth after he retired in 2001. The address listed for him in Exhibit 14 is the one the Union had for him in Plymouth, but about two years after that, mail to his address started coming back as undeliverable. Since NALC had the same address that the Union did, I could not get a current address from them. Because the Plymouth Post Office is outside of the Union's jurisdiction, and its staff do not know who I am, I could not get their help in tracking Empey down. Nor could I find a good telephone number for him in Plymouth. After his mail had been returned as undeliverable for one year I asked Murdock to remove him from the list.

28. Gilbert Fuentes (#56) moved to Puerto Rico after he retired. The Union had a Puerto Rico address for him on file, but mail from that address was returned as undeliverable before the 2004 election and I was unable to obtain a new address. The Union's address differs from that in Exhibit 14 both in terms of the Post Office Box number and the spelling of the town where the box was located, but the zip code is the same.

29. Jodie Holmes (#70) was still recorded as an employee of the Somerville Post Office at the time of the election, but she was not reporting to work and the Post Office had no valid address for her. Nor was I able to find one. Mail to the address listed on Exhibit 14 was repeated returned as undeliverable. For this reason, I requested that Murdock Mailing take her off its list.

30. Angelo Sortino (#121) was in jail at the time of the election and all of the mail to his address had repeatedly been returned as undeliverable. Initially the Union had been able to send mail in care of his uncle, but then mail to that address started coming back as undeliverable as well. I called the telephone number for his uncle, but it had been disconnected. Since I had no valid address for Sortino, I removed him from the mailing list. The address on Exhibit 14 for Sortino is his uncle's address. Exhibit 21 is an arbitrator's award upholding Sortino's discharge.

Signed under the pains and penalties of perjury this 2 day of June, 2005.

/s/ Judith Hall
Judith Hall, Administrative Assistant
National Association of Letter Carriers Branch 34