UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ELAINE L. CHAO, Secretary of Labor, United States Department of Labor, <br><br>　　　　Plaintiff <br><br>v. <br><br>BRANCH NO. 34, NATIONAL ASSOCIATION OF LETTER CARRIERS, AFL-CIO, <br><br>　　　　Defendant | Civil Action No. 04-CV-12356-PBS |

**DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT**

For the reasons set forth in the accompanying memorandum, Defendant requests that this Court grant it summary judgment because the undisputed material facts show that Defendant is entitled to judgment as a matter of law.

Respectfully Submitted,

BRANCH NO. 34, NATIONAL ASSOCIATION
OF LETTER CARRIERS, AFL-CIO

/s/ Wendy Bittner
Catherine A. Highet, BBO #657407
Wendy M. Bittner, BBO #044100
Law Offices of Wendy M. Bittner
15 Court Square, Suite 300
Boston, MA 02108
(617) 624-0200

Date: June 2, 2005

1

**Certificate of Service**

    I hereby certify that I have served the foregoing upon counsel for Plaintiff, Assistant U.S. Attorney Anita Johnson, Moakley United States Courthouse, Ste. 9200, Office of the Regional Solicitor Boston, Mass. 02210, by first class mail, postage prepaid, on this day, June 2, 2005.

                                        /s/ Wendy Bittner
                                        WENDY M. BITTNER
                                        Law Offices of Wendy M. Bittner