UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ELAINE L. CHAO, Secretary of Labor, United States Department of Labor,<br><br>Plaintiff<br><br>v.<br><br>BRANCH NO. 34, NATIONAL ASSOCIATION OF LETTER CARRIERS, AFL-CIO,<br><br>Defendant | Civil Action No. 04-CV-12356-PBS |

**NOTICE OF APPEARANCE OF CATHERINE HIGHET**

Attorney Catherine Highet wishes to enter her appearance as attorney for Defendant Branch No. 34, National Association of Letter Carriers. She will be assisting Lead Counsel Wendy M. Bittner.

Respectfully Submitted,

BRANCH NO. 34, NATIONAL ASSOCIATION
OF LETTER CARRIERS, AFL-CIO

/s/ Catherine Highet
Catherine A. Highet, BBO #657407
Law Offices of Wendy M. Bittner
15 Court Square, Suite 300
Boston, MA 02108
(617) 624-0200

Date: June 2, 2005

1