UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ELAINE L. CHAO, Secretary of Labor, United States Department of Labor, <br><br>　　　　Plaintiff<br><br>v.<br><br>BRANCH NO. 34, NATIONAL ASSOCIATION OF LETTER CARRIERS, AFL-CIO,<br><br>　　　　Defendant | Civil Action No. 04-CV-12356-PBS |

**AMENDMENT TO CERTIFICATE OF SERVICE**

I hereby certify that I have served

- Defendant's Cross-Motion for Summary Judgment
- Defendant's Memorandum in Support of its Motion for Summary Judgment and in Opposition to Plaintiff's Motion for Summary Judgment
- Defendant's Statement of Material Facts as to Which There Does Exist a Genuine Issue for Trial
- Defendant's Statement of Material Facts as to Which There is No Genuine Issue
- And Exhibits 1-21 to the above

upon counsel for Plaintiff, Assistant U.S. Attorney Anita Johnson, Moakley United States Courthouse, Ste. 9200, Office of the Regional Solicitor Boston, Mass. 02210, by hand delivery, on this day, June 2, 2005.

The certificate of service attached to said documents erroneously states that they were served by first class mail.

　　　　　　　　　　　　　　　　　　　　/s/ Catherine Highet
　　　　　　　　　　　　　　　　　　　　CATHERINE HIGHET
　　　　　　　　　　　　　　　　　　　　Law Offices of Wendy Bittner