UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

2005 DEC 22  A 10: 02

U.S. DISTRICT COURT
DISTRICT OF MASS.

ELAINE L. CHAO, Secretary of Labor,
United States Department of Labor,

Plaintiff,

v.                                                      Civ. No. 1:04-CV-12356-PBS

BRANCH NO. 34, NATIONAL
ASSOCIATION OF LETTER
CARRIERS, AFL-CIO,
                    Defendant

## PLAINTIFF'S MOTION FOR ADDITIONAL TIME FOR SETTLEMENT

1. Plaintiff brought this action under Title IV of the Labor-Management Reporting and Disclosure Act of 1959, 29 U.S.C. 481, et seq.) (hereafter, "the Act") to set aside the Defendant's March 2004, election of officers as violative of the Act, and to require re-election under the supervision of Plaintiff.

2. On October 24, 2005, upon representation of the United States that the parties were close to settlement of the action, this Court issued a Settlement Order of Dismissal. The Order dismissed the action, "without prejudice to the right of any party, upon good cause shown, to reopen the action within 30 days if settlement is not consummated."

3. Although the parties have, in good faith, been negotiating a settlement agreement, a final agreement has not yet been achieved.

4. Plaintiff believes that a final settlement can be achieved within 30 days.

Accordingly, Plaintiff requests that this action be reopened so that her right to proceed against Defendant at trial be preserved in the event that settlement is not consummated.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

_____
ANITA JOHNSON
Assistant U.S. Attorney
Moakley United States Courthouse, 9200
One Courthouse Way
Boston, Mass. 02210
617-748-3266

Certificate of Service

I hereby certify that I have served the foregoing upon counsel for Defendant, Wendy Bittner, 15 Court Square, Ste. 300, Boston, Mass. 02108, by first class mail, postage prepaid, on this 23th day of November 2005.

_____