UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ELAINE L. CHAO, Secretary of Labor, United States Department of Labor,<br><br>        Plaintiff,<br><br>        v.<br><br>BRANCH NO. 34, NATIONAL ASSOCIATION OF LETTER CARRIERS, AFL-CIO,<br>                Defendant | Civ. No. 1:04-CV-12356-PBS |

**PLAINTIFF'S SECOND MOTION**
**FOR ADDITIONAL TIME FOR SETTLEMENT**

   1. Plaintiff brought this action under Title IV of the Labor-Management Reporting and Disclosure Act of 1959, 29 U.S.C. 481, et seq.) (hereafter, "the Act") to set aside the Defendant's March 2004, election of officers as violative of the Act, and to require re-election under the supervision of Plaintiff.

   2. On October 24, 2005, upon representation of the United States that the parties were close to settlement of the action, this Court issued a Settlement Order of Dismissal. The Order dismissed the action, "without prejudice to the right of any party, upon good cause shown, to reopen the action within 30 days if settlement is not consummated."

   3. On November 23, 2005, the United States requested an additional 30 days within which to consummate settlement, which was granted by the Court.

   4   Despite efforts, the parties are still negotiating the last provision of a settlement agreement, and a final agreement has not yet been achieved.

   4. Plaintiff believes that a final settlement can be achieved within 30 days.

   Accordingly, Plaintiff requests that the Court permit her an additional 30 days to achieve a final settlement agreement, so that her right to proceed against Defendant at trial be preserved in the event that settlement is not consummated.

        Respectfully submitted,

        MICHAEL J. SULLIVAN
        United States Attorney

        /s/ Anita Johnson
        ANITA JOHNSON
        Assistant U.S. Attorney
        Moakley United States Courthouse, 9200
        One Courthouse Way
        Boston, Mass. 02210
        617-748-3266

<u>Certificate of Service</u>

    I hereby certify that I have served the foregoing upon counsel for Defendant, Wendy Bittner, 15 Court Square, Ste. 300, Boston, Mass. 02108, by first class mail, postage prepaid, on this 23th day of December 2005.

        /s/ Anita Johnson