UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ELAINE L. CHAO, Secretary of Labor,
United States Department of Labor,

        Plaintiff,

        v.                                Civ. No. 1:04-CV-12356-PBS

BRANCH NO. 34, NATIONAL
ASSOCIATION OF LETTER
CARRIERS, AFL-CIO,
                Defendant

## PLAINTIFF'S THIRD MOTION
## FOR ADDITIONAL TIME FOR SETTLEMENT

    1.  Plaintiff brought this action under Title IV of the Labor-Management Reporting and Disclosure Act of 1959, 29 U.S.C. 481, et seq.) (hereafter, "the Act") to set aside the Defendant's March 2004, election of officers as violative of the Act, and to require re-election under the supervision of Plaintiff.

    2.  On October 24, 2005, upon representation of the United States that the parties were close to settlement of the action, this Court issued a Settlement Order of Dismissal. The Order dismissed the action, "without prejudice to the right of any party, upon good cause shown, to reopen the action within 30 days if settlement is not consummated."

    3.  On November 23, 2005, and on December 23, 2005, the United States requested an additional 30 days within which to consummate settlement, which requests were kindly granted by the Court.

    4   Regrettably, the parties are still negotiating one remaining provision of a settlement agreement. The provision relates to the procedure required for preparing for a re-election of officers. A final agreement has not yet been achieved.

    4.  Plaintiff believes that a final settlement can be achieved within 30 days.

  Accordingly, Plaintiff requests that the Court permit her an additional 30 days to

achieve a final settlement agreement, upon to and including March 1, 2006, so that her right to proceed against Defendant at trial be preserved in the event that settlement is not consummated.

                        Respectfully submitted,

                        MICHAEL J. SULLIVAN
                        United States Attorney

                        /s/ Anita Johnson
                        ANITA JOHNSON
                        Assistant U.S. Attorney
                        Moakley United States Courthouse, 9200
                        One Courthouse Way
                        Boston, Mass. 02210
                        617-748-3266

                        Certificate of Service

    I hereby certify that I have served the foregoing upon counsel for Defendant, Wendy Bittner, 15 Court Square, Ste. 300, Boston, Mass. 02108, in connection with electronic transmission and service, on this 20th day of January 2006.

                        /s/ Anita Johnson