UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ELAINE L. CHAO, Secretary of Labor,<br>United States Department of Labor,<br><br>Plaintiff,<br><br>v.<br><br>BRANCH NO. 34, NATIONAL<br>ASSOCIATION OF LETTER<br>CARRIERS, AFL-CIO,<br><br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil No. 1:04CV-12356-PBS

## CONSENT JUDGEMENT

The parties hereby stipulate to a settlement of this action as follows:

1. Plaintiff brought this action under Title IV of the Labor-Management Reporting and Disclosure Act of 1959, 29 U.S.C. 481, et seq. (hereafter, "the Act") to set aside the defendant's March 2004, election of officers, which election was subject to the provisions of Title IV of the Act.

2. Plaintiff alleges in her Complaint that violations of Title IV of the Act occurred in connection with the election referred to in paragraph one.

3. The Defendant enters into this Consent Decree in order to avoid the future costs of litigation and does not admit any violation of the Act.

4. The parties hereby stipulate and agree that a new election for the office of President, office for one Trustee among the candidates for this office who received 1084 votes or less in the March 2004 election, and office for one area Steward among the candidates for this office who received 1042 votes or less in the March 2004 election as indicated by the attached ballot tally

shall be conducted under the supervision of the Plaintiff, in accordance with Title IV of the Act

(29 U.S.C. §481 et seq.) and, insofar as lawful, with the National Association of Letter Carriers

and the Branch 34 By-laws. The re-election shall be conducted on May 9, 2006.

5. A meeting shall be held at the Defendant's office on March 3, 2006 at 3:00 p.m. for the

appropriate, original candidates defined in Paragraph 4 for the three offices involved to

determine whether there are two (2) or more appropriate, eligible, original candidates for each

office who desire to run for said office. If there are, then no nominations are necessary for any

such office. The determination as to whether or not nominations are necessary shall be made by

COB March 6, 2006.

6. A pre-election conference shall be held by the Plaintiff at the Defendant's office on

March 16, 2006. The conference which shall be open to all Branch 34 members shall be used to

review the rules and procedures for the May 9, 2006 election. Notice of the time and place of the

conference shall be posted at the facilities.

7. In the event that nominations are necessary, the nominations shall occur at the

regularly scheduled meeting of April 11, 2006.

8. Ballots shall be mailed to all Branch 34 members listed on the membership list of the

National Association of Letter Carriers, and such ballots shall be mailed no later than April 19,

2006.

9. All decisions of the Plaintiff as to the interpretation of application of Title IV of the

Act relating to the supervised election shall preliminarily be final, except that the Court shall

retain jurisdiction of this action for review of such decisions, and after completion of the

election, the Plaintiff shall certify to the Court the name of the persons so elected, and shall

certify that such election was conducted in accordance with Title IV of the Act, and the

provisions of the Constitution and By-Laws as referred to in paragraph four. Upon approval of

such certification, the Court shall enter a judgment declaring that such persons have been elected

as shown by certification.

10. Upon certification of the election by the Secretary of Labor, installation of the newly-

certified officers shall be conducted at the next regularly scheduled membership meeting

following the certification. The elected candidates shall serve the balance of the term begun at

the installation of the original officers.

11. The parties agree that each party shall bear its own fees and other expenses, including

attorney's fees, incurred by such party in connection with any stage of this proceeding.

**SO ORDERED, on this _____ day of February 2006.**

PATTI B. SARRIS
United States District Judge

Agreed to by the Parties:

MICHAEL J. SULLIVAN
United States Attorney

DATED:

ANITA JOHNSON
Assistant U.S. Attorney
Moakley U.S. Courthouse, Ste. 9200
Boston, Massachusetts 02110

DATED:

ROBERT A. LIND
For Branch 34, National Association of
Letter Carriers

DATED:

WENDY M. BITTNER
15 Court Square, Ste. 300
Boston, Massachusetts 02108

5000 Printed
4618 Ballots mailed

2829 Total Ballots

### President
Ed Masiello - 1252
Bob Lund - 1,335 ✓
Brian MacMullin - 185

### Ex V. Pres
J.T. McMahan  1495 ✓
Fred Celeste  1253

### V. Pres
John Fanning - 1130
Bob Simpson - 1527 ✓

### Sec Treq
Ed Alstedt - 1158 ✓
Pat Terrazano - 994
Kelly O'shea - 578

### Chn Ed.
Chris Cachette - 1130
Maureen Marrnelli - 1549 ✓

### Sgt Arms
Vigo Conte - 1234
Mike Murray - 1391 ✓

Clerk MBA
Wayne Post - 1091
Steve Mahoney -1459 ✓

### Void
20 Signed ballots
1 duplicate
12 could not Identify
10 non-members

Health Ban OFFE
Mike Gorham - 1443
Mary Papa - 1226

### Trustees
Paul Roche  - 1196 ✓
Dennis Hanson  - 858
Mitch Hilton  - 868
Mike Yerkes  - 1288 ✓
Tina Doherty  - 1030
Laura Wood  - 1038
Mary Collier  - 1084 ✓

### Area Steward
Kevin Mulligan  - 1449 ✓
Dave Trifone  - 984
Ron Holt  - 1042 ✓
Keith Meredith - 1308 ✓
Mike Kidd  - 926
Bob D. martin  - 593
Bob Tremarche  - 944
Thomas Eggers  - 367
Jerry McCarthy  - 1124 ✓
Bob Stengel  - 1025

Financial Sec'y
Over