UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ELAINE L. CHAO, Secretary of Labor, | * | |
| United States Department of Labor, | * | |
| | * | |
| Plaintiff, | * | |
| | * | Civil Action No. 04-12356-PBS |
| v. | * | |
| | * | |
| BRANCH NO. 34, NATIONAL | * | |
| ASSOCIATION OF LETTER | * | |
| CARRIERS, AFL-CIO, | * | |
| | * | |
| Defendant. | * | |
| | * | |

## NOTICE OF APPEARANCE

Please enter my appearance as co-counsel of the Plaintiff in the above-referenced action.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:     /s/Eugenia M. Carris
Eugenia M. Carris
Assistant U.S. Attorney
John Joseph Moakley U.S. Courthouse
1 Courthouse Way - Suite 9200
Boston, MA   02210
(617) 748-3282

Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participates as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 24, 2006.

/s/ Eugenia M. Carris