Case 1:04-cv-12356-PBS    Document 26    Filed 02/21/2000    Page 1 of 4

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ELAINE L. CHAO, Secretary of Labor, United States Department of Labor,<br><br>Plaintiff,<br><br>v.<br><br>BRANCH NO. 34, NATIONAL ASSOCIATION OF LETTER CARRIERS, AFL-CIO,<br><br>Defendant | Civil No. 1:04CV-12356-PBS |

### CONSENT JUDGEMENT

The parties hereby stipulate to a settlement of this action as follows:

1. Plaintiff brought this action under Title IV of the Labor-Management Reporting and Disclosure Act of 1959, 29 U.S.C. 481, et seq. (hereafter, "the Act") to set aside the defendant's March 2004, election of officers, which election was subject to the provisions of Title IV of the Act.

2. Plaintiff alleges in her Complaint that violations of Title IV of the Act occurred in connection with the election referred to in paragraph one.

3. The Defendant enters into this Consent Decree in order to avoid the future costs of litigation and does not admit any violation of the Act.

4. The parties hereby stipulate and agree that a new election for the office of President, office for one Trustee among the candidates for this office who received 1084 votes or less in the March 2004 election, and office for one area Steward among the candidates for this office who received 1042 votes or less in the March 2004 election as indicated by the attached ballot tally

Case 1:04-cv-12356-PBS   Document 26   Filed 02/21/2006   Page 2 of 4

shall be conducted under the supervision of the Plaintiff, in accordance with Title IV of the Act (29 U.S.C. §481 et seq.) and, insofar as lawful, with the National Association of Letter Carriers and the Branch 34 By-laws. The re-election shall be conducted on May 9, 2006.

5. A meeting shall be held at the Defendant's office on March 3, 2006 at 3:00 p.m. for the appropriate, original candidates defined in Paragraph 4 for the three offices involved to determine whether there are two (2) or more appropriate, eligible, original candidates for each office who desire to run for said office. If there are, then no nominations are necessary for any such office. The determination as to whether or not nominations are necessary shall be made by COB March 6, 2006.

6. A pre-election conference shall be held by the Plaintiff at the Defendant's office on March 16, 2006. The conference which shall be open to all Branch 34 members shall be used to review the rules and procedures for the May 9, 2006 election. Notice of the time and place of the conference shall be posted at the facilities.

7. In the event that nominations are necessary, the nominations shall occur at the regularly scheduled meeting of April 11, 2006.

8. Ballots shall be mailed to all Branch 34 members listed on the membership list of the National Association of Letter Carriers, and such ballots shall be mailed no later than April 19, 2006.

9. All decisions of the Plaintiff as to the interpretation of application of Title IV of the Act relating to the supervised election shall preliminarily be final, except that the Court shall retain jurisdiction of this action for review of such decisions, and after completion of the election, the Plaintiff shall certify to the Court the name of the persons so elected, and shall certify that such election was conducted in accordance with Title IV of the Act, and the

provisions of the Constitution and By-Laws as referred to in paragraph four. Upon approval of such certification, the Court shall enter a judgment declaring that such persons have been elected as shown by certification.

10. Upon certification of the election by the Secretary of Labor, installation of the newly-certified officers shall be conducted at the next regularly scheduled membership meeting following the certification. The elected candidates shall serve the balance of the term begun at the installation of the original officers.

11. The parties agree that each party shall bear its own fees and other expenses, including attorney's fees, incurred by such party in connection with any stage of this proceeding.

SO ORDERED, on this 27 day of ~~February~~ MARCH 2006.

_____
PATTI B. SARRIS
United States District Judge

Agreed to by the Parties:

MICHAEL J. SULLIVAN
United States Attorney

DATED: _____
ANITA JOHNSON
Assistant U.S. Attorney
Moakley U.S. Courthouse, Ste. 9200
Boston, Massachusetts 02110

DATED: _____
ROBERT A. LIND
For Branch 34, National Association of
Letter Carriers

DATED: _____
WENDY M. BITTNER
15 Court Square, Ste. 300
Boston, Massachusetts 02108

5000 Printed
4618 Ballots mailed

2829 Total Ballots

Void
20 Signed ballots
1 duplicate
12 could not Identify
10 Non-members

**President**
Ed Masiello - 1252
Bob Lund - 1,335 ✓
Brian MacMullin - 185

**Ex V. Pres**
J.T. McMahan 1495 ✓
Fred Celeste 1253

**V. Pres**
John Fanning - 1130
Bob Simpson - 1527 ✓

**Sec Trey**
Ed Alstedt - 1158 ✓
Pat Terrazano - 994
Kelly O'Shea - 578

**Chm Ed.**
Chris Cachette - 1130
Maureen Marmell - 1549 ✓

**Sgt Arms**
Vijo Conte - 1234
Mike Murray - 1391 ✓

**Clerk NBA**
Wayne Post - 1091
Steve Mahoney - 1459 ✓

**Health Ben OFC**
Mike Gorham - 1443
Mary Papa - 1226

**Trustees**
Paul Roche - 1196 ✓
Dennis Harrison - 858
Mitch Hilton - 868
Mike Yerkes - 1288 ✓
Tina Doherty - 1030
Laura Wood - 1038
Mary Collier - 1084 ✓

**Arey Steward**
Kevin Mulligan - 1449 ✓
Dave Tritane - 984
Ron Holt - 1042 ✓
Keith Meredith - 1308 ✓
Mike Kidd - 926
Bob D. Martin - 593
Ben Tremarche - 944
Thomas Eggers - 367
Jerry McCarthy - 1124 ✓
Bob Stengel - 1025

(Financial Sec'y)
Over