UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
* * * * * * * * * * * * * * * * * * * * * * * *
ELAINE L. CHAO, Secretary of Labor,      *
   United States Department of Labor,    *
                                         *
                Plaintiff                *
                                         *       Civil No. 04-12356-PBS
v.                                       *
                                         *
BRANCH NO. 34, NATIONAL                  *
ASSOCIATION OF LETTER                    *
CARRIERS, AFL-CIO,                       *
                                         *
                Defendant                *
* * * * * * * * * * * * * * * * * * * * * * * *
```

**SECRETARY CHAO'S MOTION FOR DECREE OF UNION OFFICERS**

Pursuant to the Consent Judgment of the parties, approved by this Court on March 27, 2006, the Secretary of Labor supervised a new election of three officers of the Defendant Branch 34, National Association of Letter Carriers.  The three officers were the President of the union , a Trustee of the union, and an area Steward.  The supervised election took place on May 9, 2006.  Title 29 U.S.C. § 482, provides that after an election under the supervision of the Secretary is held, the Secretary is "promptly certify to the court the names of the persons elected, and the court shall thereupon enter a decree declaring such persons to be the officers of the labor organization."

The Secretary certifies that Robert Lind was elected to the position of President of Branch 34, Mitch Hilton was elected to the position of  Trustee, and Ron Holt was elected to the position of Area Steward.  The election of these individuals to these positions was conducted under the supervision of the Secretary, and in conformance with the

constitution and by-laws of Branch 34. The certification of the Secretary is designated "Certification of Election" and is attached hereto.

Accordingly, the Secretary requests that this Court enter a Decree declaring that the three individuals elected under the supervision of the Secretary, are officers of Branch 34.

Counsel for Branch 34 does not oppose this Motion and agrees that the three individuals were duly elected in conformance with the Constitution and By-laws of Branch 34.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

Of Counsel:
Maureen L. Canavan
Attorney
Office of the Regional Solicitor
U.S. Department of Labor
JFK Federal Building, Room E-375
Boston, MA  02203

/s/ Anita Johnson
ANITA JOHNSON
Assistant U.S. Attorney
Moakley United States Courthouse, Ste. 9200
One Courthouse Way
Boston, Mass. 02210
(617)748-3266

Certificate of Service and Rule 7.1 Conference

I hereby certify that the foregoing has been served by electronic transmission upon counsel for Defendant, Wendy M. Bittner, 15 Court Square, Suite 300, Boston, Mass. 02108, and that I have conferred with said counsel, both on this fifth day of July, 2006, and she has no objection to this motion.

/s/ Anita Johnson