UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

---

ELAINE L. CHAO, SECRETARY OF LABOR    :
UNITED STATES DEPARTMENT OF LABOR,
                                       :
            Plaintiff,
                                       :     Civil Action
      v.                               :
                                       :     No. 1:04CV-12356-PBS
BRANCH NO. 34, NATIONAL ASSOCIATION
OF LETTER CARRIERS, AFL-CIO,
                                       :
                                       :
            Defendant.                 :

---

## CERTIFICATION OF ELECTION

The election having been conducted in the above matter under the supervision of the Secretary of Labor, United States Department of Labor, pursuant to a Consent Order entered March 29, 2006, in the United States District Court for the District of Massachusetts in accordance with the provisions of Title IV of the Labor-Management Reporting and Disclosure Act of 1959 (29 U.S.C. § 481 et seq.) and in conformity with the Constitution and Bylaws of the defendant labor organization, insofar as lawful and practicable, and no complaints having been received concerning the conduct thereof, therefore:

Pursuant to Section 402(c) of the Labor-Management Reporting and Disclosure Act of 1959 (29 U.S.C. § 482(c)), and the authority delegated to me,

**IT IS HEREBY CERTIFIED** that the following named candidates are duly elected to the office designated:

| | |
|---|---|
| Robert Lind | President |
| Mitch Hilton | Trustee |
| Ron Holt | Area Steward |

Signed this __16th__ day of __June__, 2006

*Patricia Fox*

Patricia Fox, Acting Chief
Division of Enforcement
Office of Labor-Management Standards
Employment Standards Administration
United States Department of Labor

2.