UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
***************************
ELAINE L. CHAO, Secretary of Labor,    *
  United States Department of Labor,   *
                                       *
                   Plaintiff           *
                                       *      Civil No. 04-12356-PBS
                                       *
v.                                     *
                                       *
BRANCH NO. 34, NATIONAL                *
ASSOCIATION OF LETTER                  *
CARRIERS, AFL-CIO,                     *
                                       *
                   Defendant           *
***************************
```

## ORDER DECLARING OFFICERS

It is hereby ordered that

Robert Lind is the President of Branch 34, National Association of Letter Carriers.

Mitch Hilton is a Trustee of said Branch 34.

Ron Holt is Area Steward of said Branch 34,

all three having been duly elected to their positions under the supervision of the Secretary of Labor, pursuant to the March 27, 2006, Consent Judgment in this action.

SO ORDERED on this 24 day of July 2006.

_____
PATTI B. SARIS
United States District Judge